# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE ALBERT, et al.<br><br>                                PLAINTIFF(S),<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., et al.<br><br>                                DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−02720<br><br><br>**NOTICE OF INTRA-DISTRICT<br>TRANSFER BY CLERK OF COURT** |

To:  All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  __Southern__  Division.

    This case has been reassigned to case number  __8:25−cv−00647 JLS (DFM)__  and has been assigned to  __Judge Josephine L. Staton__  for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  __Magistrate Judge Douglas F. McCormick__  for:

       any discovery and/or post-judgment matters that may be referred.

     X  for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  __8:25−cv−00647 JLS (DFM)__ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**    Please be advised that no further filings may be made under case number  __2:25−cv−02720__ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                                              Clerk, U.S. District Court

                                              By:  __/s/ *Luz Hernandez*__
                                                   __luz_hernandez@cacd.uscourts.gov__
                                                      Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G−73 (06/23)    NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT