1  Zachary T. Timm (SBN 316564)
   zach.timm@klgates.com
2  **K&L GATES LLP**
   10100 Santa Monica Boulevard
3  Seventh Floor
   Los Angeles, California  90067
4  Telephone: 310.552.5000
   Facsimile: 310.552.5001
5
   Beth W. Petronio, *admitted pro hac vice*
6  beth.petronio@klgates.com
   **K&L GATES LLP**
7  1717 Main Street, Suite 2800
   Dallas, TX 75201
8  Telephone:  (214) 939-5815
   Facsimile:   (214) 939-5849
9
   Attorneys for Defendant
10 Tyler Technologies, Inc.

11

## UNITED STATES DISTRICT COURT

12

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

13

| | |
|---|---|
| LENORE ALBERT, CHAD PRATT, THERESA MARASCO, LARRY TRAN, RYAN MCMAHON, JAMES OCON,; AND LESLIE WESTMORELAND | Case No. 8:25-cv-00647-JLS-DFM |
| Plaintiffs, | **DECLARATION OF BETH PETRONIO IN SUPPORT OF DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | Complaint Filed: February 20, 2025 |
| TYLER TECHNOLOGIES, INC., STATE BAR OF CALIFORNIA; BRANDON STALLINGS, LEAH WILSON, GEORGE CARDONA, DONNA HERSHKOWITZ, SUZANNE GRANT, CINDY CHAN, BENSON HOM, and DOES 1-10, inclusive, | Hearing Date:  May 6, 2025<br>Time:  10:00 a.m.<br>Courtroom:  6B |
| Defendants. | |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**DECLARATION OF BETH PETRONIO**

## DECLARATION OF BETH PETRONIO

I, Beth W. Petronio, declare as follows:

1.        I am a partner at the law firm of K&L Gates LLP (the "Firm"), counsel for Defendant Tyler Technologies, Inc. ("Tyler" or "Defendant") in the above-captioned matter.  I am over the age of 18 years, have personal knowledge of the facts contained in this declaration, and if called as a witness, could and would testify competently to the truth of the facts stated herein.  I submit this Declaration in support of Tyler's Motion to Dismiss First Amended Complaint (the "Motion").  Capitalized terms used in this declaration, but not otherwise defined, have the meaning given to them in the Motion.

2.        On March 28, 2025, I participated in a meet and confer call with counsel for the State Bar and *pro se* Plaintiffs Lenore Albert and Leslie Westmoreland, who are the only Plaintiffs that have asserted claims against Tyler in the First Amended Complaint.  During that meet and confer, I explained the basis for this Motion, including the grounds upon which relief is sought.  Plaintiffs Albert and Westmoreland would not agree to dismiss Tyler with prejudice.

3.        On March 31, 2025, I participated in an additional meet and confer with counsel for the State Bar and Plaintiffs Lenore Albert, Ryan McMahon, Jim Ocon, Teresa Marasco and Larry Tran.  During this second meet and confer, the parties against discussed the relief requested herein.

4.        Attached as Exhibit A hereto is a true and correct copy of the Docket Sheet in the Superior Court for the County of Orange in Case No. 30-2022-01250695-CU-AT-CXC (the "State Court Action").

5.        Attached as Exhibit B hereto is a true and correct copy of the Docket Sheet in in Case No. 22-cv-00983-DFM (the "Federal Court Action,").

6.        Attached as Exhibit C hereto is a true and correct copy of the Docket Sheet in Case No. 2:24-ad-00002-PSG.

7.        Attached as Exhibit D hereto is a true and correct copy of the California Supreme Court's order denying Ms. Albert's Petition for Review dated June 17, 2024.

**DECLARATION OF BETH PETRONIO**

8.     Attached as Exhibit E hereto is a true and correct copy of the First Amended Complaint in the Albert 2024 Action, Cause No. 8:24-cv-01997-JLS-DJM.

9.     Attached as Exhibit F hereto is a true and correct copy of the Docket Sheet in the Albert 2024 Action, Cause No. 8:24-cv-01997-JLS-DJM.

10.     Attached as Exhibit G hereto is a true and correct copy of the tentative ruling issued on December 12, 2024 by Judge Hsu in the Albert 2024 Action.

11.     Attached as Exhibit H is a true and correct copy of the February 7, 2025 ruling on Defendants' Demurrers in the State Court Action.

12.     Attached as Exhibit I is a true and correct copy of Requests for Production served on Tyler by Ms. Albert prior to removal of this action to federal court.

13.     Attached as Exhibit J is a true and correct copy of the Fourth Amended Complaint in the State Court Action.


Executed this 4th day of April, 2025 in Dallas, Texas.

_____
Beth Petronio

2
**DECLARATION OF BETH PETRONIO**