# EXHIBIT A



**User Name:** Beth Petronio
**Date and Time:** Friday, April 4, 2025 10:41:00☐AM EDT
**Job Number:** 249583369

## Document (1)

1. *2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA*
   **Client/Matter:** -None-
   **Search Terms:** number(30-2022-01250695-CU-AT-CXC)
   **Search Type:** Terms and Connectors
   **Narrowed by:**

   | Content Type | Narrowed by |
   |---|---|
   | Dockets | Case Status: Open,Unknown,Closed; Court: Orange;  > Orange |

## *2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA*

CA Superior - Orange

Orange County

**This case was retrieved on 04/04/2025**

# Header

**Case Number:** 2022-01250695
**Date Filed:** 03/18/2022
**Date Full Case Retrieved:** 04/04/2025
**Status:** Unknown
**Misc:** (77) ANTITRUST/TRADE REGULATION; CIVIL - UNLIMITED

# Summary

**Uniform Case Number**: 30-2022-01250695-CU-AT-CXC

# Participants

| Litigants | Attorneys |
|---|---|
| CHAD  PRATT | Law Offices of Lenore Albert |
| **PLAINTIFF** | ATTORNEY |
| JANE  ROE 1 | Law Offices of Lenore Albert |
| **PLAINTIFF** | ATTORNEY |
| JANE  ROE 2 | Law Offices of Lenore Albert |
| **PLAINTIFF** | ATTORNEY |
| JANE  ROE 3 | Law Offices of Lenore Albert |
| **PLAINTIFF** | ATTORNEY |
| JOHN  ROE 1 | Law Offices of Lenore Albert |
| **PLAINTIFF** | ATTORNEY |
| JOHN  ROE 2 | Law Offices of Lenore Albert |
| **PLAINTIFF** | ATTORNEY |
| JOHN  ROE 3 | Law Offices of Lenore Albert |
| **PLAINTIFF** | ATTORNEY |
| NZ | Law Offices of Lenore Albert |
| **PLAINTIFF** | ATTORNEY |
| EMPLOYEE  DOE | |
| **DEFENDANT** | |
| JUDYRECORDS.COM | |
| **DEFENDANT** | |
| KEVAN  SCHWITZER | |
| **DEFENDANT** | |
| RICK  RANKIN | Jeffer Mangels Butler & Mitchell LLP |
| **DEFENDANT** | ATTORNEY |
| THE STATE BAR OF CALIFORNIA | Freeman, Mathis & Gary, LLP |
| **DEFENDANT** | ATTORNEY |
| TYLER TECHNOLOGIES, INC. | K&L GATES, LLP |
| **DEFENDANT** | ATTORNEY |
| TYLER TECHNOLOGIES, INC. | K&L GATES, LLP |
| **DEFENDANT** | ATTORNEY |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

## Calendar

| Date | Time | Description | Room | Judge |
|------|------|-------------|------|-------|
| 2025-06-06 | 10:00 | MOTION - OTHER | CX105 | SHERMAN |
| 2025-06-05 | 09:00 | STATUS CONFERENCE | CX105 | SHERMAN |

## Proceedings

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 04/02/2025 | 393 | REQUEST - OTHER SUBMITTED BY ROE 1, JOHN REJECTED ON 04/02/2025. | |
| 03/13/2025 | 392 | ORDER - OTHER (SUSTAINING DEFENDANT RICK RANKIN'S DEMURRER TO FOURTH AMENDED COMPLAINT) FILED BY THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RANKIN, RICK ON 03/13/2025 | |
| 03/14/2025 | 391 | E-FILING TRANSACTION 41796067 RECEIVED ON 03/12/2025 05:05:49 PM. | |
| 03/13/2025 | 390 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |
| 03/13/2025 | 389 | MINUTES FINALIZED FOR CHAMBERS WORK 03/13/2025 11:21:00 AM. | |
| 03/12/2025 | 387 | PROPOSED ORDER RECEIVED ON 03/12/2025 | |
| 03/12/2025 | 386 | RESPONSE FILED BY NZ ON 03/12/2025 | |
| 03/12/2025 | 385 | E-FILING TRANSACTION 31618167 RECEIVED ON 03/12/2025 03:42:09 PM. | |
| 03/12/2025 | 384 | PROOF OF SERVICE FILED BY NZ ON 03/12/2025 | |
| 03/12/2025 | 383 | E-FILING TRANSACTION 31618166 RECEIVED ON 03/12/2025 03:42:08 PM. | |
| 03/06/2025 | 382 | RESPONSE FILED BY ROE 2, JANE ON 03/06/2025 | |
| 03/06/2025 | 381 | E-FILING TRANSACTION 11445339 RECEIVED ON 03/06/2025 06:31:00 PM. | |
| 03/03/2025 | 380 | MINUTES FINALIZED FOR NUNC PRO TUNC MINUTES 03/03/2025 02:09:00 PM. | |
| 03/03/2025 | 379 | MINUTE ORDER DATED 2/7/25 CORRECTED NUNC PRO TUNC. | |
| 03/03/2025 | 378 | E-FILING TRANSACTION NUMBER 31612201 REJECTED. | |
| 02/28/2025 | 377 | PROPOSED ORDER RECEIVED ON 02/28/2025 | |
| 02/28/2025 | 376 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 02/28/2025 | 375 | MINUTES FINALIZED FOR CHAMBERS WORK 02/28/2025 08:36:00 AM. | |
| 02/20/2025 | 374 | MOTION - OTHER SCHEDULED FOR 06/06/2025 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 02/19/2025 | 373 | MOTION - OTHER (MOTION TO INTERVENE) FILED BY ROE 1, JOHN ON 02/19/2025 | |
| 02/18/2025 | 372 | NOTICE OF RULING FILED BY THE STATE BAR OF CALIFORNIA ON 02/18/2025 | |
| 02/18/2025 | 371 | ANSWER TO AMENDED COMPLAINT (TO FOURTH AMENDED COMPLAINT) FILED BY THE STATE BAR OF CALIFORNIA ON 02/18/2025 | |
| 02/20/2025 | 370 | E-FILING TRANSACTION 31606357 RECEIVED ON 02/18/2025 06:45:33 PM. | |
| 02/18/2025 | 369 | ANSWER TO COMPLAINT FILED BY TYLER TECHNOLOGIES, INC. ON 02/18/2025 | |
| 02/19/2025 | 368 | E-FILING TRANSACTION 41784164 RECEIVED ON 02/18/2025 09:41:31 PM. | |
| 02/11/2025 | 367 | E-FILING TRANSACTION NUMBER 21445119 REJECTED. | |
| 02/11/2025 | 366 | E-FILING TRANSACTION NUMBER 21445106 REJECTED. | |
| 02/07/2025 | 365 | MINUTES FINALIZED FOR MULTIPLE EVENTS 02/07/2025 10:00:00 AM. | |
| 02/07/2025 | 364 | THE ORDER TO SHOW CAUSE RE: DISMISSAL IS SCHEDULED FOR 06/05/2025 AT 09:00 AM IN DEPARTMENT CX105. | |
| 02/07/2025 | 363 | THE STATUS CONFERENCE IS SCHEDULED FOR 06/05/2025 AT 09:00 AM IN DEPARTMENT CX105. | |
| 02/06/2025 | 362 | NOTICE - OTHER FILED BY PRATT, CHAD; NZ ON 02/06/2025. | |
| 02/06/2025 | 361 | E-FILING TRANSACTION 11430897 RECEIVED ON 02/06/2025 01:10:46 PM. | |
| 01/31/2025 | 360 | STATUS CONFERENCE STATEMENT FILED BY TYLER TECHNOLOGIES, INC. ON 01/31/2025 | |
| 02/03/2025 | 359 | E-FILING TRANSACTION 21597077 RECEIVED ON 01/31/2025 03:33:05 PM. | |
| 01/31/2025 | 358 | REPLY - OTHER FILED BY RANKIN, RICK ON 01/31/2025 | |
| 01/31/2025 | 357 | E-FILING TRANSACTION 31598473 RECEIVED ON 01/31/2025 06:38:05 PM. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 01/31/2025 | 356 | REPLY TO OPPOSITION FILED BY THE STATE BAR OF CALIFORNIA ON 01/31/2025 | |
| 01/31/2025 | 355 | E-FILING TRANSACTION 11428538 RECEIVED ON 01/31/2025 03:44:50 PM. | |
| 01/31/2025 | 354 | REPLY - OTHER FILED BY TYLER TECHNOLOGIES, INC. ON 01/31/2025 | |
| 01/31/2025 | 353 | E-FILING TRANSACTION 21597079 RECEIVED ON 01/31/2025 03:33:08 PM. | |
| 01/28/2025 | 352 | REQUEST FOR JUDICIAL NOTICE FILED BY PRATT, CHAD; ROE 2, JOHN ON 01/28/2025 | |
| 01/28/2025 | 351 | E-FILING TRANSACTION 41773453 RECEIVED ON 01/28/2025 10:02:17 AM. | |
| 01/28/2025 | 350 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY PRATT, CHAD; ROE 2, JOHN ON 01/28/2025 | |
| 01/28/2025 | 349 | E-FILING TRANSACTION 41773452 RECEIVED ON 01/28/2025 10:02:16 AM. | |
| 01/28/2025 | 348 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY PRATT, CHAD; ROE 2, JOHN ON 01/28/2025 | |
| 01/28/2025 | 347 | E-FILING TRANSACTION 41773451 RECEIVED ON 01/28/2025 10:02:16 AM. | |
| 01/23/2025 | 346 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY ROE 1, JOHN ON 01/23/2025 | |
| 01/23/2025 | 345 | E-FILING TRANSACTION 31593507 RECEIVED ON 01/23/2025 11:02:26 AM. | |
| 12/10/2024 | 344 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |
| 12/10/2024 | 343 | MINUTES FINALIZED FOR CHAMBERS WORK 12/09/2024 09:05:00 AM. | |
| 12/09/2024 | 342 | THE MOTION TO DISMISS CURRENTLY SET ON 02/14/2025 IS ORDERED ADVANCED TO 02/07/2025 AT 10:00 AM IN CX105. | |
| 11/27/2024 | 341 | MOTION TO DISMISS SCHEDULED FOR 02/14/2025 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 11/14/2024 | 340 | MOTION - OTHER (MOTION TO DISMISS ALL DEFENDANTS MOTIONS ON THE GROUNDS OR FAILURE TO PROPER SERVE) FILED BY ROE 1, JOHN ON 11/14/2024 | |
| 11/21/2024 | 339 | NOTICE - OTHER (TO THE COURT FOR IMPROPER SERVICE) FILED BY ROE 1, JOHN ON 11/21/2024 | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 11/18/2024 | 338 | NOTICE: WAIVER OF COURT FEES (SUPERIOR COURT) FILED BY THE SUPERIOR COURT OF ORANGE ON 11/18/2024 | |
| 11/18/2024 | 337 | ROE 1, JOHN REQUEST TO WAIVE COURT FEES GRANTED BY OPERATION OF LAW ON 11/18/2024. | |
| 10/16/2024 | 336 | REQUEST TO WAIVE COURT FEES FILED BY ROE 1, JOHN ON 10/16/2024 | |
| 10/30/2024 | 335 | MOTION - OTHER SUBMITTED BY ROE 1, JOHN REJECTED ON 10/30/2024. | |
| 10/24/2024 | 334 | REQUEST TO WAIVE COURT FEES SUBMITTED BY ROE 1, JOHN REJECTED ON 10/24/2024. | |
| 10/21/2024 | 333 | NOTICE OF RULING FILED BY THE STATE BAR OF CALIFORNIA ON 10/21/2024 | |
| 10/22/2024 | 332 | E-FILING TRANSACTION 11382861 RECEIVED ON 10/21/2024 08:57:04 PM. | |
| 10/18/2024 | 331 | MINUTES FINALIZED FOR  MULTIPLE EVENTS  10/18/2024 10:00:00 AM. | |
| 10/18/2024 | 330 | STATUS CONFERENCE CONTINUED TO 02/07/2025 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 10/18/2024 | 329 | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 02/07/2025 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 10/18/2024 | 328 | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 02/07/2025 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 10/18/2024 | 327 | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 02/07/2025 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 10/16/2024 | 326 | MOTION - OTHER (FOR GRANT CREDIT FOR FEDERAL PRACTICE) FILED BY ROE 1, JOHN ON 10/16/2024 | |
| 10/11/2024 | 325 | STATUS CONFERENCE STATEMENT FILED BY TYLER TECHNOLOGIES, INC. ON 10/11/2024 | |
| 10/14/2024 | 324 | E-FILING TRANSACTION 31547303 RECEIVED ON 10/11/2024 04:58:47 PM. | |
| 10/11/2024 | 323 | REPLY - OTHER FILED BY TYLER TECHNOLOGIES, INC. ON 10/11/2024 | |
| 10/11/2024 | 322 | E-FILING TRANSACTION 11378801 RECEIVED ON 10/11/2024 04:58:50 PM. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 10/11/2024 | 321 | REPLY - OTHER FILED BY RANKIN, RICK ON 10/11/2024 | |
| 10/11/2024 | 320 | E-FILING TRANSACTION 21546892 RECEIVED ON 10/11/2024 04:49:11 PM. | |
| 10/11/2024 | 319 | REPLY - OTHER FILED BY THE STATE BAR OF CALIFORNIA ON 10/11/2024 | |
| 10/11/2024 | 318 | E-FILING TRANSACTION 41725104 RECEIVED ON 10/11/2024 02:50:30 PM. | |
| 10/08/2024 | 317 | NOTICE OF FEES DUE | |
| 10/08/2024 | 315 | MOTION - OTHER (FOR GRANT CREDIT FOR FEDERAL PRACTICE) FILED BY ROE 1, JOHN ON 10/08/2024 | |
| 10/08/2024 | 314 | E-FILING TRANSACTION NUMBER 21544068 REJECTED. | |
| 10/07/2024 | 313 | OPPOSITION FILED BY PRATT, CHAD ON 10/07/2024 | |
| 10/07/2024 | 312 | E-FILING TRANSACTION 31544487 RECEIVED ON 10/07/2024 02:45:13 PM. | |
| 06/28/2024 | 311 | NOTICE OF RULING FILED BY THE STATE BAR OF CALIFORNIA ON 06/28/2024 | |
| 07/01/2024 | 310 | E-FILING TRANSACTION 11329582 RECEIVED ON 06/28/2024 03:58:07 PM. | |
| 06/28/2024 | 309 | MINUTES FINALIZED FOR  MULTIPLE EVENTS  06/28/2024 10:00:00 AM. | |
| 06/28/2024 | 308 | MINUTES FINALIZED FOR  MULTIPLE EVENTS  06/28/2024 10:00:00 AM. | |
| 06/28/2024 | 307 | STATUS CONFERENCE CONTINUED TO 10/18/2024 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 06/28/2024 | 306 | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 10/18/2024 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 06/28/2024 | 305 | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 10/18/2024 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 06/28/2024 | 304 | DEMURRER TO AMENDED COMPLAINT CONTINUED TO 10/18/2024 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 06/21/2024 | 303 | STATUS CONFERENCE STATEMENT FILED BY TYLER TECHNOLOGIES, INC. ON 06/21/2024 | |
| 06/24/2024 | 302 | E-FILING TRANSACTION 21494793 RECEIVED ON 06/21/2024 05:53:49 PM. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 03/20/2024 | 301 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |
| 03/20/2024 | 300 | MINUTES FINALIZED FOR CHAMBERS WORK 03/20/2024 02:44:00 PM. | |
| 03/20/2024 | 298 | STATUS CONFERENCE CONTINUED TO 06/28/2024 AT 10:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |
| 03/15/2024 | 297 | STATUS CONFERENCE STATEMENT FILED BY THE STATE BAR OF CALIFORNIA ON 03/15/2024 | |
| 03/15/2024 | 296 | E-FILING TRANSACTION 21447355 RECEIVED ON 03/15/2024 12:04:51 PM. | |
| 03/13/2024 | 295 | NOTICE - OTHER FILED BY ROE 1, JOHN ON 03/13/2024. | |
| 03/14/2024 | 294 | E-FILING TRANSACTION 31446149 RECEIVED ON 03/13/2024 03:25:54 PM. | |
| 03/13/2024 | 293 | E-FILING TRANSACTION NUMBER 21446109 REJECTED. | |
| 03/12/2024 | 292 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 06/28/2024 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 03/12/2024 | 291 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13380212 AND RECEIPT NUMBER 13208404. | |
| 03/11/2024 | 290 | DEMURRER TO AMENDED COMPLAINT (TO FOURTH AMENDED COMPLAINT) FILED BY TYLER TECHNOLOGIES, INC. ON 03/11/2024 | |
| 03/12/2024 | 289 | E-FILING TRANSACTION 41621955 RECEIVED ON 03/11/2024 08:25:50 PM. | |
| 03/12/2024 | 288 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 06/28/2024 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 03/11/2024 | 287 | DEMURRER TO AMENDED COMPLAINT (TO FOURTH AMENDED COMPLAINT) FILED BY THE STATE BAR OF CALIFORNIA ON 03/11/2024 | |
| 03/12/2024 | 286 | E-FILING TRANSACTION 41621945 RECEIVED ON 03/11/2024 07:50:03 PM. | |
| 03/12/2024 | 285 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 06/28/2024 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 03/12/2024 | 284 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13380173 AND RECEIPT NUMBER 13208365. | |
| 03/11/2024 | 283 | PROPOSED ORDER RECEIVED ON 03/11/2024. | |
| 03/11/2024 | 282 | DEMURRER TO AMENDED COMPLAINT (TO FOURTH AMENDED COMPLAINT) FILED BY RANKIN, RICK ON 03/11/2024 | |
| 03/12/2024 | 281 | E-FILING TRANSACTION 41621967 RECEIVED ON 03/11/2024 09:56:51 PM. | |
| 03/11/2024 | 280 | PROPOSED ORDER RECEIVED ON 03/11/2024 | |
| 03/11/2024 | 279 | DECLARATION IN SUPPORT FILED BY TYLER TECHNOLOGIES, INC. ON 03/11/2024 | |
| 03/11/2024 | 278 | E-FILING TRANSACTION 21445105 RECEIVED ON 03/11/2024 08:25:52 PM. | |
| 03/11/2024 | 277 | PROPOSED ORDER RECEIVED ON 03/11/2024 | |
| 03/08/2024 | 276 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 13378729 AND RECEIPT NUMBER 13206903. | |
| 03/07/2024 | 275 | STIPULATION AND ORDER (PROTECTIVE ORDER) FILED BY ROE 1, JOHN ON 03/07/2024 | |
| 03/08/2024 | 274 | E-FILING TRANSACTION 11270303 RECEIVED ON 02/27/2024 11:36:36 AM. | |
| 02/22/2024 | 273 | DECLARATION IN SUPPORT FILED BY PRATT, CHAD ON 02/22/2024 | |
| 02/29/2024 | 272 | E-FILING TRANSACTION 41613281 RECEIVED ON 02/22/2024 07:33:10 PM. | |
| 02/27/2024 | 271 | PROPOSED STIPULATION AND ORDER RECEIVED ON 02/27/2024 | |
| 02/23/2024 | 270 | MOTION TO CERTIFY CLASS SCHEDULED FOR 06/21/2024 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 02/23/2024 | 269 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13371409 AND RECEIPT NUMBER 13199569. | |
| 02/22/2024 | 268 | MOTION - OTHER (TO CERTIFY CLASS) | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | FILED BY PRATT, CHAD; ROE 1, JOHN; ROE 3, JOHN; ROE 2, JANE; NZ ON 02/22/2024 | |
| 02/23/2024 | 267 | E-FILING TRANSACTION 11268566 RECEIVED ON 02/22/2024 06:49:01 PM. | |
| 02/22/2024 | 266 | DECLARATION IN SUPPORT FILED BY PRATT, CHAD ON 02/22/2024 | |
| 02/22/2024 | 265 | E-FILING TRANSACTION 41613267 RECEIVED ON 02/22/2024 06:49:03 PM. | |
| 02/22/2024 | 264 | DECLARATION IN SUPPORT FILED BY PRATT, CHAD ON 02/22/2024 | |
| 02/22/2024 | 263 | E-FILING TRANSACTION 11268567 RECEIVED ON 02/22/2024 06:49:02 PM. | |
| 02/22/2024 | 262 | DECLARATION IN SUPPORT FILED BY PRATT, CHAD ON 02/22/2024 | |
| 02/22/2024 | 261 | E-FILING TRANSACTION 41613266 RECEIVED ON 02/22/2024 06:49:01 PM. | |
| 02/22/2024 | 260 | DECLARATION IN SUPPORT FILED BY PRATT, CHAD ON 02/22/2024 | |
| 02/22/2024 | 259 | E-FILING TRANSACTION 11268565 RECEIVED ON 02/22/2024 06:48:59 PM. | |
| 02/22/2024 | 258 | DECLARATION IN SUPPORT FILED BY PRATT, CHAD ON 02/22/2024 | |
| 02/22/2024 | 257 | E-FILING TRANSACTION 41613265 RECEIVED ON 02/22/2024 06:48:58 PM. | |
| 02/09/2024 | 256 | MINUTES FINALIZED FOR INFORMAL DISCOVERY CONFERENCE 02/09/2024 01:30:00 PM. | |
| 02/02/2024 | 255 | REPLY - OTHER FILED BY ROE 1, JOHN ON 02/02/2024 | |
| 02/02/2024 | 254 | E-FILING TRANSACTION 21427112 RECEIVED ON 02/02/2024 02:01:25 PM. | |
| 02/01/2024 | 253 | AMENDED COMPLAINT (4TH) FILED BY ROE 1, JOHN; ROE 3, JOHN; ROE 2, JANE; PRATT, CHAD; NZ ON 02/01/2024 | |
| 02/02/2024 | 252 | E-FILING TRANSACTION 31426651 RECEIVED ON 02/01/2024 08:03:32 PM. | |
| 01/31/2024 | 251 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 13358972 AND RECEIPT NUMBER 13187124. | |
| 01/30/2024 | 250 | STIPULATION AND ORDER (AS TO 4TH AMENDED COMPLAINT) FILED BY ROE 1, JOHN ON 01/30/2024 | |
| 01/31/2024 | 249 | E-FILING TRANSACTION 41601710 RECEIVED ON 01/30/2024 09:19:10 AM. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 01/30/2024 | 248 | PROPOSED STIPULATION AND ORDER RECEIVED ON 01/30/2024 | |
| 01/26/2024 | 247 | DOCUMENT - OTHER (DEFENDANT'S JOINT INFORMAL DISCOVERY CONFERENCE BRIEF) FILED BY TYLER TECHNOLOGIES, INC. ON 01/26/2024 | |
| 01/29/2024 | 246 | E-FILING TRANSACTION 31423422 RECEIVED ON 01/26/2024 04:11:35 PM. | |
| 01/16/2024 | 245 | E-FILING TRANSACTION NUMBER 21371004 REJECTED. | |
| 01/16/2024 | 244 | E-FILING TRANSACTION NUMBER 11200569 REJECTED. | |
| 01/16/2024 | 243 | E-FILING TRANSACTION NUMBER 41547060 REJECTED. | |
| 01/12/2024 | 242 | MINUTES FINALIZED FOR  MULTIPLE EVENTS  01/12/2024 10:00:00 AM. | |
| 01/12/2024 | 241 | THE INFORMAL DISCOVERY CONFERENCE IS SCHEDULED FOR 02/09/2024 AT 01:30 PM IN DEPARTMENT CX105. | |
| 01/09/2024 | 240 | NOTICE OF REMOTE APPEARANCE FILED BY ROE 1, JOHN ON 01/09/2024 | |
| 01/09/2024 | 239 | E-FILING TRANSACTION 31414299 RECEIVED ON 01/09/2024 08:12:53 AM. | |
| 01/05/2024 | 238 | REPLY - OTHER FILED BY TYLER TECHNOLOGIES, INC. ON 01/05/2024 | |
| 01/05/2024 | 237 | E-FILING TRANSACTION 21414091 RECEIVED ON 01/05/2024 09:06:46 PM. | |
| 01/05/2024 | 236 | REPLY - OTHER FILED BY RANKIN, RICK ON 01/05/2024 | |
| 01/05/2024 | 235 | E-FILING TRANSACTION 21414082 RECEIVED ON 01/05/2024 07:25:38 PM. | |
| 01/05/2024 | 234 | REPLY TO OPPOSITION FILED BY THE STATE BAR OF CALIFORNIA ON 01/05/2024 | |
| 01/05/2024 | 233 | E-FILING TRANSACTION 21414056 RECEIVED ON 01/05/2024 06:33:58 PM. | |
| 12/29/2023 | 232 | OPPOSITION FILED BY ROE 1, JOHN ON 12/29/2023 | |
| 12/29/2023 | 231 | E-FILING TRANSACTION 31411004 RECEIVED ON 12/29/2023 11:23:57 PM. | |
| 12/29/2023 | 230 | OPPOSITION FILED BY ROE 1, JOHN ON 12/29/2023 | |
| 12/29/2023 | 229 | E-FILING TRANSACTION 11243021 RECEIVED ON 12/29/2023 11:23:57 PM. | |
| 12/29/2023 | 228 | OPPOSITION FILED BY ROE 1, JOHN ON | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | 12/29/2023 | |
| 12/29/2023 | 227 | E-FILING TRANSACTION 31411003 RECEIVED ON 12/29/2023 11:23:56 PM. | |
| 12/18/2023 | 226 | E-FILING TRANSACTION NUMBER 31355354 REJECTED. | |
| 12/15/2023 | 225 | MINUTES FINALIZED FOR MOTION FOR PROTECTIVE ORDER 12/08/2023 10:00:00 AM. | |
| 12/01/2023 | 224 | REPLY TO OPPOSITION FILED BY ROE 1, JANE ON 12/01/2023 | |
| 12/01/2023 | 223 | E-FILING TRANSACTION 31399384 RECEIVED ON 12/01/2023 03:43:25 PM. | |
| 11/30/2023 | 221 | NOTICE OF WITHDRAWAL OF MOTION FILED BY TYLER TECHNOLOGIES, INC. ON 11/30/2023 | |
| 12/01/2023 | 220 | E-FILING TRANSACTION 41577396 RECEIVED ON 11/30/2023 07:57:23 PM. | |
| 11/27/2023 | 219 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY TYLER TECHNOLOGIES, INC. ON 11/27/2023 | |
| 11/28/2023 | 218 | E-FILING TRANSACTION 21397790 RECEIVED ON 11/27/2023 07:40:51 PM. | |
| 11/27/2023 | 217 | OPPOSITION FILED BY TYLER TECHNOLOGIES, INC. ON 11/27/2023 | |
| 11/27/2023 | 216 | E-FILING TRANSACTION 31396593 RECEIVED ON 11/27/2023 07:40:53 PM. | |
| 11/27/2023 | 215 | OPPOSITION FILED BY ROE 1, JOHN ON 11/27/2023 | |
| 11/27/2023 | 214 | E-FILING TRANSACTION 21397769 RECEIVED ON 11/27/2023 06:34:54 PM. | |
| 11/20/2023 | 213 | MINUTES FINALIZED FOR INFORMAL DISCOVERY CONFERENCE 11/17/2023 01:30:00 PM. | |
| 11/14/2023 | 212 | RESPONSE FILED BY THE STATE BAR OF CALIFORNIA; TYLER TECHNOLOGIES, INC.; RANKIN, RICK ON 11/14/2023 | |
| 11/14/2023 | 211 | E-FILING TRANSACTION 11223853 RECEIVED ON 11/14/2023 08:20:19 PM. | |
| 11/14/2023 | 210 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |
| 11/14/2023 | 209 | MINUTES FINALIZED FOR CHAMBERS WORK 11/13/2023 03:00:00 PM. | |
| 11/13/2023 | 208 | STATUS CONFERENCE CONTINUED TO 03/22/2024 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 11/09/2023 | 207 | STATUS CONFERENCE STATEMENT FILED BY ROE 1, JOHN ON 11/09/2023 | |
| 11/09/2023 | 206 | E-FILING TRANSACTION 11221811 RECEIVED ON 11/09/2023 02:49:32 PM. | |
| 11/09/2023 | 205 | STATEMENT - OTHER FILED BY ROE 1, JOHN ON 11/09/2023 | |
| 11/09/2023 | 204 | E-FILING TRANSACTION 41568357 RECEIVED ON 11/09/2023 01:59:55 PM. | |
| 11/06/2023 | 203 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 13314726 AND RECEIPT NUMBER 13142862. | |
| 11/06/2023 | 202 | STIPULATION AND ORDER (TO INFORMAL DISCOVERY CONFERENCE) FILED BY ROE 1, JANE ON 11/06/2023 | |
| 11/06/2023 | 201 | E-FILING TRANSACTION 11219259 RECEIVED ON 11/03/2023 02:47:11 PM. | |
| 11/06/2023 | 200 | E-FILING TRANSACTION NUMBER 31387913 REJECTED. | |
| 11/06/2023 | 199 | INFORMAL DISCOVERY CONFERENCE SCHEDULED FOR 11/17/2023 AT 01:30:00 PM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 11/06/2023 | 198 | PROPOSED ORDER (COVER SHEET) (ELECTRONIC FILING) FILED BY ROE 1, JOHN ON 11/06/2023 | |
| 11/06/2023 | 197 | E-FILING TRANSACTION 31387912 RECEIVED ON 11/06/2023 09:57:04 AM. | |
| 11/06/2023 | 196 | PROPOSED ORDER RECEIVED ON 11/06/2023 | |
| 11/03/2023 | 195 | PROPOSED STIPULATION AND ORDER RECEIVED ON 11/03/2023 | |
| 10/24/2023 | 194 | E-FILING TRANSACTION NUMBER 21339711 REJECTED. | |
| 10/13/2023 | 193 | ORDER GRANTING (APPLICATION FOR AND ORDER ADMITTING BETH PETRONIO AS COUNSEL PRO HAC VICE FOR DEFENDANT TYLER TECHNOLOGIES, INC.) FILED BY TYLER TECHNOLOGIES, INC. ON 10/13/2023 | |
| 10/17/2023 | 192 | E-FILING TRANSACTION 21339671 RECEIVED ON 07/17/2023 04:59:24 PM. | |
| 10/13/2023 | 191 | MINUTES FINALIZED FOR MOTION TO APPEAR PRO HAC VICE 10/13/2023 10:00:00 AM. | |
| 10/10/2023 | 190 | SUBSTITUTION OF ATTORNEY FILED BY THE STATE BAR OF CALIFORNIA ON | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|------|-----------------|---------|
| | | 10/10/2023 | |
| 10/11/2023 | 189 | E-FILING TRANSACTION 11207882 RECEIVED ON 10/10/2023 06:35:52 PM. | |
| 09/28/2023 | 187 | NOTICE OF WITHDRAWAL OF MOTION FILED BY THE STATE BAR OF CALIFORNIA ON 09/28/2023 | |
| 09/29/2023 | 186 | E-FILING TRANSACTION 11202324 RECEIVED ON 09/28/2023 02:19:23 PM. | |
| 09/28/2023 | 185 | PROOF OF SERVICE FILED BY THE STATE BAR OF CALIFORNIA ON 09/28/2023 | |
| 09/28/2023 | 184 | E-FILING TRANSACTION 21372572 RECEIVED ON 09/28/2023 02:19:24 PM. | |
| 09/28/2023 | 183 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 01/12/2024 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 09/25/2023 | 182 | DEMURRER TO AMENDED COMPLAINT (TO THIRD AMENDED COMPLAINT) FILED BY THE STATE BAR OF CALIFORNIA ON 09/25/2023 | |
| 09/28/2023 | 181 | E-FILING TRANSACTION 41547059 RECEIVED ON 09/25/2023 05:28:23 PM. | |
| 09/27/2023 | 180 | DEMURRER TO AMENDED COMPLAINT SCHEDULED FOR 01/12/2024 AT 10:00:00 AM IN CX105 AT . | |
| 09/27/2023 | 179 | PAYMENT RECEIVED BY LEGALCONNECT FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13291729 AND RECEIPT NUMBER 13119878. | |
| 09/25/2023 | 178 | DEMURRER TO AMENDED COMPLAINT FILED BY TYLER TECHNOLOGIES, INC. ON 09/25/2023 | |
| 09/27/2023 | 177 | E-FILING TRANSACTION 31368969 RECEIVED ON 09/25/2023 07:02:35 PM. | |
| 09/27/2023 | 176 | DEMURRER TO COMPLAINT SCHEDULED FOR 01/12/2024 AT 10:00:00 AM IN CX105 AT . | |
| 09/27/2023 | 175 | PAYMENT RECEIVED BY LEGALCONNECT FOR 195 - ANSWER OR OTHER 1ST PAPER, 35 - COMPLEX CASE FEE - RESPONSE IN THE AMOUNT OF 1,435.00, TRANSACTION NUMBER 13291718 AND RECEIPT NUMBER 13119867. | |
| 09/25/2023 | 174 | DEMURRER TO AMENDED COMPLAINT FILED BY RANKIN, RICK ON 09/25/2023 | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 09/27/2023 | 173 | E-FILING TRANSACTION 11200600 RECEIVED ON 09/25/2023 09:34:59 PM. | |
| 09/25/2023 | 172 | PROPOSED ORDER RECEIVED ON 09/25/2023 | |
| 09/25/2023 | 171 | DECLARATION IN SUPPORT FILED BY TYLER TECHNOLOGIES, INC. ON 09/25/2023 | |
| 09/25/2023 | 170 | E-FILING TRANSACTION 21370956 RECEIVED ON 09/25/2023 07:02:37 PM. | |
| 09/25/2023 | 169 | PROPOSED ORDER RECEIVED ON 09/25/2023 | |
| 09/25/2023 | 168 | DECLARATION IN SUPPORT FILED BY THE STATE BAR OF CALIFORNIA ON 09/25/2023 | |
| 09/25/2023 | 167 | E-FILING TRANSACTION 41547058 RECEIVED ON 09/25/2023 05:28:23 PM. | |
| 09/25/2023 | 166 | PROOF OF SERVICE FILED BY THE STATE BAR OF CALIFORNIA ON 09/25/2023 | |
| 09/25/2023 | 165 | E-FILING TRANSACTION 41547057 RECEIVED ON 09/25/2023 05:28:22 PM. | |
| 09/25/2023 | 164 | REQUEST FOR JUDICIAL NOTICE FILED BY THE STATE BAR OF CALIFORNIA ON 09/25/2023 | |
| 09/25/2023 | 163 | E-FILING TRANSACTION 41547056 RECEIVED ON 09/25/2023 05:28:21 PM. | |
| 09/25/2023 | 162 | PROPOSED ORDER RECEIVED ON 09/25/2023 | |
| 09/13/2023 | 161 | NOTICE - OTHER (OF ENTRY OF ORDER) FILED BY ROE 1, JOHN ON 09/13/2023 | |
| 09/15/2023 | 160 | E-FILING TRANSACTION 31363543 RECEIVED ON 09/13/2023 12:16:14 PM. | |
| 09/14/2023 | 159 | NOTICE OF CHANGE OF ADDRESS AND/OR TELEPHONE FILED BY ROE 1, JOHN; ROE 3, JOHN; ROE 2, JANE; ROE 3, JANE; ROE 2, JOHN ON 09/14/2023 | |
| 09/14/2023 | 158 | E-FILING TRANSACTION 21366505 RECEIVED ON 09/14/2023 12:23:00 PM. | |
| 09/06/2023 | 157 | AMENDED COMPLAINT (THIRD) FILED BY ROE 1, JOHN; ROE 3, JOHN; ROE 2, JANE; ROE 3, JANE; ROE 2, JOHN ON 09/06/2023 | |
| 09/06/2023 | 156 | AMENDED COMPLAINT (SECOND) FILED BY ROE 1, JOHN; ROE 3, JOHN; ROE 2, JANE; ROE 3, JANE; ROE 2, JOHN ON 09/06/2023 | |
| 09/14/2023 | 155 | E-FILING TRANSACTION 31360478 RECEIVED ON 09/06/2023 03:42:57 PM. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 09/08/2023 | 154 | E-FILING TRANSACTION NUMBER 31358870 REJECTED. | |
| 09/08/2023 | 153 | E-FILING TRANSACTION NUMBER 21357627 REJECTED. | |
| 09/06/2023 | 152 | MINUTES FINALIZED FOR MULTIPLE EVENTS 09/06/2023 01:30:00 PM. | |
| 09/06/2023 | 151 | SUPPLEMENTAL (DECLARATION OF LENORE ALBERT) FILED BY ROE 1, JOHN ON 09/06/2023 | |
| 09/06/2023 | 150 | E-FILING TRANSACTION 21362668 RECEIVED ON 09/06/2023 12:20:40 PM. | |
| 09/05/2023 | 149 | DECLARATION IN SUPPORT FILED BY THE STATE BAR OF CALIFORNIA ON 09/05/2023 | |
| 09/05/2023 | 148 | E-FILING TRANSACTION 21362023 RECEIVED ON 09/05/2023 01:09:04 PM. | |
| 09/05/2023 | 147 | PROOF OF ESERVICE FILED BY THE STATE BAR OF CALIFORNIA ON 09/05/2023 | |
| 09/05/2023 | 146 | E-FILING TRANSACTION 11191407 RECEIVED ON 09/05/2023 01:09:02 PM. | |
| 09/05/2023 | 145 | OPPOSITION FILED BY THE STATE BAR OF CALIFORNIA ON 09/05/2023 | |
| 09/05/2023 | 144 | E-FILING TRANSACTION 21362022 RECEIVED ON 09/05/2023 01:09:02 PM. | |
| 09/01/2023 | 143 | EX PARTE SCHEDULED FOR 09/06/2023 AT 01:30:00 PM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 09/01/2023 | 142 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13279117 AND RECEIPT NUMBER 13107266. | |
| 09/01/2023 | 141 | EX PARTE APPLICATION - OTHER (TO CORRECT THE COURT'S ORDER NUN PRO TUNC) FILED BY ROE 1, JOHN; ROE 3, JOHN; ROE 3, JANE; ROE 2, JOHN; ROE 2, JANE ON 09/01/2023 | |
| 09/01/2023 | 140 | E-FILING TRANSACTION 41536639 RECEIVED ON 09/01/2023 08:56:54 AM. | |
| 09/01/2023 | 139 | PROPOSED ORDER (COVER SHEET) (ELECTRONIC FILING) FILED BY ROE 1, JANE ON 09/01/2023 | |
| 09/01/2023 | 138 | E-FILING TRANSACTION 31358869 RECEIVED ON 09/01/2023 08:56:53 AM. | |
| 09/01/2023 | 137 | PROPOSED ORDER RECEIVED ON 09/01/2023 | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 08/28/2023 | 136 | APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE (FOR TIANA DEMAS) FILED BY THE STATE BAR OF CALIFORNIA ON 08/28/2023 | |
| 08/29/2023 | 135 | E-FILING TRANSACTION 11188126 RECEIVED ON 08/28/2023 04:03:14 PM. | |
| 08/28/2023 | 134 | NOTICE OF ENTRY OF JUDGMENT FILED BY THE STATE BAR OF CALIFORNIA ON 08/28/2023 | |
| 08/29/2023 | 133 | E-FILING TRANSACTION 11188099 RECEIVED ON 08/28/2023 03:47:57 PM. | |
| 08/28/2023 | 132 | PROOF OF SERVICE FILED BY THE STATE BAR OF CALIFORNIA ON 08/28/2023 | |
| 08/28/2023 | 131 | E-FILING TRANSACTION 21359040 RECEIVED ON 08/28/2023 04:03:14 PM. | |
| 08/24/2023 | 130 | AMENDED COMPLAINT (SECOND) FILED BY ROE 1, JOHN; ROE 2, JANE; ROE 3, JANE; ROE 2, JOHN; ROE 3, JOHN ON 08/24/2023 | |
| 08/28/2023 | 129 | E-FILING TRANSACTION 31355511 RECEIVED ON 08/24/2023 05:22:09 PM. | |
| 08/25/2023 | 128 | MINUTES FINALIZED FOR EX PARTE 08/25/2023 01:30:00 PM. | |
| 08/25/2023 | 127 | EX PARTE CONTINUED TO 09/06/2023 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | |
| 08/22/2023 | 126 | NOTICE OF ERRATA FILED BY ROE 1, JOHN ON 08/22/2023 | |
| 08/25/2023 | 125 | E-FILING TRANSACTION 11185182 RECEIVED ON 08/22/2023 10:32:11 AM. | |
| 08/24/2023 | 124 | OPPOSITION FILED BY ROE 1, JOHN ON 08/24/2023 | |
| 08/24/2023 | 123 | E-FILING TRANSACTION 31355570 RECEIVED ON 08/24/2023 09:45:36 PM. | |
| 08/24/2023 | 122 | MOTION - OTHER SCHEDULED FOR 12/08/2023 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 08/24/2023 | 121 | MOTION - OTHER (TO STAY DISCOVERY AND FOR PROTECTIVE ORDER) FILED BY THE STATE BAR OF CALIFORNIA ON 08/24/2023 | |
| 08/24/2023 | 120 | E-FILING TRANSACTION 31355353 RECEIVED ON 08/24/2023 02:37:40 PM. | |
| 08/24/2023 | 119 | MOTION FOR PROTECTIVE ORDER SCHEDULED FOR 12/08/2023 AT 10:00:00 AM IN CX105 AT CIVIL COMPLEX CENTER. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 08/24/2023 | 118 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 13275041 AND RECEIPT NUMBER 13103190. | |
| 08/11/2023 | 117 | MOTION FOR PROTECTIVE ORDER FILED BY ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 08/11/2023 | |
| 08/24/2023 | 116 | E-FILING TRANSACTION 41527436 RECEIVED ON 08/11/2023 10:45:04 PM. | |
| 08/24/2023 | 115 | EX PARTE SCHEDULED FOR 08/25/2023 AT 01:30:00 PM IN CX101 AT CIVIL COMPLEX CENTER. | |
| 08/24/2023 | 114 | PROOF OF SERVICE FILED BY THE STATE BAR OF CALIFORNIA ON 08/24/2023 | |
| 08/24/2023 | 113 | E-FILING TRANSACTION 31355420 RECEIVED ON 08/24/2023 03:22:05 PM. | |
| 08/24/2023 | 112 | EX PARTE APPLICATION - OTHER (TO SHORTEN THE TIME TO HEAR MOTION TO STAY DISCOVERY) FILED BY THE STATE BAR OF CALIFORNIA ON 08/24/2023 | |
| 08/24/2023 | 111 | E-FILING TRANSACTION 21357626 RECEIVED ON 08/24/2023 03:07:16 PM. | |
| 08/24/2023 | 110 | DECLARATION IN SUPPORT FILED BY THE STATE BAR OF CALIFORNIA ON 08/24/2023 | |
| 08/24/2023 | 109 | E-FILING TRANSACTION 41533176 RECEIVED ON 08/24/2023 03:07:17 PM. | |
| 08/24/2023 | 108 | PROPOSED ORDER RECEIVED ON 08/24/2023 | |
| 08/24/2023 | 107 | DECLARATION IN SUPPORT FILED BY THE STATE BAR OF CALIFORNIA ON 08/24/2023 | |
| 08/24/2023 | 106 | E-FILING TRANSACTION 31355355 RECEIVED ON 08/24/2023 02:37:43 PM. | |
| 08/24/2023 | 105 | PROOF OF SERVICE FILED BY THE STATE BAR OF CALIFORNIA ON 08/24/2023 | |
| 08/24/2023 | 104 | E-FILING TRANSACTION 21357596 RECEIVED ON 08/24/2023 02:37:42 PM. | |
| 08/24/2023 | 103 | PROPOSED ORDER RECEIVED ON 08/24/2023 | |
| 07/28/2023 | 102 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 07/28/2023 09:00:00 AM. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 07/28/2023 | 101 | THE STATUS CONFERENCE IS SCHEDULED FOR 11/16/2023 AT 09:00 AM IN DEPARTMENT CX105. | |
| 07/21/2023 | 100 | REQUEST - OTHER (FOR AN OSC R) FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 07/21/2023 | |
| 07/24/2023 | 99 | E-FILING TRANSACTION 11171861 RECEIVED ON 07/21/2023 10:11:42 PM. | |
| 07/21/2023 | 98 | CASE MANAGEMENT STATEMENT FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 07/21/2023 | |
| 07/21/2023 | 97 | E-FILING TRANSACTION 31340476 RECEIVED ON 07/21/2023 10:11:41 PM. | |
| 07/21/2023 | 96 | DECLARATION IN SUPPORT FILED BY THE STATE BAR OF CALIFORNIA ON 07/21/2023 | |
| 07/21/2023 | 95 | E-FILING TRANSACTION 11171782 RECEIVED ON 07/21/2023 04:51:24 PM. | |
| 07/21/2023 | 94 | PROOF OF SERVICE FILED BY THE STATE BAR OF CALIFORNIA ON 07/21/2023 | |
| 07/21/2023 | 93 | E-FILING TRANSACTION 11171781 RECEIVED ON 07/21/2023 04:51:08 PM. | |
| 07/21/2023 | 92 | CASE MANAGEMENT STATEMENT FILED BY THE STATE BAR OF CALIFORNIA ON 07/21/2023 | |
| 07/21/2023 | 91 | E-FILING TRANSACTION 11171780 RECEIVED ON 07/21/2023 04:51:02 PM. | |
| 07/13/2023 | 90 | NOTICE - OTHER (NOTICE OF SECOND AMENDED COMPLAINT IN FEDER COURT) FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 07/13/2023 | |
| 07/19/2023 | 89 | E-FILING TRANSACTION 41514827 RECEIVED ON 07/13/2023 10:21:23 PM. | |
| 07/17/2023 | 88 | CORRESPONDENCE FILED BY THE STATE BAR OF CALIFORNIA ON 07/17/2023 | |
| 07/18/2023 | 87 | E-FILING TRANSACTION 11168855 RECEIVED ON 07/16/2023 07:31:58 PM. | |
| 07/18/2023 | 86 | MOTION TO APPEAR PRO HAC VICE SCHEDULED FOR 10/20/2023 AT 10:00:00 AM IN CX105 AT . | |
| 07/17/2023 | 85 | APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE (OF TIANA DEMAS) FILED BY THE STATE BAR OF CALIFORNIA ON 07/17/2023 | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 07/17/2023 | 84 | NOTICE OF HEARING FILED BY THE STATE BAR OF CALIFORNIA ON 07/17/2023 | |
| 07/18/2023 | 83 | E-FILING TRANSACTION 21339710 RECEIVED ON 07/17/2023 05:56:45 PM. | |
| 07/18/2023 | 82 | MOTION TO APPEAR PRO HAC VICE SCHEDULED FOR 10/13/2023 AT 10:00:00 AM IN CX105 AT . | |
| 07/18/2023 | 81 | PAYMENT RECEIVED BY LEGALCONNECT FOR 164 - APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE IN THE AMOUNT OF 500.00, TRANSACTION NUMBER 13253746 AND RECEIPT NUMBER 13081894. | |
| 07/17/2023 | 80 | APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE (AS TO BETH PETRONIO) FILED BY TYLER TECHNOLOGIES, INC. ON 07/17/2023 | |
| 07/18/2023 | 79 | E-FILING TRANSACTION 41516002 RECEIVED ON 07/17/2023 04:59:23 PM. | |
| 07/17/2023 | 78 | PROOF OF SERVICE FILED BY THE STATE BAR OF CALIFORNIA ON 07/17/2023 | |
| 07/17/2023 | 77 | E-FILING TRANSACTION 41516054 RECEIVED ON 07/17/2023 05:56:44 PM. | |
| 07/17/2023 | 76 | PROPOSED ORDER RECEIVED ON 07/17/2023 | |
| 07/17/2023 | 75 | PROPOSED ORDER RECEIVED ON 07/17/2023 | |
| 07/13/2023 | 74 | PROOF OF SERVICE OF SUMMONS FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 07/13/2023 | |
| 07/13/2023 | 73 | E-FILING TRANSACTION 41514719 RECEIVED ON 07/13/2023 04:20:56 PM. | |
| 07/13/2023 | 72 | PROOF OF SERVICE OF SUMMONS FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 07/13/2023 | |
| 07/13/2023 | 71 | E-FILING TRANSACTION 21338472 RECEIVED ON 07/13/2023 04:20:56 PM. | |
| 07/13/2023 | 70 | PROOF OF SERVICE OF SUMMONS FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 07/13/2023 | |
| 07/13/2023 | 69 | E-FILING TRANSACTION 21338471 RECEIVED ON 07/13/2023 04:20:55 PM. | |
| 07/13/2023 | 68 | E-FILING TRANSACTION NUMBER 11165111 REJECTED. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 06/14/2023 | 67 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |
| 06/14/2023 | 66 | MINUTES FINALIZED FOR CHAMBERS WORK 06/14/2023 11:24:00 AM. | |
| 06/14/2023 | 65 | THE CASE MANAGEMENT CONFERENCE IS SCHEDULED FOR 07/28/2023 AT 09:00 AM IN DEPARTMENT CX105. | |
| 05/25/2023 | 64 | NOTICE OF RULING FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 05/25/2023 | |
| 06/06/2023 | 63 | E-FILING TRANSACTION 41494263 RECEIVED ON 05/25/2023 11:31:49 AM. | |
| 05/24/2023 | 62 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |
| 05/24/2023 | 61 | MINUTES FINALIZED FOR CHAMBERS WORK 05/24/2023 11:37:00 AM. | |
| 05/11/2023 | 60 | ORDER OF REMAND FILED BY THE SUPERIOR COURT OF ORANGE ON 05/11/2023 | |
| 05/24/2023 | 59 | NOTICE OF ACKNOWLEDGMENT FROM THE U.S. DISTRICT COURT FILED BY THE SUPERIOR COURT OF ORANGE ON 05/24/2023 | |
| 05/09/2023 | 58 | NOTICE - OTHER (OF REMAND) FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 05/09/2023 | |
| 05/10/2023 | 57 | E-FILING TRANSACTION 11140077 RECEIVED ON 05/09/2023 08:07:01 PM. | |
| 05/02/2023 | 56 | NOTICE - OTHER FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 05/02/2023. | |
| 05/03/2023 | 55 | E-FILING TRANSACTION 21307290 RECEIVED ON 05/02/2023 12:18:55 PM. | |
| 05/16/2022 | 54 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |
| 05/16/2022 | 53 | MINUTES FINALIZED FOR CHAMBERS WORK 05/16/2022 03:55:00 PM. | |
| 05/16/2022 | 50 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | |
| 05/16/2022 | 49 | MINUTES FINALIZED FOR CHAMBERS WORK 05/16/2022 02:25:00 PM. | |
| 05/16/2022 | 48 | THE CASE MANAGEMENT CONFERENCE IS SCHEDULED FOR 08/19/2022 AT 09:00 AM IN DEPARTMENT CX105. | |
| 05/16/2022 | 47 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/19/2022 AT 09:00:00 | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| | | AM IN CX105 AT CIVIL COMPLEX CENTER. | |
| 05/16/2022 | 46 | PAYMENT RECEIVED BY AMERICANLEGALNET FOR 195 - ANSWER OR OTHER 1ST PAPER, 35 - COMPLEX CASE FEE - RESPONSE IN THE AMOUNT OF 1,435.00, TRANSACTION NUMBER 13049113 AND RECEIPT NUMBER 12877129. | |
| 05/13/2022 | 45 | NOTICE OF REMOVAL TO FEDERAL COURT FILED BY TYLER TECHNOLOGIES, INC. ON 05/13/2022 | |
| 05/16/2022 | 44 | E-FILING TRANSACTION 1988640 RECEIVED ON 05/13/2022 04:41:51 PM. | |
| 05/12/2022 | 43 | NOTICE OF LODGING FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 05/12/2022 | |
| 05/12/2022 | 42 | E-FILING TRANSACTION 21158435 RECEIVED ON 05/12/2022 11:20:51 AM. | |
| 05/10/2022 | 41 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 13046646 AND RECEIPT NUMBER 12874662. | |
| 05/09/2022 | 40 | APPLICATION AND ORDER (TO FILE CONFIDENTIAL SEETTLEMENT AGREEMENT) RECEIVED ON 05/09/2022. | |
| 05/10/2022 | 39 | E-FILING TRANSACTION 31154514 RECEIVED ON 05/09/2022 03:32:41 PM. | |
| 05/09/2022 | 38 | REQUEST FOR DISMISSAL FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 05/09/2022 | |
| 05/09/2022 | 37 | NOTICE OF SETTLEMENT FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 05/09/2022 | |
| 05/10/2022 | 36 | E-FILING TRANSACTION 41332215 RECEIVED ON 05/09/2022 11:01:47 AM. | |
| 05/09/2022 | 35 | E-FILING TRANSACTION NUMBER 31154405 REJECTED. | |
| 05/09/2022 | 33 | E-FILING TRANSACTION 21156899 RECEIVED ON 05/09/2022 01:47:58 PM. | |
| 05/09/2022 | 32 | DECLARATION IN SUPPORT FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 05/09/2022 | |
| 05/09/2022 | 31 | E-FILING TRANSACTION 1986051 RECEIVED ON 05/09/2022 11:01:48 AM. | |
| 05/09/2022 | 30 | E-FILING TRANSACTION NUMBER 41332071 REJECTED. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 04/18/2022 | 29 | NOTICE OF CHANGE OF ADDRESS AND/OR TELEPHONE FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 04/18/2022 | |
| 04/18/2022 | 28 | E-FILING TRANSACTION 1976973 RECEIVED ON 04/17/2022 01:57:05 PM. | |
| 04/13/2022 | 27 | AMENDED COMPLAINT (FIRST) FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN; ROE 2, JOHN ON 04/13/2022 | |
| 04/13/2022 | 26 | E-FILING TRANSACTION 31143597 RECEIVED ON 04/13/2022 06:10:06 AM. | |
| 04/01/2022 | 25 | PROOF OF SERVICE OF SUMMONS & COMPLAINT - UNNAMED OCCUPANTS FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN ON 04/01/2022 | |
| 04/01/2022 | 24 | E-FILING TRANSACTION 1970704 RECEIVED ON 03/31/2022 06:01:30 PM. | |
| 03/29/2022 | 23 | PROOF OF SERVICE OF SUMMONS FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN ON 03/29/2022 | |
| 03/29/2022 | 22 | E-FILING TRANSACTION 21140109 RECEIVED ON 03/29/2022 12:32:13 PM. | |
| 03/28/2022 | 21 | PROOF OF SERVICE OF SUMMONS FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN ON 03/28/2022 | |
| 03/28/2022 | 20 | E-FILING TRANSACTION 41315213 RECEIVED ON 03/28/2022 04:00:48 PM. | |
| 03/28/2022 | 19 | PROOF OF SERVICE OF SUMMONS FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN ON 03/28/2022 | |
| 03/28/2022 | 18 | E-FILING TRANSACTION 21139734 RECEIVED ON 03/28/2022 04:00:45 PM. | |
| 03/28/2022 | 17 | PROOF OF NON-SERVICE FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN ON 03/28/2022 | |
| 03/28/2022 | 16 | E-FILING TRANSACTION 31137241 RECEIVED ON 03/28/2022 04:00:44 PM. | |
| 03/28/2022 | 15 | PROOF OF NON-SERVICE FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN ON 03/28/2022 | |
| 03/28/2022 | 14 | E-FILING TRANSACTION 1968938 RECEIVED ON 03/28/2022 04:00:44 PM. | |
| 03/25/2022 | 13 | AMENDMENT TO COMPLAINT FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN ON 03/25/2022 | |
| 03/28/2022 | 12 | E-FILING TRANSACTION 41314465 RECEIVED ON 03/25/2022 01:26:19 PM. | |

2022-01250695, JOHN ROE 1 VS. THE STATE BAR OF CALIFORNIA

| Date | # | Proceeding Text | Details |
|------|---|-----------------|---------|
| 03/24/2022 | 11 | AMENDMENT TO COMPLAINT RECEIVED ON 03/24/2022. | |
| 03/24/2022 | 10 | E-FILING TRANSACTION 41313883 RECEIVED ON 03/24/2022 01:42:50 PM. | |
| 03/21/2022 | 9 | SUMMONS ISSUED AND FILED FILED BY ROE 1, JANE; ROE 2, JANE; ROE 3, JANE; ROE 1, JOHN ON 03/21/2022 | |
| 03/21/2022 | 8 | E-FILING TRANSACTION 41311967 RECEIVED ON 03/21/2022 11:34:49 AM. | |
| 03/18/2022 | 7 | E-FILING TRANSACTION NUMBER 41311914 REJECTED. | |
| 03/18/2022 | 6 | CASE ASSIGNED TO JUDICIAL OFFICER SHERMAN, RANDALL ON 03/18/2022. | |
| 03/21/2022 | 5 | PAYMENT RECEIVED BY ONELEGAL FOR 194 - COMPLAINT OR OTHER 1ST PAPER, 34 - COMPLEX CASE FEE - PLAINTIFF IN THE AMOUNT OF 1,435.00, TRANSACTION NUMBER 13023399 AND RECEIPT NUMBER 12851385. | |
| 03/18/2022 | 4 | CLASS ACTION / B 17200 QUESTIONNAIRE FILED BY ROE 1, JOHN; ROE 1, JANE; ROE 2, JANE; ROE 3, JANE ON 03/18/2022 | |
| 03/18/2022 | 3 | CIVIL CASE COVER SHEET FILED BY ROE 1, JOHN; ROE 1, JANE; ROE 2, JANE; ROE 3, JANE ON 03/18/2022 | |
| 03/18/2022 | 2 | COMPLAINT FILED BY ROE 1, JOHN; ROE 1, JANE; ROE 2, JANE; ROE 3, JANE ON 03/18/2022 | |
| 03/21/2022 | 1 | E-FILING TRANSACTION 31133640 RECEIVED ON 03/18/2022 04:33:01 PM. | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**