# EXHIBIT C



**User Name:** Beth Petronio

**Date and Time:** Friday, April 4, 2025 11:03:00 AM EDT

**Job Number:** 249585903

## Document (1)

1. *2:24ad2, Albert*

    **Client/Matter:** -None-

    **Search Terms:** number(2:24-ad-00002)

    **Search Type:** Terms and Connectors

    **Narrowed by:**

    | Content Type | Narrowed by |
    |---|---|
    | Dockets | Case Status: Open,Unknown,Closed; Court: California Central (Civil); Case Classification: Civil;  > California Central (Civil) |

## *2:24ad2, Albert*

US District Court Docket

United States District Court, California Central

(Western Division - Los Angeles)

**This case was retrieved on 04/04/2025**

# Header

**Case Number:** 2:24ad2
**Date Filed:** 03/14/2024
**Assigned To:** Judge Dolly M. Gee
**Nature of Suit:** Unknown (0)
**Cause:**
**Lead Docket:** None
**Other Docket:** None
**Jurisdiction:** None

**Class Code:** Open
**Statute:**
**Jury Demand:** None
**Demand Amount:** $0
**NOS Description:** Unknown

# Participants

## Litigants

Lenore Albert
**In Re**

## Attorneys

Lenore L Albert
LEAD ATTORNEY;ATTORNEY TO BE NOTICED

1968 S. Coast Hwy, Ste 3960
Laguna Beach, CA  92651
USA
424-365-0741 Email:Lenorealbert@msn.Com

# Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 03/14/2024 | ORDER TO SHOW CAUSE by Judge Philip S. Gutierrez. ORDER a response to this Order to Show Cause shall be submitted within 30 days of this order as outlined in this order. FURTHER ORDERED if the attorney fails to respond within the time specified an order of suspension shall issue. Response to Order to Show Cause due by 4/15/2024. (jcw) (Entered: 03/14/2024) | |
| 2 | 03/26/2024 | EX PARTE APPLICATION for Issuance of Declaratory Relief to proceed filed by Central District Member Lenore Albert. (Albert, Lenore) (Entered: 03/26/2024) | |
| 3 | 03/27/2024 | MINUTES (IN CHAMBERS) by Judge Philip S. Gutierrez: denying 2 EX PARTE APPLICATION for Issuance (jcw) (Entered: 03/27/2024) | |
| 4 | 04/12/2024 | RESPONSE filed by In Re Lenore Albertto Order to Show Cause -- attorney discipline, 1  (Attachments: # 1 Response on Want of Due Process, # 2 Response Showing Insufficient Proof, # 3 Response Showing Manifest Injustice, # 4 Declaration James Ocon, # 5 Declaration Gregory Meinhardt, # 6 Declaration John | |

Beth Petronio

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | Roe 1, # 7 Declaration NZ, # 8 Declaration Chad Pratt, # 9 Declaration Darryl W. Genis, # 10 Declaration CLS, # 11 Declaration Robert Shaw, # 12 Declaration Diddo Clark, # 13 Declaration Ryan McMahon, # 14 Declaration Larry Tran, # 15 Declaration Theresa Marasco, # 16 Declaration Antonio Marasco)(Albert, Lenore) (Entered: 04/12/2024) | |
| 5 | 04/12/2024 | Reporters Transcripts filed by In Re Lenore Albert Vol 1 through 4 re: Order to Show Cause -- attorney discipline, 1 (Attachments: # 1 Reporters Transcript Vol 1, # 2 Reporters Transcript Vol 2, # 3 Reporters Transcript Vol 3, # 4 Reporters Transcript Vol 4)(Albert, Lenore) (Entered: 04/12/2024) | |
| 6 | 04/13/2024 | DECLARATION of Lenore Albert re Order to Show Cause -- attorney discipline, 1 filed by In Re Lenore Albert. (Attachments: # 1 Ex 1, # 2 Ex 2, # 3 Ex 3, # 4 Ex 4, # 5 Ex 5, # 6 Ex 6, # 7 Ex 7, # 8 Ex 8, # 9 Ex 9, # 10 Ex 10, # 11 Ex 11, # 12 Ex 12, # 13 Ex 13, # 14 Ex 14, # 15 Ex 15, # 16 Ex 16, # 17 Ex 17, # 18 Ex 18, # 19 Ex 19, # 20 Ex 20, # 21 Ex 21, # 22 Ex 22, # 23 Ex 23, # 24 Ex 24)(Albert, Lenore) (Entered: 04/13/2024) | |
| 7 | 04/13/2024 | EXHIBIT Filed filed by In Re Lenore Albert. Respondent Trial Exhibits 1001 - 1049 as to Order to Show Cause -- attorney discipline, 1 . (Attachments: # 1 Exhibit 1001 - 1024 part 1, # 2 Exhibit 1024 - 1049)(Albert, Lenore) (Entered: 04/13/2024) | |
| 8 | 04/13/2024 | EXHIBIT Filed filed by In Re Lenore Albert. Respondent Trial Exhibits 1050 - 1099 as to Exhibit (non-trial) 7 . (Attachments: # 1 Exhibit 1075 - 1082, # 2 Exhibit 1083 - 1099)(Albert, Lenore) (Entered: 04/13/2024) | |
| 9 | 04/13/2024 | EXHIBIT Filed filed by In Re Lenore Albert. Respondent Trial Exhibits 1100 - 1176 as to Exhibit (non-trial) 7 . (Albert, Lenore) (Entered: 04/13/2024) | |
| 10 | 04/13/2024 | EXHIBIT Filed filed by In Re Lenore Albert. Respondents Trial Exhibits 1177 - 1182 as to Exhibit (non-trial) 7 . (Attachments: # 1 Exhibit 1178, # 2 Exhibit 1179, # 3 Exhibit 1180, # 4 Exhibit 1181, # 5 Exhibit 1182)(Albert, Lenore) (Entered: 04/13/2024) | |
| 11 | 04/13/2024 | EXHIBIT Filed filed by In Re Lenore Albert. Respondent Trial Exhibit 1183 Cindy Chan and David Seal No Code No Links as to Exhibit (non-trial) 7 . (Albert, Lenore) (Entered: 04/13/2024) | |
| 12 | 04/13/2024 | EXHIBIT Filed filed by In Re Lenore Albert. Respondent Trial Exhibits 1184 - 1185 SANDC and Answer as to Exhibit (non-trial) 7 . (Attachments: # 1 Exhibit 1185)(Albert, Lenore) (Entered: 04/13/2024) | |
| 13 | 04/13/2024 | EXHIBIT Filed filed by In Re Lenore Albert. State Bar Trial Exhibits 1 - 7 as to Response,, 4 . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Albert, Lenore) (Entered: 04/13/2024) | |
| 14 | 04/13/2024 | EXHIBIT Filed filed by In Re Lenore Albert. State Bar Trial Exhibits 8 - 65 (- missing) as to Exhibit (non-trial), 13 . (Attachments: # 1 Exhibit 26 - 47, # 2 49 - 59, # 3 62, # 4 63, # 5 64, # 6 65)(Albert, Lenore) (Entered: 04/13/2024) | |
| 15 | 04/13/2024 | State Bar Rules of Procedure and Practice filed by In Re Lenore Albert re: Order to Show Cause -- attorney discipline, 1 (Attachments: # 1 Rules of Practice)(Albert, Lenore) (Entered: 04/13/2024) | |
| 16 | 04/13/2024 | DECLARATION of DE and MTA re Order to Show Cause -- attorney discipline, 1 filed by In Re Lenore Albert. (Albert, Lenore) (Entered: 04/13/2024) | |
| 17 | 05/10/2024 | NOTICE OF REASSIGNMENT OF CASE filed. Pursuant to the succession of the Honorable Dolly M. Gee as Chief Judge of the Central District. Case transferred to Judge Dolly M. Gee for all further proceedings. Case number will now read 2:24-ad-00002 | |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
|  |  | DMG. (rn) (Entered: 05/10/2024) |  |
| 18 | 06/24/2024 | MINUTES IN CHAMBERS- ORDER VACATING MARCH 14, 2024 ORDER TO SHOW CAUSE AND ISSUING A NEW ORDER TO SHOW CAUSE by Judge Dolly M. Gee. Accordingly, the Court hereby VACATES the March 14 Order to Show Cause and issues the following Order to Show Cause based on Albert's disbarment. Accordingly, Albert is HEREBY ORDERED TO SHOW CAUSE, in writing, by August 16, 2024, why she should not be disbarred from the practice of law before this Court, pursuant to Rule 83-3.2 of the Local Rules for the Central District of California. (SEE DOCUMENT FOR FURTHER DETAILS.) (rolm) (Entered: 06/24/2024) |  |
| 19 | 07/08/2024 | NOTICE of Decision: Disbarment filed by respondent Lenore Albert.  (Albert, Lenore) (Entered: 07/08/2024) |  |
| 20 | 08/07/2024 | RESPONSE filed by In Re Lenore Albertto Order to Show Cause,,, Terminate Deadlines,, 18  (Albert, Lenore) (Entered: 08/07/2024) |  |
| 21 | 02/14/2025 | MINUTE ORDER IN CHAMBERS ORDER OF DISBARMENT by Judge Dolly M. Gee:the Court DISBARS Albert from the practice of law in this Court pursuant to Local Rule 83-3.2.1.I. Albert is HEREBY DISBARRED from thepractice of law in this Court pursuant to Local Rule 83-3.2.1.Albert may apply to be reinstated to the Bar of this Court upon submission of proof that she has been reinstated as an active member in good standing of the State Bar of California. See C.D. Cal. Local Rule 83-3.2.4. An attorney registered to use this Courts Electronic Case Filing System (ECF) who is disbarred by this Court shall not have access to file documents electronically until the attorney has been reinstated to the Bar of this Court. (pj) (Entered: 02/15/2025) |  |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

End of Document