# EXHIBIT D

# Exhibit D

SUPREME COURT
FILED

JUN 17 2024

Jorge Navarrete Clerk

_____
Deputy

State Bar Court - No. SBC-22-O-30348

S284532

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re LENORE LUANN ALBERT on Discipline.

The "Motion to Augment the Record or Judicially Notice the Declarations in the Alternative" is denied.

The "Ex Parte Application to Set Aside or Stay the Interim Suspension" is denied.

The petition for review is denied.

The court orders that Lenore LuAnn Albert (Respondent), State Bar Number 210876, is disbarred from the practice of law in California and that Respondent's name is stricken from the roll of attorneys.

Respondent must comply with California Rules of Court, rule 9.20, and perform the acts specified in (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the date this order is filed. (*Athearn v. State Bar* (1982) 32 Cal.3d 38, 45 [the operative date for identification of clients being represented in pending matters and others to be notified is the filing date of this order].)

Respondent must pay monetary sanctions to the State Bar of California Client Security Fund in the amount of $5,000 in accordance with Business and Professions Code section 6086.13 and rule 5.137 of the Rules of Procedure of the State Bar. Monetary sanctions are enforceable as a money judgment and may be collected by the State Bar through any means permitted by law.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment, and may be collected by the State Bar through any means permitted by law.

GUERRERO
*Chief Justice*

I, Jorge Navarrete, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court as shown by the records of my office.
Witness my hand and the seal of the Court this _____ day of JUN 24 2024 20___

By: _____ Deputy