# EXHIBIT I

Lenore L. Albert
Email: lenalbert@InteractiveCounsel.com
1968 S Coast Hwy #3960
Laguna Beach, CA 92651
Telephone: 424-365-0741
Plaintiff, pro se

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| LENORE ALBERT, an individual; CHAD PRATT, an individual; THERESA MARASCO, an individual; LARRY TRAN, an individual; RYAN MCMAHON, an individual; JAMES OCON, an individual; LESLIE WESTMORELAND, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TYLER TECHNOLOGIES, INC.; STATE BAR OF CALIFORNIA; BRANDON STALLINGS; LEAH WILSON; GEORGE CARDONA; DONNA HERSHKOWITZ; SUZANNE GRANDT; CINDY CHAN; BENSON HOM; DOES 1 through 10, inclusive, <br><br> Defendants. <br> / | CASE NO. 30-2025-01462434-CU-AT-CXC <br><br> Assigned for all purposes to: Hon. Randall J. Sherman <br><br> Dept: CX-105 <br> Complaint filed: <br><br> **REQUESTS FOR PRODUCTION OF DOCUMENTS, SET NO. ONE TO DEFENDANT TYLER TECHNOLOGIES, INC. FROM PLAINTIFF LENORE ALBERT** |

1
**REQUESTS FOR ADMISSION, SET NO. ONE TO DEFENDANT TYLER TECHNOLOGIES, INC. FROM PLAINTIFF LENORE ALBERT**
*Albert, et al v Tyler Technologies, Inc. et al.*

|   |   |
|---|---|
| 1 | **PROPOUNDING PARTY:**   Plaintiff LENORE ALBERT |
| 2 | **RESPONDING PARTY:**  Defendant TYLER TECHNOLOGIES, INC. |
| 3 | **SET NUMBER:**   ONE (1) |

COMES NOW Plaintiff, LENORE ALBERT, and pursuant to the provisions of *Code of Civil Procedure* §2031.280, et. seq., hereby demands that you respond to the following requests for production of documents. If you are claiming a privilege, please describe the document and privilege and produce such descriptions in a privilege log along with YOUR response. The description should include the author, subject matter of the document and number of pages. It should describe any redaction made, if partially produced and list the claimed privilege.

Please respond, in writing and under oath, pursuant to the applicable provisions of the *Code of Civil Procedure* within thirty (30) days after service hereof.  In responding, please furnish all information which is available to you, including NONPRIVILEGED information in the possession of your attorneys or investigators for your attorneys or anyone employed on your behalf, and not merely such information known of your own personal knowledge.

If you cannot respond in full after exercising due diligence to secure the document or thing to do so, please so state, and respond to the extent possible, specifying YOUR inability to respond as to the remainder because it was lost, destroyed or never in your possession and control, and stating whatever document you have concerning the request.

### DEFINITIONS

Words in **CAPITALS** in these **REQUESTS** are defined as follows:

1. **TYLER TECHNOLOGIES, INC.** includes the corporation, its employees, and its agents who may be holding onto its insurance policies or other nonprivileged, relevant information.
2. The term "**DOCUMENT**" and "**WRITING**" are interchangeable and means and includes any type of "writing" and shall include the original and any duplicates (including **ESI** (electronically stored information) such as emails, phone logs, and electronic tapes) and includes, without limitation, all written materials such as emails, text messages, skype sessions, letters, memoranda, reports, studies, minutes, diary entries (including calendar entries indicating dates and participants to any meetings), notes or records of telephone conversations, voice recordings, conferences or other oral communications and

appointment records, time records, ledgers, journals, financial or accounting records, personnel records, annual reports, trial balances, work papers, schedules, photographs, videos, recordings, charts, graphs, transcriptions, tapes, discs, printouts, and other electronic data processing materials. It also includes each copy of a DOCUMENT that is not identical in all respects with or that contains any notation not appearing on any other copy of such DOCUMENT.

3. The term "**COMMUNICATION**" shall mean the giving, receiving, transmitting or exchanging of information including, but not limited to, any and all telephone and in-person conversations by or with any person, talk, gestures, phone logs, contact logs, or "DOCUMENTS" as defined in Paragraph 2 above which memorialize or refer to any "COMMUNICATION".

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Please produce all **DOCUMENTS** evidencing your Insurance Policy in effect through which **TYLER TECHNOLOGIES, INC.** was or might be insured to cover plaintiff Lenore Albert's damages that she has alleged in this lawsuit.

2. Please produce all DOCUMENTS evidencing **TYLER TECHNOLOGIES, INC**. policies and procedures applicable to maintaining the Odyssey Portal at the State Bar of California on February 24, 2022 and the five preceding years.

3. Please produce all **COMMUNICATIONS** between Tyler Technologies, Inc. and the State Bar of California concerning the State Bar data breach that was discovered on or about February 24, 2022 which is the subject of this lawsuit.

4. Please produce all **COMMUNICATIONS** between Tyler Technologies, Inc. and the State Bar of California relating or referring to Lenore Albert's state bar disciplinary proceedings from March 18, 2022 through September 16, 2024.

5. Please produce all **COMMUNICATIONS** between Tyler Technologies, Inc. and the State Bar of California relating or referring to any cases wherein Lenore Albert was the attorney of record from March 18, 2022 through September 16, 2024.

Dated: March 13, 2025                Respectfully Submitted,

/s/ Lenore Albert_____

LENORE L. ALBERT, Plaintiff pro se

3

REQUESTS FOR ADMISSION, SET NO. ONE TO DEFENDANT TYLER TECHNOLOGIES, INC. FROM PLAINTIFF LENORE ALBERT
*Albert, et al v Tyler Technologies, Inc. et al.*

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651.

**REQUESTS FOR ADMISSION, SET NO. ONE TO DEFENDANT TYLER TECHNOLOGIES, INC. FROM PLAINTIFF LENORE ALBERT**

On the interested parties in this action as follows:
See Electronic Service list

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.
**[] BY MAIL**– I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 13, 2025

                                                  /s/James Ocon
                                                  James Ocon

4

**REQUESTS FOR ADMISSION, SET NO. ONE TO DEFENDANT TYLER TECHNOLOGIES, INC. FROM PLAINTIFF LENORE ALBERT**
*Albert, et al v Tyler Technologies, Inc. et al.*

ELECTRONIC SERVICE LIST

**For Defendants State Bar of California, Brandon Stallings, Leah Wilson, George Cardona, Suzanne Grandt, Cindy Chan, and Benson Hom**

KEVIN GILBERT, ESQ.
kgilbert@ohhlegal.com
Orbach Huff & Henderson LLP
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
(510) 350-3582 Direct

SUZANNE C. GRANDT (304794)
Assistant General Counsel
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639 Telephone: 415-538-2388; Facsimile: 415-538-2517
Email: suzanne.grandt@calbar.ca.gov

**For Defendant Tyler Technologies, Inc.**

Beth Petronia beth.petronio@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com
**K&L GATES LLP**
10100 Santa Monica Boulevard Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000 Facsimile: 310.552.5001
**For Defendant Tyler Technologies, Inc.**
Christina N. Goodrich (SBN 261722) christina.goodrich@klgates.com
Zachary T. Timm (SBN 316564) zach.timm@klgates.com


Co-plaintiffs Chad Pratt, Larry Tran, Ryan McMahon, Leslie Westmoreland, and Theresa Marasco by email by consent.


Chad Pratt
Email: Chadprattsr@gmail.com
660 S Figueroa St, Ste 1920
Los Angeles, CA 90017-3569
Telephone: 213-840-2423
Plaintiff, pro se

James Ocon
Email: Jim.Ocon@Oconcompany.com
10131 Louise Ave.

5
REQUESTS FOR ADMISSION, SET NO. ONE TO DEFENDANT TYLER TECHNOLOGIES, INC. FROM PLAINTIFF LENORE ALBERT
*Albert, et al v Tyler Technologies, Inc. et al.*

|    |                                              |
|----|----------------------------------------------|
| 1  | Northridge, CA 91325                         |
| 2  | Telephone: 719-505-2187                      |
|    | Plaintiff, pro se                            |
| 3  |                                              |
| 4  | Ryan McMahon                                 |
|    | Email: Codethree53@gmail.com                 |
| 5  | 7533 English Hills Road                      |
|    | Vacaville, CA 95687                          |
| 6  | Telephone: 707-333-3127                      |
| 7  | Plaintiff, pro se                            |
|    |                                              |
| 8  | Larry Tran                                   |
|    | Email: larrylytran@gmail.com                 |
| 9  | 29559 Fitch Ave.                             |
| 10 | Canyon Country, CA 91351                     |
|    | Telephone: 626-217-7836                      |
| 11 | Plaintiff, pro se                            |
| 12 | Theresa Marasco                              |
|    | Email: theresa.marasco@gmail.com             |
| 13 | PO Box 1035                                  |
| 14 | Santa Monica, CA 90406                       |
|    | Telephone: 720-226-4051                      |
| 15 | Plaintiff, pro se                            |
| 16 |                                              |
|    | Leslie Westmoreland                          |
| 17 | Westmorelandlw7@gmail.com                    |
|    | 1715 East Alluvial Ave. 214                  |
| 18 | Fresno, CA 93720                             |
| 19 | Telephone: 559-727-1604                      |
|    | Plaintiff, pro se                            |
| 20 |                                              |
| 21 |                                              |
| 22 |                                              |
| 23 |                                              |
| 24 |                                              |
| 25 |                                              |
| 26 |                                              |
| 27 |                                              |
| 28 |                                              |

**REQUESTS FOR ADMISSION, SET NO. ONE TO DEFENDANT TYLER TECHNOLOGIES, INC. FROM PLAINTIFF LENORE ALBERT**
*Albert, et al v Tyler Technologies, Inc. et al.*