# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| LENORE ALBERT, CHAD PRATT, THERESA MARASCO, LARRY TRAN, RYAN MCMAHON, JAMES OCON; AND LESLIE WESTMORELAND<br><br>Plaintiffs,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., STATE BAR OF CALIFORNIA; BRANDON STALLINGS, LEAH WILSON, GEORGE CARDONA, DONNA HERSHKOWITZ, SUZANNE GRANT, CINDY CHAN, BENSON HOM, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-00647-JLS-DFM<br><br>[Referred to the Hon. Douglas F. McCormick for preliminary matters and to conduct hearings [DE 4]]<br><br>Removed from Orange County Superior Court at Case No. 30-2025-01462434-CU-AT-CXC<br><br>**TYLER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: February 20, 2025<br><br>Hearing Date:  May 6, 2025<br>Time:          10:30 a.m.<br>Courtroom:     6B |

**[PROPOSED] ORDER**

1 | Having considered Defendant Tyler Technologies, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"), and good cause appearing, **IT IS HEREBY ORDERED** that Tyler's Motion is GRANTED in its entirety. Plaintiffs' claims against Tyler are dismissed in their entirety, and Tyler is dismissed as a Defendant to this Case.

Date: _____

Honorable Douglas F. McCormick
United States Magistrate Judge