Robert M. Shaw
613 Lincoln St
Osage City Kansas 66523
765-686-9666
Email: RobbShaw43@gmail.com

Robert M. Shaw, IN PRO PER

# U S DISTRICT COURT
# CENTRAL DIVISION

| | |
|---|---|
| Robert M. Shaw, John Roe2, Chad Pratt, and NZ<br><br>Plaintiff(s),<br><br>vs.<br><br>California State bar<br><br>Defendant(s). | Case No.: 30-2022-01250695-CU-AT-CXC Remanded back to Case No. 825-CV-00647<br><br>**MOTION FOR Sanctions**<br><br>**DATE:** Second notice for Sanctions against the State bar.<br><br>Judge: (McCormick) |

Honorable Judge McCormick

Again the Defendant moved this case from Judge Sherman's Court to this Court for the Purposes of a Settlement then lied to both Courts and placed a dismissal on record with this Court.

Then the Defendant changed Lawyers without telling the Plaintiff so we could not properly serve.

This would have never happened if Ms Albert was this Plaintiff's lawyer.

The State bar acting unethical should face sanctions for this kind of dirty play.

1  The Court should not tolerate this type of dirty play.
2  This plaintiff had to search for the new attorney of record and Pacer Court service
3  thinks it is a guy named Kevin Gilbert at Orbach, Huff and McPherson.
4  This Plaintiff is serving him.
5
6  Respectfully Submitted,
7
8
9  Robert M. Shaw
10 */s/ Robert M. Shaw*
11
12 I certify that I have served Mr Kevin Gilbert listed as Defense Counsel.


