Lenore L. Albert
31872 Joshua Dr #22C
Trabuco Canyon, CA 92679
Phone 424-365-0741

Email: lenorealbert@msn.com
I/Plaintiff, pro per

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT I, | Chapter 7 |
| | CASE NO. SA 8:18-bk-10548-ES |
| LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT, | ADVERSARY NO. 8:20-ap-01095-SC |
| | Related Case:    8:18-ap-01065-SC |
| Petitioner/Plaintiff(s), | Assigned to the Hon. Scott C. Clarkson<br>Ctrm: 5C – Fifth Floor |
| v. | |
| MARICRUZ FARFAN, an individual; TIMOTHY BYER, ESQ. an individual; STATE BAR OF CALIFORNIA, a public corporation, NIRA WOODS, an individual; DEVIN LUCAS, ESQ.; and DOES 1 through 10, inclusive. | **PLAINTIFF LENORE ALBERT'S DECLARATION OF PAYMENT OF ALL DISPUTED COSTS AND FEES**<br><br>Hearing Date: April 20, 2021<br>Time: 10:00AM<br>Ctrm: 5C – Fifth Floor |
| Respondents/Defendants | |

1

**PLAINTIFF LENORE ALBERT'S DECLARATION OF PAYMENT OF ALL DISPUTED COSTS AND FEES**
Albert v Farfan, et al 20-ap-01095-SC

# PLAINTIFF LENORE ALBERT'S DECLARATION OF PAYMENT OF ALL COSTS AND FEES

I Lenore Albert do hereby declare that I am the plaintiff I Lenore LuAnn Albert-Sheridan ("Lenore Albert") in the above-captioned action. I am a member in good standing before the U.S. Supreme Court and if called as a witness could and would testify of my own personal knowledge to the following:

1. On April 20, 2021, this Court held the hearing on my request for TRO and preliminary injunction to reinstate my license.

2. I heard the California State Bar counsel represent in open court that I would need to pay $37,555.90 for reinstatement fees disciplinary costs plus $20,182.00 to the State Bar Client Security Fund.

3. After the hearing I was able to procure both amounts and reached out to the State Bar to find out how to pay the $20,182.00.

4. I was told $20,182.00 would not reinstate my license and I had to wait for Betty Yung to calculate the amount owed.

5. Betty Yung informed me that I needed to send a check for $20,801.18 to the California State Bar located in Los Angeles, California.

6. I let the Michigan State Bar know that my license would be active and in good standing on April 21, 2021 for their review of my admission.

**7.** On April 20, 2021, I paid the $37,555.90 reinstatement fee through the online portal, a true and correct copy of the payment screen showing I paid the State Bar $37,555.90 is attached hereto as **Exhibit 1.**

8. On April 20, 2021, I caused two checks to be sent overnight Fed Ex with a cover letter explaining these were to pay the $20,801.18 in CSF costs and fees. Attached hereto and fully incorporated herein as **Exhibit 2** is a true and correct copy of the Letter and Checks sent to the California State Bar on April 20, 2021.

9. On April 21, 2021 I received notification from Fed Ex that the letter and two checks were delivered to the California State Bar Client Security Fund located in Los Angeles, California on April 21, 2021 at 9:28AM. Attached hereto as **Exhibit 3** is a true and correct copy of the Fed Ex receipt showing proof of delivery on April 21, 2021 at 9:28AM.

10. On April 21, 2021 after 10:00AM my California State Bar license was not reinstated by the California State Bar after I paid everything, they asked me to pay, even the amounts they did not tell the Court they demanded. Attached hereto and fully incorporated herein as **Exhibit 4** is a true and correct copy of the State Bar Membership profile as of 11:00AM.

11. As of 10:33AM James Chang acknowledged my email and said he was looking into it however, the Michigan State Bar is three (3) hours ahead and the California State Bar was told yesterday that all payments were made.

12. This is causing irreparable injury.

13. The payments are still disputed and made within reservation of rights and I still believe that the license was not supposed to be suspended for much of the time period showing on the State Bar website.

14. There is still a judiciable issue and injury. I am just mitigating my damages as best as I can.

15. The ECF department cannot reinstate my ECF privileges until the Court Orders the Department to "remove the suspension" from my ECF account for online filing.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Dated this 21st day of April, 2021.

/s/ Lenore L. Albert
Lenore L. Albert, Plaintiff pro per

3
**PLAINTIFF LENORE ALBERT'S DECLARATION OF PAYMENT OF ALL DISPUTED COSTS AND FEES**
Albert v Farfan, et al 20-ap-01095-SC

EXHIBIT 1

# The State Bar of California

ATTORNEYS: Attorney Regulation  MCLE & CLE  Conduct & Discipline  Ethics  Certified Legal Specialization  Volunteer

Log in | News | Forms | Contact

## Fees for Lenore L. Albert (Bar# 210876)

Complete the steps

| 1. Fees | 2. Discipline Costs | 3. Donations | 4. Sections | 5. Adjustments | 6. Review | 7. Payment |

### Fees

**Past Due and/or Reinstatement Fee** less information    $37,555.90

Amount from prior year(s). A reinstatement fee of $100 will be assessed to any attorney suspended for non-payment. May also include half the annual fees from prior year if admitted between June 1 and November 30.

**Continue >**



**The State Bar of California**

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# Payment Summary

Lenore L. Albert (210876)

31872 Joshua Dr
Apt 22C
Trabuco Cyn, CA 92679

| | |
|---|---|
| **Payment Reference:** | M7DC19_210876_2021_1_20210420171826229 |
| **Payment Method:** | Checking-5044 |
| **Payment Status:** | In Process |
| **Transaction Date:** | Apr 20 2021 |

| Item Description | Cost |
|---|---:|
| Prior Year(s) and/or Reinstatement Fee | $37,555.90 |
| **Grand Total** | **$37,555.90** |

**The State Bar of California**

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## Information about your 2021 State Bar of California annual license fees

Rule 2.10 of the Rules of the State Bar states that ""Annual license fees" are those fees that any licensee must pay to maintain active or inactive status in a calendar year." The 2021 annual license fees were assessed December 1, 2020. The payment deadline is February 1, 2021. Failure to pay will lead to penalties and suspension. (Bus. & Prof. Code §6143.)

**Active Fee**
The 2021 active rate annual license fees is $515 and is comprised of: a base fee of $395 (Bus. & Prof. Code § 6140); $40 for the Client Security Fund (§ 6140.55); $25 for the discipline system (§6140.6); $10 for Lawyer Assistance Program (§6140.9); and $45 for Legal Services Assistance (§6140.03).

Attorneys may also make donations, take deductions, accrue fees and be assessed costs, late fees and other penalties (§§6140.5(c), 6140.7, 6143). The deadline to pay is February 1, 2021. Late payments will incur penalties of $100. Failure to pay by the deadline will lead to penalties and suspension (§6143).

**Inactive Fee**
The 2021 inactive rate annual license fees is $182.40 and is comprised of: a base fee of $97.40 (Bus. & Prof. Code §6141); $10 for the Client Security Fund (§ 6140.55); $25 for the discipline system (§6140.6); $5 for Lawyer Assistance Program (§6140.9); and $45 for Legal Services Assistance (§6140.03).

Attorneys may also make donations, take deductions, accrue fees and be assessed costs, late fees and other penalties (§§6140.5(c), 6140.7, 6143). The deadline to pay is February 1, 2021. Late payments will incur penalties of $30. Failure to pay by the deadline will lead to penalties and suspension (§6143).

**Multijurisdictional Practice (MJP) Fee**
The 2021 MJP rate is $515. Applies to out-of-state attorneys registered with the State Bar as legal aid attorneys (formerly called registered legal services attorneys) or in-house counsel. See Active Fee breakdown above.

**Optional Deductions**
- Attorneys are not required to pay and may deduct five dollars ($5) from their annual fees if they do not wish to support lobbying and related activities of the State Bar that are outside the parameters for expenditures of mandatory dues set forth in *Keller.* Cal. Bus. & Prof. Code §6140.05.
- Attorneys are not required to pay and may deduct two dollars ($2) from their annual fees if they do not wish to support programs that address concerns of access and bias in the legal profession and the justice system.
- Attorneys are not required to pay and may deduct forty five dollars ($45) from their annual fees if they do not wish to support nonprofit organizations that provide free legal services to persons of limited means. Cal. Bus. & Prof. Code § 6140.03.

EXHIBIT 2

LENORE ALBERT
31872 JOSHUA DR #22C
TRABUCO CANYON, CA 92679
424-365-0741
LENOREALBERT@MSN.COM

---

CALIFORNIA STATE BAR
CLIENT SECURITY FUND
845 S. Figueroa St.
Los Angeles, CA 90017
213-765-1000

April 20, 2021
via Fed Ex Overnight

Re: Payment on Nira Woods CSF 16-F-12555 in re Lenore Albert SBN #210876

To All It May Concern at the State Bar of California,

After multiple emails, please find enclosed two checks in the increased demanded amount $20,801.18 as follows:

Check No. 1002 USAA Fedl Savings Bank $18,801.18 from Mr. Schales
Check No. 326 Credit Union of So Cal for $2,000.00 from Mr. Schales

to reimburse the Client Security Fund as represented by Betty Yung, Attorney James Chang and Attorney Suzanne Grandt after the hearing.
The only other item due and payable in order to reinstate my license after my payment of $37,555.90 online dues and fees for disciplinary costs. This was stated in the case of Lenore Albert v Farfan (California State Bar) US Bankruptcy adversary proceeding 20-ap-01095-SC. (the interest was not). The fees for disciplinary costs were paid on April 20, 2021.

Time is of the essence, please immediately let the appropriate employee know at the State Bar to reinstate my license on the website.

Please note that none of your mailings are being sent to the correct address. Please update my address to Trabuco Canyon as noted above.

Thank you for your anticipated cooperation in this matter. With reservation of rights.

Sincerely,
s/ Lenore Albert
Lenore Albert
Encl. as stated

**THOMAS SCOTT SCHALES**
16522 HILLVIEW CIRCLE B
HUNTINGTON BEACH, CA 92649

326

Date: 4-20-2021

Pay to the Order of: State Bar of California    $ 2,000

Two thousand —————————————— xx/100 Dollars

Credit Union of Southern California
8028 Greenleaf Ave., Whittier, CA 90602
(562) 698-8326 or visit www.cusocal.org

For: Lenore Albert CSF-16-F-12555

---

**THOMAS SCHALES**
16522 HILLVIEW CIR APT B
HUNTINGTN BCH, CA 92649-3748

1002

Date: 4-20-2021

Pay to the Order of: State Bar of California    $ 18,801 18/100

Eighteen thousand eight hundred one and 18/100 Dollars

USAA FEDERAL SAVINGS BANK
10750 McDERMOTT FWY
SAN ANTONIO, TEXAS 78288-0544
(210) 456-6000 1-800-832-3724

For: Lenore Albert CSF-16-F-12555



Address:          15951 GOLDENWEST ST
                  HUNTINGTON BEACH
                  CA 92647
Location:         JLBKK
Device ID:        -BTC04
Transaction:      940298616453

FedEx Priority Overnight
786225767492    0.10 lb (S)        28.06
   Declared Value   0
Recipient Address:
   California State Bar
   Client Security Fund
   845 S. Figueroa st
   Los Angeles, CA 90017
   2137651000

Scheduled Delivery Date 4/21/2021

Pricing option:
   STANDARD RATE

Package Information:
   FedEx Envelope

        Shipment subtotal:     $28.06

              Total Due:       $28.06

           (S) CreditCard:     $28.06
           ***********4002

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

        Visit us at: fedex.com
        Or call 1.800.GoFedEx
           1.800.463.3339

        Apr 20, 2021 6:37:32 PM

        ********** WE LISTEN **********
           Tell us how we're doing
      & receive a discount on your next order!
        fedex.com/welisten or 800-398-0242
              Redemption Code:



ORIGIN ID:APVA  (424) 365-0741     SHIP DATE: 20APR21
LENORE ALBERT                       ACTWGT: 0.10 LB
31872 JOSHUA DR. #22C               CAD: 6995578/SSF02121

TRABUCO CANYON, CA 92679           BILL CREDIT CARD
UNITED STATES US

TO  CALIFORNIA STATE BAR
    CLIENT SECURITY FUND
    845 S. FIGUEROA ST

    LOS ANGELES CA 90017
    (213) 765-1000        REF:

TRK# 7862 2576 7492   WED — 21 APR 10:30A
0201                  PRIORITY OVERNIGHT

WZ JBPA                       90017
                        CA-US  LAX

EXHIBIT 3

## FedEx Shipment 786225767492 Delivered

**TrackingUpdates@fedex.com** <TrackingUpdates@fedex.com>
Wed 4/21/2021 9:31 AM
**To:** lenorealbert@msn.com <lenorealbert@msn.com>

_____

This tracking update has been requested by:

Name:             Lenore Albert
E-mail:           lenorealbert@msn.com
_____

Our records indicate that the following shipment has been delivered:

Ship date:                      Apr 20, 2021
Signed for by:                  S.SAVANNAH
Delivery location:              Los Angeles, CA
Delivered to:                   Guard/Security Station
Delivery date:                  Wed, 4/21/2021 9:28 am
Service type:                   FedEx Priority Overnight®
Packaging type:                 FedEx® Envelope
Number of pieces:               1
Weight:                         0.50 lb.
Special handling/Services       Deliver Weekday
Standard transit:               4/21/2021 by 10:30 am

Tracking number:                786225767492


Shipper Information             Recipient Information
Trabuco Canyon                  Los Angeles
CA                              CA
US                              US


Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:31 AM CDT on 04/21/2021.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please

see the FedEx Service Guide for terms and
conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the status of this shipment online, please use the following:
https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.fedex.com%2Fapps%2Ffedextrack%2F%3Faction%3Dtrack%26tracknumbers%3D786225767492%26language%3Den%26opco%3DFX%26clientype%3Divother&amp;data=04%7C01%7C%7C2bd92008e70c471cc71008d904e2eb50%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C637546194914615000%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=8SKIobKV30c0wEQUae6mPtAoxKVryaKrMJKbzbwJwek%3D&amp;reserved=0

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of
service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. You can access our privacy policy by searching the term on fedex.com. All rights reserved.

Thank you for your business.

EXHIBIT 4



**Lenore LuAnn Albert #210876**
License Status: Not Eligible to Practice Law

Address: 31872 Joshua Dr, Apt 22C, Trabuco Cyn, CA 92679-3111
Phone: (424) 365-0741 | Fax: Not Available
Email: lenalbert@interactivecounsel.com | Website: www.InteractiveCounsel.com

### More About This Attorney ▾

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Not Eligible To Practice Law in California | | |
| 1/29/2020 | | Disciplinary charges filed in State Bar Court 20-O-00045 | |
| 1/29/2020 | | Disciplinary charges filed in State Bar Court 20-N-00044 | |
| 8/28/2019 | Not Eligible To Practice Law in California | Discipline w/actual suspension 16-O-12958 | |
| 6/28/2018 | Not Eligible To Practice Law in California | Discipline w/actual suspension 15-O-11311 | |
| 3/16/2018 | Active | | |
| 2/14/2018 | Not Eligible To Practice Law in California | Discipline w/actual suspension 15-O-11311 | |
| 3/6/2017 | | Disciplinary charges filed in State Bar Court 16-O-12958 | |
| 9/9/2016 | | Disciplinary charges filed in State Bar Court 16-O-10548 | |
| 12/16/2015 | | Disciplinary charges filed in State Bar Court 15-O-11311 | |
| 12/5/2000 | Admitted to The State Bar of California | | |

### State Bar Court Cases
**The listing below is partial, as the State Bar Court is transitioning to online dockets. Please refer to the License Status, Disciplinary and Administrative History section above for a record of discipline cases. Case dockets and documents may be available using the State Bar Court Search for a Case feature.**

| Effective Date | Case Number | Description |
|---|---|---|
| 8/28/2019 | 16-O-12958 | Decision [PDF] |
| 2/14/2018 | 15-O-11311 | Opinion [PDF] |

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

Case 8:25-cv-00647-JLS-DFM    Document 134-2    Filed 10/28/25    Page 18 of 18    Page ID #:5665

The State Bar Court began posting public discipline documents online in 2005. Copies of additional documents in a case are available upon request.

On May 31, 2019, the State Bar Court launched online case dockets. If a case was open or filed on or after Feb 7, 2019, documents are being added online as events occur, and can be accessed with the new Search for a Case feature.

To search for a case filed on or after Feb. 7, 2019, please copy the case number displayed above, click the button below, and add the prefix SBC to the case number, e.g. SBC[CASE NUMBER].

**Search for a Case**

Older case records are available on request.

**NOTE:** *Only Published Opinions* may be cited or relied on as precedent in State Bar Court proceedings. *For further information about a case that is displayed here, please refer to the State Bar Court's online docket (Search for a Case).*

**DISCLAIMER:** Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations of professional misconduct. The licensee is presumed to be innocent of any misconduct warranting discipline until the charges have been proven.

Copyright © 2021 The State Bar of California

