# The State Bar of California

**OFFICE OF CHIEF TRIAL COUNSEL**

845 S. Figueroa Street, Los Angeles, CA 90017  213-765-1225  benson.hom@calbar.ca.gov

May 11, 2021

**PERSONAL AND CONFIDENTIAL**

Lenore LuAnn Albert
31872 Joshua Dr
Apt 22C
Trabuco Cyn CA  92679-3111

Re:  Case Number:  21-O-05360
     State Bar Investigation

Dear Lenore LuAnn Albert:

This letter is sent to you based upon information that you are not currently represented by counsel in this matter.  If this is incorrect, please advise me within **five** days so that future communications may be directed to your counsel.

The State Bar has opened an investigation based on information reviewed alleging the following:

*Unauthorized Practice of Law*:

State Bar membership records lists that a miscellaneous order was entered by the State Bar Court from a directive from the State Bar's Office of General Counsel, to resume your bar suspension effective **June 28, 2018** pursuant to a U.S. Bankruptcy Court order filed on June 26, 2018.

State Bar records show that on or about **June 07, 2019**, attorney Leslie Westmoreland reported that he employed you in compliance with rule 5.3.1. Employment of Disbarred, Suspended, Resigned, or Involuntarily Inactive Lawyer.

Albert, Lenore LuAnn
21-O-05360
Page 2

In your declaration filed on **April 12, 2021** at pp. 14-15 (paras 98-99), in the matter of *In re Lenore Luann Albert-Sheridan d/b/a Law Offices of Lenore Albert*[1], you claimed that you were currently working as a rule 5.3.1 (former rule 1-311) assistant to attorney Leslie Westmoreland. Then, at page 22 (para 180), you noted that Mr. Westmoreland might be leaving for a different firm and that you might lose your job.

Effective **April 21, 2021**, your bar status was changed from not entitled to active status to practice.

*Improper Loan From a Client and/or Impropriety Regarding Relationship with a Client or Taking of Money*:

In Thomas Scott Schales' declaration filed on **April 12, 2021**, in the matter of *In re Lenore Luann Albert-Sheridan d/b/a Law Offices of Lenore Albert*[2], Mr. Schales declared that his girlfriend was a client of Leslie Westmoreland and that he became familiar with your legal practices when you worked on his girlfriend's case with Mr. Westmoreland. Mr. Schales explained that he loaned you $37,555.00 to pay your disciplinary costs to the State Bar to reinstate your license as he wanted you to be his girlfriend's lawyer and not merely an assistant.

On or about **April 20, 2021**, the State Bar received a payment for about $60,000, from Thomas Schales, which covered your discipline costs and debts to the Client Security Fund.

On **April 21, 2021**, your bar status was changed to active status.

Please provide a written response to these allegations along with any supporting documentation. Be advised that **all** documents sent to the State Bar, whether **copies or originals**, become State Bar property and are subject to destruction. Therefore, please send copies only.

*Unauthorized Practice of Law*:

Between June 28, 2018 to June 06, 2019, were you employed or provided any employment work for attorney Westmoreland under his supervision? If so, please describe the work

---

[1] U.S. Bankruptcy Court, Central District of California, Santa Ana Division, Chapter 7, case no. SA 8:18-bk-10548-ES, Adversary No. 8:20-ap-01095-SC

[2] Supra

Albert, Lenore LuAnn
21-O-05360
Page 3

performed, including the case title, the case number and the name of the court and branch in which the matter is pending.

Between June 07, 2019 to April 20, 2021, were you employed or provided any employment work for attorney Westmoreland under his supervision? If so, please described the work performed, including the case title, the case number and the name of the court and branch in which the matter is pending. If so, did any of the work consists of the practice of law?

*Improper Loan From a Client and/or Impropriety Regarding Relationship with a Client or Taking of Money*:

Did Mr. Schales and you enter into a verbal and/or written loan agreement, including but not limited to pay your discipline costs and debts to the Client Security Fund? If so, please confirm the amount of the loan and what are the terms for repayment.

Is Mr. Schales willing to agree to a telephonic interview as he stated he was happy to answer questions about the loan to bankruptcy court? If so, please provide dates and times of Mr. Schales' availability.

On May 7, 2021, you filed a Substitution of Attorney as counsel for Mr. Schales' girlfriend, Paula Gilbert-Bonnaire in Orange County Superior Court case no. 30-2019-01089080-CU-FR-CJC, *Paula Gilbert-Bonnaire vs. Dana Demerjian*.

As you now represent Ms. Gilbert-Bonnaire, did Ms. Gilbert-Bonnaire provide her informed written consent to the terms of your loan and its terms with Mr. Schales? If so, please provide a copy of the expressed consent for our review.

**FAILURE TO PROVIDE THE DOCUMENTS REQUESTED IN THIS LETTER MAY RESULT IN THE ISSUANCE OF A SUBPOENA DUCES TECUM. FAILURE TO PROVIDE THE RECORDS WHICH YOU ARE REQUIRED TO MAINTAIN PURSUANT TO RULE 4-100(C), RULES OF PROFESSIONAL CONDUCT, MAY BE CONSIDERED A VIOLATION OF RULE 4-100(B)(3), RULES OF PROFESSIONAL CONDUCT.**

In addition, pursuant to Business and Professions Code section 6086.10, you may be subject to a cost assessment for the expenses incurred by the State Bar if this matter results in public discipline.

We must receive your written response and the requested information and documents by **May 25, 2021**. Section 6068(i) of the Business and Professions Code states that it is the duty of an attorney/respondent to cooperate with and participate in any State Bar Investigation.

Albert, Lenore LuAnn
21-O-05360
Page 4

Upon request, the Office of Chief Trial Counsel will consider granting you additional time within which to submit a written response to the allegations and the requested information and documents. A request for an extension of time must be in writing and state good cause as to the specific constraints on your practice which are claimed to necessitate the additional time. Any request for extension of time must be received by the undersigned on or before **May 25, 2021**.

Please feel free to call me at 213-765-1225 if you have any questions.

Sincerely,

*B. Hom*

Benson Hom
Investigator

To: State Bar of California Licensee

From: The State Bar of California



# Your California Bar License Is at Risk.

# Take Action.

The Office of Chief Trial Counsel of the State Bar of California has opened a formal investigation into potential ethical violations that you may have committed.

**Disbarment Is a Real Risk**. Over 100 California attorneys are disbarred every year, and about as many more are suspended from the practice of law. Even if this case does not seem substantial, an adverse finding can be used against you in a future case, increasing your chances of severe discipline.

**Reduce Your Risk.** Share your side of the story and mitigation evidence. Early intervention can also minimize the costs of the discipline process.

**Do Not Assume You Can Handle This Yourself.** Professional discipline is a complex area of practice, with its own rules of procedure. Counsel can help you navigate the process, provide an objective evaluation, and negotiate a favorable resolution.

**Representation Can Help.** State Bar research has found that attorneys who are not represented during the discipline process have a greater risk of being suspended or disbarred compared with attorneys who are represented by counsel.

**Attorneys Are Available to Help You.** In California, there is a robust practice area of attorneys who specialize in professional discipline cases. Find an attorney to provide competent advice on your discipline case. One source is the directory for the [California Association of Discipline Defense Counsel](#).*

---

* The Association of Discipline Defense Counsel (ADDC) is independent of the State Bar of California, and membership in the ADDC is not required to participate in State Bar investigations or appear before the State Bar Court. The State Bar does not endorse ADDC or any member thereof, but only provides this link as an informational service.