| From: | Hom, Benson |
|---|---|
| To: | cacd_attyadm@cacd.uscourts.gov |
| Subject: | PERSONAL AND CONFIDENTIAL - STATE BAR OF CALIFORNIA |
| Date: | Wednesday, July 7, 2021 1:11:00 PM |

PERSONAL AND CONFIDENTIAL
State Bar case no. 21 O 05360

Central District Attorney Admissions,

Could you please confirm any and all periods that Lenore LuAnn Albert's admission was active with the Central District of California?

Her CA bar no. is 210876.

Thank you for your assistance.

Benson Hom (he/him/his)
Investigator, Office of Chief Trial Counsel
The State Bar of California | 845 South Figueroa Street | Los Angeles, CA 90017
213-765-1225 | Benson.Hom@calbar.ca.gov

**Working to protect the public in support of the mission of the State Bar of California.**
Please consider the environment before printing this email.
LinkedIn | Twitter | Facebook | Instagram

*This message may contain confidential information. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply*
*email and delete all copies of the message. Thank you.*

SB-003881

| | |
|---|---|
| **From:** | cacd attyadm |
| **To:** | Hom, Benson |
| **Subject:** | RE: PERSONAL AND CONFIDENTIAL - STATE BAR OF CALIFORNIA |
| **Date:** | Thursday, July 8, 2021 12:53:24 PM |

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Afternoon,

Our records reflect that of the CA State Bar, as in order to practice in the District Court, it is a prerequisite to be active with the CA State Bar.

Shea

---

**From:** Hom, Benson <Benson.Hom@calbar.ca.gov>
**Sent:** Wednesday, July 7, 2021 1:11 PM
**To:** cacd attyadm <cacd_attyadm@cacd.uscourts.gov>
**Subject:** PERSONAL AND CONFIDENTIAL - STATE BAR OF CALIFORNIA

**CAUTION - EXTERNAL:**

PERSONAL AND CONFIDENTIAL
State Bar case no. 21 O 05360

Central District Attorney Admissions,

Could you please confirm any and all periods that Lenore LuAnn Albert's admission was active with the Central District of California?

Her CA bar no. is 210876.

Thank you for your assistance.

Benson Hom (he/him/his)
Investigator, Office of Chief Trial Counsel
The State Bar of California | 845 South Figueroa Street | Los Angeles, CA 90017
213-765-1225 | Benson.Hom@calbar.ca.gov

***Working to protect the public in support of the mission of the State Bar of California.***
Please consider the environment before printing this email.
LinkedIn | Twitter | Facebook | Instagram

SB-003882

*This message may contain confidential information. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply*
*email and delete all copies of the message. Thank you.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

SB-003883