# The State Bar
## *of California*

**WITNESS INTERVIEW MEMORANDUM**

DATE OF CONTACT:  March 1, 2022

TO:  **FILE**

FROM:  B. Hom, Investigator          _____

RESPONDENT NAME:  Lenore Albert

FILE NUMBER:  21 O 05360

INTERVIEW OF:         Kamran Javandel, Esq.
                      Cindy Chan, SA
                      Benson Hom, Inv.

METHOD OF CONTACT:         Telephonic  - Zoom Meeting – Cindy Chan's Room

TIME INTERVIEW BEGAN:  About 2:00 pm    TIME INTERVIEW ENDED:  About 2:20 pm

DATE MEMO PREPARED:  March 1, 2022

---

Attorney Javandel provided the following:

This was a wrongful death action re Kilgore.  Wells Fargo had lawfully evicted Kilgore by foreclosure.  The Noble action was that the eviction was wrongful by the sheriff.  Wells Fargo was granted the right to the property.  Wells Fargo prevailed by summary judge.

Mr. Javandel also represented Wells Fargo on the appeal.

Regarding document no. 38, the court meant in R's suspension by the Ninth Circuit, she could respond on Noble's behalf.  Yes, this probably included filing briefs in their jurisdiction.

Mr. Javandel said that he looked at some emails.  He recalled the dealings with R was unpleasant.  There is an email dated June 28, 2018 that R was suspended on October 15,2018.  Albert had filed a motion to extend time to file brief.

There was a window when R was not suspended   There was some confusion on her Bar status.

San Francisco Office
180 Howard Street
San Francisco, CA 94105                    www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

SB-004344
1007-1

Mr. Javandel recalled speaking to Susan Grant who told him that R was not eligible and the suspension was lifted due to the bankruptcy.  R was concern about the motion for extension and that it might confuse per Grant.  Grant advised that R representing Noble was a violation even if the 9th circuit allowed.  There were no emails with Grant, they spoke only by phone.

Mr. Javandel stated that on 11/21, R filed 1 day late.  Then the court issued the Order that R was reciprocally suspended except for developments in the case.

On February 26, 2019, R filed a supplementation.

On March 12, 2019, R filed an acknowledgment of a hearing date that was vacated.

There is a box in ECF for the attorney to click to certify membership in good standing.

In August 2019, R filed a motion  to vacate.

Mr. Javandel was in the other case.  He did not represent Wells Fargo but was on the service list.  R was making accusation against him and his firm.

Lea Curran is not at that firm anymore.  She handled the response.  R's motions were denied.

Mr. Javandel will check his records if he has a copy of the Appellate commissioner report.

SB-004345