| | |
|---|---|
| From: | lenore albert (lenalbert@interactivecounsel.com) |
| To: | barcomm@calbar.ca.gov; linda.knitter@calbar.ca.gov; marc.shapp@calbar.ca.gov; suzanne.grandt@calbar.ca.gov; cindy.chan@calbar.ca.gov |
| Date: | Tuesday, March 1, 2022 at 12:47 AM PST |

To Whom It May Concern,

I have read several news releases from the State Bar website that you believe there was a data breach of disciplinary records. However, I have not received notice of this breach. Was it 260,000 records or 1,000 records? What type of confidential information was released on the disciplinary records and were my records included?

Sincerely,

Lenore Albert


**Cal Bus & Prof Code 6001.1**
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

If you believe this statement, you are in my tribe.

1144-1