## CLAIMS OFFICER/OFFICE OF THE SECRETARY - California State Bar Data Breach

| | |
|---|---|
| From: | lenore albert (lenalbert@interactivecounsel.com) |
| To: | barcomm@calbar.ca.gov; vanessa.holton@calbar.ca.gov; attorneyregulation@calbar.ca.gov |
| Bcc: | [REDACTED -  PRIVACY 12-04-2022] |
| Date: | Monday, March 14, 2022, 03:40 PM PDT |

To the Claims Officer/Ofc of the Secretary, the Executive Director and Members of the Board of the State Bar of California,

Please see compliance with the California Government Tort Claims Act. Three tort claims forms are attached. Originals are also being sent by mail - in triplicate.


Sincerely,

Lenore Albert, Esq.
**Law Offices of Lenore Albert**
31872 Joshua Dr #22C
Trabuco Canyon, CA 92679
Phone: 424-365-0741
https://InteractiveCounsel.com

*Consumer trial lawyer serving Michigan and California residents*

Cal Bus & Prof Code 6001.1
"Protection of the public, which includes support for greater access to, and inclusion in, the legal system, shall be the highest priority for the State Bar of California and the board of trustees in exercising their licensing, regulatory, and disciplinary functions. Whenever the protection of the public is inconsistent with other interests sought to be promoted, the protection of the public shall be paramount."

If you believe this statement, you are in my tribe.

THIS E-MAIL MESSAGE IS INTENDED FOR THE SOLE USE OF THE
INTENDED RECIPIENT(S) AND MAY CONTAIN ATTORNEY-CLIENT
PRIVILEGED, ATTORNEY WORK PRODUCT PROTECTED, COMMON
INTEREST PRIVILEGED, AND/OR OTHER CONFIDENTIAL INFORMATION.
ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE, OR DISTRIBUTION OF
THIS MESSAGE AND/OR ITS ATTACHMENTS IS PROHIBITED.

IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS MESSAGE,
PLEASE CONTACT THE SENDER BY REPLY E-MAIL (OR OTHER
IMMEDIATE MEANS) AND DESTROY ALL COPIES OF THE
ORIGINAL MESSAGE AND ITS ATTACHMENTS, IF ANY.

THANK YOU.


Data Breach Tort Claim to State Bar for Class Reps LenoreA.pdf
275.5kB


Data Breach Tort Claim to State Bar for Class Reps [REDACTED] pdf 276.7kB


Data Breach Tort Claim to State Bar for Class Reps [REDACTED].pdf 275.6kB

1147-1



OFFICE OF GENERAL COUNSEL

180 Howard Street, San Francisco, CA 94105

May 2, 2022

**VIA CERTIFIED MAIL**

Lenore Albert
Law Office of Lenore Albert
1968 S. Coast Hwy, Suite #3960
Laguna Beach, CA 92651

RE:  *Claim of [REDACTED - PRIVACY 12-04-2022]*

Dear Ms. Albert:

Notice is hereby given that as of this date, the State Bar of California rejected the claim you presented on behalf of [REDACTED] to the State Bar of California on or about March 29, 2022.

**WARNING**

**SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE THIS NOTICE WAS PERSONALLY DELIVERED OR DEPOSITED IN THE MAIL TO FILE A COURT ACTION ON THIS CLAIM. SEE GOVERNMENT CODE SECTION 945.6.**

Sincerely,

/s/ *Suzanne C. Grandt*

Suzanne C. Grandt
Assistant General Counsel and Claims Officer

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

1147-4



**OFFICE OF GENERAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

May 2, 2022

**VIA CERTIFIED MAIL**

Lenore Albert
Law Office of Lenore Albert
1968 S. Coast Hwy, Suite #3960
Laguna Beach, CA 92651

RE:  *Claim of Lenore Albert*

Dear Ms. Albert:

Notice is hereby given that as of this date, the State Bar of California rejected the claim you presented to the State Bar of California on or about March 29, 2022.

**WARNING**

**SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE THIS NOTICE WAS PERSONALLY DELIVERED OR DEPOSITED IN THE MAIL TO FILE A COURT ACTION ON THIS CLAIM. SEE GOVERNMENT CODE SECTION 945.6.**

Sincerely,

/s/ *Suzanne C. Grandt*

Suzanne C. Grandt
Assistant General Counsel and Claims Officer

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

1147-5



**OFFICE OF GENERAL COUNSEL**

180 Howard Street, San Francisco, CA 94105

May 2, 2022

**VIA CERTIFIED MAIL**

Lenore Albert
Law Office of Lenore Albert
1968 S. Coast Hwy, Suite #3960
Laguna Beach, CA 92651

RE:  *Claim of [REDACTED - PRIVACY - 12-04-2022]*

Dear Ms. Albert:

Notice is hereby given that as of this date, the State Bar of California rejected the claim you presented on behalf of [REDACTED] to the State Bar of California on or about March 29, 2022.

**WARNING**

**SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE THIS NOTICE WAS PERSONALLY DELIVERED OR DEPOSITED IN THE MAIL TO FILE A COURT ACTION ON THIS CLAIM. SEE GOVERNMENT CODE SECTION 945.6.**

Sincerely,

/s/ *Suzanne C. Grandt*

Suzanne C. Grandt
Assistant General Counsel and Claims Officer

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

1147-6