Electronically Filed by Superior Court of California, County of Orange, 03/18/2022 04:33:01 PM.
30-2022-01250695-CU-AT-CXC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Georgina Ramirez, Deputy Clerk.
Case 8:25-cv-00647-JLS-DFM   Document 134-13   Filed 10/28/25   Page 1 of 1   Page ID #:5734

1  Lenore L. Albert, Esq.   SBN 210876
   LAW OFFICES OF LENORE ALBERT
2  31872 Joshua Dr #22C
3  Trabuco Canyon, CA 92679
   Telephone (424)365-0741
4  Email: lenalbert@InteractiveCounsel.com
5  Attorney for Plaintiffs, John Roe 1, Jane Roe
   1, Jane Roe 2, and Jane Roe 3, *on behalf of*
6  *themselves and all others similarly situated*

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| JOHN ROE 1, an individual; JANE ROE 1, an individual; JANE ROE 2 an individual; JANE ROE 3, an individual, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>THE STATE BAR OF CALIFORNIA; JUDYRECORDS.COM; EMPLOYEE DOE; and DOES 1 through 10, inclusive,<br>Defendants. | CASE NO. 30-2022-01250695-CU-AT-CXC<br>Assigned For All Purposes<br>Assigned to the Honorable:<br>CX-105   Judge Randall J. Sherman<br><br>**CLASS ACTION COMPLAINT**<br><br>1. **Violation of Cal. Information Practices Act of 1977**<br>2. **Invasion of Privacy (Cal. Const. Art I § 1)**<br>3. **Invasion of Privacy (Civ. Code § 1798.53)**<br>4. **42 U.S.C. § 1983 Invasion of Privacy**<br>5. **42 U.S.C. § 1983 Invasion of Privacy**<br>6. **Antitrust Violation - Sherman Act § 2**<br>7. **Antitrust Violation - Sherman Act § 3**<br><br>[**DEMAND FOR JURY TRIAL**] |

    Plaintiffs John Roe 1, Jane Roe 1, Jane Roe 2 and Jane Roe 3 (referred to collectively as "Plaintiff" or "Plaintiffs"), by and through their attorney, bring this action against Defendants, the State Bar of California, the owner of JudyRecords.com, Employee Doe responsible for the data breach, and Does 1 through 10, and each of them so captioned, (collectively the "Defendants") and

1

**Class Action Complaint**
*Roe v The State Bar of California, et al.*

1148-1