**The State Bar**  
***of California***

**OFFICE OF CHIEF TRIAL COUNSEL**

845 S. Figueroa Street, Los Angeles, CA 90017     213-765-1292     Cindy.Chan@calbar.ca.gov

March 22, 2022

**<u>PERSONAL AND CONFIDENTIAL</u>**

**<u>DELIVERED VIA MY STATE BAR PROFILE</u>**

Lenore LuAnn Albert
 31872 Joshua Drive, Apt 22C
Trabuco Cyn, CA 92679-3111
lenalbert@interactivecounsel.com

Re:  NOTICE OF INTENT TO FILE NOTICE OF DISCIPLINARY CHARGES
     Case Number:   21-O-05360

Dear Ms. Albert:

This letter is sent to you based upon information that you are not currently represented by counsel in this matter. If this is incorrect, please advise me within **five** days so that future communications may be directed to your counsel by completing the enclosed "Notice of Designation to Receive Service" form.

As you know, the State Bar of California has conducted an investigation in the above-referenced matter. You have had an opportunity to respond to the allegations. Based on a review of the investigation, unless a pre-filing settlement is reached, a Notice of Disciplinary Charges ("NDC") will be filed. The NDC will allege acts of misconduct including, but not limited to, violations of Business and Professions Code sections 6068(a) and 6106 related to your practice of law while suspended, in addition to a violation of rule 3.4(f) of the Rules of Professional Conduct of the State Bar of California.

The filing of a NDC commences formal, public disciplinary proceedings against you before the State Bar Court. If public discipline is imposed, disciplinary costs will be assessed against you pursuant to Business and Professions Code section 6086.10. If the discipline includes an actual suspension or disbarment, or if you resign with charges pending, monetary sanctions could also be imposed pursuant to Business and Professions Code section 6086.13 and rule 5.137 of the Rules of Procedure of the State Bar.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

SB-001182
1149-1

Lenore LuAnn Albert
March 22, 2022
Page 2

In evaluating the allegations of misconduct and recommending a level of discipline, our office takes into consideration the relevant Standards for Attorney Sanctions for Professional Misconduct (Standards), including both aggravating and mitigating circumstances as reflected in Standards 1.5 and 1.6 respectively, and case law.  Each party must prove any applicable aggravating or mitigating circumstances by clear and convincing evidence.  **If you believe mitigating circumstances apply in your matter, please submit any supporting mitigation evidence for consideration at the earliest possible time.**  You can find out more information about the relevant procedural rules that govern disciplinary proceedings in the State Bar Court, including the Rules of Procedure of the State Bar of California, which contain the Standards, at the State Bar Court website, http://www.statebarcourt.ca.gov/Procedures-Programs-and-Rules.

If you are interested in resolving this matter before disciplinary charges are filed, you may request an Early Neutral Evaluation Conference ("ENEC") conducted by a State Bar Court Judge.  A copy of Rule 5.30, Rules of Procedure, is enclosed.  To request an ENEC, you must return the enclosed form to the Court within ten calendar days from the date of this letter and provide me with a copy of your ENEC request.  To ensure timely receipt of your ENEC request, please fax the enclosed form to the State Bar Court using the fax number on the form.

<u>Before you submit the ENEC request form to the Court, please contact me to let me know that you would like to participate in an ENEC so that we can discuss mutually agreeable dates for the ENEC for you to submit to the Court</u>.

The Court will conduct the ENEC within 15 days of the request.  If you do not request an ENEC with the Court within 10 days, I will assume that you are not requesting an ENEC and disciplinary charges may be filed without further notice to you.

You may have access to, and an opportunity to copy, all non-privileged materials and any exculpatory evidence within the State Bar's investigation file(s).  If you want copies of these documents, you must also request them within ten days of the date of this letter to have them available before the ENEC.  If you do not request an ENEC but want copies of these documents, you will be provided with copies in a timely fashion.

Finally, as you may be aware, the State Bar of California now has a Lawyer Assistance Program ("LAP") to assist attorneys who have drug, alcohol or mental health conditions.  The toll-free number is (866) 436-6644; a LAP brochure is enclosed for your information and review. The State Bar Court also has a program to address misconduct that arises from drug, alcohol or mental

SB-001183
1149-2

Lenore LuAnn Albert
March 22, 2022
Page 3

health problems. (Rules of Procedure of the State Bar, at rules 5.380-5.389; see also www.calbar.ca.gov, at hyperlinks: Attorney Resources, State Bar Court - Procedures, Programs & Rules). We provide this information to all respondents in disciplinary proceedings, in the event it may be useful to them, and do not intend to imply that you have need of these programs.

If you wish to discuss this matter informally with me either instead of or prior to the ENEC, my direct dial number is noted at the top of this letter. Please note that you must still submit a request for an ENEC (on the enclosed form) to preserve your right to an ENEC even if you wish to discuss this matter with me informally.

Sincerely,

Cindy Chan
Supervising Attorney

CC

Enclosures
Notice of Designation to Receive Service
Rule 5.30
ENEC Request form
LAP information

# The State Bar Court of California

Hearing Department  ☐ Los Angeles  ☐ San Francisco

| Respondent<br><br><br><br>Telephone<br><br>Attorney(s) for Respondent | (for Court's use) |
|---|---|
| In the Matter of<br><br><br>Bar #<br><br><br><br><br>Member of the State Bar of California | Case No(s).<br><br><br><br><br>**NOTICE OF DESIGNATION TO RECEIVE SERVICE**<br>(Rules Proc. of State Bar, 5.25 (D) and 5.26 (C)) |

PLEASE TAKE NOTICE that the undersigned attorney represents respondent in the above-referenced proceeding.

Pursuant to the provisions of rules 5.25(D) and 5.26(C) of the Rules of Procedure of the State Bar of California, respondent hereby designates the undersigned to receive service of any notices or papers relating to the above-referenced proceeding.

This designation shall remain in effect until a substitution of attorney or an order of the Court permitting the undersigned attorney to withdraw is filed.

Date: _____          _____
                                     Attorney for Respondent

Date: _____          _____
                                     Respondent

**Rule 5.30 Pre-filing, Early Neutral Evaluation Conference**

**(A) Early Neutral Evaluation Conference**. Prior to the filing of disciplinary charges, the Office of Chief Trial Counsel will notify the attorney in writing of the right to request an Early Neutral Evaluation Conference. The written notice must state that the attorney may be ordered to pay costs pursuant to Business and Professions Code section 6086.10, and monetary sanctions pursuant to Business and Professions Code section 6086.13 and rule 5.137 of the Rules of Procedure of the State Bar. Either party may request an Early Neutral Evaluation Conference. A party will have 10 days from the date of service of notice to request a conference. To schedule a conference, a requesting party must use the court-approved form located on the court's website and must submit it to the proper venue by personal delivery, facsimile, email, or mail. In the request, the party must supply multiple dates agreed to by opposing counsel for the conference. Failure to request a conference within that time is deemed a waiver of the right to request a conference. If proper notice is provided, failure to hold a conference will not be a basis for dismissal of a proceeding. A State Bar Court hearing judge will conduct the conference within 15 days of the request.

**(B) Judicial Evaluation.** At the conference, the judge must give the parties an oral evaluation of the facts and charges and the potential for imposing discipline. If the parties then resolve the matter in a way that requires court approval, the Office of Chief Trial Counsel must document the resolution and submit it to the Evaluation judge for approval or rejection.

**(C) Evidence.** The Office of Chief Trial Counsel must submit a copy of the draft notice of disciplinary charges, or other written summary to the judge no later than three court days prior to the conference. Failure to do so within the specified time may result in the conference being rescheduled for a later date. The documentation must include the rules and statutes alleged to have been violated by the attorney, a summary of the facts supporting each violation, and the Office of Chief Trial Counsel's settlement 18 position, including the amount of monetary sanctions being sought and the reasons. Each party may submit documents and information to support its position.

**(D) Confidentiality.** The conference is confidential. A party may designate any document it submits for in camera inspection only.

**(E) Trial Judge.** Unless otherwise stipulated by the parties, the Early Neutral Evaluation judge cannot be the trial judge in a later proceeding involving the same facts.

## STATE BAR COURT HEARING DEPARTMENT
## GUIDELINES FOR SCHEDULING AND CONDUCTING
## EARLY NEUTRAL EVALUATION CONFERENCES (ENEC)
## RULE 5.30, RULES OF PROCEDURE
## Effective February 1, 2021

**Scheduling:**

- Use court-approved form and submit to proper venue by personal delivery, facsimile, email, or mail. All requests must be on the latest version of the form dated February 1, 2021. Requests on any other form will be returned and accompanied by a request to resubmit the new form.
- Supply multiple dates agreed to by opposing counsel. In order to schedule the ENEC within 15 days, the court may not be able to accommodate requested dates.
- Court Specialists will notify parties of the assigned ENEC Judge and ENEC date.
- The parties may not request a specific ENEC Judge.

**Preparation for the Conference:**

- In addition to the required draft notice of disciplinary charges, the court requests the parties submit a brief statement of the case, including their settlement positions.
- A party requesting consideration of aggravating or mitigating circumstances, as reflected in Standards 1.5 and 1.6 respectively, should submit all available supporting evidence or a proffer of what such evidence would show. Copies should be served on the court and opposing counsel in advance of the ENEC for consideration at the conference.
- Documents should be submitted as early as possible, but no later than **three (3) court days in advance** of the ENEC. The ENEC may be rescheduled if the ENEC Judge is not provided sufficient time to review the material.
- In order to increase productivity, the court encourages the parties to exchange documents prior to the ENEC.

**Conduct of the Conference:**

- The parties should be prepared to discuss the facts, the proposed charges, and the potential for the imposition of discipline.
- The ENEC Judge will address settlement of the case, and therefore, the parties should be prepared to discuss settlement positions and should have settlement authority.
- In camera inspection of documents is permissible. While this may be necessary in some cases, the final evaluation may be based on information only available to one side which may lessen the opportunity for settlement.

**Conclusion:**

- If a settlement is reached, all material terms should be agreed upon at the ENEC. If a stipulation is to be filed, it should be directed to the ENEC Judge. If the stipulation is not filed by an agreed upon date, the ENEC Judge may schedule a continued ENEC prior to the filing of the notice of disciplinary charges.

SB-001187

1149-6

- If no settlement is reached, the Office of Chief Trial Counsel may file a notice of disciplinary charges and should advise the opposing counsel when it will be filed.
- More than one ENEC may be necessary. Upon request of the parties, the ENEC Judge may permit a short continuance – the 15 day period set forth in Rule 5.30 (a) will not apply.
- The ENEC Judge will not be the Trial Judge unless both parties consent. The ENEC Judge may serve as the Settlement Judge.

**STATE BAR COURT**
**HEARING DEPARTMENT – LOS ANGELES**

**REQUEST FOR CONFIDENTIAL EARLY NEUTRAL EVALUATION CONFERENCE**

CASE NUMBERS: 21-O-05360

List all numbers; attach additional sheets as needed.

**Requesting party:** _____

☐ Office of Chief Trial Counsel   ☐ Attorney   ☐ Counsel for Attorney   ■ Both Parties

**Requesting party MUST fill in the following information:**

☐ Both parties have mutually agreed to the available dates listed below.

Deputy Trial Counsel: Cindy Chan
Email Address: Cindy.Chan@calbar.ca.gov
State Bar No.: 247495
Telephone No.: 213-765-1292
Fax No.: _____

Attorney: Lenore LuAnn Albert
Email Address: lenalbert@interactivecounsel.com
State Bar No.: 210876
Telephone No.: 424-365-0741
Fax No.: _____

Counsel for Attorney (if applicable): _____
Email Address: _____
State Bar No.: _____
Telephone No.: _____
Fax No.: _____

**Joint availability dates of parties:** *[Please provide the Court with a minimum of two dates including available times]*

| Date | Time | Date | Time |
|------|------|------|------|
|      |      |      |      |
|      |      |      |      |
|      |      |      |      |

Please return this request form by personal delivery, facsimile, email, or mail:

State Bar Court
845 S. Figueroa St., 3rd Fl. Los Angeles, CA 90017-2515 Fax No. (213) 765-1568
ENECRequests@statebarcourt.ca.gov

..........................................................................................................................................................
(For State Bar Court Use Only)

ENEC Judge assigned: _____     Requesting party notified of ENEC date/time on: _____
Date assigned: _____           By: _____
ENEC date/time: _____               Court Specialist

ENEC Request – 01/11/22

SB-001189
1149-8





# The State Bar of California

## LAWYER ASSISTANCE PROGRAM



**TOLL FREE:**
877-LAP-4-HELP
877-527-4435
213-765-1190
LAP@calbar.ca.gov
www.calbar.ca.gov/LAP



**LOCATIONS:**
180 Howard Street
San Francisco, CA 94105

865 South Figueroa Street
Los Angeles, CA 90017

**Contact the Lawyer Assistance Program** to see if financial assistance is available for your particular situation.



# LAWYER ASSISTANCE PROGRAM

Supporting law students, State Bar applicants, and attorneys through life's challenges

www.calbar.ca.gov/LAP

**Confidential Hotline**
877-LAP-4-HELP

The State Bar of California
SB-001190

## LAWYER ASSISTANCE PROGRAM

The mission of the State Bar of California Lawyer Assistance Program is to support law students, State Bar applicants, inactive, active, and former/disbarred attorneys in their rehabilitation and competent practice of law, enhance public protection, and maintain the integrity of the legal profession.

1149-9

## THE PRACTICE OF LAW IS DEMANDING.

It demands your time, your energy, and your attention. Whether you are preparing to enter the profession, already practicing, or winding down for retirement, your responsibilities to others often require you to forsake your own well-being in order to achieve success. Over time, this can take a toll on your mental and physical health.

### Are you:

- Feeling that things are not quite right or could be going better?
- Struggling to keep up personally and professionally?
- Having problems with sleep, appetite, concentration, and/or procrastination?
- Drinking, using drugs, or engaging in other unhealthy behaviors to cope?
- Willing to reach out and get the help you deserve?



**The Lawyer Assistance Program Can Help**

**www.calbar.ca.gov/LAP**

**Confidential Hotline
877-LAP-4-HELP**

---

*"This is the first time since I was 22 years old that I can look towards a future—any future— with confidence rather than fear and worry."*

*Lawyer Assistance Program participant*

### Be proactive when facing life's challenges.

Research confirms that legal professionals suffer from mental health issues and addiction at much higher rates than the general population. Substance use and mental health disorders are not moral issues. They are treatable illnesses with effects that result in the deterioration of moral and ethical practices.

There is no shame in having an illness. The challenge is to seek treatment once its presence is recognized.

### The Lawyer Assistance Program is confidential.

Confidentiality is absolute unless waived by you. Information cannot be disclosed as part of a civil proceeding, a disciplinary proceeding, or a public records request (Business and Professions Code section 6234).

### MCLE Presentation

The State Bar provides a free one-hour MCLE presentation that satisfies the competency credit for all attorneys at their law firms, bar associations, agencies, organizations, conferences, seminars, or conventions. The presentation is also available to all law students and Bar Exam applicants at their law school, student association, student organization, conference, seminar, or convention. To request an MCLE presentation, contact LAP at 877-LAP-4-HELP or LAP@calbar.ca.gov.

---

## LAWYER ASSISTANCE PROGRAM SERVICES

 **Short-Term Counseling**

- Two free one-on-one short-term counseling sessions with a local therapist
- Two free career counseling sessions for career dilemmas/decisions
- No long-term commitment

 **Orientation & Assessment**

- Free professional mental health assessment
- No long-term commitment to the program
- Confidential appointment with a Clinical Rehabilitation Coordinator (CRC)

 **Support**

- Weekly support groups with other participants
- Support of a qualified mental health professional
- Voluntary and confidential program
- Fee for group participation

 **Monitoring**

- Specific monitoring or verification requirement imposed by:
    • State Bar Court, employers, and other entities
- Long-term structure
- Weekly support group
- Support of a professional CRC
- Individual therapy, if applicable
- Lab testing, if applicable
- Fees for services
- No disclosure without prior written authorization

SB-001191

1149-10