| STATE BAR COURT OF CALIFORNIA<br>845 South Figueroa Street, 3rd Floor<br>Los Angeles, CA 90017-2515<br>(213) 765-1400 | FOR STATE BAR COURT USE<br><br>**FILED**<br><br>APR 10 2024<br><br>STATE BAR COURT<br>CLERK'S OFFICE LOS ANGELES |
|---|---|
| In the Matter of<br><br>LENORE LUANN ALBERT, No. 210876<br><br>Member of the State Bar | |
| CERTIFICATE OF COSTS | CASE NO.: 21-O-05360, SBC-22-O-30348. |

1. TAXABLE COSTS of the Office of Chief Trial Counsel (Code Civ. Proc. §1033.5(a)).

    | $ | Witness fees pursuant to Government Code. |
    | $ | Fees of expert witnesses when ordered by the Court. |
    | $ | Deposition expenses, including transcript and travel costs. |
    | $ | Service of process. |
    | $ | Photocopies of exhibits. |
    | $ | Models and blowups of exhibits. |

2. REASONABLE COSTS PURSUANT TO FORMULA APPROVED BY THE BOARD OF TRUSTEES (Bus. & Prof. Code §6086.10(b)(3)).

    | $ 24,695.00 | Base Charge. |
    | $ | Charge of $1,178.00 for investigations over one. |
    | $ | Minimum charge for consolidated matter. |
    | $ | Resignation charge ($165.00) |

3. OTHER REASONABLE COSTS—Incidental expenses of the Office of Chief Trial Counsel (Bus. & Prof. Code §6086.10(b)(1); CCP §1033.5(c)).

    | $ 2,360.00 | Reporter's transcript of State Bar Court proceedings. |
    | $ | Cost for certifying court documents. |
    | $ | Staff travel expenses. |
    | $ | |

4. $27,055.00        SUBTOTAL

By: _____/s/ Teresa Sotelo_____       Dated: 04/03/2024
Teresa Sotelo, Program Specialist II, Office of Chief Trial Counsel

5. OTHER REASONABLE COSTS OF THE STATE BAR COURT

    $ 00.00

$27,055.00        **TOTAL OF ALL COSTS**

By: _____/s/ Tonia Outlaw_____       Dated: 4/10/24
Program Specialist III, Office of the State Bar Court

145