| | |
|---|---|
| STATE BAR COURT OF CALIFORNIA<br>845 South Figueroa Street, 3rd Floor<br>Los Angeles, CA 90017-2515<br>(213) 765-1400 | FOR STATE BAR COURT USE<br><br>**FILED**  O<br><br>AUG 09 2017  E.A.<br><br>STATE BAR COURT<br>CLERK'S OFFICE<br>LOS ANGELES |
| In the Matter of<br>LEONORE LUANN ALBERT, No. 210876<br>Member of the State Bar | |
| CERTIFICATE OF COSTS | CASE NO.: 15O11311, 15O11708, 15O12260. |

1. TAXABLE COSTS of the Office of the Chief Trial Counsel (Code Civ. Proc. §1033.5(a)).

   $ _____  Witness fees pursuant to Government Code.
   $ _____  Fees of expert witnesses when ordered by the Court.
   $ _____  Deposition expenses, including transcript and travel costs.
   $ _____  Service of process.
   $ _____  Photocopies of exhibits.
   $ _____  Models and blowups of exhibits.

2. REASONABLE COSTS PURSUANT TO FORMULA APPROVED BY THE BOARD OF TRUSTEES (Bus. & Prof. Code § 6086.10(b)(3)).

   $ 16,758.00  Base Charge.
   $ 1,956.00   Charge of $978 for Investigations over one.
   $ _____      Minimum charge for consolidated matter.
   $ _____      Resignation charge ($ 137.00).

3. OTHER REASONABLE COSTS—Incidental expenses of the Office of the Chief Trial Counsel (Bus. & Prof. Code §6086.10(b)(1); CCP §1033.5(c)).

   $ _____  Reporter's transcript of State Bar Court proceedings.
   $ _____  Cost for certifying court documents.
   $ _____  Staff travel expenses.
   $ _____

4. $ 18,714.00   SUBTOTAL

By: _/s/ Herman Cendejas_   Dated: 10/21/16
Herman Cendejas, Administrative Assistant, Office of Chief Trial Counsel

5. OTHER REASONABLE COSTS OF THE STATE BAR COURT

   $ 00.00

$ 18,714.00   **TOTAL OF ALL COSTS**

By: _/s/ Elizabeth Alves_   Dated: 8/9/17
Deputy Court Clerk, Office of the State Bar Court
Cost Form 4/15

EX 3

FAC pg 35

# CERTIFICATE OF SERVICE

[Rule 62(b), Rules Proc.; Code Civ. Proc., § 1013a(4)]

I am a Deputy Court Clerk of the State Bar Court of California. I am over the age of eighteen and not a party to the within proceeding. Pursuant to standard court practice, in the City and County of Los Angeles, on August 9, 2017, I deposited a true copy of the following document(s):

## CERTIFICATE OF COSTS

in a sealed envelope for collection and mailing on that date as follows:

( X ) by first-class mail, with postage thereon fully prepaid, through the United States Postal Service at Los Angeles, California, addressed as follows:

    LENORE L. ALBERT
    LAW OFC LENORE ALBERT
    7755 CENTER AVE STE 1100
    HUNTINGTON BEACH, CA  92647

(X) by interoffice mail through a facility regularly maintained by the State Bar of California addressed as follows:

Brandon Keith Tady, Enforcement, Los Angeles

I hereby certify that the foregoing is true and correct. Executed in Los Angeles, California, on August 9, 2017.

                                                  Elizabeth Alvarez
                                                Deputy Court Clerk
                                                State Bar Court