| STATE BAR COURT OF CALIFORNIA<br>845 South Figueroa Street, 3rd Floor<br>Los Angeles, CA 90017-2515<br>(213) 765-1400 | FOR STATE BAR COURT USE<br>**FILED**<br>MAR 27 2019<br>STATE BAR COURT<br>CLERK'S OFFICE<br>LOS ANGELES |
|---|---|
| In the Matter of<br><br>LENORE LUANN ALBERT, No. 210876<br><br>Member of the State Bar | |
| CERTIFICATE OF COSTS | CASE NO.: 16O12958, 16O10548. |

1. TAXABLE COSTS of the Office of Chief Trial Counsel (Code Civ. Proc. §1033.5(a)).

   | $ 201.90 | Witness fees pursuant to Government Code. |
   | $ | Fees of expert witnesses when ordered by the Court. |
   | $ | Deposition expenses, including transcript and travel costs. |
   | $ | Service of process. |
   | $ | Photocopies of exhibits. |
   | $ | Models and blowups of exhibits. |

2. REASONABLE COSTS PURSUANT TO FORMULA APPROVED BY THE BOARD OF TRUSTEES (Bus. & Prof. Code §6086.10(b)(3)).

   | $ 17,574.00 | Base Charge. |
   | $ 1,026.00 | Charge of $1,026 for investigations over one. |
   | $ | Minimum charge for consolidated matter. |
   | $ | Resignation charge ($144). |

3. OTHER REASONABLE COSTS—Incidental expenses of the Office of Chief Trial Counsel (Bus. & Prof. Code §6086.10(b)(1); CCP §1033.5(c)).

   | $ | Reporter's transcript of State Bar Court proceedings. |
   | $ 40.00 | Cost for certifying court documents. |
   | $ | Staff travel expenses. |
   | $ | |

4. $ 18,841.90     SUBTOTAL

By: /s/ Herman Cendejas, Program Assistant II, Office of Chief Trial Counsel     Dated: 03/26/19

5. OTHER REASONABLE COSTS OF THE STATE BAR COURT

   $ 00.00

$ 18,841.90     **TOTAL OF ALL COSTS**

By: /s/ Sr. Administrative Assistant, Office of the State Bar Court     Dated: 3-27-19

Cost Form 4/15

EX 5     FAC pg 38

## CERTIFICATE OF SERVICE

[Rule 62(b), Rules Proc.; Code Civ. Proc., § 1013a(4)]

I am a Sr. Administrative Assistant of the State Bar Court of California. I am over the age of eighteen and not a party to the within proceeding. Pursuant to standard court practice, in the City and County of Los Angeles, on March 27, 2019, I deposited a true copy of the following document(s):

## CERTIFICATE OF COSTS

in a sealed envelope for collection and mailing on that date as follows:

( X ) by first-class mail, with postage thereon fully prepaid, through the United States Postal Service at Los Angeles, California, addressed as follows:

LENORE L. ALBERT
LAW OFC LENORE ALBERT
14272 HOOVER STREET SP 69
WESTMINSTER, CA 92683

(X) by interoffice mail through a facility regularly maintained by the State Bar of California addressed as follows:

Timothy G. Byer, Enforcement, Los Angeles

I hereby certify that the foregoing is true and correct. Executed in Los Angeles, California, on March 27, 2019.

Jesús Hernandez
Sr. Administrative Assistant
State Bar Court

FAC pg 39