**The State Bar of California**

**DIVISION OF REGULATION**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

July 3, 2024

#210876
Lenore L. Albert
Lenore Albert
1968 S Coast Hwy # 3960
Laguna Beach, CA 92651-3681

Dear Lenore L. Albert:

Our records indicate that you owe $27,055.00 to the State Bar of California ("State Bar") for discipline costs and $5,000.00 for monetary sanctions assessed in State Bar Court Case No. SBC-22-O-30348 et al. Please note that you may owe additional debt to the State Bar if you have additional disciplinary cases or owe Client Security Fund ("CSF") reimbursement(s).

This is an opportunity for you to voluntarily pay the sums owed to the State Bar. The State Bar will require full payment in certified funds on or before **August 16, 2024,** which is 30 days after the Supreme Court order (S284532) goes into effect**.** For any questions concerning the amount owed, please call Omar Easley at 415-538-2113 or email AttorneyRegulation@calbar.ca.gov. Send your payment to the State Bar of California, Attn: Office of Finance, 180 Howard Street, San Francisco, CA 94105.

If you do not make the full payment as noted above, the State Bar will enforce these sanctions as a civil money judgment in a Superior Court and/or will submit your account to the Franchise Tax Board ("FTB") to collect the delinquent debt as described below.

Under Business & Professions Code section 6086.10, subdivision (a), and State Bar Rules of Procedure, Rule 5.137, subdivision (G), these assessed monetary sanctions are enforceable as a civil money judgment and may be collected by the State Bar through any means provided by law. This provision applies to any individual who has been disbarred or resigned with charges pending, or received an actual or stayed suspension or a public reproval.

This is an opportunity for you to voluntarily pay the sums owed to the State Bar before a civil money judgment is filed with the Superior Court and subsequent proceedings commence. If such a judgment is filed, you will be liable for additional costs associated with enforcing the judgment and interest.

If payment is not received, the State Bar is also authorized to submit your account to the California Franchise Tax Board (FTB) for collection. FTB is authorized by the California State

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

Lenore L. Albert, #210876
July 3, 2024
Page 2


Legislature to collect court-ordered debt for participating courts and agencies under the California Revenue and Taxation Code sections 19280-19283. FTB's Court Ordered Debt program issues wage garnishment, bank levies, and/or seizure of real and personal property or other assets to collect delinquent court-ordered debt.

The State Bar also participates in FTB's Interagency Intercept Collection (FTB-IIC) program pursuant to Business and Professions Code section 6034. FTB IIC program is in conjunction with the State Controller's Office, collecting delinquent liabilities individuals owe to state and local agencies. FTB IIC Program intercepts tax refunds, unclaimed property claims, and lottery winnings owed to individuals. FTB redirects these funds to pay the individual's debts (California Government Code Sections 12419.2, 12419.7, 12419.9, 12419.10, 12419.11, and 12419.12).

If you disagree with the amounts owed, you must provide written documentation of payments or a court order modifying or waiving the amounts owed to the Office of Finance before **August 16, 2024**.

    State Bar of California
    Attn: Office of Finance
    180 Howard Street
    San Francisco, CA 94105

Sincerely,


Division of Regulation


Enclosure

**SUPREME COURT FILED**

JUN 17 2024

Jorge Navarrete Clerk

State Bar Court - No. SBC-22-O-30348

S284532

_____
Deputy

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re LENORE LUANN ALBERT on Discipline.

The "Motion to Augment the Record or Judicially Notice the Declarations in the Alternative" is denied.

The "Ex Parte Application to Set Aside or Stay the Interim Suspension" is denied.

The petition for review is denied.

The court orders that Lenore LuAnn Albert (Respondent), State Bar Number 210876, is disbarred from the practice of law in California and that Respondent's name is stricken from the roll of attorneys.

Respondent must comply with California Rules of Court, rule 9.20, and perform the acts specified in (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the date this order is filed. (*Athearn v. State Bar* (1982) 32 Cal.3d 38, 45 [the operative date for identification of clients being represented in pending matters and others to be notified is the filing date of this order].)

Respondent must pay monetary sanctions to the State Bar of California Client Security Fund in the amount of $5,000 in accordance with Business and Professions Code section 6086.13 and rule 5.137 of the Rules of Procedure of the State Bar. Monetary sanctions are enforceable as a money judgment and may be collected by the State Bar through any means permitted by law.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment, and may be collected by the State Bar through any means permitted by law.

**GUERRERO**
*Chief Justice*

I, Jorge Navarrete, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court as shown by the records of my office.
Witness my hand and the seal of the Court this

____ day of JUN  2 4 2024  20____

By:  Deputy


Certified Copy

| STATE BAR COURT OF CALIFORNIA<br>845 South Figueroa Street, 3rd Floor<br>Los Angeles, CA 90017-2515<br>(213) 765-1400 | FOR STATE BAR COURT USE<br>**FILED**<br>APR 10 2024<br>STATE BAR COURT<br>CLERK'S OFFICE LOS ANGELES |
|---|---|
| In the Matter of<br><br>LENORE LUANN ALBERT, No. 210876<br><br>Member of the State Bar | |
| CERTIFICATE OF COSTS | CASE NO.: 21-O-05360, SBC-22-O-30348. |

1. TAXABLE COSTS of the Office of Chief Trial Counsel (Code Civ. Proc. §1033.5(a)).

   - $          Witness fees pursuant to Government Code.
   - $          Fees of expert witnesses when ordered by the Court.
   - $          Deposition expenses, including transcript and travel costs.
   - $          Service of process.
   - $          Photocopies of exhibits.
   - $          Models and blowups of exhibits.

2. REASONABLE COSTS PURSUANT TO FORMULA APPROVED BY THE BOARD OF TRUSTEES (Bus. & Prof. Code §6086.10(b)(3)).

   - $ 24,695.00    Base Charge.
   - $          Charge of $1,178.00 for investigations over one.
   - $          Minimum charge for consolidated matter.
   - $          Resignation charge ($165.00)

3. OTHER REASONABLE COSTS—Incidental expenses of the Office of Chief Trial Counsel (Bus. & Prof. Code §6086.10(b)(1); CCP §1033.5(c)).

   - $ 2,360.00    Reporter's transcript of State Bar Court proceedings.
   - $          Cost for certifying court documents.
   - $          Staff travel expenses.
   - $ 

4. $27,055.00    SUBTOTAL

By: _Teresa Sotelo_ (signature)      Dated: 04/03/2024
Teresa Sotelo, Program Specialist II, Office of Chief Trial Counsel

5. OTHER REASONABLE COSTS OF THE STATE BAR COURT

   $ 00.00

   $27,055.00    **TOTAL OF ALL COSTS**

By: _Dma Outlaw_ (signature)      Dated: 4/10/24
Program Specialist III, Office of the State Bar Court

The document to which this certificate is affixed is a full, true and correct copy of the original on file and of record in the State Bar Court.

ATTEST June 26, 2024
State Bar Court, State Bar of California, Los Angeles

By _Doma Outlaw_
Clerk