



Staff e-Newsletter

October 2024

## Message from the Executive Director



Happy Fall!

This month's newsletter tees up a couple of issues that I want to elevate in my message.

First, our plans to ensure our financial stability and responsibly transition to being a smaller organization in a way that reflects our core values. Below you'll find a brief blurb regarding revised case processing targets for OCTC. This change is directly related to our recognition of three realities:

1. The Legislature has not formally approved the more aggressive targets (that it asked us to develop!) that the State Bar proposed last year.

2. The Legislature has not funded the implementation of the more aggressive targets.

3. The 2025 fee contemplates instead a reduction in overall headcount.

As a result, George, our Chief Trial Counsel, presented to the Board at its last meeting revised case processing targets—reflecting, for the most part, what we can achieve rather than aspirational performance goals. These targets form the basis of quarterly reporting to the Board and the public; revising them was an important reality check for ourselves, our governing body, and our stakeholders.

On the financial stability front, you'll see details below about an upcoming offer and compromise program. This initiative will allow attorneys, both current and former, to settle their outstanding debts with the State Bar for a fraction of the original amount owed; we anticipate generating millions in new one-time revenue through this effort.

Equally important to me is how the program reflects our commitment to fairness and equity. The outstanding work of the Ad Hoc Commission on the Discipline System revealed that discipline costs imposed by the State Bar not only outpaced those of any other attorney licensing agency nationwide, but also exceeded those of any other professional licensing entity in California. I'm proud that our Board recently approved a revised cost structure, significantly reducing these fees moving forward. Through the offer and compromise program, we are addressing past inequities as well, by giving debtors the chance to settle burdensome debts often stemming from those previously exorbitant fees. Kudos to us for creatively identifying ways to generate new revenue while also making our system more fair and just.

Lastly, you all must have a sense of the seismic shifts coming to the California Bar Exam. As referenced in the newsletter below, we have gone