| Job Title | Effective Date | End Date (If Applicable) | Salary |
|---|---|---|---|
| Assistant Chief Trial Counsel | 07/07/2025 | | $ 253,852.25 |
| Supervising Attorney | 12/23/2024 | 07/6/2025 | $ 236,141.63 |
| Supervising Attorney | 09/21/2024 | | $ 230,382.08 |
| Supervising Attorney | 12/25/2023 | | $ 219,411.50 |
| Supervising Attorney | 09/21/2023 | | $ 214,060.00 |
| Supervising Attorney | 09/04/2023 | | $ 203,867.00 |
| Supervising Attorney | 12/26/2022 | | $ 185,333.67 |
| Supervising Attorney | 09/21/2022 | | $ 168,485.15 |
| Supervising Attorney | 05/02/2022 | | $ 160,462.05 |
| Supervising Attorney | 12/27/2021 | | $ 152,821.00 |
| Supervising Attorney | 11/15/2021 | | $ 151,308.00 |
| Supervising Attorney | 09/21/2021 | | $ 149,940.00 |
| Supervising Attorney | 12/28/2020 | | $ 142,800.00 |
| Supervising Attorney | 09/21/2020 | 09/20/2020 | $ 140,000.00 |
| Senior Attorney | 01/01/2020 | | $ 124,134.00 |
| Senior Attorney | 11/25/2019 | | $ 119,936.00 |
| Attorney | 01/29/2019 | 11/24/2019 | $ 103,824.00 |
| Attorney | 01/29/2018 | | $ 98,880.00 |
| Attorney | 01/29/2018 | | $ 97,116.00 |