

## The State Bar
## of California

845 South Figueroa Street, Los Angeles, CA 90017                https://calbarca.nextrequest.com/

September 19, 2025

<u>Via State Bar's CPRA Portal</u>

Lenore Albert
lenalbert@interactivecounsel.com


Dear Lenore Albert:

I write on behalf of the State Bar of California (State Bar), in response to your public records request pursuant to the California Public Records Act, Government Code section 7920 et seq. (CPRA) dated June 29, 2025. The State Bar initially responded to your Request on July 10, 2025, informing you that due to the nature of your request, the State Bar required an additional 14 days to respond pursuant to California Government Code section 7922.535(c)(2).

On July 24, 2025, the State Bar responded in full to Request numbers 2, 3, 5, 6, and 7, and produced records in response to Request number 1. With regards to Request number 4, the State Bar indicated that its diligent search for responsive records remained ongoing and that it would produce additional responsive nonexempt records, if any, on or before August 7, 2025. On July 25, 2025, you responded with additional information regarding your Requests, along with additional Requests. On August 4, 2025, the State Bar responded to your four additional Requests and indicated that it would produce additional nonexempt records responsive to Request number 4, if any, on or before September 19, 2025.

The State Bar further responds to your Request as follows:

<u>Request no. 4</u>
All documents showing what instructions, guidelines, policies, or procedures the security guards at the Los Angeles State Bar office were told to follow if there was a protest or rally in front of the Los Angeles State Bar office from January 1, 2020 through the present.

<u>Response to Request no. 4</u>
Attached please find records responsive to your Request.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 South Figueroa Street
Los Angeles, CA 90017

Lenore Albert
September 19, 2025
Page 2


The State Bar has redacted information pursuant to 7922.000, which exempts records from
public disclosure if, on the specific facts, "the public interest served by not disclosing the record
clearly outweighs the public interest served by disclosure of the record." Specifically, the State
Bar has withheld information that could compromise the security of the State Bar's facilities
and/or staff if disclosed. The State Bar has also withheld information that, if disclosed, would
constitute an unwarranted invasion of personal privacy, pursuant to Government Code section
7927.700.

Pursuant to Government Code section 7922.540, subdivision (b), the name and position of the
person responsible for the denial of any of these requests is Joel Kim, Assistant General Counsel
in the State Bar's Office of General Counsel. Please contact the State Bar if you need assistance
with narrowing or clarifying the scope of your requests.


Sincerely,



Public Records Coordinator
The State Bar of California



# THE STATE BAR OF CALIFORNIA

## SECURITY INSTRUCTION MANUAL





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

### TABLE OF CONTENTS

INTRODUCTION ........................................................................................................ 2
SECURITY PROFESSIONAL GUIDELINES ............................................................. 3
    PUNCTUALITY ......................................................................................................... 3
    ATTENDANCE AND CALLING OFF PROCEDURES ......................................................... 3
    CONFIDENTIALITY .................................................................................................... 3
    UNIFORMS ............................................................................................................. 3

EMERGENCY CONTACTS ....................................................................................... 7
POLICIES AND PROCEDURES ......................................................................... 8-33
    OPENING AND CLOSING THE BUILDING ..................................................................... 8
    ACCESS CONTROL ................................................................................................. 9
    PROPERTY REMOVAL PASS ..................................................................................... 9
    PARKING VALIDATIONS ............................................................................................ 9
    WEAPONS POLICY ............................................................................................... 10

          UMBRELLAS AND CANES ............................................................................... 12
    LOADING DOCK ................................................................................................... 13
    ELEVATORS ........................................................................................................ 14
          HANDICAP LIFT ........................................................................................... 14
    BASEMENT GARAGE ............................................................................................. 14

    SMART & FINAL .................................................................................................. 15

    EQUIPMENT/ ................................................................................................. 19-20

EMERGENCY PROCEDURES ........................................................................ 22-29
    MEDICAL ............................................................................................................. 22
    FIRE (     ) ........................................................................................................ 22
    EARTH QUAKE (       ) ................................................................................... 23
    POWER FAILURE ................................................................................................. 23
    SUSPICIOUS PACKAGE .......................................................................................... 24
    BOMB THREAT (       ) ..................................................................................... 24
    BLEEDING ........................................................................................................... 24
    ELEVATOR ENTRAPMENT ....................................................................................... 25
    CIVIL DISTURBANCE ......................................................................................... 26-27
    STANDARD EVACUATION .................................................................................... 28-29
    MAIL/DELIVERY ................................................................................................... 30
    CONFERENCE CENTER PROCEDURES ..................................................................... 31



# THE STATE BAR OF CALIFORNIA

## SECURITY INSTRUCTION MANUAL

STATE BAR COURT PROCEDURES..........................................................................................32-33

# INTRODUCTION

Welcome to the State Bar of California Security Team. Your job will be demanding yet a rewarding one.

As a Security Professional at the State Bar of California you must understand and be able to enforce the security program, recognize and respond to safety hazards, have knowledge of emergency procedures, and effectively deal with tenants, visitors, and guests.

Your reward will not only be the knowledge that you have done the job well, but the experience you will gain in customer service.

The 845 S. Figueroa building is a 5-story single-tenant, low-rise office building. The building is owned and managed by the State Bar of California.



The instructions have been written to:

- Help you learn your duties when you start the job.
- Provide you with a reference so that you may refresh your memory at any time.
- Provide you with all information related to your job duties.

## IMPORTANCE OF A SECURITY PROFESSIONAL

As a Security Professional, you are the eyes and ears of Allied Universal Security Services and the State Bar of California. A key part of your job duties, but not limited to, is **observing and reporting.**





# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL





# THE STATE BAR OF CALIFORNIA

## SECURITY INSTRUCTION MANUAL

## SECURITY PROFESSIONAL GUIDELINES

### PUNCTUALITY

All Security Professionals are to arrive on time at their post and in full uniform. Any Security Professional who thinks they may arrive late for their shift must contact the P/C immediately. Altering the regular work schedule by exchanging shifts or covering for another co-worker's shift is not allowed without proper authorization from the Post Commander.

### ATTENDANCE

Excessive and/or unexcused absences shall be grounds for disciplinary action including removal from the site. Allied Universal policy states that any Security Professional who calls off three consecutive times must provide the proper documentation prior to returning to work.

### CALLING OFF DUTY

All call-offs must be given within 4 hours prior to the start of your shift. Security Professionals are to contact the Post Commander and advise of the call off before contacting the Operations Manager (**only during after-hours**). If the Post Commander is unavailable, contact ▮▮▮▮▮▮▮▮ (refer to the emergency contact list). Any Security Professional who fails to give the 4-hour notice or is a no call/no show will be subject to disciplinary action including removal from the site.

### CONFIDENTIALITY

As a Security Professional assigned to the State Bar of California there are certain matters you are made aware of, and it is of the utmost importance that all information transmitted by the client is kept confidential. Information such as terminations, suspensions, escorts, individuals placed on the watch list are examples of information that are required to remain confidential. Failure of any Security Professional to follow this policy will be subject to disciplinary action.

### UNIFORMS

All uniforms must be clean and pressed. All security personnel are to wear only clothing items issued with their uniform or by Allied Universal.





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL







# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL



## EMERGENCY CONTACT NUMBERS

### ALLIED UNIVERSAL SECURITY SERVICES



DTLA BRANCH OFFICE

| | |
|---|---|
| RECEPTION # | 213-362-3650 |
| AUS FIELD MANAGER # | 213-272-8097 |

### STATE BAR OF CALIFORNIA (CLIENT)

SUNLY YAP-CLIENT (GENERAL SERVICES –PRINCIPAL PROGRAM ANALYST)

| | |
|---|---|
| OFFICE # | 213-765-1121 |
| WORK CELL # | 213-255-6076 |

ANTONIO GONZALEZ (GENERAL SERVICES – PROGRAM SUPERVISOR, GENERAL SERVICES)

| | |
|---|---|
| OFFICE # | 213-765-1113 |
| WORK CELL # | 213-663-3379 |

MAYTE DIAZ (DIRECTOR OF GENERAL SERVICES)

| | |
|---|---|
| OFFICE # | 415-538-2160 |
| WORK CELL # | 415-515-3260 |

### LAW ENFORCEMENT
CALIFORNIA HIGHWAY PATROL

| | |
|---|---|
| DISPATCH # | 213-744-2331 |

LAPD CENTRAL DIVISION





# THE STATE BAR OF CALIFORNIA

### SECURITY INSTRUCTION MANUAL

DISPATCH #                    213-486-6606







# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL

## ACCESS CONTROL PROCEDURES

State Bar of California employees, authorized personnel and contractors have been issued an access card to enter the building.



Security personnel are responsible for investigating all unauthorized access through the lobby turnstiles.

All non-employees must be thoroughly screened, but not unreasonably, on the 1st floor prior to gaining access to the facility.

- ███████████████████████████████████.
- ███████████████████████████████████████████████████████████████████████████████
- Temporary or contracted employees must go the screening process on their first day.
- Terminated employees are not allowed in or around the building without authorization from the State Bar of California management. Security personnel must always maintain a professional demeanor when encountering said individuals. Do not engage in "friendly" conversation, even if you know the individual. Notify the Post Commander and Ms. Sunly Yap immediately.

## PROPERTY REMOVAL

The State Bar of California prohibits removal of any equipment such as projectors, televisions, laptops, chairs, etc. unless proper authorization is given. All employees must have a PROPERTY REMOVAL PASS when exiting the building with items determined to be property of the State Bar of California. If an employee fails to turn in the form, security professionals must contact Sunly Yap to authorize the removal of any items. The completed pass must be returned to Sunly Yap no later than the next business day. Security professionals must note each occurrence in their DAR.

## PARKING VALIDATIONS

Parking validations are for approved State Bar of California visitors and employees only. **DO NOT** issue a validation to just anyone. These include respondents, respondents' counsel, respondents' witnesses, the public or others participating in or observing a disciplinary process. Please read the "Parking Validation Policy and Procedures" located at the 1st and 3rd floor security desks.





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

Only one validation per individual, per visit, is allowed. Individuals who have been issued a validation, leave then return to the building, will not be issued a second validation unless authorized by the Client. All validations issued must be logged into the validation book and accounted for at the beginning and end of your shift. Any security personnel found in violation of said policy will be subject to disciplinary action.

## WEAPONS POLICY AND PROCEDURES

The State Bar of California prohibits all occupants from having deadly or dangerous weapons in their possession while in and around the building. All visitors who enter the building are to be screened via the metal detector and the x-ray machine. Failure to cooperate with said policy will result in denial of entry into the building.

Active Law Enforcement personnel, who arrive on site and are armed, must present a proper form of identification.

Acceptable forms of identification:
- o   Government issued ID
- o   Law enforcement ID



If the individual inquires about any State Bar of California employee, direct all questions to the Human Resource Department. **DO NOT GIVE ANY CONFIDENTIAL INFORMATION REGARDING THE STATE BAR OF CALIFORNIA OR ITS EMPLOYEES.**





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL









# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL



## UMBRELLA
During rainy days, employees may check out/in a State Bar of California umbrellas. The umbrellas will be placed at the entrance of the ground floor lobby doors. At the end of the day Security Personnel must ensure all umbrellas are returned and accounted for at the end of their shift. Unreturned or damaged umbrellas must be noted on DAR.

## CANES
Visitors/Guests who are physically impaired or require assistance may check out/in State Bar of California canes. The canes are to remain secured in the security room until requested. Security Personnel must ensure both canes are accounted for at the beginning and end of their shift. Unreturned or damaged canes must be noted on DAR.





# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL

## LOADING DOCK

████████████████

All packages entering into the building must be thoroughly screened via the x-ray machine before being picked up by General Service mail room staff. Once screened, the dock security officer will contact the mail room at ext., 1111 to let them know they have items ready for pick up. Set them aside on the table until they are picked up. If deliveries have not been picked up within 15 minutes after the first call, contact General Services Supervisor, Tony Gonzales at ext. 1113. If a package is too large to go through the x-ray machine, identify who it is addressed to and notify Tony Gonzalez immediately.

Security personnel are permitted to sign for all deliveries that require a signature, unless instructed otherwise by the Post Commander.

All delivery and courier personnel (UPS/FED Ex/ DHL/GRM) requesting access into the 1st floor main lobby must be screened using the handheld wand. Authorized vendors/contractors are exempt from this policy.

**DO NOT** sign or except any packages or deliveries not addressed to the State Bar of California, this includes deliveries for Smart & Final.

The maximum time allowed for unloading and loading of deliveries is 30 minutes. If the delivery is expected to take longer than the allowed time, contact the Post Commander.

If a vehicle is unable to fit inside the dock, ask the individual to park on 8th Place.

**All delivery personnel must sign in on the visitor log.**

Sign-in sheet sample

| State Bar of California Loading Dock Visitor Log | | | | | | Date: |
|---|---|---|---|---|---|---|
| Name | Company | Telephone Number | Time In | Time Out | Officer Name | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |





# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL

## ELEVATORS
There are three elevators in the building. Elevators #1 (west) and #2 (east) are passenger elevators that serve the basement through the 5th floor. The freight elevator #3 (west) serves the basement through the 3rd floor.

## HANDICAP LIFT
The handicap lift located in front of the building is only for the use of individuals in wheelchairs or those unable to utilize the steps for entry into the building. The lift is not to be used for any freight purposes such as visitors arriving with boxes on hand carts. Security personnel are to report any malfunctions immediately to the Post Commander.

## BASEMENT GARAGE
The parking structure can accommodate approximately 67 vehicles. Only authorized State Bar employees, visitors and guests are allowed to park in the garage. All employees with access to the garage have 24/7 access and this includes holidays. If an employee forgets their RFID windshield tag, contact the Post Commander before granting access.

Reserved parking spaces are for Executive staff and State Bar Court Judges only.





# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL



## SMART AND FINAL (Business hours 0600 – 2200)

Smart and Final have their own separate Security Staff as well as their own separate surveillance system. It is not necessary to patrol the interior of Smart and Final, unless instructed to by the Post Commander or Client.

**DO NOT** discuss State Bar security operations with Barry Security staff; all questions and concerns are to be directed to Ms. Sunly Yap.







# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL





# THE STATE BAR OF CALIFORNIA

## SECURITY INSTRUCTION MANUAL







# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL







# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

**SECURITY EQUIPMENT**
**Radios**
- When using the radios, make sure that you have a clear frequency when communicating.
- Do not have lengthy conversations.
- Do not use any unnecessary or unprofessional conversations.
- ███████████████
- Do not misuse or damage the radio.
- Do not transmit sensitive or confidential information over the radio.



**Telephone/Security Cell Phone Procedures**
- The client's telephone and security cell phones are for security-related purposes only.
- No personal phone calls should be made at any time.
- If an emergency call is made, the officer must log it in their DAR.
- Do not misuse or damage phones.
- Unauthorized calls will be subject to disciplinary action.
- ███████████████





# THE STATE BAR OF CALIFORNIA

## SECURITY INSTRUCTION MANUAL

**Keys**
- It must be kept locked and secured in the security room when not being used.
- Must be accounted for at the beginning and end of the shift.
- Report any lost keys to the Post Commander immediately.
- If you lose a key, the Client will need to re-key and the cost is approximately $50,000.00





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL







# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL

## EMERGENCY PROCEDURES
### Medical Emergency

- Obtain as much information from the person reporting the incident (who, what, when, where, why).
- Make a ▮▮▮▮▮▮ announcement via radio.
- Respond to the location of the incident and investigate the incident.
- **Do not move the victim**, unless absolutely necessary.
- Asked the victim if they would like Paramedics to be notified. Implied consent is given when the victim cannot respond to your questions, or the person is a minor and not under adult supervision.

  If paramedics are notified:
    - Describe the victim's condition (bleeding, broken bones, unconscious, etc.)
    - Provide Building name, street address, floor and suite number.
    - **DO NOT HANG UP** - Let the emergency personnel end the conversation. They may have special instructions on what to do pending their arrival.
    - Make the victim as comfortable as possible
    - Stand by for medical personnel to arrive.

*CPR and First Aid certified Security Personnel are required to render aid until EMS takes over. *

### Fire ▮▮▮▮▮▮

If you discover a fire or smoke:

- CLEAR anyone from the immediate area.
- Make a ▮▮▮▮▮ announcement via radio. Repeat the announcement twice to ensure your fellow officer hears the announcement.
- Call 9-1-1 or 213-485-6210 (**This 7-digit emergency number should be used only if there is a problem with the 9-1-1- system).**
- Relocate to a safe location.
- Contact the Post Commander.
- Stand by for the arrival of LAFD

  Give the following information:
    - Building Address: 845 S. Figueroa
    - Nearest cross streets: 8th Pl/Figueroa
    - Floor/ Suite Number:
    - Nature of the Emergency:
    - Your call back number: 213 503 7901

**NOTE: If an evacuation is warranted, authorization to re-enter the building will be given by ONLY the Fire Department.**





# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL

**Earthquake** ████████

- **REMAIN CALM** – Do not panic or attempt to go outside.
- **ACT QUICKLY** – Move away from windows, temporary walls or partitions, and freestanding objects such as files, cabinets, shelves and hanging objects.
- **DUCK** – Or drop down to the floor.
- **COVER** – Take cover under a sturdy desk, table, or other furniture. If that is not possible, seek cover against an interior wall and protect your head and neck with your arms.
- **HOLD** – If you take cover under a sturdy piece of furniture, hold on to it and be prepared to move with it.
- **STAY PUT** – Hold this position until the ground and/or building stops shaking and it is safe to move. Stay inside; do not attempt to exit the building during the shaking.
- **AFTER THE EARTHQUAKE –** Check your immediate area for injuries, unsafe conditions and building damage.
- **FIRE ALARM PANEL** – Check the alarm panel for any active alarms.

DURING NORMAL BUSINESS HOURS – Once the shaking has stopped, the Post Commander will conduct a roll call to all security personnel to ensure their safety and location.

**<u>All personnel in possession of a security issued radio must keep the radio clear for emergency transmissions only.</u>**

AFTER HOURS:
- Follow the above procedures,
- Contact the Post Commander, Building Engineer.
- If safe to do so, conduct a patrol of all floors and depts.
- Stand by for further instructions
- Log all the information into your DAR. Make sure all information is detailed and accurate.

**Power Failure**
- Check your immediate area for unsafe or hazardous debris.
- ████████████████████████████████████
- ███████████████████████████████
- Stand by for further instructions.





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

**Suspicious Package**
- Do NOT touch or handle the object.
- Turn off your radio and cell phone.
- Isolate the area.
- ███████████████████████████████
- Contact 911.
- Contact the Post Commander.
- Stand by for further instructions.

**Bomb Threat** ████████████
- Obtain as much information from the caller as possible.
- Keep the caller on the line as long as possible.
- Listen carefully and note the following:
    o Descriptive voice traits
    o Background noises
    o Time of day
    o Age of caller (young or old)
    o Any voice peculiarities such as hoarseness, intoxication, shrillness, irrationality, impediments, foreign accent



- Contact 911
- Contact the Post Commander
- Stand by for the arrival Law Enforcement personnel

**Bleeding**
Bleeding is another very serious problem, which you may have to handle. It is important to <u>always</u> use latex gloves when dealing with an injury that's bleeding. This will help to protect you from contracting any diseases.
- Apply direct pressure to the wound.
- Take a cloth or handkerchief and press it firmly against the wound. Never remove soaked cloth, just keep adding more.
- Get pressure on the wound as quickly as possible. This is the best way to stop the bleeding.





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

**Elevator Entrapment**
If contacted by Otis Elevator dispatch/operator regarding an elevator entrapment, security personnel will proceed with the following:

- Confirmed with the dispatch/operator the cab #.
- Elevator location, if known.
- Number of individual(s) entrapped.
- ETA for the elevator service technician.
- Dispatcher/Operator name and/or number.

During normal business hours:
1st floor lobby security personnel will make an announcement via the radio to all security staff personnel, engineer and Ms. Sunly Yap. Include all information obtained from the Otis Elevator dispatcher/operator and standby for further instructions.

During after-hours:
Follow the above procedures, once you obtain all information proceed with the following:

- Contacted the Post Commander. If the Post Commander is unavailable contact Ms. Sunly Yap (client).
- Respond to the location, if possible, establish communication with the occupant(s) entrapped. Advised them to remain calm and that help is on the way.
- Continue to communicate with the occupant(s) every 10 minutes until an elevator service technician arrives.
- Upon the conclusion of the entrapment, contact the Post Commander once again advising the entrapment is clear and all occupant(s) have been released.
- Document all information regarding the incident in your Daily Activity Report (in red ink).

**Note: _Do Not_** _leave an entrapped occupant(s) unattended until assistance arrive. The only time security personnel are permitted to leave the occupant unattended is to give the elevator service technician entry into the building. Let the occupant(s) know that help has arrive and you will be stepping away momentarily to give the technician access into the building. The elevator service technician will contact you on the security cellphone when they arrive._





# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL

**Civil Disturbance**

There may be times when "unusual events" occur which result in the need for rapid decisions to be made regarding how to best protect the facility, staff and patrons of the client property. These events are typically referred to as a "civil disturbance". Several examples of these "unusual events" include:

- Protestors or demonstrators at or near the facility.
- Large crowds of people with an unknown purpose near the facility or entering the facility.
- A "flash mob" – a **flash mob** is a large group of people who assemble suddenly in a public place, perform an unusual and pointless act for a brief time, then disperse.

Security Professionals must remember that their primary responsibility is to serve the client facility and its staff and patrons, and to assist in ensuring that both the facility and the individuals within remain safe during unusual events. This may require rapidly securing external doors of the facility and explaining to patrons that it is recommended they remain inside until conditions outside the facility improve. It should also include contacting law enforcement if any group is blocking egress or ingress into any building entry or facility entry point.

Large crowds and events of this nature may draw large media interest. It is important to remember your training in these circumstances and to not offer opinions, comments or other information to any media source. Officers must maintain a professional demeanor and not react with any sort of emotion. Security Professionals do not have the authority to speak on behalf of our client and should respond to any media requests politely with **"no information"**. Media personnel should be referred to the appropriate client media relations contact or highest-ranking law enforcement official on-site for information.

**Being Prepared**

The best way to prepare for a successful response to unusual events is to discuss them in advance with the security management team and client contact. Talking through the response and practicing a "dry run" are effective ways to prepare for a successful response to a real-life scenario. In many cases, locking the facility doors and remaining inside until conditions improve may be the best course of action. Going outside the facility to engage a crowd is generally not recommended, as this requires specialized training and the ability to call for additional resources if the crowd becomes dangerous. **Remember – your responsibility is to the facility and its staff and patrons who should be inside, not outside, during these events.**





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

### RIOT(S) / CIVIL UNREST

In the United States, the right of lawful assembly is protected under the First Amendment of the Bill of Rights. Every State in the Union also protects this right in its own Constitution. However, lawful assemblies and crowds can pose major security risks:

- Although initially innocent in its origin, nature or purpose, a crowd can evolve into an **unlawful assembly** or **riot** (i.e., civil disturbance).
- A crowd can also evolve into a **mob / riot,** which can lead to mass lawlessness. (i.e., crowds rushing into the entry way of site, smashing of windows and doors, throwing of rocks and debris into site, vandalism and possibly looting).

### RIOT/ BREAK- IN PROCEDURES

Security Personnel are to remain calm in the event that a riot and or break-in occurs on site.



Security Personnel priority is to ensure the safety of all employees on site. If the possibility to communicate safe exiting of the building to employees is possible, please do so accordingly. Barricade the doorway if necessary. Remain calm and await further instructions. In most civil unrest situations, the main purpose is to destroy and vandalize property, although some individuals may be hostile. Remember to implement the Use of Force Policy.





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

### Do's and Don'ts

| | |
|---|---|
| Do remain visible and professional, but if your presence draws excess attention to the facility, withdraw and move out of sight. | Do not engage crowds directly, let the police handle crowd control issues, they are better prepared to enforce compliance and handle dangerous conditions. |
| Do advise facility staff and patrons to remain inside the facility and away from windows. | Do not attempt to diffuse or resolve issues outside the facility yourself. |
| Do notify office management when the media is present. | Do not speak to the media if you can avoid them.<br>Do not allow them into the facility. |
| Do contact law enforcement for help if they are not already present on site. | Do not attempt to assist law enforcement or leave your facility unless directed by law enforcement. |
| Do speak politely and professionally to anyone you encounter, including media. | Do not appear rude, agitated or aggressive, use firm but professional language at all times; do not use gestures or hand signals, they could be misinterpreted. |

## EVACUATION

If an emergency situation occurs and an evacuation has been authorized, the evacuation should be immediate upon alarm activation. This requirement stems from the from the Fire Department's need to capture the stairwell and use it for the firefighting purposes which is difficult to do when people are moving around in it.

All employees must relocate to the ***Outside Safe Refuge Area***.  It is important to have each employee accounted for upon their arrival to the Safe Refuge Area.

While it is usually advisable to go downward in a building during an alarm, there are times when it may become necessary to go to an upper floor or to the roof.  This should only be done if lower floors are untenable due to heat and/or smoke, or if directed by Building Staff or the Fire Department.

In all cases, once an evacuation has taken place, the Floor Warden will take a head count.  The Floor Warden will ask if everyone has evacuated. Make sure all visitors are accounted for.  Floor Wardens will report any missing occupants and the location of the physically impaired to the Building Staff or Fire Department Personnel.

## SAFE REFUGE AREA

Upon hearing the alarm on your floor, occupants will proceed to the safest stairwell and begin evacuation unless told to do otherwise by the Fire Safety Director, Building Management, Security or Fire Department. Occupants will automatically evacuate to the Safe Refuge Area,





# THE STATE BAR OF CALIFORNIA
### SECURITY INSTRUCTION MANUAL

as the "Rule of Five" does not apply. Occupants will wait for further instructions at the Safe Refuge Area.



**In the event of a bomb threat or earthquake and if evacuation is necessary, a safe refuge area will be designated at that time.**





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

**MAIL/DELIVERY**

General Services has three (3) nightly pick-ups:
- A shipment going to San Francisco (Unity).
- The outgoing daily U.S. mail (Dial Courier).
- UPS

Please follow the procedure outlined below if the shipments to San Francisco or the U.S. mail are not picked-up:
- ████████████████████████████████ It may also consist of other items, such as copy paper boxes and computer tape cases. This shipment is stacked in the main loading dock ████████████ **SAN FRANCISCO PICK-UP DEADLINE IS <u>5:00 P.M.</u>**
- The outgoing **U.S. mail** is also stacked in the main loading dock ████████ ██████ and consists of mail trays and buckets. The mail from Admissions and mail from Office Services are in two distinct set of trays placed slightly apart from one another. There may be as few three trays/buckets each from Admission and Office Services or as many as six (6) from each sender. **OUTGOING U.S. MAIL PICK-UP DEADLINE IS <u>5:00 P.M.</u>**

If not pick-up by deadline, call the following **Vendors:**
> **U.S. MAIL –** Dial Courier – 213-386-4700, Dispatch
> **San Francisco Shipment –** UNITY – 310-676-6398

If you cannot reach the Vendors, call the numbers listed below.
1. **Antonio Gonzalez (Tony), Supervisor, Office Services
Cell: 213-663-3379**
2. **Sunly Yap, Program Analyst
Cell: 213-255-6076**
████████████████████████████
████████████████████████████

On weekends and holidays security personnel can NOT accept any deliveries unless authorized to do so by the Post Commander or Client. Advise the delivery personnel to return during normal business hours.





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

### CONFERENCE CENTER (2nd FLOOR)

The conference rooms are for reserved State Bar meetings only. When there are scheduled meetings with externals it will still be referred to as "Coverage 2".

- Rovering officer will ensure allocated conference rooms are unlocked for meetings. If locked, use the master key located in the Security Room to unlock them. Immediately return keys and remember to annotate on DAR and sign the Key Log.
- **DO NOT** grant access to the kitchen without proper authorization from Post Commander or Client.
- Parking validations will be issued on the 1st floor lobby. **DO NOT** just give a validation to anyone; please read the "Parking Validation Policy and Procedures" handout located in the desk drawer. Annotate in DAR to whom, time, and quantity given.

**State Bar of California employees are not permitted to take their breaks, lunches or have meetings that have not been reserved on the LA Conference Room Calendar in the Conference Center. If any employee is observe using an unreserved conference room, notify the Post commander.**

Different meetings have different visitor instructions:

- JNE and Moral Character/Informal Conferences - Candidates and interviewees must wait in the seating area.  Those holding the conferences will escort the candidates and interviewees.
- First Year Law Student (FYLS) Review - Must wait in the seating area until their exact appointment time or someone from the Admissions dept. escorts them into the conference room.

**Weekend Meetings**:

- Retrieve meeting calender and master key from the security room.
- Unlock the appropiate conferenece room(s). Do not prop open the double glass doors leading into the Confernce Center. The lobby, conference center and restroom hallway doors will be unlocked one hour prior to the meeting start time.
- Monitor the 2nd floor lobby via the security monitors on the 1st floor and assist as needed.
- Officers are not to leave the 1st floor lobby unattended until the lobby front doors have been secured.

_Upon the conclusion of the meeting, security personnel will assist in cleaning the conference room(s). Empty all trash cans, throw away left over food, place coffee, water pots in the kitchen and ensure the conference centers entry doors are secured._





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

**STATE BAR COURT PROCEDURE**

Hours of Operation are 0845-1700 Monday-Friday.

- Stand when the elevator arrives to the floor.
- All externals and non-State Bar court employees must sign-in and out at the security desk. (State Bar Court, General Services and OED employees are exempted.)
- All externals must have a visitor sticker visible while on site.
- If an external is missing their sticker, check with lobby security personnel to ensure they checked in with the 1st floor lobby ambassador.
- State Bar employee who needs to personally deliver any documents to the State Bar Court must go to the 1st floor receptionist.

| State Bar Courts Visitors Badge Types | |
|---|---|
| **A, B, C, D** | Designated courtrooms/may sit in the lobby seating area or court hallway |
| **F** | *Filing*-Wait in the lobby seating area for filing clerk's arrival |
| **W** | *Witness*-Wait in the court hallway until called into court |
| **R** | *Review*-Wait in the lobby for a review clerk |

*\*\*If an external for a filing has been waiting for more than 10 minutes, call the receptionist.*

The court rooms are equipped with audio recording therefore, the court room entrance hallway must be reasonably quiet at all times.

- Phone calls must be made in the 3rd floor lobby or meeting room.
- Phone calls are not permitted in courtroom hallways.
- When an external is finished reviewing their file, you may make a courtesy call to the Clerks.

**DO NOT** grant access to secured areas without prior consent from the Post Commander or Client.

**DO NOT** discuss any confidential information with anyone.





# THE STATE BAR OF CALIFORNIA
## SECURITY INSTRUCTION MANUAL

### COURTROOM CALENDAR SAMPLE

| | | T/A | Event | Case Number | | Case Name | DTC | Vn |
|---|---|---|---|---|---|---|---|---|
| **State Bar Court** | | | | | | | 1/27/2014 | 9:08:28 AM |
| **Hearing Department Calendar** | | | | | | | Page: 1 of 1 | |
| **Hon. Richard A. Platel** | | | | | | | | |
| 01/27/2014 To 01/31/2014 | | | | | | | | |
| **Public and Confidential** | | | | | | | | |
| **TUESDAY** | | | **01/28/2014** | | | | | |
| 09:30 | 09:45 | A | STC | 13 O 11189 | & | Lak, Daniel Kristof | Kern | LA |
| 09:30 | 09:45 | A | STC | 12 O 18200 | | Bazikyan, Robert | Kumar | LA |
| 09:30 | 09:45 | A | STC | 13 O 10664 | & | Chang, Jacob Dong | Ellis | LA |
| 09:30 | 09:45 | A | STC | 13 O 13456 | | Godfrey, Dana Allan | Radigan | LA |
| 09:45 | 10:00 | A | STC | 12 O 14351 | & | Biely, Suzanne Kae | Ellis | LA |
| 10:30 | 12:30 | A | VSC | 09 J 14696 | | Howes, G Paul | Burger | LA |
| 04:00 | 06:00 | A | VSC | 12 O 12595 | | Markman, Kenneth Rog | Meyers | LA |
| 04:00 | 06:00 | A | VSC | 11 C 18680 | | Markman, Kenneth Rog | Meyers | LA |
| **WEDNESDAY** | | | **01/29/2014** | | | | | |
| 10:30 | 12:30 | A | VSC | 13 O 11681 | | Finestone, Alan Earl | Glass | LA |
| 01:30 | 02:30 | A | ADP | 13 O 10421 | *& | Escamilla, Myava R | Todd | LA |
| 01:30 | 02:30 | A | ADP | 13 O 11145 | | Culp, Jimmie Dean | Jackson | LA |
| 01:30 | 02:30 | A | ADP | 13 O 12927 | * | Escamilla, Myava R | Todd | LA |
| 04:00 | 06:00 | A | VSC | 12 O 15832 | * | Francis, William Art | Anderson,K | LA |
| 04:00 | 06:00 | A | VSC | 13 O 12161 | * | Francis, William Art | Anderson,K | LA |
| **THURSDAY** | | | **01/30/2014** | | | | | |
| 10:00 | 12:00 | A | VSC | 13 O 10321 | | Carbone, Robert Fran | Greenberg | LA |
| 01:30 | 01:45 | T | STC | 12 O 10816 | | McGowan, James Paul, | Garcia | LA |
| 01:30 | 01:45 | A | STC | 13 O 10977 | | Levine, Paul Samuel | Hong | LA |
| 01:30 | 01:45 | A | STC | 12 O 15145 | | Canny, Robert Emmett | Glass | LA |
| 01:45 | 02:00 | T | STC | 13 O 10222 | * | Hoffman, Jeffrey Ste | Viselman | LA |
| 01:45 | 02:00 | T | STC | 13 J 11060 | * | Hoffman, Jeffrey Ste | Viselman | LA |
| 02:00 | 04:00 | A | ENC | 13 O 14109 | | Johnson, Michael Wal | Todd | LA |
| -- END OF CALENDAR -- | | | | | | | | |

When a visitor arrives for court and has signed in at the security desk have them take a seat and wait until the courtroom is opened. Do not let the individual(s) go into the courtroom without the Case Administrator's permission or presence. The Case Administrator will open the courtroom when they are allowed to enter.

