Lenore L. Albert
Email: lenalbert@InteractiveCounsel.com
1968 S Coast Hwy #3960
Laguna Beach, CA 92651
Telephone: 424-365-0741
Movant, pro se

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

| | |
|---|---|
| 10675 S. ORANGE PARK BOULEVARD, LLC., et al.<br><br>                    Plaintiffs,<br>vs.<br><br>NORMAK KOSHAK, HELEN KOSHAK, et al.,<br>                    Defendants. | CASE NO. 30-2012-00568954-CL-UD-CJC<br><br>Assigned for all purposes to: tbd<br><br>Dept: tbd<br>Complaint filed: May 14, 2012<br>Judgment: March 25, 2013<br><br>**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**<br><br>**Date: Friday May 16, 2025**<br><br>**Time: 9:00AM**<br><br>**Dept: Dept C-66 or tbd** |

## DECLARATION OF LENORE ALBERT ISO VACATING VOID ORDERS

**I, LENORE ALBERT**, am the former counsel of record for defendants Norman Koshak and Helen Koshak, and if called as a witness could testify of my own personal knowledge as follows:

1. I am the former lawyer for defendants Norman Koshak and Helen Koshak in the above-captioned unlawful detainer (U.D.) action.

2. I am a member in good standing with the U.S. Supreme Court.

3. I was disbarred from the California State Bar effective July 17, 2024.

**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**

10675 S Orange Park Blvd LLC v Koshak CASE NO. 30-2012-00568954-CL-UD-CJC

4. On May 14, 2012 this U.D. Action was filed. Attached hereto and fully incorporated herein as **Exhibit 1** is a true and correct copy of the UD Docket. (See ROA #1).

5. On July 13, 2012, the U.D. trial was set for August 2, 2012. (See, Ex 1, ROA # 22).

6. I was not involved in this action until July 30, 2012, which is when I substituted into the case as counsel for defendant, Helen Koshak (who has since deceased). (See, Ex 1, ROA #39).

7. I appeared on July 30, 2012, for the defendant because the Plaintiff, 10675 Orange Park Blvd, LLC, had filed an ex parte application to have admissions deemed admitted, which was heard and denied.

8. The court continued the trial to September 6, 2012, but did not reopen discovery. Attached hereto and fully incorporated herein as **Exhibit 2** is a true and correct copy of the Court Minute Order dated July 30, 2012.

9. On or about August 23, 2012, 10675 S Orange Park Blvd LLC filed a discovery motion seeking sanctions. Attached hereto and fully incorporated herein as **Exhibit 3** is a true and correct copy of the Notice and motion to compel discovery filed on August 23, 2012.

10. On or about August 24, 2012, 10675 S Orange Park Blvd LLC filed a second discovery motion seeking sanctions. Attached hereto and fully incorporated herein as **Exhibit 4** is a true and correct copy of the Notice and motion to compel discovery filed on August 24, 2012.

11. On or about August 24, 2012, 10675 S Orange Park Blvd LLC filed a third discovery motion seeking sanctions. Attached hereto and fully incorporated herein as **Exhibit 5** is a true and correct copy of the Notice and motion to compel discovery filed on August 24, 2012.

12. On Friday, August 31, 2012, the Court ordered Helen Koshak and myself to pay 10675 Orange Park Blvd, LLC $2675.60 in sanctions and included future sanctions if the order was violated. Attached hereto and fully incorporated herein as **Exhibit 6** is a true and correct copy of the Court Order granting motion to compel request for production of documents.

13. On Friday, August 31, 2012, the Court ordered Helen Koshak and myself to pay 10675 Orange Park Blvd, LLC $1242.50 in sanctions and included future sanctions if the order was violated. Attached hereto and fully incorporated herein as **Exhibit 7** is a true and correct copy of the Court Order granting motion to compel further response to form interrogatories.

**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**

10675 S Orange Park Blvd LLC v Koshak CASE NO. 30-2012-00568954-CL-UD-CJC

14. On Friday, August 31, 2012, the Court ordered Helen Koshak and myself to pay 10675 Orange Park Blvd, LLC $1820.00 in sanctions and included future sanctions if the order was violated. Attached hereto and fully incorporated herein as **Exhibit 8** is a true and correct copy of the Court Order granting motion to compel further response to special interrogatories.

15. After the hearing, I prepared and filed a peremptory challenge with supporting declarations from Norman Koshak, Helen Koshak, Skyler Grossman and others under CCP §§ 170.3 and 170.6. (See ROA #210, 211, 212, 214). Attached hereto and fully incorporated herein as **Exhibit 9** is a true and correct copy of my peremptory challenge under CCP 170.3 and 170.6.

16. On September 6, 2012 the Court granted my peremptory challenge to Commissioner Berenson. Attached hereto and fully incorporated herein as **Exhibit 10** is a true and correct copy of the Court Order granting my peremptory challenge under 170.6 which is strange because we had appeared before Commissioner Berenson before.

17. A U.D. Trial was held. The Court entered Judgment in favor of 10675 S. Orange Park Blvd, LLC in the amount of $25,000.00. I vaguely recall the Court asking and plaintiffs specifically waiving all other amounts owed or sought. Attached hereto and fully incorporated herein as **Exhibit 11** is a true and correct copy of the filed Judgment dated March 25, 2013.(See, ROA #193).

18. On November 2, 2015, plaintiff 10675 S Orange Park Blvd LLC was suspended. Attached hereto and fully incorporated herein as **Exhibit 12** is a true and correct copy of a document I received from the California Secretary of State's Office showing the entity was suspended on November 2, 2015. I checked the Secretary of State Website on May 8, 2025 and the entity was never revived or reinstated thereafter.

19. On November 23, 2015, the court issued an Abstract of Judgment for creditor 10675 S Orange Park Blvd LLC for the discovery sanctions against Lenore Albert and Helen Koshak. Attached hereto and fully incorporated herein as **Exhibit 13** is a true and correct copy of the Abstract of Judgment issued for creditor 10675 S Orange Park Blvd LLC on November 23, 2025. (See ROA # 285).

**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**

10675 S Orange Park Blvd LLC v Koshak CASE NO. 30-2012-00568954-CL-UD-CJC

20. On February 20, 2018, I filed for Chapter 13 bankruptcy protection which the court converted to Chapter 7 on June 26, 2018. Attached hereto and fully incorporated herein as **Exhibit 14** is a true and correct copy of proof I filed for Chapter 13 bankruptcy on February 20, 2018.

21. I included 10675 S Orange Park Blvd, LLC and its counsel of record as a creditor in my bankruptcy. Attached hereto and fully incorporated herein as **Exhibit 15** is a true and correct copy of my list creditors in my bankruptcy.

22. On February 26, 2019, the U.S. Bankruptcy Court granted me a discharge under Chapter 7, discharging her debt including the discovery sanctions purportedly owed to 10675 S Orange Park Blvd LLC. Attached hereto and fully incorporated herein as **Exhibit 16** is a true and correct copy of my Discharge Order filed on February 26, 2019.

23. The amount was included in a State Bar suspension order and that was also discharged which was confirmed on June 10, 2020, by the Ninth Circuit Court of Appeals.

24. Although my challenge included a challenge under CCP § 170.3, I did not receive an answer from Commissioner Berenson.

25. Attached hereto and fully incorporated herein as **Exhibit 17** is a true and correct copy of the Writ that was issued in the U.D. on May 22, 2013.

26. Attached hereto and fully incorporated herein as **Exhibit 18** is a true and correct copy of the Writ being returned and filed on August 23, 2013.

27. The State Bar filed public disciplinary charges against me on December 16, 2015, for failure to pay the three above-mentioned discovery orders. Attached hereto and fully incorporated herein as **Exhibit 19** is a true and correct copy of the State Bar notice of disciplinary proceeding filed on December 16, 2015. The court did not find that I violated any other order in the charges other than these three discovery orders.

28. On December 13, 2017 the California Supreme Court ordered Albert suspended 30 days until I paid 10675 S Orange Park Blvd LLC the sanctions. My license was not reinstated for three years. Attached hereto and fully incorporated herein as **Exhibit 20** is a true and correct copy of the California Supreme Court order of suspension dated December 13, 2017.

29. New charges were filed against me in retaliation for my representing other attorneys against the State Bar in the data breach case on April 29, 2022. The California Supreme Court

**4**

**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**

10675 S Orange Park Blvd LLC v Koshak CASE NO. 30-2012-00568954-CL-UD-CJC

refused my petition for review and entered an Order disbarring me from the practice of law, in part relying on the prior suspension order for disobeying the three Discovery Sanctions orders issued in this UD. Attached hereto and fully incorporated herein as **Exhibit 21** is a true and correct copy of the California Supreme Court order of disbarment dated June 17, 2024.

30. I petitioned the U.S. Supreme Court and that Court refused to find the California Supreme Court order of disbarment supported good cause to issue reciprocal discipline. As such, I am a member in good standing with the U.S. Supreme Court, but limited to practicing before the U.S. Supreme Court. Attached hereto and fully incorporated herein as **Exhibit 22** is a true and correct copy of my Certificate of Good Standing by the U.S. Supreme Court issued on November 19, 2024.

31. My ability to hold the State Bar accountable for damages caused by refusing to reinstate my license in 2018 is before the Ninth Circuit Court of Appeals. Attached hereto and fully incorporated herein as **Exhibit 23** is a true and correct copy of a Ninth Circuit Order dated May 5, 2025, taking the appeal off calendar for oral argument on May 19, 2025.

32. I am being prejudiced by having the void orders continue on the docket without an Order vacating the orders and the abstract of judgment.

I declare under penalty of perjury of the laws of California that the foregoing is true and correct to the best of my knowledge. Executed this day in Westminster, California.

Dated:  May 9, 2025                    Respectfully Submitted,
                                       /s/ Lenore Albert
                                       LENORE L. ALBERT, movant and former attorney for
                                       defendants Norman Koshak and Helen Koshak

**5**

**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**

10675 S Orange Park Blvd LLC v Koshak CASE NO. 30-2012-00568954-CL-UD-CJC

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE:
 I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651. On May 9, 2025, I served:

**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**

On the interested parties in this action as follows:

William Streele
26858 Calle Real, Capistrano Beach, CA 92624-1509
Phone: 714-913-1133  |  Fax: 714-424-1286
Email: williamsteele.esq@cox.net

**[x] BY E-SERVE and EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.
**[] BY MAIL–** I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).
 I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: May 9, 2025

                                                        _/s/James Ocon_____
                                                        James Ocon

**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**

10675 S Orange Park Blvd LLC v Koshak CASE NO. 30-2012-00568954-CL-UD-CJC

## EXHIBIT LIST FOR SUPPORTING DECLARATION

1. Unlawful Detainer Docket

2. Minute Order dated 7-30-2012

3. Notice of Motion to Compel 8-23-2012

4. Notice of Motion to Compel 8-24-2012

5. Notice of Motion to Compel 8-24-2012

6. Order granting Discovery Sanction 8-31-2012 #1

7. Order granting Discovery Sanction 8-31-2012 #2

8. Order granting Discovery Sanction 8-31-2012 #3

9. Peremptory Challenge 9-06-2012

10. Minute Order dated 9-06-2012

11. UD Judgment $25,000.00 3-25-2013

12. Secretary of State Document showing suspension 11-02-2025

13. Abstract of Judgment Issued 11-23-2025

14. Albert's Notice of Bankruptcy 02-20-2018

15. Albert's List of Creditors in Bankruptcy

16. Albert's Chapter 7 Bankruptcy Discharge Order 02-26-2019

17. UD Writ issued 5-22-2013

18. UD Writ returned 8-23-2013

19. State Bar Notice of Disciplinary Charges 12-16-2015

20. Cal. Supreme Court Order 30-day suspension 12-13-2017

21. Cal. Supreme Court Order disbarment 6-17-2024

22. United States Supreme Court Certificate of Good Standing 11-19-2024

23. Ninth Circuit Order Taking cross appeals under submission on 05-05-2025

**7**

**LENORE ALBERT'S DECLARATION IN SUPPORT OF HER MOTION TO VACATE
DISCOVERY ORDERS AND ABSTRACT OF JUDGMENT**

10675 S Orange Park Blvd LLC v Koshak CASE NO. 30-2012-00568954-CL-UD-CJC

EX 1

Case Summary:

| Case Id: | 30-2012-00568954-CL-UD-CJC |
|---|---|
| Case Title: | 10675 S ORANGE PARK BOULEVARD, LLC VS. NORMAN KOSHAK |
| Case Type: | UNLAWFUL DETAINER - RESIDENTIAL |
| Filing Date: | 05/14/2012 |
| Category: | CIVIL - LIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | COMPLAINT FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 05/14/2012 | 05/14/2012 | | 13 pages | |
| 2 | SUMMONS ISSUED AND FILED FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 05/14/2012 | 05/14/2012 | | 2 pages | |
| 3 | CIVIL CASE COVER SHEET FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 05/14/2012 | 05/14/2012 | | 2 pages | |
| 4 | NOTICE THAT YOU HAVE BEEN SUED OC GENERATED | 05/14/2012 | | 2 pages | |
| 5 | PAYMENT RECEIVED BY FOR 171 - COMPLAINT OR OTHER 1ST PAPER <=$10K (UNLAWFUL DETAINER) IN THE AMOUNT OF 240.00, TRANSACTION NUMBER 11144941 AND RECEIPT NUMBER 10968833. | 05/14/2012 | | 1 pages | |
| 6 | DEMURRER TO COMPLAINT FILED BY KOSHAK, HELEN ON 05/23/2012 | 05/23/2012 | | 8 pages | |
| 7 | DEMURRER TO COMPLAINT FILED BY KOSHAK, NORMAN ON 05/23/2012 | 05/23/2012 | | 8 pages | |
| 8 | PAYMENT RECEIVED BY FOR 173 - ANSWER OR OTHER 1ST PAPER <=$10K, 173 - ANSWER OR OTHER 1ST PAPER <=$10K IN THE AMOUNT OF 450.00, TRANSACTION NUMBER 11151537 AND RECEIPT NUMBER 10975429. | 05/23/2012 | | 1 pages | |
| 9 | PROOF OF SERVICE OF SUMMONS FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 05/30/2012 | 05/30/2012 | | 3 pages | |
| 10 | PROOF OF SERVICE OF SUMMONS & COMPLAINT - UNNAMED OCCUPANTS FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 05/30/2012 | 05/30/2012 | | 2 pages | |
| 11 | PROOF OF SERVICE OF SUMMONS FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 05/30/2012 | 05/30/2012 | | 3 pages | |
| 12 | REQUEST FOR ENTRY OF DEFAULT SUBMITTED BY 10675 S ORANGE PARK BOULEVARD, LLC REJECTED ON 06/07/2012. | 06/07/2012 | | 1 pages | |
| 13 | ORDER TO SHOW CAUSE RE. DISMISSAL SCHEDULED FOR 07/13/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 06/13/2012 | | 2 pages | |
| 14 | DEMURRER TO COMPLAINT SCHEDULED FOR 07/06/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 06/13/2012 | | N/A | |
| 15 | DEMURRER TO COMPLAINT SCHEDULED FOR 07/13/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 06/13/2012 | | N/A | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 16 | OPPOSITION (TO DEFENDANT'S NORMAN KOSHAK'S DEMURRER TO COMPLAINT REQUEST FOR JUDICIAL NOTICE) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 06/22/2012 | 06/22/2012 | | 12 pages | |
| 17 | NOTICE OF RELATED CASE FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 06/22/2012 | 06/22/2012 | | 3 pages | |
| 18 | OPPOSITION (OPPOSITION TO DEFENDANT HELEN KOSHAK'S DEMURRER TO COMPLAINT AND REQUEST FOR JUDICIAL NOTICE) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 06/29/2012 | 06/29/2012 | | 13 pages | |
| 19 | STIPULATION - OTHER (FOR COURT COMMISSIONER TO ACT AS TEMPORARY JUDGE) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; KOSHAK, NORMAN ON 07/06/2012 | 07/06/2012 | | 1 pages | |
| 20 | MINUTES FINALIZED FOR DEMURRER TO COMPLAINT 07/06/2012 08:30:00 AM. | 07/06/2012 | | 1 pages | |
| 21 | ANSWER TO COMPLAINT FILED BY KOSHAK, HELEN ON 07/11/2012 | 07/11/2012 | | 3 pages | |
| 22 | COURT TRIAL SCHEDULED FOR 08/02/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER | 07/13/2012 | | NV | |
| 23 | THE COURT TRIAL IS SCHEDULED FOR 08/02/2012 AT 08:30 AM IN DEPARTMENT C04. | 07/13/2012 | | NV | |
| 24 | MINUTES FINALIZED FOR MULTIPLE EVENTS 07/13/2012 08:30:00 AM. | 07/13/2012 | | 1 pages | |
| 25 | DOCUMENT - OTHER (STIPULATION FOR COURT COMMISSIONER) FILED BY KOSHAK, NORMAN ON 07/16/2012 | 07/16/2012 | | NV | |
| 26 | DOCUMENT - OTHER (STIPULATION FOR COURT COMMISSIONER) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 07/16/2012 | 07/16/2012 | | 1 pages | |
| 27 | NOTICE OF HEARING (UNLAWFUL DETAINER TRIAL) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 07/19/2012 | 07/19/2012 | | 2 pages | |
| 28 | REQUEST FOR ENTRY OF DEFAULT FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 07/16/2012 | 07/16/2012 | | 2 pages | |
| 29 | EX PARTE APPLICATION - OTHER (TO ALLOW TELEPHONIC TESTIMONY) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 07/30/2012 | 07/30/2012 | | 16 pages | |
| 30 | EX PARTE APPLICATION - OTHER (FOR ADMISSIONS OR SHORTENING TIME) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 07/30/2012 | 07/30/2012 | | 48 pages | |
| 31 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 120.00, TRANSACTION NUMBER 11193793 AND RECEIPT NUMBER 11017685. | 07/30/2012 | | 1 pages | |
| 32 | EX PARTE SCHEDULED FOR 07/30/2012 AT 01:30:00 PM IN C04 AT CENTRAL JUSTICE CENTER | 07/30/2012 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 33 | EX PARTE SCHEDULED FOR 07/30/2012 AT 01:30:00 PM IN C04 AT CENTRAL JUSTICE CENTER. | 07/30/2012 | | NV | |
| 34 | OPPOSITION (TO EX PARTE APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE: CONTEMPT AND EXPEDITED HEARING) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 07/30/2012 | 07/30/2012 | | 24 pages | |
| 35 | SUBSTITUTION OF ATTORNEY FILED BY KOSHAK, NORMAN ON 07/30/2012 | 07/30/2012 | | 2 pages | |
| 36 | SUBSTITUTION OF ATTORNEY FILED BY KOSHAK, HELEN ON 07/30/2012 | 07/30/2012 | | 2 pages | |
| 37 | OPPOSITION (TO PLAINTIFF'S APPLICATION FOR AN ORDER, EX PARTE, TO ALLOW TELEPHONIC TESTIMONY) FILED BY KOSHAK, NORMAN ON 07/30/2012 | 07/30/2012 | | 6 pages | |
| 38 | OPPOSITION (TO PLAINTIFF'S APPLICATION FOR AN ORDER, EX PARTE, UNDER CCP 2033.280) FILED BY KOSHAK, NORMAN ON 07/30/2012 | 07/30/2012 | | 19 pages | |
| 39 | DECLARATION - OTHER (OF HELEN KOSHAK) FILED BY KOSHAK, NORMAN ON 07/30/2012 | 07/30/2012 | | 10 pages | |
| 40 | STIPULATION - OTHER (FOR COURT COMMISSIONER TO ACT AS TEMPORARY JUDGE) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; KOSHAK, HELEN; KOSHAK, NORMAN ON 07/30/2012 | 07/30/2012 | | 1 pages | |
| 41 | COURT TRIAL SCHEDULED FOR 09/06/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 07/30/2012 | | NV | |
| 42 | COURT TRIAL CONTINUED TO 09/06/2012 AT 08:30 AM IN THIS DEPARTMENT. | 07/30/2012 | | NV | |
| 43 | MINUTES FINALIZED FOR MULTIPLE EVENTS 07/30/2012 01:30:00 PM. | 07/31/2012 | | 1 pages | |
| 44 | PROOF OF SERVICE OF SUMMONS FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 08/02/2012 | 08/02/2012 | | 2 pages | |
| 45 | PROOF OF SERVICE FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 08/02/2012 | 08/02/2012 | | 3 pages | |
| 46 | E-FILING TRANSACTION 2131609 RECEIVED ON 08/03/2012 03:04:23 PM. | 08/07/2012 | | NV | |
| 47 | MOTION TO DEEM ANSWERS ADMITTED FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/03/2012 | 08/03/2012 | | 42 pages | |
| 48 | NOTICE OF CONTINUANCE OF TRIAL FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/03/2012 | 08/03/2012 | | 1 pages | |
| 49 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11199311 AND RECEIPT NUMBER 11023203. | 08/07/2012 | | 1 pages | |
| 50 | MOTION TO DEEM FACTS ADMITTED SCHEDULED FOR 08/10/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 08/07/2012 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 51 | E-FILING TRANSACTION 2132413 RECEIVED ON 08/07/2012 02:27:55 PM. | 08/08/2012 | | NP | |
| 52 | NOTICE OF MOTION (AMENDED) FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B ; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/07/2012 | 08/07/2012 | | 4 pages | |
| 53 | E-FILING TRANSACTION 2132701 RECEIVED ON 08/08/2012 11:39:47 AM. | 08/08/2012 | | NP | |
| 54 | PROOF OF SERVICE FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B ; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/08/2012 | 08/08/2012 | | 1 pages | |
| 55 | E-FILING TRANSACTION 118577 RECEIVED ON 08/09/2012 03:49:13 PM. | 08/09/2012 | | NP | |
| 56 | NOTICE - OTHER (OF TAKING MOTION OFF CALENDAR) FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/09/2012 | 08/09/2012 | | 4 pages | |
| 57 | MINUTES FINALIZED FOR MOTION TO DEEM FACTS ADMITTED 08/10/2012 08:30:00 AM. | 08/10/2012 | | 1 pages | |
| 58 | E-FILING TRANSACTION 2136975 RECEIVED ON 08/22/2012 04:00:12 PM. | 08/23/2012 | | NP | |
| 59 | MOTION TO COMPEL PRODUCTION/INSPECTION OF DOCUMENTS OR THINGS FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/23/2012 | 08/23/2012 | | 36 pages | |
| 60 | REQUEST FOR JUDICIAL NOTICE FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/23/2012 | 08/23/2012 | | 22 pages | |
| 61 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11210919 AND RECEIPT NUMBER 11034811. | 08/23/2012 | | 1 pages | |
| 62 | MOTION TO COMPEL PRODUCTION SCHEDULED FOR 08/31/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 08/23/2012 | | NP | |
| 63 | E-FILING TRANSACTION 2137779 RECEIVED ON 08/24/2012 03:53:26 PM. | 08/27/2012 | | NP | |
| 64 | MOTION TO COMPEL ANSWERS TO INTERROGATORIES (FORM) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/24/2012 | 08/24/2012 | | 54 pages | |
| 65 | SEPARATE STATEMENT FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/24/2012 | 08/24/2012 | | 22 pages | |
| 66 | MOTION TO COMPEL ANSWERS TO INTERROGATORIES (SPECIAL) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/24/2012 | 08/24/2012 | | 97 pages | |
| 67 | SEPARATE STATEMENT FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/24/2012 | 08/24/2012 | | 43 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 68 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 120.00, TRANSACTION NUMBER 11212971 AND RECEIPT NUMBER 11036863. | 08/27/2012 | | 1 pages | |
| 69 | MOTION TO COMPEL ANSWERS TO FORM INTERROGATORIES SCHEDULED FOR 08/31/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 08/27/2012 | | NV | |
| 70 | MOTION TO COMPEL ANSWERS TO SPECIAL INTERROGATORIES SCHEDULED FOR 08/31/2012 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 08/27/2012 | | NV | |
| 71 | EX PARTE APPLICATION - OTHER (TO SET ASIDE AND VACATE THE DEFAULT AGAINST MR. NORMAN KOSHAK OR CONTINUE THE UNLAWFUL DETAINER TRIAL IN THE ALTERNATIVE; DECLARATION OF LENORE ALBERT) FILED BY KOSHAK, NORMAN ON 08/30/2012 | 08/30/2012 | | 23 pages | |
| 72 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11215696 AND RECEIPT NUMBER 11039588. | 08/30/2012 | | 1 pages | |
| 73 | EX PARTE SCHEDULED FOR 08/30/2012 AT 01:30:00 PM IN C04 AT CENTRAL JUSTICE CENTER. | 08/30/2012 | | NV | |
| 74 | DECLARATION - OTHER (OF NORMAN KOSHAK) FILED BY KOSHAK, NORMAN ON 08/30/2012 | 08/30/2012 | | 20 pages | |
| 75 | DECLARATION - OTHER (RE NOTICE) FILED BY KOSHAK, NORMAN ON 08/30/2012 | 08/30/2012 | | 8 pages | |
| 76 | E-FILING TRANSACTION 2139120 RECEIVED ON 08/30/2012 11:51:01 AM. | 08/30/2012 | | NV | |
| 77 | OPPOSITION FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/30/2012 | 08/30/2012 | | 23 pages | |
| 78 | MINUTES FINALIZED FOR EX PARTE 08/30/2012 01:30:00 PM. | 08/30/2012 | | 1 pages | |
| 79 | STIPULATION - OTHER (COURT COMMISSIONER TO ACT AS TEMPORARY JUDGE FOR ALL PURPOSES) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; KOSHAK, NORMAN ON 08/30/2012 | 08/30/2012 | | 1 pages | |
| 80 | E-FILING TRANSACTION 2139173 RECEIVED ON 08/30/2012 01:10:59 PM. | 08/31/2012 | | NV | |
| 81 | SUPPLEMENTAL (DECLARATION IN SUPPORT) FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/30/2012 | 08/30/2012 | | 4 pages | |
| 82 | DECLARATION - OTHER (RE SERVICE OF REQUEST FOR ENTRY OF DEFAULT) FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/30/2012 | 08/30/2012 | | 7 pages | |
| 83 | PROOF OF SERVICE FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 08/30/2012 | 08/30/2012 | | 3 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 84 | NOTICE OF RULING FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 08/31/2012 | 08/31/2012 | | 3 pages | |
| 85 | OPPOSITION (TO ALL PLAINTIFF'S DISCOVERY MOTIONS SET FOR HEARING ON 8/31/12) FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 08/31/2012 | 08/31/2012 | | 259 pages | |
| 86 | NOTICE OF APPEAL FILED | 08/31/2012 | | 3 pages | |
| 87 | PAYMENT RECEIVED BY FOR 191 - APPEAL - LIMITED CASES WHERE AMOUNT DEMANDED <= $10K IN THE AMOUNT OF 225.00, TRANSACTION NUMBER 11216216 AND RECEIPT NUMBER 11040108. | 08/31/2012 | | 1 pages | |
| 88 | NOTICE - OTHER (OF ERRATA) FILED BY KOSHAK, NORMAN ON 08/31/2012 | 08/31/2012 | | 4 pages | |
| 89 | EX PARTE APPLICATION - OTHER (TO SHORTEN TIME ON MOTION FOR STAY,) FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 08/31/2012 | 08/31/2012 | | 36 pages | |
| 90 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11216533 AND RECEIPT NUMBER 11040425. | 08/31/2012 | | 1 pages | |
| 91 | EX PARTE SCHEDULED FOR 08/31/2012 AT 01:30:00 PM IN C04 AT CENTRAL JUSTICE CENTER. | 08/31/2012 | | NV | |
| 92 | DECLARATION - OTHER (RE: NOTICE) FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 08/31/2012 | 08/31/2012 | | 6 pages | |
| 93 | NOTICE OF RULING FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 08/31/2012 | 08/31/2012 | | 4 pages | |
| 94 | NOTICE OF APPEAL FILED | 08/31/2012 | | 3 pages | |
| 95 | PAYMENT RECEIVED BY FOR 191 - APPEAL - LIMITED CASES WHERE AMOUNT DEMANDED <= $10K IN THE AMOUNT OF 225.00, TRANSACTION NUMBER 11216552 AND RECEIPT NUMBER 11040444. | 08/31/2012 | | 1 pages | |
| 96 | E-FILING TRANSACTION 120290 RECEIVED ON 08/31/2012 12:20:44 PM. | 08/31/2012 | | NV | |
| 97 | PROOF OF SERVICE FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 08/31/2012 | 08/31/2012 | | 3 pages | |
| 98 | E-FILING TRANSACTION 2139503 RECEIVED ON 08/31/2012 11:35:33 AM. | 08/31/2012 | | NV | |
| 99 | DECLARATION - OTHER (OF LINELY PALOMARES) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 08/31/2012 | 08/31/2012 | | 8 pages | |
| 100 | NOTICE OF ENTRY OF JUDGMENT (OR ORDER) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 08/31/2012 | 08/31/2012 | | 6 pages | |
| 101 | NOTICE OF ENTRY OF JUDGMENT (OR ORDER) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 08/31/2012 | 08/31/2012 | | 6 pages | |
| 102 | NOTICE OF ENTRY OF JUDGMENT (OR ORDER) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 08/31/2012 | 08/31/2012 | | 6 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 103 | E-FILING TRANSACTION 2139522 RECEIVED ON 08/31/2012 11:51:20 AM. | 08/31/2012 | | NV | |
| 104 | DECLARATION - OTHER (OF SHARING G. ANDERSON) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A., LANTIERI, FRANCIS B. ON 08/31/2012 | 08/31/2012 | | 2 pages | |
| 105 | MINUTES FINALIZED FOR MULTIPLE EVENTS 08/31/2012 08:30:00 AM. | 08/31/2012 | | 2 pages | |
| 106 | MINUTES FINALIZED FOR EX PARTE 08/31/2012 01:30:00 PM. | 08/31/2012 | | 1 pages | |
| 107 | ORDER GRANTING (PLAINTIFF'S MOTION FOR FURTHER RESPONSES TO FORM INTERROGATORIES) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/31/2012 | 08/31/2012 | | 2 pages | |
| 108 | ORDER GRANTING (PLAINTIFF'S MOTION FOR FURTHER RESPONSES TO SPECIAL INTERROGATORIES) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/31/2012 | 08/31/2012 | | 2 pages | |
| 109 | ORDER GRANTING (PLAINTIFF'S MOTION FOR PRODUCTION) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/31/2012 | 08/31/2012 | | 2 pages | |
| 110 | STIPULATION - OTHER (COURT COMMISSIONER TO ACT AS TEMPORARY JUDGE FOR ALL PURPOSES) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/31/2012 | 08/31/2012 | | 1 pages | |
| 111 | NOTICE - OTHER (OF FILING NOTICE OF APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 09/05/2012 | 09/05/2012 | | 1 pages | |
| 112 | NOTICE OF ASSIGNMENT OF CASE NUMBER: APPELLATE DIVISION CASE NUMBER 30-2012-00595540 | 09/05/2012 | | 1 pages | |
| 113 | NOTICE - OTHER (OF FILING NOTICE OF APPEAL) FILED BY THE SUPERIOR COURT OF ORANGE ON 09/05/2012 | 09/05/2012 | | 1 pages | |
| 114 | NOTICE OF ASSIGNMENT OF CASE NUMBER: APPELLATE DIVISION 30-2012-00595550 | 09/05/2012 | | 1 pages | |
| 115 | E-FILING TRANSACTION 2140341 RECEIVED ON 09/05/2012 11:46:06 AM. | 09/05/2012 | | NV | |
| 116 | OBJECTION (TO SUBPEONA DUCES TECUM FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AT TRIAL) FILED BY PLM LENDER SERVICES, INC. ON 09/05/2012 | 09/05/2012 | | 4 pages | |
| 117 | MINUTES FINALIZED FOR COURT TRIAL 09/06/2012 08:30:00 AM. | 09/06/2012 | | 1 pages | |
| 118 | COURT TRIAL SCHEDULED FOR 09/06/2012 AT 08:30:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 09/06/2012 | | NV | |
| 119 | PROOF OF SERVICE FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 09/04/2012 | 09/04/2012 | | 2 pages | |
| 120 | NOTICE - OTHER (OF DEFAULT) FILED BY THE SUPERIOR COURT OF ORANGE ON 09/14/2012 | 09/14/2012 | | 2 pages | |
| 121 | COURT TRIAL EXTENDED TO 09/20/2012 AT 09:00:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 09/17/2012 | | NV | |
| 122 | COURT TRIAL SCHEDULED FOR 09/20/2012 AT 09:00:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 09/06/2012 | | NV | |
| 123 | COURT IS ADJOURNED UNTIL 09/20/2012 AT 09:00AM IN C53. | 09/06/2012 | | NV | |
| 124 | MINUTES FINALIZED FOR COURT TRIAL 09/06/2012 08:30:00 AM. | 09/17/2012 | | 3 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 125 | E FILING TRANSACTION 2144158 RECEIVED ON 09/18/2012 01:33:20 PM. | 09/18/2012 | | *NV* | |
| 126 | OBJECTION (TO REQUEST FOR JUDICIAL NOTICE) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 09/18/2012 | 09/18/2012 | | 9 pages | |
| 127 | COURT TRIAL EXTENDED TO 11/26/2012 AT 09:00:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 09/25/2012 | | *NV* | |
| 128 | COURT TRIAL SCHEDULED FOR 11/26/2012 AT 09:00:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 09/20/2012 | | *NV* | |
| 129 | COURT IS ADJOURNED UNTIL 11/26/2012 AT 09:00AM IN C53. | 09/20/2012 | | *NV* | |
| 130 | MINUTES FINALIZED FOR COURT TRIAL 09/20/2012 09:00:00 AM. | 09/25/2012 | | 1 pages | |
| 131 | EX PARTE APPLICATION - OTHER (TO CONTINUE TRIAL) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 11/20/2012 | 11/20/2012 | | 11 pages | |
| 132 | EX PARTE SCHEDULED FOR 11/21/2012 AT 01:30:00 PM IN C04 AT CENTRAL JUSTICE CENTER. | 11/20/2012 | | *NV* | |
| 133 | PAYMENT RECEIVED BY FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 11266810 AND RECEIPT NUMBER 11090702. | 11/20/2012 | | 1 pages | |
| 134 | OPPOSITION FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 11/21/2012 | 11/21/2012 | | 38 pages | |
| 136 | STATUS CONFERENCE SCHEDULED FOR 01/11/2013 AT 08:30:00 AM IN C04 AT CENTRAL JUSTICE CENTER. | 11/21/2012 | | *NV* | |
| 138 | THE STATUS CONFERENCE IS SCHEDULED FOR 01/11/2013 AT 08:30 AM IN DEPARTMENT C04. | 11/21/2012 | | *NV* | |
| 139 | MINUTES FINALIZED FOR EX PARTE 11/21/2012 01:30:00 PM. | 11/21/2012 | | 1 pages | |
| 140 | NOTICE - OTHER FILED BY THE SUPERIOR COURT OF ORANGE ON 01/02/2013 | 01/02/2013 | | *NV* | |
| 141 | COURT TRIAL SCHEDULED FOR 02/22/2013 AT 09:00:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 01/11/2013 | | *NV* | |
| 142 | THE COURT TRIAL IS SCHEDULED FOR 02/22/2013 AT 09:00 AM IN DEPARTMENT C53. | 01/11/2013 | | *NV* | |
| 143 | MINUTES FINALIZED FOR STATUS CONFERENCE 01/11/2013 08:30:00 AM. | 01/11/2013 | | 1 pages | |
| 144 | E-FILING TRANSACTION 2183501 RECEIVED ON 01/15/2013 02:24:34 PM. | 01/15/2013 | | *NV* | |
| 145 | NOTICE OF RULING FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 01/15/2013 | 01/15/2013 | | 4 pages | |
| 146 | E-FILING TRANSACTION 2207971 RECEIVED ON 02/15/2013 05:54:04 PM. | 02/19/2013 | | *NV* | |
| 147 | TRIAL BRIEF FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 02/15/2013 | 02/15/2013 | | 8 pages | |
| 148 | E-FILING TRANSACTION 2207846 RECEIVED ON 02/15/2013 03:56:27 PM. | 02/19/2013 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 149 | TRIAL BRIEF FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/15/2013 | 02/15/2013 | | 12 pages | |
| 150 | E-FILING TRANSACTION 157614 RECEIVED ON 02/22/2013 07:45:40 AM | 02/22/2013 | | *NV* | |
| 151 | ASSOCIATION OF ATTORNEY FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/22/2013 | 02/22/2013 | | 2 pages | |
| 152 | NOTICE - OTHER (NOTICE OF INTENTION) FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/22/2013 | 02/22/2013 | | 3 pages | |
| 153 | E-FILING TRANSACTION 158749 RECEIVED ON 02/25/2013 05:03:58 PM. | 02/26/2013 | | *NV* | |
| 154 | NOTICE - OTHER FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/25/2013 | 02/25/2013 | | 3 pages | |
| 155 | NOTICE - OTHER FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/25/2013 | 02/25/2013 | | 3 pages | |
| 156 | NOTICE - OTHER FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/25/2013 | 02/25/2013 | | 3 pages | |
| 157 | NOTICE - OTHER FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/25/2013 | 02/25/2013 | | 3 pages | |
| 158 | NOTICE - OTHER FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/25/2013 | 02/25/2013 | | 3 pages | |
| 159 | E-FILING TRANSACTION 2214158 RECEIVED ON 02/25/2013 11:20:36 PM | 02/27/2013 | | *NV* | |
| 160 | NOTICE OF LODGING FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/25/2013 | 02/25/2013 | | 3 pages | |
| 161 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 162 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 163 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 164 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 165 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 166 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 167 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 168 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 169 | SUPPLEMENTAL RECEIVED ON 02/25/2013. | 02/25/2013 | | *NA* | |
| 170 | E-FILING TRANSACTION 2216896 RECEIVED ON 02/28/2013 11:56:23 AM. | 02/28/2013 | | *NV* | |
| 171 | OBJECTION (TO DEPOSITION TESTIMONY) FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 02/28/2013 | 02/28/2013 | | 9 pages | |
| 172 | E-FILING TRANSACTION 160925 RECEIVED ON 02/28/2013 05:43:01 PM. | 03/06/2013 | | *NV* | |
| 173 | NOTICE - OTHER FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 02/28/2013 | 02/28/2013 | | 2 pages | |
| 174 | COURT TRIAL EXTENDED TO 03/01/2013 AT 10:00:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 03/08/2013 | | *NV* | |
| 175 | COURT TRIAL SCHEDULED FOR 03/01/2013 AT 10:00:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 02/22/2013 | | *NV* | |
| 176 | COURT IS ADJOURNED UNTIL 03/01/2013 AT 10:00AM IN C53. | 02/22/2013 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 177 | MINUTES FINALIZED FOR COURT TRIAL 02/22/2013 09:00:00 AM. | 03/08/2013 | | 3 pages | |
| 178 | RECEIPT FOR RECORDS - APPELLATE DIVISION - REMITTITUR | 03/13/2013 | | 5 pages | |
| 179 | RECEIPT FOR RECORDS - APPELLATE DIVISION - REMITTITUR | 03/13/2013 | | 5 pages | |
| 180 | COURT TRIAL EXTENDED TO 03/04/2013 AT 08:30:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 03/18/2013 | | NV | |
| 181 | COURT TRIAL SCHEDULED FOR 03/04/2013 AT 08:30:00 AM IN C53 AT CENTRAL JUSTICE CENTER. | 03/01/2013 | | NV | |
| 182 | COURT IS ADJOURNED UNTIL 03/04/2013 AT 08:30AM IN C53. | 03/01/2013 | | NV | |
| 183 | MINUTES FINALIZED FOR COURT TRIAL 03/01/2013 10:00:00 AM. | 03/18/2013 | | 3 pages | |
| 184 | MINUTE ORDER DATED 02/22/2013 CORRECTED NUNC PRO TUNC. | 03/15/2013 | | NV | |
| 185 | MINUTES FINALIZED FOR NUNC PRO TUNC MINUTES 03/15/2013 10:08:00 AM. | 03/18/2013 | | 1 pages | |
| 186 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 03/04/2013 | | NV | |
| 187 | MINUTES FINALIZED FOR COURT TRIAL 03/04/2013 08:30:00 AM. | 03/18/2013 | | 2 pages | |
| 188 | MINUTES FINALIZED FOR UNDER SUBMISSION RULING 03/08/2013 01:31:00 PM. | 03/18/2013 | | 1 pages | |
| 189 | CLERK'S CERTIFICATE OF SERVICE BY MAIL (OUT OF PROCESS) GENERATED | 03/18/2013 | | 1 pages | |
| 190 | E-FILING TRANSACTION 2230515 RECEIVED ON 03/22/2013 12:33:06 PM. | 03/25/2013 | | NV | |
| 191 | PROPOSED JUDGMENT RECEIVED ON 03/22/2013. | 03/22/2013 | | 4 pages | |
| 192 | CORRESPONDENCE RECEIVED ON 03/22/2013. | 03/22/2013 | | NA | |
| 193 | JUDGMENT - UNLAWFUL DETAINER FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; SCHNEIDER, GARY A.; LANTIERI, FRANCIS B. ON 03/25/2013 | 03/25/2013 | | 4 pages | |
| 194 | COMPLAINT DISPOSED WITH DISPOSITION OF COURT FINDING. | 03/25/2013 | | NV | |
| 195 | CASE DISPOSED WITH DISPOSITION OF COURT FINDING | 03/25/2013 | | NV | |
| 196 | PLAINTIFF'S EXHIBITS AND THE DEPOSITION OF NORMAN KOSHAK IS PREPARED FOR PICK-UP BY DDS ATTORNEY SERVICE. | 03/28/2013 | | NV | |
| 197 | DEFENDANT'S EXHIBITS AND DEPOSITION TRANSCRIPTS ARE PREPARED FOR IN PERSON PICK-UP PER LAW OFFICE REQUEST. | 03/28/2013 | | NV | |
| 198 | TRIAL BRIEF FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/06/2012 | 09/06/2012 | | 3 pages | |
| 199 | DOCUMENT - OTHER (PLAINTIFFS' WITNESS LIST) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/06/2012 | 09/06/2012 | | 2 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 200 | DOCUMENT - OTHER (LIST OF CONTROVERTED ISSUES) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/06/2012 | 09/06/2012 | | 2 pages | |
| 201 | MOTION IN LIMINE FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/06/2012 | 09/06/2012 | | 7 pages | |
| 202 | DECLARATION - OTHER (OF ELIZABETH KNIGHT RE: SERVICE OF NOTICE OF DEFAULT) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/06/2012 | 09/06/2012 | | 27 pages | |
| 203 | REQUEST FOR JUDICIAL NOTICE (AT TRIAL) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/06/2012 | 09/06/2012 | | 48 pages | |
| 204 | REQUEST FOR JUDICIAL NOTICE (SECOND REQUEST FOR JUDICIAL NOTICE) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/20/2012 | 09/20/2012 | | 27 pages | |
| 205 | DOCUMENT - OTHER (AMENDED WITNESS LIST) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/20/2012 | 09/20/2012 | | 2 pages | |
| 206 | REPLY - OTHER (TRIAL BRIEF RE: BANKERS' LIEN AND VIOLATION OF ONE FORM OF ACTION RULE) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/20/2012 | 09/20/2012 | | 5 pages | |
| 207 | TRIAL BRIEF (SUPPLEMENTAL) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 09/20/2012 | 09/20/2012 | | 9 pages | |
| 208 | TRIAL BRIEF ((FOR FEBRUARY 22, 2013 RESUMED TRIAL) FILED BY 10675 S ORANGE PARK BOULEVARD, LLC; LANTIERI, FRANCIS B.; SCHNEIDER, GARY A. ON 02/22/2013 | 02/22/2013 | | 24 pages | |
| 209 | SUPPLEMENTAL (AUTHORITY ON THE ONE ACTION RULE) FILED BY KOSHAK, HELEN ON 09/20/2012 | 09/20/2012 | | 11 pages | |
| 210 | PEREMPTORY CHALLENGE PURSUANT TO 170.6 CCP (COMMISSIONER GEORGE BERENSON) FILED BY KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 2 pages | |
| 211 | DECLARATION - OTHER (OF HELEN KOSHAK) FILED BY KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 2 pages | |
| 212 | DECLARATION - OTHER (OF NORMAN KOSHAK) FILED BY KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 2 pages | |
| 213 | TRIAL BRIEF FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 09/19/2012 | 09/19/2012 | | 6 pages | |
| 214 | DECLARATION - OTHER (OF SKYLER GOSSMAN) FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 4 pages | |
| 215 | PROOF OF SERVICE FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 2 pages | |
| 216 | PROOF OF SERVICE FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 4 pages | |
| 217 | PROOF OF SERVICE FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 2 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 218 | TRIAL BRIEF (AND REQUEST FOR JUDICIAL NOTICE) FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 5 pages | |
| 219 | REQUEST FOR JUDICIAL NOTICE FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 09/06/2012 | 09/06/2012 | | 115 pages | |
| 220 | OBJECTION (TO THE USE OF ELIZABETH KNIGHT'S DECLARATION) FILED BY KOSHAK, HELEN; KOSHAK, NORMAN ON 09/06/2012 | 09/06/2012 | | 2 pages | |
| 221 | MOTION IN LIMINE FILED BY KOSHAK, HELEN; KOSHAK, NORMAN ON 09/06/2012 | 09/06/2012 | | 8 pages | |
| 222 | E-FILING TRANSACTION 44028 RECEIVED ON 04/03/2013 02:56:11 PM. | 04/03/2013 | | NV | |
| 223 | NOTICE OF ENTRY OF JUDGMENT FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 04/03/2013 | 04/03/2013 | | 6 pages | |
| 224 | E-FILING TRANSACTION 2235977 RECEIVED ON 04/05/2013 03:21:27 PM. | 04/08/2013 | | NV | |
| 225 | NOTICE OF APPEAL FILED | 04/05/2013 | | 4 pages | |
| 226 | PAYMENT RECEIVED BY FOR 170 - COMPLAINT OR OTHER 1ST PAPER <=$10K IN THE AMOUNT OF 225.00. TRANSACTION NUMBER 11346602 AND RECEIPT NUMBER 11170494. | 04/08/2013 | | 1 pages | |
| 227 | NOTIFICATION OF FILING NOTICE OF APPEAL | 04/08/2013 | | 1 pages | |
| 228 | E-FILING TRANSACTION 182277 RECEIVED ON 04/05/2013 12:33:48 PM. | 04/08/2013 | | NV | |
| 229 | APPLICATION FOR WRIT OF POSSESSION FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 04/05/2013 | 04/05/2013 | | 1 pages | |
| 230 | WRIT RECEIVED ON 04/05/2013. | 04/05/2013 | | 2 pages | |
| 231 | PAYMENT RECEIVED BY FOR 141 - WRIT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 11346806 AND RECEIPT NUMBER 11170698. | 04/08/2013 | | 1 pages | |
| 232 | NOTICE OF ASSIGNMENT OF CASE NUMBER: APPELLATE DIVISION | 04/08/2013 | | 1 pages | |
| 233 | WRIT ISSUED | 04/08/2013 | | NV | |
| 234 | E-FILING TRANSACTION 173779 RECEIVED ON 03/18/2013 01:42:49 PM. | 04/08/2013 | | NV | |
| 235 | WRIT RECEIVED ON 03/18/2013. | 03/18/2013 | | 2 pages | |
| 236 | PAYMENT RECEIVED BY FOR 141 - WRIT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 11346971 AND RECEIPT NUMBER 11170863. | 04/08/2013 | | 1 pages | |
| 237 | WRIT OF EXECUTION ISSUED FOR THE COUNTY OF ORANGE. | 04/08/2013 | | NV | |
| 238 | E-FILING TRANSACTION 173777 RECEIVED ON 03/18/2013 01:42:44 PM. | 04/08/2013 | | NV | |
| 239 | WRIT RECEIVED ON 03/18/2013. | 03/18/2013 | | 2 pages | |
| 240 | PAYMENT RECEIVED BY FOR 141 - WRIT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 11346985 AND RECEIPT NUMBER 11170877. | 04/08/2013 | | 1 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 241 | WRIT OF EXECUTION ISSUED FOR THE COUNTY OF ORANGE. | 04/08/2013 | | *NV* | |
| 242 | NOTICE OF DEFAULT | 04/18/2013 | | 2 pages | |
| 243 | E-FILING TRANSACTION 190620 RECEIVED ON 05/03/2013 07:52:53 PM. | 05/08/2013 | | *NV* | |
| 244 | DESIGNATION OF RECORD ON APPEAL FILED BY KOSHAK, NORMAN; KOSHAK, HELEN ON 05/03/2013 | 05/03/2013 | | 11 pages | |
| 245 | NOTICE TO REPORTE RE: TRANSCRIPT | 05/14/2013 | | 1 pages | |
| 246 | WRIT OF POSSESSION - UNSATISFIED FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 05/15/2013 | 05/15/2013 | | 4 pages | |
| 247 | WRIT OF POSSESSION - UNSATISFIED FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 05/15/2013 | 05/15/2013 | | 4 pages | |
| 248 | E-FILING TRANSACTION 319239 RECEIVED ON 05/20/2013 04:01:57 PM. | 05/21/2013 | | *NV* | |
| 249 | DESIGNATION OF RECORD ON APPEAL FILED BY SCHNEIDER, GARY A.; LANTIERI, FRANCIS B.; 10675 S ORANGE PARK BOULEVARD, LLC ON 05/20/2013 | 05/20/2013 | | 12 pages | |
| 250 | E-FILING TRANSACTION 317750 RECEIVED ON 05/17/2013 10:54:40 AM. | 05/22/2013 | | *NV* | |
| 251 | APPLICATION FOR WRIT OF POSSESSION FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 05/17/2013 | 05/17/2013 | | 1 pages | |
| 252 | PAYMENT RECEIVED BY FOR 141 - WRIT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 11375680 AND RECEIPT NUMBER 11199572. | 05/22/2013 | | 1 pages | |
| 253 | WRIT (ISSUED ON 5/22/13) RECEIVED ON 05/22/2013. | 05/22/2013 | | 2 pages | |
| 256 | COURT REPORTER WAIVING DEPOSIT | 06/07/2013 | | 1 pages | |
| 258 | NOTICE RE: FEE FOR PREPARATION OF CLERK'S TRANSCRIPT | 06/17/2013 | | 1 pages | |
| 259 | NOTICE OF DEFAULT | 07/08/2013 | | 2 pages | |
| 260 | PAYMENT RECEIVED BY FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 476.00, TRANSACTION NUMBER 11408980 AND RECEIPT NUMBER 11232852. | 07/12/2013 | | 1 pages | |
| 261 | PAYMENT RECEIVED BY FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 977.00, TRANSACTION NUMBER 11430738 AND RECEIPT NUMBER 11254610. | 08/13/2013 | | 1 pages | |
| 262 | WRIT OF POSSESSION RETURNED - WHOLLY SATISFIED FILED BY 10675 S ORANGE PARK BOULEVARD, LLC ON 08/23/2013 | 08/23/2013 | | 3 pages | |
| 263 | RECEIPT FOR RECORDS AND PAPERS - MINUTE ORDER 08/26/13 | 08/26/2013 | | 3 pages | |
| 264 | NOTICE TO PREPARE TRANSCRIPT ON APPEAL | 08/27/2013 | | 1 pages | |
| 265 | REQUEST FOR PAYOUT OF FUNDS REFUND $476.00 OVER PAYMENT OF CLERK'S TRANSCRIPT | 09/19/2013 | | *NV* | |
| 266 | PAYMENT FOR 24 - TRANSCRIPT ON APPEAL, TRANSACTION NUMBER 11408980 IN THE AMOUNT OF 476.00 VOIDED DUE TO OTHER. | 09/19/2013 | | 1 pages | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 267 | PAYMENT RECEIVED BY FOR OTHER TRUST IN THE AMOUNT OF 476.00, TRANSACTION NUMBER 11463054 AND RECEIPT NUMBER 11286946. | 09/19/2013 | | 1 pages | |
| 268 | DISBURSEMENT ON TRUST 303858 TO LENORE ALBERT ESQ ISSUED IN THE AMOUNT OF 476.00 DUE TO OTHER. | 09/20/2013 | | NV | |
| 269 | MINUTE ORDER | 09/23/2013 | | 1 pages | |
| 270 | CERTIFICATE OF REPORTER'S ESTIMATED COST | 09/30/2013 | | 3 pages | |
| 271 | NOTICE RE FEE PREPARATION OF REPORTER'S TRANSCIPT | 09/30/2013 | | 2 pages | |
| 272 | PAYMENT RECEIVED BY FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 678.00, TRANSACTION NUMBER 11472298 AND RECEIPT NUMBER 11296210. | 10/03/2013 | | 1 pages | |
| 273 | PAYMENT FOR 224 - REPORTER'S TRANSCRIPT, TRANSACTION NUMBER 11472298 IN THE AMOUNT OF 678.00 VOIDED DUE TO INCORRECT FEE CODES. | 10/04/2013 | | 1 pages | |
| 274 | PAYMENT RECEIVED BY FOR REPORTER'S TRANSCRIPT DEPOSIT IN THE AMOUNT OF 678.00, TRANSACTION NUMBER 11473382 AND RECEIPT NUMBER 11297294. | 10/04/2013 | | 1 pages | |
| 275 | NOTICE TO PREPARE TRANSCRIPT ON APPEAL | 10/11/2013 | | 1 pages | |
| 276 | E-FILING TRANSACTION NUMBER 494218 REJECTED. | 10/22/2013 | | 1 pages | |
| 277 | RECEIPT FOR RECORDS AND PAPERS | 11/13/2013 | | 1 pages | |
| 278 | PAYMENT RECEIVED BY FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 418.20, TRANSACTION NUMBER 11507623 AND RECEIPT NUMBER 11331408. | 12/06/2013 | | 1 pages | |
| 279 | PAYMENT RECEIVED BY FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 259.80, TRANSACTION NUMBER 11507626 AND RECEIPT NUMBER 11331411. | 12/06/2013 | | 1 pages | |
| 280 | NOTICE OF FILING JUDGMENT/APPELLATE DIVISION | 08/20/2013 | | 6 pages | |
| 281 | REMITTITUR FILED BY THE SUPERIOR COURT OF ORANGE ON 10/21/2014 | 10/21/2014 | | 7 pages | |
| 282 | E-FILING TRANSACTION NUMBER 1288727 REJECTED. | 11/18/2015 | | 1 pages | |
| 284 | E-FILING TRANSACTION 2424700 RECEIVED ON 11/23/2015 02:55:42 PM. | 12/02/2015 | | NV | |
| 285 | ABSTRACT OF JUDGMENT (ISSUED 12-2-15) RECEIVED ON 11/23/2015. | 11/23/2015 | | 2 pages | |
| 286 | PAYMENT RECEIVED BY FOR 141 - ABSTRACT OF JUDGMENT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 11885590 AND RECEIPT NUMBER 11709783. | 12/02/2015 | | 1 pages | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|------|------|-------|-----------|----------|
| HELEN KOSHAK | DEFENDANT | | 05/14/2012 | |
| NORMAN KOSHAK | DEFENDANT | | 05/14/2012 | |
| PLM LENDER SERVICES, INC. | INTERESTED PARTY | | 09/05/2012 | |
| 10675 S ORANGE PARK BOULEVARD, LLC | RESPONDENT ON APPEAL | | 04/08/2013 | |
| FRANCIS B. LANTIERI | RESPONDENT ON APPEAL | | 05/21/2013 | |
| SAMUELS, GREEN & STEEL, LLP | ATTORNEY | | 05/14/2012 | |
| FRANCIS B. LANTIERI | PLAINTIFF | | 05/14/2012 | |
| GARY A. SCHNEIDER | RESPONDENT ON APPEAL | | 05/21/2013 | |

6/15/2018                                    Civil Case Access - Print Case Information

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| HELEN KOSHAK | APPELLANT | | 02/19/2013 | |
| 10675 S ORANGE PARK BOULEVARD, LLC | PLAINTIFF | | 05/14/2012 | |
| LAW OFFICES OF LENORE ALBERT | ATTORNEY | | 07/30/2012 | |
| GARY A. SCHNEIDER | PLAINTIFF | | 05/14/2012 | |
| NORMAN KOSHAK | APPELLANT | | 02/19/2013 | |
| ADLESON HESS & KELLY | INTERESTED PARTIES | | 09/05/2012 | 09/05/2012 |
| ADLESON HESS & KELLY | ATTORNEY | | 09/05/2012 | 09/05/2012 |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| | | | | |

Print this page

EX 2

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 07/30/2012                 TIME: 01:30:00 PM        DEPT:  C04

COMMISSIONER: George Berenson
CLERK:  Lorena Tamayo, Robert E Torres
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:  A. Hakim

CASE NO: **30-2012-00568954-CL-UD-CJC**   CASE INIT.DATE: 05/14/2012
CASE TITLE: **10675 S Orange Park Boulevard, LLC vs. Koshak**
CASE CATEGORY: Civil - Limited        CASE TYPE: Unlawful Detainer - Residential

---

EVENT ID/DOCUMENT ID: 71528559,90491143

**EVENT TYPE**: Ex Parte
MOVING PARTY: Francis B. Lantieri, Gary A. Schneider, 10675 S Orange Park Boulevard, LLC
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other for admissions or shortening time,
07/30/2012

EVENT ID/DOCUMENT ID: 71528557,90491123

**EVENT TYPE**: Ex Parte
MOVING PARTY: Francis B. Lantieri, Gary A. Schneider, 10675 S Orange Park Boulevard, LLC
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other to allow telephonic testimony,
07/30/2012

---

**APPEARANCES**
Jennifer A. Needs, from Samuels, Green & Steel, LLP, present for Plaintiff(s).
Lenore Albert, from Law Offices of Lenore Albert, present for Defendant(s).

---

Stipulation for Court Commissioner to Act as Temporary Judge for All Purposes is signed and filed this
date.

Ex-Parte Application for Order Deeming Admitted requests for Admission to Defendant, Helen Koshak is
requested by plaintiff.

Ex-Parte Application for Order Allowing Telephonic Testimony at Trial is requested by plaintiff.

The Court having fully considered the arguments of all parties, both written and oral, as well as the
evidence presented, now rules as follows:

Application for Order Deeming Admitted Requests for Admission to Defendant, Helen Koshak is denied
without prejudice.

The Court Trial is continued to 09/06/2012 at 08:30 AM in this department to accommodate plaintiffs'
schedule for live testimony.

Court orders defendants to give notice.

---

EX 3

| | |
|---|---|
| SAMUELS, GREEN & STEEL, LLP<br>Philip W. Green, State Bar No. 93159<br>Jennifer A. Needs, State Bar No. 261153<br>19800 MacArthur Boulevard, Suite 1000<br>Irvine, California 92612<br>Telephone: (949) 263-0004<br>Facsimile: (949) 263-0005 | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**08/23/2012** at 08:00:00 AM<br>Clerk of the Superior Court<br>By Natasha Dorfman,Deputy Clerk |

Attorneys for Plaintiffs
10675 S ORANGE PARK BOULEVARD, LLC;
GARY A. SCHNEIDER; and FRANCES B. LANTIERI

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

| | |
|---|---|
| 10675 S ORANGE PARK BOULEVARD,<br>LLC; GARY A. SCHNEIDER; and<br>FRANCIS B. LANTIERI,<br><br>           Plaintiffs,<br><br>    v.<br><br>NORMAN KOSHAK; HELEN KOSHAK;<br>DOES 1 through 25, inclusive; and all others<br>in possession of the premises,<br><br>           Defendants. | CASE NO. 30-2012-00568954<br><br>[Unlawful Detainer – Amount demanded<br>exceeds $10,000 but does not exceed $25,000]<br><br>**PLAINTIFF 10675 S ORANGE PARK<br>BOULEVARD, LLC'S NOTICE OF<br>MOTION AND MOTION TO COMPEL<br>RESPONSES TO REQUESTS FOR<br>PRODUCTION OF DOCUMENTS, TO<br>ORDER OBJECTIONS WAIVED, AND<br>FOR THE IMPOSITION OF MONETARY<br>SANCTIONS; DECLARATIONS OF<br>JENNIFER A. NEEDS**<br><br>Complaint filed: May 14, 2012<br>Trial date: September 6, 2012<br><br>**Hearing:**<br>Date: **August 31, 2012**<br>Time: **8:30 A.M.**<br>Dept: **C-4** |

///

1183-002

1

1   TO DEFENDANT HELEN KOSHAK, HER COUNSEL-OF-RECORD, AND ALL
2   INTERESTED PARTIES:
3       PLEASE TAKE NOTICE that, on August 31, 2012 at 8:30 A.M. in Department C-4 of
4   the above-captioned Court, Plaintiff 10675 S ORANGE PARK BOULEVARD, LLC ("Plaintiff")
5   will and hereby does move this Court for an order: (a) compelling Defendant HELEN KOSHAK
6   ("Defendant") to provide responses to the first set of Requests for Production of Documents
7   propounded to her by Plaintiff; (b) ordering any and all of Defendant's objections to Plaintiff's
8   Requests for Production of Documents waived; and (c) imposing sanctions against Defendant and
9   her counsel-of-record in the amount of $2,672.50 to compensate Plaintiff for its reasonable costs
10  and attorneys' fees incurred in connection with this Motion.
11      This Motion is made pursuant to Code of Civil Procedure § 2031.300 on the grounds that
12  Defendant failed to respond to the discovery propounded as required by law. This Motion is
13  based on this Notice, the following Memorandum of Points and Authorities, the attached
14  Declaration of Jennifer A. Needs, the records and pleadings filed with the Court in this action,
15  and upon any documentary and oral evidence that may be presented before or during the hearing
16  on this Motion.
17
18  Dated: August 22, 2012                    SAMUELS, GREEN & STEEL, LLP
19
20                                            By: *Jennifer A Needs*
21                                                JENNIFER A. NEEDS
                                                  Attorney for Plaintiffs
22
23
24
25
26
27
28

1187-002                        2.

PLAINTIFF 10675 S ORANGE PARK BOULEVARD, LLC'S NOTICE OF MOTION AND MOTION
TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

EX 4

1   SAMUELS, GREEN & STEEL, LLP
   Philip W. Green, State Bar No. 93159
2   Jennifer A. Needs, State Bar No. 261153
   19800 MacArthur Boulevard, Suite 1000
3   Irvine, California 92612
   Telephone: (949) 263-0004
4   Facsimile: (949) 263-0005

5

6   Attorneys for Plaintiffs
   10675 S ORANGE PARK BOULEVARD, LLC;
7   GARY A. SCHNEIDER; and FRANCES B. LANTIERI

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**08/24/2012 at 03:53:00 PM**

Clerk of the Superior Court
By Eleanor Sutter, Deputy Clerk

8

9       SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

10     CENTRAL JUSTICE CENTER, LIMITED UNLAWFUL DETAINER

11

12   10675 S ORANGE PARK BOULEVARD,   )   CASE NO. 30-2012-00568954
   LLC; GARY A. SCHNEIDER; and         )
13   FRANCIS B. LANTIERI,               )   [Unlawful Detainer – Amount demanded
                                     )   exceeds $10,000 but does not exceed $25,000]
14                                        )
15            Plaintiffs,              )   **PLAINTIFF 10675 S ORANGE PARK**
                                     )   **BOULEVARD, LLC'S NOTICE OF**
16        v.                      )   **MOTION AND MOTION TO COMPEL**
                                     )   **FURTHER RESPONSES TO SPECIAL**
17   NORMAN KOSHAK; HELEN KOSHAK;    )   **INTERROGATORIES, FOR AN ORDER**
   DOES 1 through 25, inclusive; and all others )   **THAT OBJECTIONS ARE WAIVED, AND**
18   in possession of the premises,          )   **FOR THE IMPOSITION OF SANCTIONS;**
                                     )   **DECLARATION OF JENNIFER A.**
19           Defendants.            )   **NEEDS**
                                     )
20                                      )

21

22                                  )   Complaint filed: May 14, 2012
                                 )   Trial date: September 6, 2012
23                                  )

24                                 **Hearing:**
                                **Date: August 31, 2012**
25                                 **Time: 8:30 A.M.**
                                **Dept: C-4**
26

27

28   ///

1183-002

                                              **009 - 0137**

PLAINTIFF 10675 S ORANGE PARK BOULEVARD, LLC'S NOTICE OF MOTION AND
MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES

1     TO DEFENDANT HELEN KOSHAK, HER COUNSEL-OF-RECORD, AND ALL
2 INTERESTED PARTIES:

3     PLEASE TAKE NOTICE that, on August 31, 2012 at 8:30 A.M. in Department C-4 of
4 the above-captioned Court, Plaintiff 10675 S ORANGE PARK BOULEVARD, LLC ("Plaintiff")
5 will and hereby does move this Court for an order: (a) compelling Defendant HELEN KOSHAK
6 ("Defendant") to provide further responses to the first set of Special Interrogatories propounded
7 to her by Plaintiff; (b) ordering any and all of Defendant's objections to Plaintiff's Special
8 Interrogatories waived; and (c) imposing sanctions against Defendant and her counsel-of-record
9 in the amount of $1,242.50 to compensate Plaintiff for its reasonable costs and attorneys' fees
10 incurred in connection with this Motion; and (d) for an order imposing an evidentiary sanction
11 preventing Defendant from using, at the time of trial or other dispositive motion, any information
12 that was not properly disclosed in response to the Special Interrogatories.

13     This Motion is made pursuant to Code of Civil Procedure § 2030.300 on the grounds that
14 Defendant failed to respond to the discovery propounded as required by law and has
15 unreasonably refused to provide supplemental responses.

16     This Motion is based on this Notice; the following Memorandum of Points and
17 Authorities; the attached Declaration of Jennifer A. Needs; the Request for Judicial Notice filed
18 with the Court on August 23, 2012; the other records and pleadings filed with the Court in this
19 action; and upon any documentary and oral evidence that may be presented before or during the
20 hearing on this Motion.

21

22 Dated: August 24, 2012            SAMUELS, GREEN & STEEL, LLP
23
24                  By: _Jennifer a Needs_
25                     JENNIFER A. NEEDS
26                     Attorney for Plaintiffs
27
28

**009 - 0138**

1183-002               2

PLAINTIFF 10675 S ORANGE PARK BOULEVARD, LLC'S NOTICE OF MOTION AND
MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES

EX 5

1   SAMUELS, GREEN & STEEL, LLP
    Philip W. Green, State Bar No. 93159
2   Jennifer A. Needs, State Bar No. 261153
    19800 MacArthur Boulevard, Suite 1000
3   Irvine, California 92612
    Telephone: (949) 263-0004
4   Facsimile:  (949) 263-0005

5

6   Attorneys for Plaintiffs
    10675 S ORANGE PARK BOULEVARD, LLC;
7   GARY A. SCHNEIDER; and FRANCES B. LANTIERI

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
08/24/2012 at 03:53:00 PM
Clerk of the Superior Court
By Eleanor Sutter,Deputy Clerk

8

9            SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

10          CENTRAL JUSTICE CENTER, LIMITED UNLAWFUL DETAINER

11

12  10675 S ORANGE PARK BOULEVARD,      )  CASE NO. 30-2012-00568954
    LLC; GARY A. SCHNEIDER; and         )
13  FRANCIS B. LANTIERI,                )  [Unlawful Detainer – Amount demanded
                                        )  exceeds $10,000 but does not exceed $25,000]
14                                      )
            Plaintiffs,                 )
15                                      )
        v.                              )  PLAINTIFF 10675 S ORANGE PARK
16                                      )  BOULEVARD, LLC'S NOTICE OF
    NORMAN KOSHAK; HELEN KOSHAK;        )  MOTION AND MOTION TO COMPEL
17  DOES 1 through 25, inclusive; and all others )  FURTHER RESPONSES TO FORM
    in possession of the premises,      )  INTERROGATORIES, FOR AN ORDER
18                                      )  THAT OBJECTIONS ARE WAIVED, AND
            Defendants.                 )  FOR THE IMPOSITION OF SANCTIONS;
19                                      )  DECLARATION OF JENNIFER A.
                                        )  NEEDS
20                                      )
                                        )
21                                      )
                                        )  Complaint filed:  May 14, 2012
22                                      )  Trial date:  September 6, 2012
                                        )
23                                      )  Hearing:
                                        )  Date:  August 31, 2012
24                                      )  Time:  8:30 A.M.
                                        )  Dept:  C-4
25

26

27

28  ///

1183-002                              1                009 - 0061

PLAINTIFF 10675 S ORANGE PARK BOULEVARD, LLC'S NOTICE OF MOTION AND
MOTION TO COMPEL FURTHER RESPONSES TO FORM INTERROGATORIES

EX 4            EX 7

TO DEFENDANT HELEN KOSHAK, HER COUNSEL-OF-RECORD, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, on August 31, 2012 at 8:30 A.M. in Department C-4 of the above-captioned Court, Plaintiff 10675 S ORANGE PARK BOULEVARD, LLC ("Plaintiff") will and hereby does move this Court for an order: (a) compelling Defendant HELEN KOSHAK ("Defendant") to provide further responses to the first set of Form Interrogatories propounded to her by Plaintiff; (b) ordering any and all of Defendant's objections to Plaintiff's Form Interrogatories waived; and (c) imposing sanctions against Defendant and her counsel-of-record in the amount of $1,820.00 to compensate Plaintiff for its reasonable costs and attorneys' fees incurred in connection with this Motion; and (d) for an order imposing an evidentiary sanction preventing Defendant from using, at the time of trial or other dispositive motion, any information that was not properly disclosed in response to the Form Interrogatories.

This Motion is made pursuant to Code of Civil Procedure § 2030.300 on the grounds that Defendant failed to respond to the discovery propounded as required by law, did not provide any substantive information, asserted boilerplate objections notwithstanding the fact that all objections had been waived by not providing timely responses, and has unreasonably refused to provide supplemental responses.

This Motion is based on this Notice; the following Memorandum of Points and Authorities; the attached Declaration of Jennifer A. Needs; the Request for Judicial Notice filed with the Court on August 23, 2012; the other records and pleadings filed with the Court in this action; and upon any documentary and oral evidence that may be presented before or during the hearing on this Motion.

Dated: August 24, 2012

SAMUELS, GREEN & STEEL, LLP

By: _Jennifer A Needs_
JENNIFER A. NEEDS
Attorney for Plaintiffs

1183-002

**009 - 0062**

2

EX 6

ORIGINAL

1  SAMUELS, GREEN & STEEL, LLP
   Philip W. Green, State Bar No. 93159
2  Jennifer A. Needs, State Bar No. 261153
   19800 MacArthur Boulevard, Suite 1000
3  Irvine, California 92612
   Telephone: (949) 263-0004
4  Facsimile: (949) 263-0005

5

6  Attorneys for Plaintiffs
   10675 S ORANGE PARK BOULEVARD, LLC;
7  GARY A. SCHNEIDER; and FRANCES B. LANTIERI

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 3 1 2012

ALAN CARLSON, Clerk of the Court

BY:_____R. TORRES_____,DEPUTY

8

9              SUPERIOR COURT OF CALIFORNIA

10        COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

11

12  10675 S ORANGE PARK BOULEVARD,     )  CASE NO. 30-2012-00568954
    LLC; GARY A. SCHNEIDER; and        )
13  FRANCIS B. LANTIERI,               )  [Unlawful Detainer – Amount demanded
                                       )  exceeds $10,000 but does not exceed $25,000]
14                                     )
              Plaintiffs,              )
15                                     )
         v.                            )  [PROPOSED] ORDER RE: PLAINTIFF
16                                     )  10675 S ORANGE PARK BOULEVARD,
    NORMAN KOSHAK; HELEN KOSHAK;       )  LLC'S MOTION TO COMPEL
17  DOES 1 through 25, inclusive; and all others  )  RESPONSES TO REQUESTS FOR
    in possession of the premises,     )  PRODUCTION OF DOCUMENTS, TO
18                                     )  ORDER OBJECTIONS WAIVED, AND
              Defendants.              )  FOR THE IMPOSITION OF MONETARY
19                                     )  SANCTIONS
                                       )
20                                     )
                                       )
21                                     )  Complaint filed: May 14, 2012
                                       )  Trial date: September 6, 2012
22                                     )
                                       )
23                                     )
                                       )
24                                     )
                                       )
25                                     )

26

27     Plaintiff 10675 S Orange Park Boulevard, LLC's Motion to Compel Responses to

28  Requests for Production of Documents, To Order Objections Waived, and for the Imposition of

1183-002                          1

1  Monetary Sanctions was heard in the above-captioned action on August 31, 2012 in the Orange

2  County Superior Court Department C4 with the Honorable _____

3  presiding. Jennifer A. Needs, Esq. of Samuels, Green & Steel, LLP appeared on behalf of all

4  Plaintiffs. Other appearances are as noted on the record.

5      After full consideration of the evidence, and the written and oral submissions by the

6  parties and the Court's file in this matter, and with good cause appearing:

7      **IT IS HEREBY ORDERED** that the Motion is granted:

8          1. Defendant Helen Koshak "(Defendant")" shall provide full-and-complete

9             responses to Plaintiff's Requests for Production of Documents without

10            objections and Defendant's document production by or before ___5___ P.M. on

11            September __5__, 2012;

12         2. Any and all objections to Plaintiff's Requests for Production of Documents

13            are waived;

14         3. Defendant and her counsel-of-record, Lenore Albert, shall pay monetary

15            sanctions to Plaintiff 10675 S Orange Park Boulevard, LLC, jointly and

16            severally, in the amount of $2675.50 ~~WITHIN~~ 30 DAYS ~~on or before~~ _____, 2012;

17         ~~4. If Defendant fails to provide written responses and her document production~~

18            ~~on or before the time and date in Paragraph 1, supra, Defendant shall be~~

19            ~~precluded from offering or introducing any responsive documents into~~

20            ~~evidence at the time of trial; and~~

21         5. Plaintiffs' counsel shall serve this order on Defendant's counsel by email and

22            fax with service being deemed personal service as of the time of transmission.

23

24  **IT IS SO ORDERED.**

25                    COMM. ~~JUDGE~~ OF THE ORANGE COUNTY
                       SUPERIOR COURT

26                    ~~GEORGE BERENSON~~

27

28

[REQUESTS FOR PRODUCTION ~~PROPOSED~~] ORDER

EX 7

ORIGINAL

1  SAMUELS, GREEN & STEEL, LLP
   Philip W. Green, State Bar No. 93159
2  Jennifer A. Needs, State Bar No. 261153
   19800 MacArthur Boulevard, Suite 1000
3  Irvine, California 92612
   Telephone: (949) 263-0004
4  Facsimile:  (949) 263-0005

5

6  Attorneys for Plaintiffs
   10675 S ORANGE PARK BOULEVARD, LLC;
7  GARY A. SCHNEIDER; and FRANCES B. LANTIERI

8

9              SUPERIOR COURT OF CALIFORNIA

10       COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

11

12  10675 S ORANGE PARK BOULEVARD,  ) CASE NO. 30-2012-00568954
    LLC; GARY A. SCHNEIDER; and     )
13  FRANCIS B. LANTIERI,            ) [Unlawful Detainer – Amount demanded
                                    ) exceeds $10,000 but does not exceed $25,000]
14                                  )
                Plaintiffs,         )
15                                  )
         v.                         )
16                                  ) [PROPOSED] ORDER RE:  PLAINTIFF
    NORMAN KOSHAK; HELEN KOSHAK;    ) 10675 S ORANGE PARK BOULEVARD,
17  DOES 1 through 25, inclusive; and all others ) LLC'S MOTION TO FURTHER
    in possession of the premises,  ) RESPONSES TO SPECIAL
18                                  ) INTERROGATORIES, FOR AN ORDER
                Defendants.         ) THAT OBJECTIONS ARE WAIVED, AND
19                                  ) FOR THE IMPOSITION OF SANCTIONS
                                    )
20                                  ) Complaint filed:  May 14, 2012
                                    ) Trial date:  September 6, 2012
21                                  )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25                                  )

26

27      Plaintiff 10675 S Orange Park Boulevard, LLC's Motion to Compel Further Responses to

28  Special Interrogatories, for an Order that Objections Are Waived, and for the Imposition of

---

J1183-002                            1

[SPECIAL INTERROGATORIES PROPOSED] ORDER

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 3 1 2012

ALAN CARLSON, Clerk of the Court

BY:  R. TORRES  ,DEPUTY

1  Sanctions was heard in the above-captioned action on August 31, 2012 in the Orange County

2  Superior Court Department C4 with the Honorable _____

3  presiding. Jennifer A. Needs, Esq. of Samuels, Green & Steel, LLP appeared on behalf of all

4  Plaintiffs. Other appearances are as noted on the record.

5      After full consideration of the evidence, and the written and oral submissions by the

6  parties and the Court's file in this matter, and with good cause appearing:

7      **IT IS HEREBY ORDERED** that the Motion is granted:

8      1. Defendant Helen Koshak "(Defendant")" shall provide further responses to

9        Plaintiff's Special Interrogatories without objections by or before __5__ P.M.

10        on September __5__, 2012;

11      2. Any and all objections to Plaintiff's Special Interrogatories are waived;

12      3. Defendant and her counsel-of-record, Lenore Albert, shall pay monetary

13        sanctions to Plaintiff 10675 S Orange Park Boulevard, LLC, jointly and

14        severally, in the amount of $ _1820_ ~~on or before~~ WITHIN 30 DAYS ~~, 2012;~~

15      4. If Defendant fails to provide further written responses on or before the time

16        and date in Paragraph 1, *supra*, Defendant shall be precluded from offering or

17        introducing any responsive information into evidence at the time of trial; and

18      5. Plaintiffs' counsel shall serve this order on Defendant's counsel by email and

19        fax with service being deemed personal service as of the time of transmission.

20

21  **IT IS SO ORDERED.**

22      Comm.    _____
    ~~JUDGE~~ OF THE ORANGE COUNTY

22      SUPERIOR COURT

23      GEORGE BERENSON

24

25

26

27

28

EX 8

ORIGINAL

1   SAMUELS, GREEN & STEEL, LLP
    Philip W. Green, State Bar No. 93159
2   Jennifer A. Needs, State Bar No. 261153
    19800 MacArthur Boulevard, Suite 1000
3   Irvine, California 92612
    Telephone: (949) 263-0004
4   Facsimile: (949) 263-0005

5

6   Attorneys for Plaintiffs
    10675 S ORANGE PARK BOULEVARD, LLC;
7   GARY A. SCHNEIDER; and FRANCES B. LANTIERI

8

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 31 2012

ALAN CARLSON, Clerk of the Court

BY: _____R. TORRES_____ ,DEPUTY  H

9                SUPERIOR COURT OF CALIFORNIA

10        COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

11

12   10675 S ORANGE PARK BOULEVARD,      )   CASE NO. 30-2012-00568954
     LLC; GARY A. SCHNEIDER; and         )
13   FRANCIS B. LANTIERI,                )   [Unlawful Detainer – Amount demanded
                                         )   exceeds $10,000 but does not exceed $25,000]
14                                       )
                 Plaintiffs,            )
15                                       )   [PROPOSED] ORDER RE:  PLAINTIFF
           v.                            )   10675 S ORANGE PARK BOULEVARD,
16                                       )   LLC'S MOTION TO FURTHER
     NORMAN KOSHAK; HELEN KOSHAK;        )   RESPONSES TO FORM
17   DOES 1 through 25, inclusive; and all others )   INTERROGATORIES, FOR AN ORDER
     in possession of the premises,      )   THAT OBJECTIONS ARE WAIVED, AND
18                                       )   FOR THE IMPOSITION OF SANCTIONS
                 Defendants.            )
19                                       )
                                         )
20                                       )   Complaint filed:  May 14, 2012
                                         )   Trial date:  September 6, 2012
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25                                       )

26

27        Plaintiff 10675 S Orange Park Boulevard, LLC's Motion to Compel Further Responses to

28   Form Interrogatories, for an Order that Objections Are Waived, and for the Imposition of

1183-002                              1

[FORM INTERROGATORIES ~~PROPOSED~~] ORDER

1   Sanctions was heard in the above-captioned action on August 31, 2012 in the Orange County

2   Superior Court Department C4 with the Honorable _____

3   presiding.  Jennifer A. Needs, Esq. of Samuels, Green & Steel, LLP appeared on behalf of all

4   Plaintiffs.  Other appearances are as noted on the record.

5        After full consideration of the evidence, and the written and oral submissions by the

6   parties and the Court's file in this matter, and with good cause appearing:

7        **IT IS HEREBY ORDERED** that the Motion is granted:

8        1.  Defendant Helen Koshak "(Defendant") shall provide further responses to

9            Plaintiff's Form Interrogatories without objections by or before _5_ P.M.

10           on September _5_, 2012;

11       2.  Any and all objections to Plaintiff's Form Interrogatories are waived;

12       3.  Defendant and her counsel-of-record, Lenore Albert, shall pay monetary

13           sanctions to Plaintiff 10675 S Orange Park Boulevard, LLC, jointly and

14           severally, in the amount of $ *1242.50 WITHIN 30 DAYS* on or before _____, 2012;

15       ~~4.  If Defendant fails to provide further written responses on or before the time~~

16       ~~and date in Paragraph 1, supra, Defendant shall be precluded from offering or~~

17       ~~introducing any responsive information into evidence at the time of trial; and~~

18       5.  Plaintiffs' counsel shall serve this order on Defendant's counsel by email and

19           fax with service being deemed personal service as of the time of transmission.

20

21

22   **IT IS SO ORDERED.**

23                        _Comm._ _____ OF THE ORANGE COUNTY
                                 SUPERIOR COURT
24                               GEORGE BEHRENS

25

26

27

28

1183-002                        2

[FORM INTERROGATORIES _____] ORDER

EX 9

ORIGINAL

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

SEP 0 6 2012

ALAN CARLSON, Clerk of the Court

*L. Tamayo*

BY 'L TAMAYO

1 | Lenore L. Albert, Esq.   SBN 210876
2 | LAW OFFICES OF LENORE ALBERT
  | 7755 Center Avenue, Suite #1100
3 | Huntington Beach, CA 92647
  | Telephone (714) 372-2264
4 | Facsimile (419) 831-3376
5 | Email: lenorealbert@msn.com

6 | Attorney for defendants, NORMAN KOSHAK and HELEN KOSHAK

7

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **COUNTY OF ORANGE**

| | |
|---|---|
| 10 | CASE NO. 30-2012-568954 |
| 11 | 10675 S. ORANGE PARK BOULEVANRD, LLC (f/k/a NEIL H. LEVENTHAL, et al.), |
| | Assigned to Dept. C-4 |
| 12 | |
| 13 | v. |
| | **PEREMPTORY CHALLENGE** |
| | [CCP170.6 & 170.3] |
| 14 | NORMAN KOSHAK, et al. |
| 15 | |
| | **Trial Date: 9/6/12** |
| 16 | **Time: 8:30AM** |

17
18
19
20
21
22
23
24
25
26
27
28

**1**
**PEREMPTORY CHALLENGE**

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES TO THIS ACTION:**

Defendant Helen Koshak hereby objects to Commissioner George Berenson from presiding at the trial of this action or an any further proceedings concerning this action.

I, Lenore Albert, am an attorney for a party to the within action (or special proceeding). I declare that the court commissioner before whom the trial of the action is pending (or to whom it is assigned) is prejudiced against the party (or his or her attorney) or the interest of the party (or his or her attorney) so that affiant cannot or believes that he or she cannot have a fair and impartial trial or hearing before the court commissioner.

Incorporated herein are the declarations of Helen Koshak, Norman Koshak, and Skyler Gossman.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the state of California. Executed this date in Huntington Beach, California.

Dated: September 6, 2012                     LAW OFFICES OF LENORE ALBERT


By: s/Lenore Albert _____
     LENORE ALBERT, ESQ.
     Attorney for defendant, Norman Koshak and Helen Koshak

2

**PEREMPTORY CHALLENGE**

*10675 S Orange Park Blvd v Koshak*                2012-00568954
*Koshak v Leventhal*                                2011-00501359

EX 10

## SUPERIOR COURT OF CALIFORN.
## COUNTY OF ORANGE
## CENTRAL JUSTICE CENTER

### MINUTE ORDER

DATE: 09/06/2012                    TIME: 08:30:00 AM        DEPT: C04

COMMISSIONER: George Berenson
CLERK: Lorena Tamayo, Robert E Torres
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: A. Hakim

CASE NO: **30-2012-00568954-CL-UD-CJC**  CASE INIT.DATE: 05/14/2012
CASE TITLE: **10675 S Orange Park Boulevard, LLC vs. Koshak**
CASE CATEGORY: Civil - Limited        CASE TYPE: Unlawful Detainer - Residential

EVENT ID/DOCUMENT ID: 71530021
**EVENT TYPE:** Court Trial

**APPEARANCES**
Jennifer Needs, from Samuels, Green & Steel, LLP, present for Plaintiff(s).
Lenore Albert, from Law Offices of Lenore Albert, present for Defendant(s).

Defendant files a Declaration of Prejudice Code of Civil Procedure § 170.6 as to Commissioner
Berenson.

Pursuant to the direction of the Supervising Court, this matter is transferred from Deprtment C04 to
Department C53 for hearing on Court Trial.

---

EX 11

PageELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange

03/22/2013 at 12:33:06 PM
Clerk of the Superior Court
By Vanessa Olea,Deputy Clerk

**UD-110**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>Philip W. Green, SBN 93159<br>Jennifer A. Needs, SBN 261153<br>SAMUELS, GREEN & STEEL, LLP<br>19800 MacArthur Boulevard, Suite 1000<br>Irvine, CA 92612<br>TELEPHONE NO.: 949-263-0004    FAX NO. *(Optional):* 949-263-0005<br>E-MAIL ADDRESS *(Optional):* phil.green@sgsattorneys.com / jneeds@sgsattorneys.com<br>ATTORNEY FOR *(Name):* Plaintiffs | FOR COURT USE ONLY<br><br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>MAR 25 2013<br><br>ALAN CARLSON, Clerk of the Court |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange |
|---|
| STREET ADDRESS: 700 Civic Center Drive West |
| MAILING ADDRESS: 700 Civic Center Drive West |
| CITY AND ZIP CODE: Santa Ana, CA  92701 |
| BRANCH NAME: CENTRAL JUSTICE CENTER |

| PLAINTIFF: 10675 S Orange Park Boulevard, LLC, etc., et al.<br>DEFENDANT: NORMAN KOSHAK and HELEN KOSHAK | |
|---|---|

| JUDGMENT—UNLAWFUL DETAINER | CASE NUMBER: |
|---|---|
| [ ] By Clerk    [x] By Default    [x] After Court Trial<br>[ ] By Court    [ ] Possession Only    [ ] Defendant Did Not<br>Appear at Trial | 30-2012-00568954 |

**JUDGMENT**

1. [X] **BY DEFAULT** AS TO NORMAN KOSHAK
    a. Defendant was properly served with a copy of the summons and complaint.
    b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
    c. Defendant's default was entered by the clerk upon plaintiff's application.
    d. [ ] **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
    e. [x] **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
       (1) [x] plaintiff's testimony and other evidence. Default prove-up occurred concurrently with the court trial.
       (2) [ ] plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. [x] **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence. AS TO HELEN KOSHAK
    a. The case was tried on *(date and time):* Sept. 6 and 20, 2012; Feb. 22 and Mar. 1 and 4, 2013
    before *(name of judicial officer):* The Honorable Elaine Streger

    b. Appearances by:
       [x] Plaintiff *(name each):* 10675 S Orange Park Boulevard, LLC; Gary Schneider; and Frances B. Lantieri

       [x] Plaintiff's attorney *(name each):*
       (1) Philip W. Green, Esq.
       (2) Jennifer A. Needs, Esq.

       [ ] Continued on *Attachment 2b* (form MC-025).

       [x] Defendant *(name each):* Helen Koshak

       [x] Defendant's attorney *(name each):*
       (1) Lenore L. Albert, Esq.
       (2) Ryan Delatorre, Esq.

       [ ] Continued on *Attachment 2b* (form MC-025).

    c. [ ] Defendant did not appear at trial.  Defendant was properly served with notice of trial.

    d. [x] A statement of decision (Code Civ. Proc., § 632)    [x] was not    [ ] was    requested.

**Page 1 of 2**

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>UD-110 [New January 1, 2003] | **JUDGMENT—UNLAWFUL DETAINER** | Code of Civil Procedure, §§ 415.46,<br>585(d), 664.6, 1169 |

Legal
Solutions
Plus

| PLAINTIFF: 10675 S Orange Park Boulevard, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: NORMAN KOSHAK and HELEN KOSHAK | 30-2012-00568954 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:**  [x] THE COURT    [ ] THE CLERK

3. **Parties.** Judgment is
   a. [x] for plaintiff *(name each)*: 10675 S Orange Park Boulevard, LLC; Gary Schneider; and
   Frances B. Lantieri
   and against defendant *(name each)*: Norman Koshak and Helen Koshak

   [ ] Continued on *Attachment 3a* (form MC-025).
   b. [ ] for defendant *(name each)*:

4. [x] Plaintiff  [ ] Defendant  is entitled to possession of the premises located at *(street address, apartment, city, and county)*:
   10675 South Orange Park Boulevard, Orange, Orange County, California 92869

5. [x] Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ.
   Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**
   a. [x] Defendant named in item 3a above must pay plaintiff on the    b. [ ] Plaintiff is to receive nothing from defendant
   complaint:                                                              named in item 3b.
                                                                          [ ] Defendant named in item 3b is to recover
                                                                              costs: $

| | | | | |
|---|---|---|---|---|
| (1) | [ ] | Past-due rent | $ | |
| (2) | [x] | Holdover damages | $ 25,000.00 | |
| (3) | [x] | Attorney fees | $        TBD | |
| (4) | [x] | Costs | $        TBD | |
| (5) | [ ] | Other *(specify)*: | $ | |
| (6) | | **TOTAL JUDGMENT** | $ 25,000.00 | |

[ ] and attorney fees: $

   c. [ ] The rental agreement is canceled.    [ ] The lease is forfeited.

7. [ ] **Conditional Judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in
   *Judgment—Unlawful Detainer Attachment* (form UD–110S), which is attached.

8. [ ] **Other** *(specify)*:

   [ ] Continued on *Attachment 8* (form MC-025).

Date: **MAR 25 2013**              *Elaine Streger*        **ELAINE STREGER**
                                   [ ]                     JUDICIAL OFFICER

Date: _____   [ ]  Clerk, by _____ , Deputy

---

| (SEAL) | **CLERK'S CERTIFICATE** *(Optional)* |
|---|---|
| | I certify that this is a true copy of the original judgment on file in the court. |
| | Date: |
| | Clerk, by _____ , Deputy |

UD-110 [New January 1, 2003]          **JUDGMENT—UNLAWFUL DETAINER**          **Page 2 of 2**

**PROOF OF SERVICE**

*10675 S Orange Park Boulevard v. Koshak,* Case No. 30-2012-00568954

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to this action. My business address is 19800 MacArthur Boulevard, Suite 1000, Irvine, California 92612.

On March 22, 2013, I served the foregoing document described as: **JUDGMENT – UNLAWFUL DETAINER** on the interested party(ies) in this action as follows:

SEE ATTACHED SERVICE LIST

[X]     **(BY MAIL)** I served the document by enclosing it in a sealed envelope or package with postage fully prepaid, addressing it to the person(s) at the address(es) as set forth above and placing the envelope for mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service on that same day in Irvine, California, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]     **(BY FACSIMILE)** I caused such document to be delivered by facsimile transmission to the offices of the addressee(s). The facsimile machine I used complied with California *Rules of Court,* Rule 2.301, and no error was reported by the machine.

[  ]     **(BY PERSONAL DELIVERY)** I caused such document to be delivered by DDS Legal Services, 2900 Bristol Street, Suite E106, Costa Mesa, California, (714) 662-5555, to the offices of the addressee(s) as indicated above, and either handing the copy to the person(s) named above or leaving it with the receptionist or other person having charge of the offices thereof. A proof of service has been requested from DDS Legal Services and, if necessary, will be filed with the Court.

[  ]     **(BY OVERNIGHT SERVICE)** I served the document by depositing copies of the above document in an envelope or package designated by said service with delivery fees paid and placing same in a box or other facility regularly maintained by: [  ] **UPS OVERNIGHT SERVICE;** [  ] **U.S. EXPRESS MAIL SERVICE;** [  ] **FEDERAL EXPRESS;** [  ] **NORCO OVERNITE.**

[ x ]    **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. EXECUTED on March 22, 2013, at Irvine, California.

Diane Castillo

1183-002

1

PROOF OF SERVICE

1

2

<u>**SERVICE LIST**</u>

*10675 S Orange Park Boulevard v. Koshak,* Case No. 30-2012-00568954

3

4

5

~~Norman Koshak~~                              Defaulted 7/16/12
~~10675 South Orange Park Blvd.~~
~~Orange, CA 92869~~
~~Tel: (714) 394-6679~~
*~~Defendant in Pro Per~~*

6

7

8

9

10

Lenore L. Albert, Esq.
LAW OFFICES OF LENORE ALBERT
7755 Center Avenue, Suite 1100
Huntington Beach, CA 92647
Telephone: (714) 372-2264
Facsimile: (419) 831-3376
E-mail: lenalbert@interactivecounsel.com
*Attorneys for Defendant Helen Koshak*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

EX 12

**Dr. Shirley N. Weber**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, May 28, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201134710119    10675 S ORANGE PARK BOULEVARD, LLC

| | |
|---|---|
| Registration Date: | 12/13/2011 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC |
| Status: | FTB SUSPENDED |
| Agent for Service of Process: | (AGENT RESIGNED 03/07/2019) |
| | * |
| Entity Address: | 19800 MACARTHUR BLVD #1000 |
| | IRVINE CA 92612 |
| Entity Mailing Address: | * |
| LLC Management | One Manager |

*This entity is not eligible for online records requests. To order a Certificate of Status, please complete and return the* ***Business Entities Records Order Form***

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| AMENDMENT | 03/07/2019 | |
| REGISTRATION | 12/13/2011 | |

\* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|



EX 13

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): |
|---|

After recording, return to:

Philip W. Green, SBN 93159
Jennifer A. Needs, SBN 261153
SAMUELS, GREEN & STEEL, LLP
19800 MacArthur Boulevard, Suite 1
Irvine, CA 92612

TEL NO.: 949-263-0004    FAX NO. (optional): 949-263-0005
E-MAIL ADDRESS (Optional): jneeds@sgsattorneys.com

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
STREET ADDRESS: 700 Civic Center Drive We
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA  92701
BRANCH NAME: CENTRAL JUSTICE CENTER

FOR RECORDER'S USE ONLY

PLAINTIFF: 10675 S Orange Park Boulevard, LLC, a California Limited Liability Company,
DEFENDANT: NORMAN KOSHAK; HELEN KOSHAK; and DOES 1 through 25, inclusive, and all others in

CASE NUMBER:
30-2012-00568954

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

> Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   Lenore L. Albert
   14272 Hoover Street #69
   Westminster, CA  92683

   b. Driver's license no. [last 4 digits] and state:    [X] Unknown
   c. Social security no. [last 4 digits]:    [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

   Lenore L. Albert, 7755 Center Avenue, Suite 1100, Huntington Beach, CA 92647

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   10675 S ORANGE PARK BOULEVARD, LLC; GARY A. SCHNEIDER; FRANCIS B. LANTIERI
   19800 MacArthur Blvd #1000
   Irvine, CA 92612

   Date: November 23, 2015

   Jennifer A. Needs
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ *Jennifer A. Needs*
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 5,738.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 8/31/12
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

[SEAL]

Alan Carlson, Clerk of the Court

This abstract issued on (date):
Issued 12-2-15

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    Clerk, by  T.V. Tallabas    T.V. TALLABAS    , Deputy

Form
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: 10675 S Orange Park Boulevard, LLC, a California Limited Liability Company, DEFENDANT: NORMAN KOSHAK; HELEN KOSHAK; and DOES 1 through 25, inclusive, and all others in | COURT CASE NO.: 30-2012-00568954 |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.  Name and last known address

Helen Koshak
10675 Orange Park Boulevard
Orange, CA 92869

Driver's license no. [last 4 digits] and state: ☒ Unknown

Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address):*

Helen Koshak

10675 Orange Park Boulevard

Orange, CA 92869

17.  Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.  Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.  Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EX 14

**NODISMISS, CONVERTED, NoFeeRequired, DEFER**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:18-bk-10548-SC

|  |  |
|---|---|
| *Date filed:* | 02/20/2018 |
| *Date converted:* | 06/26/2018 |
| *Debtor discharged:* | 02/26/2019 |
| *341 meeting:* | 06/03/2020 |
| *Deadline for filing claims:* | 10/29/2018 |
| *Deadline for filing claims (govt.):* | 08/20/2018 |
| *Deadline for objecting to discharge:* | 10/09/2018 |
| *Deadline for financial mgmt. course:* | 10/09/2018 |

*Assigned to:* Scott C Clarkson
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
Asset

*Debtor disposition:* Standard Discharge

**Debtor**
**Lenore LuAnn Albert-Sheridan**
1968 S Coast Hwy #3960
Laguna Beach, CA 92651
ORANGE-CA
SSN / ITIN: xxx-xx-3020
Tax ID / EIN: 20-0762198
*dba* **Law Offices of Lenore Albert**
*aka* **Lenore LuAnn Albert-Sheridan**

represented by **Lenore LuAnn Albert-Sheridan**
PRO SE

**Lenore L Albert**
31872 Joshua Dr
Ste 22c
Trabuco Canyon, CA 92679
424-365-0741
Fax : 419-831-3376
Email: lenorealbert@msn.com
*TERMINATED: 02/20/2018*

**Richard G. Heston**
(See above for address)
*TERMINATED: 01/21/2019*

**Trustee**
**Amrane (SA) Cohen (TR)**
770 The City Drive South Suite 3700
Orange, CA 92868
714-621-0200
*TERMINATED: 06/26/2018*

**Trustee**
**Jeffrey I Golden (TR)**
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
(714) 966-1000

represented by **Aaron E. De Leest**
Danning, Gill, Israel & Krasnoff,
LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
Fax : 310-277-5735
Email: adeleest@marshackhays.com
*TERMINATED: 09/04/2024*

**Eric P Israel**
Levene, Neale, Bender, Yoo &
Golubchik L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
310-229-3399
Fax : 310-229-1244

Email: epi@lnbyg.com

**Jonathan A. Michaels**
MLG, APLC
600 Anton Blvd.
Suite 1240
Costa Mesa
Costa Mesa, CA 92626
949-581-6900
Fax : 949-581-6908
Email: jmichaels@mlgaplc.com

**Sonia Singh**
Danning, Gill, Israel & Krasnoff,
LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
Fax : 310-277-5735
Email: ssingh@ecjlaw.com

*Trustee*
**Jeffrey I Golden**
650 Town Center Dr Suite 950
Costa Mesa, CA 92626
714-966-1000

represented by **Matthew Veblen Van Fleet**
Mlg, Aplc
600 Anton Blvd.
Ste 1240
Costa Mesa, CA 92626
949-581-6900
Fax : 949-581-6908
Email: mattvanfleet@gmail.com

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 02/20/2018 | 1<br>(10 pgs; 2 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Lenore Albert-Sheridan Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 03/6/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 03/6/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 03/6/2018. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 03/6/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 03/6/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 03/6/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 03/6/2018. Schedule I: Your Income (Form 106I) due 03/6/2018. Schedule J: Your Expenses (Form 106J) due 03/6/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 03/6/2018. Statement of Financial Affairs (Form 107 or 207) due 03/6/2018. Chapter 13 Plan (LBR F3015-1) due by 03/6/2018. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 03/6/2018. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 03/6/2018. Incomplete Filings due by 03/6/2018. (Albert, Lenore)WARNING: See docket entries no 4,5,6 for corrections. DEBTOR'S MAILING ADDRESS HAS BEEN UPDATED TO REFLECT THE MAILING ADDRESS AND NOT THE PHYSICAL ADDRESS. Debtor's Middle name and TAX ID updated as reflect to the PDF. Case deficient re List of Creditors Mailing Matrix due in 72 HOURS DEADLINES by 2/23/2018. Statement Related Cases, Declaration by Debtor's as to Whether Income was received, Verification of Matrix due 3/6/2018. Modified on 2/20/2018 (Nguyen, Vi). (Entered: 02/20/2018) |

| 02/20/2018 | | Receipt of Voluntary Petition (Chapter 13)(8:18-bk-10548) [misc,volp13] ( 310.00) Filing Fee. Receipt number 46488474. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/20/2018) |
|---|---|---|
| 02/20/2018 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Lenore Albert-Sheridan. (Albert, Lenore) (Entered: 02/20/2018) |
| 02/20/2018 | 3<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Lenore Albert-Sheridan. (Albert, Lenore) (Entered: 02/20/2018) |
| 02/20/2018 | 7<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 03/27/2018 at 10:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 04/24/2018 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 05/01/2018. (Albert, Lenore) (Entered: 02/20/2018) |
| 02/20/2018 | 4<br>(1 pg) | Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (BNC) . (Nguyen, Vi) (Entered: 02/20/2018) |
| 02/20/2018 | 5 | Notice to Filer of Correction Made/No Action Required: **Incorrect schedules /statements recorded as deficient. THE PROPER DEFICIENCY HAS BEEN ISSUED.** (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Lenore LuAnn Albert-Sheridan) (Nguyen, Vi) (Entered: 02/20/2018) |
| 02/20/2018 | 6 | Notice to Filer of Correction Made/No Action Required: **Incorrect attorney/creditor/party information was entered at the time of filing. THE COURT HAS CORRECTED THIS INFORMATION. THIS ENTRY IS PROVIDED FOR FUTURE REFERENCE.** (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Lenore LuAnn Albert-Sheridan) (Nguyen, Vi) (Entered: 02/20/2018) |
| 02/20/2018 | 8<br>(1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Lenore LuAnn Albert-Sheridan) (Nguyen, Vi) (Entered: 02/20/2018) |
| 02/20/2018 | 9<br>(1 pg) | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) WARNING: See docket entry no 13 for correction. Modified on 2/20/2018 (Nguyen, Vi). (Entered: 02/20/2018) |
| 02/20/2018 | 10<br>(1 pg) | Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore)WARNING: See docket entry no 13 for correction. Modified on 2/20/2018 (Nguyen, Vi). (Entered: 02/20/2018) |
| 02/20/2018 | 11<br>(8 pgs) | List of Creditors (Master Mailing List of Creditors) Filed by Debtor Lenore LuAnn Albert-Sheridan. (Albert, Lenore) (Entered: 02/20/2018) |
| 02/20/2018 | 12<br>(2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 02/20/2018) |
| 02/20/2018 | 13 | Notice to Filer of Error and/or Deficient Document **Other - MISSING THE HOLOGRAPHICS SIGNATURES ON THE DOCUMENTS** THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENTS WITH WET SIGNATUREs. (RE: related document(s)9 Statement of Related Cases (LBR Form 1015-2.1) filed by Debtor Lenore LuAnn Albert-Sheridan, 10 Verification of Master Mailing List of Creditors (LBR F1007-1) filed by Debtor Lenore LuAnn Albert-Sheridan, 11 List of Creditors (Master Mailing List of Creditors) filed by Debtor Lenore LuAnn Albert-Sheridan, 12 Declaration by Debtor as to Whether Db Received Income From an Employer (LBR Form F1002-1) filed by Debtor Lenore LuAnn Albert-Sheridan) (Nguyen, Vi) (Entered: 02/20/2018) |

| 02/20/2018 | 14 (1 pg) | Statement of Related Cases (LBR Form 1015-2.1) Filed by Debtor Lenore LuAnn Albert-Sheridan. (Albert, Lenore) (Entered: 02/20/2018) |
| --- | --- | --- |
| 02/20/2018 | 15 (1 pg) | Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Lenore LuAnn Albert-Sheridan. (Albert, Lenore) (Entered: 02/20/2018) |
| 02/20/2018 | 16 (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Lenore LuAnn Albert-Sheridan. (Albert, Lenore) (Entered: 02/20/2018) |
| 02/21/2018 | | Notice of Debtor's Prior Filings for debtor Lenore LuAnn Albert-Sheridan Case Number 00-11922, Chapter 7 filed in California Central Bankruptcy on 03/08/2000 , Standard Discharge on 06/19/2000.(Admin) (Entered: 02/21/2018) |
| 02/22/2018 | 17 (5 pgs) | BNC Certificate of Notice (RE: related document(s)7 Meeting (AutoAssign Chapter 13)) No. of Notices: 55. Notice Date 02/22/2018. (Admin.) (Entered: 02/22/2018) |
| 02/22/2018 | 18 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Lenore LuAnn Albert-Sheridan) No. of Notices: 1. Notice Date 02/22/2018. (Admin.) (Entered: 02/22/2018) |
| 02/22/2018 | 19 (2 pgs) | BNC Certificate of Notice (RE: related document(s)8 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 02/22/2018. (Admin.) (Entered: 02/22/2018) |
| 02/22/2018 | 20 (2 pgs) | BNC Certificate of Notice (RE: related document(s)4 Notice of Dismissal of Case If Required Documents Are Not Filed Within 72 Hours (VAN-197) (BNC)) No. of Notices: 1. Notice Date 02/22/2018. (Admin.) (Entered: 02/22/2018) |
| 03/01/2018 | 21 (10 pgs) | Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/01/2018) |
| 03/01/2018 | 22 (3 pgs) | Schedule C: The Property You Claimed as Exempt (Official Form 106C) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/01/2018) |
| 03/02/2018 | 23 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Lenore LuAnn Albert-Sheridan. (Albert, Lenore) (Entered: 03/02/2018) |
| 03/02/2018 | | Receipt Number 80070891, Fee Amount $310.00. Filing fee paid at the Intake Window. (Corona, Heidi) (Entered: 03/08/2018) |
| 03/05/2018 | 24 (5 pgs) | Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/05/2018 | 25 (17 pgs) | Schedule E/F for Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/05/2018 | 26 (1 pg) | Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/05/2018 | 27 (2 pgs) | Schedule H Individual: Your Codebtors (Official Form 106H or 206H) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |

| | | |
|---|---|---|
| 03/05/2018 | 28<br>(3 pgs) | Schedule I Individual: Your Income (Official Form 106I) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/05/2018 | 29<br>(3 pgs) | Schedule J: Your Expenses (Official Form 106J) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/05/2018 | 30<br>(12 pgs) | Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/05/2018 | 31<br>(1 pg) | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/05/2018 | 32<br>(3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years, Disposable Income Is Not Determined (Official Form 122C-1) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/05/2018 | 33<br>(2 pgs) | Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Voluntary Petition (Chapter 13)). (Albert, Lenore) (Entered: 03/05/2018) |
| 03/06/2018 | 34<br>(17 pgs) | Chapter 13 Plan (LBR F3015-1) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Lenore Albert-Sheridan Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 03/6/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 03/6/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 03/6/2018. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 03/6/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 03/6/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 03/6/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 03/6/2018. Schedule I: Your Income (Form 106I) due 03/6/2018. Schedule J: Your Expenses (Form 106J) due 03/6/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 03/6/2018. Statement of Financial Affairs (Form 107 or 207) due 03/6/2018. Chapter 13 Plan (LBR F3015-1) due by 03/6/2018. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 03/6/2018. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 03/6/2018. Incomplete Filings due by 03/6/2018. (Albert, Lenore)WARNING: See docket entries no 4,5,6 for corrections. DEBTOR'S MAILING ADDRESS HAS BEEN UPDATED TO REFLECT THE MAILING ADDRESS AND NOT THE PHYSICAL ADDRESS. Debtor's Middle name and TAX ID updated as reflect to the PDF. Case deficient re List of Creditors Mailing Matrix due in 72 HOURS DEADLINES by 2/23/2018. Statement Related Cases, Declaration by Debtor's as to Whether Income was received, Verification of Matrix due 3/6/2018. Modified on 2/20/2018.). (Albert, Lenore) (Entered: 03/06/2018) |
| 03/06/2018 | 35<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Albert, Lenore. (Albert, Lenore) (Entered: 03/06/2018) |
| 03/06/2018 | 36<br>(4 pgs) | Motion to Release Funds from Court Registry Filed by Debtor Lenore LuAnn Albert-Sheridan (Albert, Lenore) (Entered: 03/06/2018) |
| 03/06/2018 | 37<br>(58 pgs; 3 docs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Ford Motor Credit Company v. Lenore Albert-Sheridan, Case No. 30-2015-00823254-CU-CL-CJC . Fee Amount $181, Filed by Creditor Ford Motor Credit Company LLC (Attachments: # 1 Memorandum of Points and Authorities # 2 Supplemental Declaration of David A. Berkley) (Kornberg, Bernard) (Entered: 03/06/2018) |

| 03/06/2018 | | Receipt of Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM(8:18-bk-10548-ES) [motion,nman] ( 181.00) Filing Fee. Receipt number 46576716. Fee amount 181.00. (re: Doc# 37) (U.S. Treasury) (Entered: 03/06/2018) |
|---|---|---|
| 03/06/2018 | 38 (10 pgs; 3 docs) | Application shortening time on Motion for Relief from Stay Filed by Creditor Ford Motor Credit Company LLC (Attachments: # 1 Declaration in Support of Order Shortening Time # 2 Proposed Order Shortening Time) (Kornberg, Bernard) - NOTE: The Attached Order is Treated as an Exhibit; Order Shortening Time is to be Lodged Electronically via the Court's LOU System - Modified on 3/6/2018 (Duarte, Tina). (Entered: 03/06/2018) |
| 03/06/2018 | 39 | Hearing Set (RE: related document(s)37 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Ford Motor Credit Company LLC). The Hearing date is set for 3/29/2018 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 03/06/2018) |
| 03/06/2018 | | ***Statistics Reporting*** Motion for Valuation of Security(CM27). (RE: related document(s)34 Chapter 13 Plan (LBR F3015-1) filed by Debtor Lenore LuAnn Albert-Sheridan) (Beezer, Cynthia) (Entered: 03/06/2018) |
| 03/06/2018 | | ***Statistics Reporting*** Motion to Avoid Lien (CM07). (RE: related document(s)34 Chapter 13 Plan (LBR F3015-1) filed by Debtor Lenore LuAnn Albert-Sheridan) (Beezer, Cynthia) (Entered: 03/06/2018) |
| 03/06/2018 | | ***Statistics Reporting*** Motion to Assume Contract/Leases (CM06). (RE: related document(s)34 Chapter 13 Plan (LBR F3015-1) filed by Debtor Lenore LuAnn Albert-Sheridan) (Beezer, Cynthia) (Entered: 03/06/2018) |
| 03/07/2018 | 40 (4 pgs) | ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE [Re: Motion for Relief From Automatic Stay filed by Ford Motor Credit Company LLC - 3/20/18 at 10:00am in Courtroom 5A] (BNC-PDF) (Related Doc # 38) Signed on 3/7/2018 (Reid, Rick) (Entered: 03/07/2018) |
| 03/07/2018 | 41 | Hearing Set (RE: related document(s)37 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Ford Motor Credit Company LLC) The Hearing date is set for 3/20/2018 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith [OST entered 3/7/18] (Steinberg, Elizabeth) (Entered: 03/07/2018) |
| 03/08/2018 | 42 (11 pgs; 3 docs) | Declaration re: Notice and Service Filed by Creditor Ford Motor Credit Company LLC (RE: related document(s)40 Order on Generic Motion (BNC-PDF)). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Kornberg, Bernard) (Entered: 03/08/2018) |
| 03/09/2018 | 43 (13 pgs; 3 docs) | Declaration re: Notice and Service (Amended) Filed by Creditor Ford Motor Credit Company LLC (RE: related document(s)40 Order on Generic Motion (BNC-PDF)). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Kornberg, Bernard) (Entered: 03/09/2018) |
| 03/09/2018 | 44 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)40 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 03/09/2018. (Admin.) (Entered: 03/09/2018) |
| 03/13/2018 | 45 (16 pgs) | Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support (related document(s): 37 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Ford Motor Credit Company v. Lenore Albert-Sheridan, Case No. 30-2015-00823254-CU-CL-CJC . Fee Amount $181, filed by Creditor Ford Motor Credit Company LLC) Filed by Debtor Lenore LuAnn Albert-Sheridan (Albert, Lenore) (Entered: 03/13/2018) |
| 03/14/2018 | 46 | Notice to Filer of Error and/or Deficient Document Other - FILER IS PRO SE IN THIS CASE AND IS NOT ELIGIBLE TO E-FILE, AND HAS BEEN MADE AWARE OF THIS RESTRICTION. FILER IS ADVISED TO FILE THIS |

| | | |
|---|---|---|
| | | **DOCUMENTS AND OTHER DOCUMENTS AND PLEADINGS IN THIS CASE PROPERLY OVER THE COUNTER.** (RE: related document(s)45 Response to motion for order to terminate, annul, modify or condition the automatic stay and declaration(s) in support filed by Debtor Lenore LuAnn Albert-Sheridan) (Reid, Rick) (Entered: 03/14/2018) |
| 03/15/2018 | 47 (2 pgs) | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen (TR), Amrane (SA)) (Entered: 03/15/2018) |
| 03/20/2018 | 48 (4 pgs; 2 docs) | Notice of lodgment *of Order* Filed by Creditor Ford Motor Credit Company LLC (RE: related document(s)37 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Ford Motor Credit Company v. Lenore Albert-Sheridan, Case No. 30-2015-00823254-CU-CL-CJC . Fee Amount $181, Filed by Creditor Ford Motor Credit Company LLC (Attachments: # 1 Memorandum of Points and Authorities # 2 Supplemental Declaration of David A. Berkley)). (Attachments: # 1 Proposed Order) (Cram, Donald) (Entered: 03/20/2018) |
| 03/21/2018 | 49 (2 pgs) | Order Granting motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF) (Related Doc # 37 ) Signed on 3/21/2018 (Duarte, Tina) (Entered: 03/21/2018) |
| 03/21/2018 | 50 | Hearing Held (RE: related document(s)37 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor Ford Motor Credit Company LLC) - Grant motion with 4001(a)(3) waiver to permit liquidation of Movant's claim and Debtor's cross-complaint in the pending state court action. Movant may proceed under applicable nonbankruptcy law to enforce its remedies to proceed to final judgment in the nonbankruptcy forum, including any request for attorneys fees and costs, provided that the stay remains in effect with respect to enforcement of any judgment against the Debtor or property of the Debtors bankruptcy estate. Debtor may litigate to judgment and recovery her claims under her cross-complaint. Any recovery must be reported to the chapter 13 trustee within 7 days of any entry of order or judgment re the same. The court makes no findings of bad faith due to insufficient evidence of the same. (Duarte, Tina) (Entered: 03/23/2018) |
| 03/23/2018 | 51 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)49 Motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF)) No. of Notices: 0. Notice Date 03/23/2018. (Admin.) (Entered: 03/23/2018) |
| 03/26/2018 | 52 (50 pgs) | Motion to Convert Case By Trustee From Chapter 13 to 7. *with Notice of Hearing and Proof of Service* REQUIRED FEE DEFERRED Filed by Trustee Amrane (SA) Cohen (TR) (Cohen (TR), Amrane (SA)) (Entered: 03/26/2018) |
| 03/26/2018 | 53 | Hearing Set (RE: related document(s)52 Motion to Convert Case to Chapter 7, By Trustee filed by Trustee Amrane (SA) Cohen (TR)). The Hearing date is set for 5/3/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 03/26/2018) |
| 03/27/2018 | 54 (190 pgs; 2 docs) | Motion For Sanctions for Violation of the Automatic Stay *and REQUEST FOR INJUNCTIVE RELIEF* Filed by Debtor Lenore LuAnn Albert-Sheridan (Attachments: # 1 Exhibit) (Albert, Lenore) - WARNING: See docket entry no. 57 for corrections - Modified on 3/27/2018 (Duarte, Tina). (Entered: 03/27/2018) |
| 03/27/2018 | 55 (3 pgs) | Application shortening time *on Violation of Automatic Stay and Injunctive Relief Motion* Filed by Debtor Lenore LuAnn Albert-Sheridan (Albert, Lenore) - WARNING: See docket entry no. 57 for corrections - Modified on 3/27/2018 (Duarte, Tina). (Entered: 03/27/2018) |
| 03/27/2018 | 56 (26 pgs) | Motion to Amend (related document(s)54 Motion For Sanctions for Violation of the Automatic Stay *and REQUEST FOR INJUNCTIVE RELIEF) to include Memorandum of Points and Authorities and Declaration of Albert attached hereto* Filed by Debtor Lenore LuAnn Albert-Sheridan (Albert, Lenore) - WARNING: See docket entry no. 57 for corrections - Modified on 3/27/2018 (Duarte, Tina). (Entered: 03/27/2018) |

| | 57 | Notice to Filer of Error and/or Deficient Document **Other - FILER IS PRO SE IN THIS CASE AND IS NOT ELIGIBLE TO E-FILE, AND HAS BEEN MADE AWARE OF THIS RESTRICTION. FILER IS ADVISED TO FILE THIS DOCUMENT AND FURTHER DOCUMENTS AND PLEADINGS IN THIS CASE PROPERLY OVER THE COUNTER.** (RE: related document(s)54 Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Lenore LuAnn Albert-Sheridan, 55 Application shortening time filed by Debtor Lenore LuAnn Albert-Sheridan, 56 Motion to Amend filed by Debtor Lenore LuAnn Albert-Sheridan) (Duarte, Tina) (Entered: 03/27/2018) |
| 03/27/2018 | | |
| 03/28/2018 | 58 (271 pgs; 7 docs) | Motion and Notice of Debtor's Motion For Sanctions Against Creditors State Bar of California, Francis B. Lantieri, Garcy Schneider, 10675 S Orange Park Blvd, LLC and Phil Green for Violation of the Automatic Stay and Request for Injunctive Relief; Declaration of Lenore Albert, Esq.; Filed by Debtor Lenore LuAnn Albert-Sheridan (Attachments: # 1 Part 2 of 7 # 2 Part 3 of 7 # 3 Part 4 of 7 # 4 Part 5 of 7 # 5 Part 6 of 7 # 6 Part 7 of 7) (Duarte, Tina) (Entered: 03/28/2018) |
| 03/28/2018 | 59 | Hearing Set (RE: related document(s)58 Debtor's Motion For Sanctions Against Creditors State Bar of California, Francis B. Lantieri, Garcy Schneider, 10675 S Orange Park Blvd, LLC and Phil Green for Violation of the Automatic Stay and Request for Injunctive Relief, filed by Debtor Lenore LuAnn Albert-Sheridan). The Hearing date is set for 4/17/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 03/28/2018) |
| 03/28/2018 | 60 (3 pgs) | Application shortening time; Filed by Debtor Lenore LuAnn Albert-Sheridan (Duarte, Tina) (Entered: 03/28/2018) |
| 03/28/2018 | 61 (5 pgs) | ORDER DENYING Application for Order Setting Hearing on Shortened Notice. The Motion May be Brought On Regular Notice Pursuant to LBRs (BNC-PDF) Signed on 3/28/2018 (RE: related document(s)60 Application shortening time filed by Debtor Lenore LuAnn Albert-Sheridan). (Duarte, Tina) (Entered: 03/28/2018) |
| 03/29/2018 | 62 (4 pgs) | Motion to Continue Hearing On (related documents 54 Motion for Sanctions for Violation of the Automatic Stay, 58 Motion for Sanctions for Violation of the Automatic Stay) Filed by Creditor The State Bar of California (Shapp, Marc) (Entered: 03/29/2018) |
| 03/29/2018 | 63 (10 pgs; 3 docs) | Declaration re: *Marc A. Shapp In Support of Creditor The State Bar of California's Motion for Continuance of Hearing* Filed by Creditor The State Bar of California (RE: related document(s)62 Motion to Continue Hearing On (related documents 54 Motion for Sanctions for Violation of the Automatic Stay, 58 Motion for Sanctions for Violation of the Automatic Stay) ). (Attachments: # 1 Exhibit 1 # 2 Proposed Order) (Shapp, Marc) (Entered: 03/29/2018) |
| 03/29/2018 | 68 | Hearing Held (related document # 37 Motion for Relief from the Automatic Stay filed by Ford Motor Credit Company LLC) - OFF CALENDAR; HEARING HELD ON MARCH 20, 2018 AT 10:00 A.M., PER ORDER SHORTENING TIME ENTERED MARCH 7, 2018 (Duarte, Tina) (Entered: 04/02/2018) |
| 03/30/2018 | 64 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)61 ORDER shortening time (BNC-PDF)) No. of Notices: 0. Notice Date 03/30/2018. (Admin.) (Entered: 03/30/2018) |
| 03/30/2018 | 65 (2 pgs) | Chapter 13 Trustee Periodic Accounting Report . (Cohen (TR), Amrane (SA)) (Entered: 03/30/2018) |
| 04/02/2018 | 66 (6 pgs) | Notice of lodgment *of Order or Judgment Re Creditor the State Bar of California's Motion for Continuance of Hearing* Filed by Creditor The State Bar of California (RE: related document(s)62 Motion to Continue Hearing On (related documents 54 Motion for Sanctions for Violation of the Automatic Stay, 58 Motion for Sanctions for Violation of the Automatic Stay) Filed by Creditor The State Bar of California). (Shapp, Marc) (Entered: 04/02/2018) |

| | | |
|---|---|---|
| 04/02/2018 | 67<br>(2 pgs) | ORDER GRANTING CREDITOR THE STATE BAR OF CALIFORNIA'S MOTION FOR CONTINUANCE OF HEARING DATE (DEBTOR'S MOTION FOR SANCTIONS DOC # 58 CONTINUED FROM APRIL 17, 2018 TO MAY 3, 2018 AT 10:30AM IN COURTROOM 5A) (BNC-PDF) (Related Doc # 62 ) Signed on 4/2/2018 (Reid, Rick) (Entered: 04/02/2018) |
| 04/03/2018 | 69 | Hearing Set (RE: related document(s)34 Chapter 13 Plan (LBR F3015-1) filed by Debtor Lenore LuAnn Albert-Sheridan). Confirmation hearing to be held on 4/24/2018 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/03/2018) |
| 04/04/2018 | 70<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)67 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 04/04/2018. (Admin.) (Entered: 04/04/2018) |
| 04/05/2018 | 71<br>(26 pgs) | Objection to Debtor's Claim of Exemptions *with Notice of Hearing and Proof of Service* Filed by Trustee Amrane (SA) Cohen (TR). (Cohen (TR), Amrane (SA)) (Entered: 04/05/2018) |
| 04/05/2018 | 72 | Hearing Set (related document # 71 Objection to Claims of Exemption). The Hearing date is set for 5/3/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/05/2018) |
| 04/06/2018 | 73<br>(23 pgs) | Adversary case 8:18-ap-01065. Complaint by Plaintiff Lenore LuAnn Albert-Sheridan against Defendants Maricruz Farfan , Brandon Tady , Alex Hackert , Paul Bernardino , Yvette Roland Hon., State Bar Of California . (Fee Not Required). Nature of Suit: (14 (Recovery of money/property - other)) ,(71 (Injunctive relief - reinstatement of stay)) , (72 (Injunctive relief - other)) ,(91 (Declaratory judgment)) (Shimizu, Tina) (Entered: 04/06/2018) |
| 04/06/2018 | 74<br>(3 pgs) | Notice of Appearance and Request for Notice by Suzanne C Grandt Filed by Creditor The State Bar of California. (Grandt, Suzanne) (Entered: 04/06/2018) |
| 04/09/2018 | 75<br>(7 pgs) | Objection to Confirmation of Plan *Request for Conversion to Chapter 7* Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)34 Chapter 13 Plan (LBR F3015-1) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Lenore Albert-Sheridan Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 03/6/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 03/6/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 03/6/2018. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 03/6/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 03/6/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 03/6/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 03/6/2018. Schedule I: Your Income (Form 106I) due 03/6/2018. Schedule J: Your Expenses (Form 106J) due 03/6/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 03/6/2018. Statement of Financial Affairs (Form 107 or 207) due 03/6/2018. Chapter 13 Plan (LBR F3015-1) due by 03/6/2018. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 03/6/2018. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due 03/6/2018. Incomplete Filings due by 03/6/2018. (Albert, Lenore)WARNING: See docket entries no 4,5,6 for corrections. DEBTOR'S MAILING ADDRESS HAS BEEN UPDATED TO REFLECT THE MAILING ADDRESS AND NOT THE PHYSICAL ADDRESS. Debtor's Middle name and TAX ID updated as reflect to the PDF. Case deficient re List of Creditors Mailing Matrix due in 72 HOURS DEADLINES by 2/23/2018. Statement Related Cases, Declaration by Debtor's as to Whether Income was received, Verification of Matrix due 3/6/2018. Modified on 2/20/2018.). filed by Debtor Lenore LuAnn Albert-Sheridan). (Cohen (TR), Amrane (SA)) (Entered: 04/09/2018) |
| 04/09/2018 | 76<br>(111 pgs; 3 docs) | Motion to Convert Case From Chapter 13 to 7. Fee Amount $25 Filed by Creditor Ford Motor Credit Company LLC (Attachments: # 1 Declaration of David A. Berkley # 2 Declaration of Bernard J. Kornberg) (Kornberg, Bernard) (Entered: 04/09/2018) |

| 04/09/2018 | | Receipt of Motion to Convert Case(8:18-bk-10548-ES) [motion,mconv] ( 25.00) Filing Fee. Receipt number 46790306. Fee amount 25.00. (re: Doc# 76) (U.S. Treasury) (Entered: 04/09/2018) |
|---|---|---|
| 04/09/2018 | 77 (3 pgs) | Notice of Hearing Filed by Creditor Ford Motor Credit Company LLC (RE: related document(s)76 Motion to Convert Case From Chapter 13 to 7. Fee Amount $25 Filed by Creditor Ford Motor Credit Company LLC (Attachments: # 1 Declaration of David A. Berkley # 2 Declaration of Bernard J. Kornberg)). (Kornberg, Bernard) (Entered: 04/09/2018) |
| 04/09/2018 | 78 (6 pgs) | Objection to Debtor's Claim of Exemptions Filed by Creditor Ford Motor Credit Company LLC. (Kornberg, Bernard) (Entered: 04/09/2018) |
| 04/09/2018 | 79 (3 pgs) | Notice of Hearing *on Objection to Claim of Exemptions* Filed by Creditor Ford Motor Credit Company LLC. (Kornberg, Bernard) (Entered: 04/09/2018) |
| 04/09/2018 | 80 (5 pgs) | Objection to Confirmation of Plan Filed by Creditor Ford Motor Credit Company LLC (RE: related document(s)34 Chapter 13 Plan (LBR F3015-1) Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)1 Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Lenore Albert-Sheridan Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 03/6/2018. Schedule A/B: Property (Form 106A/B or 206A/B) due 03/6/2018. Schedule C: The Property You Claim as Exempt (Form 106C) due 03/6/2018. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 03/6/2018. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 03/6/2018. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 03/6/2018. Schedule H: Your Codebtors (Form 106H or 206H) due 03/6/2018. Schedule I: Your Income (Form 106I) due 03/6/2018. Schedule J: Your Expenses (Form 106J) due 03/6/2018. Declaration About an Individual Debtors Schedules (Form 106Dec) due 03/6/2018. Statement of Financial Affairs (Form 107 or 207) due 03/6/2018. Chapter 13 Plan (LBR F3015-1) due by 03/6/2018. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 03/6/2018. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 03/6/2018. Incomplete Filings due by 03/6/2018. (Albert, Lenore)WARNING: See docket entries no 4,5,6 for corrections. DEBTOR'S MAILING ADDRESS HAS BEEN UPDATED TO REFLECT THE MAILING ADDRESS AND NOT THE PHYSICAL ADDRESS. Debtor's Middle name and TAX ID updated as reflect to the PDF. Case deficient re List of Creditors Mailing Matrix due in 72 HOURS DEADLINES by 2/23/2018. Statement Related Cases, Declaration by Debtor's as to Whether Income was received, Verification of Matrix due 3/6/2018. Modified on 2/20/2018.).). (Kornberg, Bernard) (Entered: 04/09/2018) |
| 04/09/2018 | 81 | Hearing Set (RE: related document(s)76 Motion of Ford Motor Credit Company LLC to Convert Debtor's Case to Chapter 7, filed by Creditor Ford Motor Credit Company LLC). The Hearing date is set for 5/3/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/10/2018) |
| 04/09/2018 | 82 | Hearing Set (related document # 78 Objection of Ford Motor Credit Company LLC to Debtor's Exemptions). The Hearing date is set for 5/3/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/10/2018) |
| 04/17/2018 | 83 | Hearing Continued (RE: related document(s)58 Debtor's Motion For Sanctions Against Creditors State Bar of California, Francis B. Lantieri, Garcy Schneider, 10675 S Orange Park Blvd, LLC and Phil Green for Violation of the Automatic Stay and Request for Injunctive Relief filed by Debtor Lenore LuAnn Albert-Sheridan) .The Hearing is CONTINUED TO 5/3/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701., Per Order Entered 4/2/2018 The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/18/2018) |
| 04/18/2018 | 84 (59 pgs) | Debtor's Opposition to (related document(s): 52 Motion to Convert Case By Trustee From Chapter 13 to 7. *with Notice of Hearing and Proof of Service* REQUIRED FEE |

| | | |
|---|---|---|
| | | DEFENDANTS filed by Trustee Amrane (SA) Cohen (TR)); Declaration of Lenore Albert; Filed by Debtor Lenore LuAnn Albert-Sheridan (Reid, Rick) (Entered: 04/19/2018) |
| 04/18/2018 | 85 (37 pgs) | Debtor's Response to (related document(s): 71 Objection to Debtor's Claim of Exemptions filed by Trustee Amrane (SA) Cohen (TR)); Declaration of Lenore Albert; Filed by Debtor Lenore LuAnn Albert-Sheridan (Reid, Rick) (Entered: 04/19/2018) |
| 04/18/2018 | 86 (18 pgs) | Debtor's Response to (related document(s): 75 Trustee's Objection to Confirmation of Plan filed by Debtor Lenore LuAnn Albert-Sheridan); Declaration of Lenore Albert Filed by Debtor Lenore LuAnn Albert-Sheridan (Reid, Rick) (Entered: 04/19/2018) |
| 04/18/2018 | 87 (25 pgs) | Debtor's Opposition to (related document(s): 76 Motion to Convert Case From Chapter 13 to 7. Fee Amount $25 filed by Creditor Ford Motor Credit Company LLC); Declaration of Lenore Albert; Filed by Debtor Lenore LuAnn Albert-Sheridan (Reid, Rick) (Entered: 04/19/2018) |
| 04/18/2018 | 88 (87 pgs) | Debtor's Response to (related document(s): 78 Objection to Debtor's Claim of Exemptions filed by Creditor Ford Motor Credit Company LLC); Declaration of Lenore Albert; Filed by Debtor Lenore LuAnn Albert-Sheridan (Reid, Rick) (Entered: 04/19/2018) |
| 04/18/2018 | 89 (20 pgs) | Debtor's Response to (related document(s): 80 Objection to Confirmation of the Plan filed by Creditor Ford Motor Credit Company LLC); Declaration of Lenore Albert; Filed by Debtor Lenore LuAnn Albert-Sheridan (Reid, Rick) (Entered: 04/19/2018) |
| 04/19/2018 | 90 (32 pgs) | Opposition to (related document(s): 56 Motion to Amend (related document(s)54 Motion For Sanctions for Violation of the Automatic Stay *and REQUEST FOR INJUNCTIVE RELIEF) to include Memorandum of Points and Authorities and Declaration of Albert attached hereto* filed by Debtor Lenore LuAnn Albert-Sheridan) *Creditor the State Bar of California's Opposition to Debtors' Motion for Sanctions Against Creditors The State Bar of California, Francis B. Lantieri, Gary Schneider, 10675 S Orange Park Blvd, LLC and Phil Green for Violation of the Automatic Stay and Request for Injunctive Relief* Filed by Creditor The State Bar of California (Grandt, Suzanne) (Entered: 04/19/2018) |
| 04/19/2018 | 91 (67 pgs) | Declaration re: *Declaration of Suzanne C. Grandt in Support of Creditor the State Bar of California's Response to Debtor's Motion for Sanctions for Violation of the Automatic Stay and Request for Injunctive Relief Against Lenore Luann Albert-Sheridan D/B/A Law Offices of Lenore Albert* Filed by Creditor The State Bar of California (RE: related document(s)90 Opposition). (Grandt, Suzanne) (Entered: 04/19/2018) |
| 04/19/2018 | 92 (7 pgs) | Declaration re: *Declaration of Linda Knitter in Support of Creditor's Opposition to Debtor's Motion for Sanctions for Violation of the Automatic Stay and Request for Injunctive Relief Against Lenore Luann Albert-Sheridan D/B/A Law Offices of Lenore Albert* Filed by Creditor The State Bar of California (RE: related document(s)90 Opposition). (Grandt, Suzanne) (Entered: 04/19/2018) |
| 04/19/2018 | 93 (3 pgs) | Request for judicial notice *Request for Judicial Notice in Support of Creditor the State Bar of California's Response to Debtor's Motion for Sanctions for Violation of the Automatic Stay and Request for Injunctive Relief Against Lenore Luann Albert-Sheridan D/B/A Law Offices of Lenore Albert* Filed by Creditor The State Bar of California (RE: related document(s)90 Opposition). (Grandt, Suzanne) (Entered: 04/19/2018) |
| 04/20/2018 | 94 (7 pgs; 2 docs) | Adversary case 8:18-ap-01071. Complaint by Plaintiff Lenore LuAnn Albert-Sheridan against Defendants Education Credit Management Corporation , The Education Resources Institute . (Fee Not Required). (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)) ,(63 (Dischargeability - 523(a)(8), student loan)) ,(71 (Injunctive relief - reinstatement of stay)) ,(72 (Injunctive relief - other)) ,(91 (Declaratory judgment)) (Shimizu, Tina) (Entered: 04/20/2018) |
| 04/20/2018 | 95 (22 pgs; 2 docs) | Adversary case 8:18-ap-01072. Complaint by Plaintiff, Lenore LuAnn Albert-Sheridan against Defendant, Kazem Majd . (Charge To Estate). (Attachments: # 1 Cover Sheet) |

| | | |
|---|---|---|
| | | Nature of Suit: (other e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Bustillos, Denise) (Entered: 04/20/2018) |
| 04/20/2018 | 96 (13 pgs; 2 docs) | Adversary case 8:18-ap-01073. Complaint by Plaintiff Lenore LuAnn Albert-Sheridan against Defendants Art Womack , Mitchell B Hannah . (Fee Not Required). (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)) ,(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Shimizu, Tina) (Entered: 04/20/2018) |
| 04/20/2018 | 97 (13 pgs) | Adversary case 8:18-ap-01074. Complaint by Lenore LuAnn Albert-Sheridan against Helen Galope . (Fee Not Required). Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Roque, Jewell) (Entered: 04/20/2018) |
| 04/20/2018 | 98 (3 pgs) | Notice of Errata to: 1) Debtor's response to Doc 75; 2) Debtor's Response to Doc 80 Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)86, 89). (Reid, Rick) (Entered: 04/23/2018) |
| 04/20/2018 | 99 (3 pgs) | Debtor's Notice of Compliance with LBR 3015 Filed by Debtor Lenore LuAnn Albert-Sheridan . (Reid, Rick) (Entered: 04/23/2018) |
| 04/20/2018 | 100 (3 pgs) | Proof of service of Chapter 13 plan Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)34 Chapter 13 Plan (LBR F3015-1)). (Reid, Rick) (Entered: 04/23/2018) |
| 04/20/2018 | 101 (3 pgs) | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor Lenore LuAnn Albert-Sheridan . (Reid, Rick) (Entered: 04/23/2018) |
| 04/20/2018 | 102 (63 pgs) | Motion RE: Debtor's Objection Mitchell B. Hannah's Proof of Claim Number 2 by Claimant Mitchell B. Hannah; Filed by Debtor Lenore LuAnn Albert-Sheridan (Duarte, Tina) (Entered: 04/23/2018) |
| 04/20/2018 | 103 | Hearing Set (RE: related document(s)102 Debtor's Objection to Mitchell B. Hannah's Proof of Claim #2 filed by Debtor Lenore LuAnn Albert-Sheridan) The Hearing date is set for 5/31/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/23/2018) |
| 04/20/2018 | 104 (2 pgs) | Notice of Hearing; with Proof of Service; Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)102 Motion RE: Debtor's Objection Mitchell B. Hannah's Proof of Claim Number 2 by Claimant Mitchell B. Hannah; Filed by Debtor Lenore LuAnn Albert-Sheridan filed by Debtor Lenore LuAnn Albert-Sheridan). The Hearing date is set for 5/31/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/23/2018) |
| 04/20/2018 | 105 (13 pgs) | Motion RE: Debtor's Objection to Education Credit Management Corporation's Proof of Claim Number 4 by Claimant Education Credit Management Corporation; Filed by Debtor Lenore LuAnn Albert-Sheridan (Duarte, Tina) (Entered: 04/23/2018) |
| 04/20/2018 | 106 | Hearing Set (RE: related document(s)105 Debtor's Objection to Education Credit Management Corporation's Proof of Claim Number 4 filed by Debtor Lenore LuAnn Albert-Sheridan). The Hearing date is set for 5/31/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/23/2018) |
| 04/20/2018 | 107 (2 pgs) | Notice of Hearing; with Proof of Service; Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)105 Motion RE: Debtor's Objection to Education Credit Management Corporation's Proof of Claim Number 4 by Claimant Education Credit Management Corporation; Filed by Debtor Lenore LuAnn Albert-Sheridan). The Hearing date is set for 5/31/2018 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/23/2018) |

| 04/23/2018 | [108](3 pgs) | Errata *Notice of Errata* Filed by Creditor The State Bar of California (RE: related document(s)[90](https://) Opposition). (Grandt, Suzanne) (Entered: 04/23/2018) |
|---|---|---|
| 04/24/2018 | 111 | Hearing Continued (related Document # [34](https://) Chapter 13 Plan). Confirmation hearing CONTINUED TO 6/19/2018 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 04/26/2018) |
| 04/26/2018 | [109](6 pgs) | Reply to (related document(s): [76](https://) Motion to Convert Case From Chapter 13 to 7. Fee Amount $25 filed by Creditor Ford Motor Credit Company LLC) Filed by Creditor Ford Motor Credit Company LLC (Kornberg, Bernard) (Entered: 04/26/2018) |
| 04/26/2018 | [110](4 pgs) | Reply to (related document(s): [78](https://) Objection to Debtor's Claim of Exemptions filed by Creditor Ford Motor Credit Company LLC) Filed by Creditor Ford Motor Credit Company LLC (Kornberg, Bernard) (Entered: 04/26/2018) |
| 04/26/2018 | [112](7 pgs) | Reply to (related document(s): [71](https://) Objection to Debtor's Claim of Exemptions filed by Trustee Amrane (SA) Cohen (TR)) Filed by Trustee Amrane (SA) Cohen (TR) (Cohen (TR), Amrane (SA)) (Entered: 04/26/2018) |
| 04/26/2018 | [113](35 pgs) | Reply to (related document(s): [52](https://) Motion to Convert Case By Trustee From Chapter 13 to 7. *with Notice of Hearing and Proof of Service* REQUIRED FEE DEFERRED filed by Trustee Amrane (SA) Cohen (TR)) Filed by Trustee Amrane (SA) Cohen (TR) (Cohen (TR), Amrane (SA)) (Entered: 04/26/2018) |
| 04/30/2018 | [114](28 pgs) | Debtor's Reply Brief In Further Support For Sanctions (related document(s): [54](https://) Motion For Sanctions for Violation of the Automatic Stay *and REQUEST FOR INJUNCTIVE RELIEF* filed by Debtor Lenore LuAnn Albert-Sheridan) Filed by Debtor Lenore LuAnn Albert-Sheridan (Reid, Rick) (Entered: 04/30/2018) |
| 04/30/2018 | [115](218 pgs; 6 docs) | Debtor's Request for Judicial (Notice) of Papers Demonstrating Violation of Stay Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)[114](https://) Reply). (Attachments: # [1](https://) Pt 2 of 6 # [2](https://) Pt 3 of 6 # [3](https://) Pt 4 of 6 # [4](https://) Pt 5 of 6 # [5](https://) Pt 6 of 6) (Reid, Rick) (Entered: 04/30/2018) |
| 04/30/2018 | [116](239 pgs; 6 docs) | Debtor's Request for Judicial (Notice) of Papers Demonstrating Discovery "Sanction" was a Dischargeable Lien Filed by Debtor Lenore LuAnn Albert-Sheridan (RE: related document(s)[114](https://) Reply). (Attachments: # [1](https://) Pt 2 of 6 # [2](https://) Pt 3 of 6 # [3](https://) Pt 4 of 6 # [4](https://) Pt 5 of 6 # [5](https://) Pt 6 of 6) (Reid, Rick) (Entered: 04/30/2018) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/09/2025 11:02:57 | | | |
| **PACER Login:** | lenalbert0499 | **Client Code:** | koshak |
| **Description:** | Docket Report | **Search Criteria:** | 8:18-bk-10548-SC Fil or Ent: filed From: 2/7/2018 To: 5/1/2018 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |

EX 15

**8:18-bk-10548-ES** Lenore LuAnn Albert-Sheridan
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Erithe A. Smith
**Date filed:** 02/20/2018 **Date of last filing:** 04/06/2018

# Creditors

**10675 S Orange Park Blvd LLC**
Samuels Green & Steel LLP                 (38343469)
19800 MacArthur Blvd Ste 1000            (cr)
Irvine, CA 92612-2433

**Aaron Morris**
Morris & Stone                            (38343411)
17852 17th St Suite 201                   (cr)
Tustin, CA 92780

**Ace Imaging Tech**
PO Box 71036                              (38343412)
Los Angeles, CA 90071                     (cr)

**ADR Services Inc**
19000 MacArthur Blvd Suite 550            (38343413)
Irvine, CA 92612                          (cr)

**Affiliated Pathologists Med Grp**
PO Box 8660                               (38343414)
St Louis, MO 63126-0660                   (cr)

**Alltran Financial LP**
PO Box 610                                (38343415)
Sauk Rapids, MN 56379-0610               (cr)

**AVVO Inc**
720 Olive Way Suite 1400                  (38343416)
Seattle, WA 98101                         (cr)

**Bank of America NA**
100 N Tyron St                            (38343417)
Charlotte, NC 28255                       (cr)

**Beach Emergency Med Assoc**
PO Box 660519                             (38343418)
Arcadia, CA 91066-0519                    (cr)

**Bolsa Ave Mini Storage**
7402 Bolsa Ave                            (38343419)
Westminster, CA 92683                     (cr)

**Cache LLC**
PO Box 29225                              (38343420)
Brooklyn Center, MN 55429                 (cr)

**Cal Interpretting & Translation**
12304 Santa Monica Blvd                   (38343421)
Los Angeles, CA 90025                     (cr)

**California Secretary of State**
1500 11th Street                          (38343422)
Sacramento, CA 95814                      (cr)

**CCC of New York**
34 Seymour St                             (38343423)
Tonawanda, NY 14150                       (cr)

**CIR Law Office**
8031 Linda Vista Rd                       (38343424)
San Diego, CA 92111                       (cr)

**Citibank, N.A.**
100 Citibank Drive                        (38343425)
Bldg 1 FL 1                               (cr)
San Antonio, TX 78245-9966

**City of Westminster**                    (38343426)                 EX 13

PO Box 269110
Sacramento, CA 95826                                (cr)

**Coast Huntington**                               (38343427)
7755 Center Ave #1100                              (cr)
Huntington Beach, CA 92647

**Credit Control LLC**                             (38343428)
PO Box 31179                                       (cr)
Tampa, FL 33631

**David Bitzer**                                   (38343429)
5940 Park Crest Drive                              (cr)
Chino Hills, CA 91709

**David Wendell Seal**                             (38343430)
31441 Santa Margarita Pkwy A376                    (cr)
Rancho Santa Margarita, CA 92688

**Devin Randall Lucas**                            (38343431)
2901 W Coast Highway Ste 200                       (cr)
Newport Beach, CA 92663-4023

**Dunning Law Firm**                               (38343435)
4545 Murphy Canyon Rd #200                         (cr)
San Diego, CA 92123

**First Premier Bank**                             (38343432)
601 S Minnesota Ave                                (cr)
Sioux Falls, SD 57104

**Ford Motor Credit Company**                      (38343436)
225 S Lake Ave Suite 1200                          (cr)
Pasadena, CA 91101

**Francis B Lantieri**
Samuels Green & Steel LLP                          (38343433)
19800 MacArthur Blvd Suite 1000                    (cr)
Irvine, CA 92612-2433

**Friendly Ford**                                  (38343434)
660 N Decatur                                      (cr)
Las Vegas, NV 89107

**Gary A Schneider**                               (38343437)
Samuels Green & Steel LLP                          (cr)
19800 MacArthur Blvd Suite 1000
Irvine, CA 92612-2433

**Huntington Beach Hospital**                      (38343438)
File 1088 1801 W Olympic Blvd                      (cr)
Pasadena, CA 91199-1088

**Icon Owner Pool 1**
LA Business Parks LLC                              (38343439)
7281 Garden Grove Blvd Suite G                     (cr)
Garden Grove, CA 92841

**Irwin Tessler**                                  (38343440)
12312 Viewcrest Rd                                 (cr)
Studio City, CA 91604

**Jefferson Capital Systems**                      (38343441)
16 Mcleland Rd                                     (cr)
Saint Cloud, MN 56303

**Jilio Ryan Court Reporters**                     (38343442)
14661 Franklin Avenue, Suite 150                   (cr)
Tustin, CA 92780

**Lexis Nexis**                                    (38343443)
2112 Business Center Drive Ste 150                 (cr)
Irvine, CA 92614

**Michael Tessler**                                (38343444)
12312 Viewcrest Rd                                 (cr)
Studio City, CA 91604

Mitchell B Hannah Esq                    (38421791)
100 Pacifica Ste 370                     (cr)
Irvine CA 92618

Mitchell B. Hannah                       (38343445)
100 Pacifica Suite 370                   (cr)
Irvine, CA 92618

Nehemia Schwartz                         (38343446)
2550 Pacific Coast Hwy Sp 68             (cr)
Torrance, CA 90505

Network Deposition Services              (38343447)
1800 Century Park East Suite 150         (cr)
Los Angeles, CA 90067

Nira Woods Schwartz                      (38343448)
2550 Pacific Coast Hwy Sp 68             (cr)
Torrance, CA 90505

Pam Ragland                              (38343449)
30 Santa Cruz                            (cr)
Rancho Santa Margarita, CA 92688

PHEAA                                    (38343450)
1200 North 7th Street                    (cr)
Harrisburg, PA 17102

Phil Green                               (38343451)
Samuels Green & Steel LLP                (cr)
19800 MacArthur Blvd Suite 1000
Irvine, CA 92612-2433

Reed Smith LLP                           (38343452)
101 Second Street Ste 1800               (cr)
San Francisco, CA 94105

Reed Smith, LLP                          (38343453)
355 S Grand Ave #2900                    (cr)
Los Angeles, CA 90071

Sayegh Professional Dental Corp.         (38343454)
7677 Center Ave Suite 210                (cr)
Huntington Beach, CA 92647

Severson & Werson, LLP                   (38343455)
19100 Von Karmen Ave Suite 700           (cr)
Irvine, CA 92612

Southwest Collection Svc                 (38343456)
1111 E Katella Ave Ste 260               (cr)
Orange, CA 92867

Springleaf Financial Ser                 (38343457)
PO Box 59                                (cr)
Evansville, IN 47701

State Bar of California                  (38343458)
845 S Figueroa Street                    (cr)
Los Angeles, CA 90017

Susan Uccelli                            (38343459)
aka Uccelli & Associates                 (cr)
1243 Mission Road
S San Francisco, CA 94080

The Education Resources Institute        (38343460)
PO Box 84108                             (cr)
Boston, MA 02284

Transworld Systems                       (38343461)
500 Virginia Dr Suite 514                (cr)
Ft Washington, PA 19034

US Department of Education               (38343462)
400 Maryland Avenue SW                   (cr)
Washington, DC 20202

**US Legal Support**                        (38343463)
363 N Sam Houston Pkwy Ste 1200             (cr)
Houston, TX 77060

**Verizon Wireless**                        (38343464)
One Verizon Way                             (cr)
Basking Ridge, NJ 07920

**Viewcrest Road Properties LLC**           (38343465)
12312 Viewcrest Rd                          (cr)
Studio City, CA 91604

**Westminster MHP**                         (38343466)
Attn Office Manager                         (cr)
14272 Hoover Street
Westminster, CA 92683

**Xcentric Ventures, LLC**                  (38343467)
500 S Mill Ave Suite 310                    (cr)
Tempe, AZ 85281

**Yelp Inc**                                (38343468)
818 W Seventh Street                        (cr)
Los Angeles, CA 90017

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/07/2018 19:21:54 | | |
| **PACER Login:** | lenalbert0499:2584862:0 | **Client Code:** BK |
| **Description:** | Creditor List | **Search Criteria:** 8:18-bk-10548-ES Creditor Type: All |
| **Billable Pages:** | 2 | **Cost:** 0.20 |

EX 16

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lenore LuAnn Albert–Sheridan** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |

Social Security number or ITIN   **xxx–xx–3020**

EIN   **20–0762198**

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   **Central District of California**

Case number:   **8:18–bk–10548–ES**

---

# Order of Discharge – Chapter 7

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lenore LuAnn Albert–Sheridan
aka Lenore LuAnn Albert–Sheridan, dba Law
Offices of Lenore Albert

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/26/19

**Dated:** <u>2/26/19</u>

**By the court:**   <u>Erithe A. Smith</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**507/AUT**

Official Form 318–CACBdodb/CACodsc **Order of Chapter 7 Discharge** page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

EX 17

EJ-130

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number and address):*<br>Philip W. Green, SBN 93159<br>Jennifer A. Needs, SBN 261153<br>SAMUELS, GREEN & STEEL, LLP<br>19800 MacArthur Boulevard, Suite 1000<br>Irvine, CA 92612<br>TELEPHONE NO.: 949-263-0004    FAX NO.: 949-263-0005<br>E-MAIL ADDRESS: phil.green@sgsattorneys.com / jneeds@sgsattorneys.com<br>ATTORNEY FOR *(Name):* Plaintiffs<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | **FOR COURT USE ONLY**<br><br>Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g). |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: 10675 S Orange Park Boulevard, LLC, a California Limited Liability Company, et al.
DEFENDANT: NORMAN KOSHAK, et al.

| | | |
|---|---|---|
| **WRIT OF** | [ ] **EXECUTION** (Money Judgment)<br>[X] **POSSESSION OF** [ ] **Personal Property**<br> [X] **Real Property**<br>[ ] **SALE** | **CASE NUMBER:**<br>30-2012-00568954 |

[X] Limited Civil Case  [ ] Small Claims Case
[ ] Unlimited Civil Case  [ ] Other _____

1. **To the Sheriff or Marshal of the County of:** ORANGE

You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* 10675 S ORANGE PARK BOULEVARD, LLC; GARY A. SCHNEIDER; and FRANCIS B. LANTIERI
is the [X] judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. Judgment debtor *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

> NORMAN KOSHAK
> 10675 S. Orange Park Blvd.
> Orange, CA 92869

[X] Additional judgment debtors on next page

5. **Judgment entered** on *(date):*
March 25, 2013

6. [ ] **Judgment renewed** on *(dates):*

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . $ 25,000.00
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . $ 0.00
13. Subtotal *(add 11 and 12)* . . . . . . . . . . . $ 25,000.00
14. Credits . . . . . . . . . . . . . . . . . . . . . $ 0.00
15. Subtotal *(subtract 14 from 13)* . . . . . . . $ 25,000.00
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . $ 0.00
17. Fee for issuance of writ . . . . . . . . . . . . $ 25.00
18. **Total** *(add 15, 16, and 17)*: . . . . . . . . . $ 25,025.00
19. Levying officer:
   (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of 10% . . . . . $ 6.85
   (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . . . $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

ALAN CARLSON, Clerk of the Court

[SEAL]


Issued on *(date):* 05/22/2013

Clerk, by _____ , Deputy

Vanessa Olea

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5

EJ-130

| PLAINTIFF: 10675 S Orange Park Boulevard, LLC, a California Limited Liability Company, et al.<br>DEFENDANT: NORMAN KOSHAK, et al. | CASE NUMBER:<br>30-2012-00568954 |

### — Items continued from page 1—

21. [x] **Additional judgment debtor** (name, type of legal entity stated in judgment if not a natural person, and last known address):

HELEN KOSHAK
10675 S. Orange Park Blvd.
Orange, CA  92869

22. [ ] **Notice of sale** has been requested by (name and address):

23. [ ] **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on (date):
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   a. on (date):
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   c. [ ] additional costs against certain joint debtors (itemize):

24. [x] (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:  VO
   a. [x] Possession of real property: The complaint was filed on (date): XXXXXXXXXXXX 05/04/12
      **(Check (1) or (2)):**
      (1) [x] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
            The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) [ ] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
            (a) $____ was the daily rental value on the date the complaint was filed.
            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates (specify):
   b. [ ] Possession of personal property.
      [ ] If delivery cannot be had, then for the value (itemize in 24e) specified in the judgment or supplemental order.
   c. [ ] Sale of personal property.
   d. [ ] Sale of real property.
   e. Description of property:
      10675 S. Orange Park Blvd., Orange, CA  92869

---

**NOTICE TO PERSON SERVED**
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying Notice of Levy (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).

EJ-130 [Rev. January 1, 2012]                     **WRIT OF EXECUTION**                                      Page 2 of 2

EX 18

EJ-130

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number and address):*

Philip W. Green, SBN 93159
Jennifer A. Needs, SBN 261153
SAMUELS, GREEN & STEEL, LLP
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612

TELEPHONE NO.: 949-263-0004    FAX NO.: 949-263-0005
E-MAIL ADDRESS: phil.green@sgsattorneys.com / jneeds@sgsattorneys.com
ATTORNEY FOR *(Name):* Plaintiffs

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: 10675 S Orange Park Boulevard, LLC, a
California Limited Liability Company, et al.
DEFENDANT: NORMAN KOSHAK, et al.

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

AUG 23 2013

ALAN CARLSON, Clerk of the Court

BY _____ DEPUTY

Pursuant to California Government Code § 68150(f). the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

| WRIT OF | [ ] EXECUTION (Money Judgment) [x] POSSESSION OF [ ] Personal Property [ ] [x] Real Property [ ] SALE | CASE NUMBER: 30-2012-00568954 |
|---|---|---|

[x] Limited Civil Case    [ ] Small Claims Case
[ ] Unlimited Civil Case    [ ] Other

1. **To the Sheriff or Marshal of the County of:** ORANGE
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* 10675 S ORANGE PARK BOULEVARD, LLC; GARY A. SCHNEIDER; and FRANCIS B. LANTIERI
   is the [x] judgment creditor    [ ] assignee of record    whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   NORMAN KOSHAK
   10675 S. Orange Park Blvd.
   Orange, CA 92869

   [x] Additional judgment debtors on next page

5. **Judgment entered on** *(date):*
   March 25, 2013

6. [ ] Judgment renewed on *(dates):*

7. **Notice of sale under this writ**
   a. [x] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

[SEAL]

| | |
|---|---|
| 9. [x] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale. | |
| 10. [ ] This writ is issued on a sister-state judgment. | |
| 11. Total judgment .................. $ | 25,000.00 |
| 12. Costs after judgment (per filed order or memo CCP 685.090) ............ $ | 0.00 |
| 13. Subtotal *(add 11 and 12)* ............ $ | 25,000.00 |
| 14. Credits ...................... $ | 0.00 |
| 15. Subtotal *(subtract 14 from 13)* ....... $ | 25,000.00 |
| 16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees).. $ | 0.00 |
| 17. Fee for issuance of writ ........... $ | 25.00 |
| 18. Total *(add 15, 16, and 17)*: .......... $ | 25,025.00 |
| 19. Levying officer: (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of 10% ...... $ | 6.85 |
| (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(l)) ............. $ | 0.00 |

20. [ ] The amounts called for in items 11–19 are different for each debtor.
    These amounts are stated for each debtor on Attachment 20.

ALAN CARLSON, Clerk of the Court

Issued on *(date):* 05/22/2013    Clerk, by _____ , Deputy
Vanessa Olea

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Legal
Solutions
Plus

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5

EJ-130

| PLAINTIFF: 10675 S Orange Park Boulevard, LLC, a California Limited Liability Company, et al.<br>DEFENDANT: NORMAN KOSHAK, et al. | CASE NUMBER:<br>30-2012-00568954 |

— Items continued from page 1—

21. [x] **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

HELEN KOSHAK
10675 S. Orange Park Blvd.
Orange, CA   92869

22. [ ] **Notice of sale** has been requested by *(name and address):*

23. [ ] **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   c. [ ] additional costs against certain joint debtors *(itemize):*

24. [x] *(Writ of Possession or Writ of Sale)* **Judgment** was entered for the following:    *VO*
   a. [x] Possession of real property: The complaint was filed on *(date):* ~~XXXXXXXXXXX~~ 05/04/12
      **(Check (1) or (2)):**
      (1) [x] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
             The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) [ ] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
             (a) $_____ was the daily rental value on the date the complaint was filed.
             (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
                 dates *(specify):*
   b. [ ] Possession of personal property.
      [ ] If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. [ ] Sale of personal property.
   d. [ ] Sale of real property.
   e. Description of property:
      10675 S. Orange Park Blvd., Orange, CA   92869

---

**NOTICE TO PERSON SERVED**

**WRIT OF EXECUTION OR SALE.** Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).

**WRIT OF POSSESSION OF PERSONAL PROPERTY.** If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

**WRIT OF POSSESSION OF REAL PROPERTY.** If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

| EJ-130 [Rev. January 1, 2012] | **WRIT OF EXECUTION** | Page 2 of 2 |

| ATTORNEY (Name and Address): | | LEVYING OFFICER (Name and Address): |
|---|---|---|
| Samuel, Green & Steel, LLP<br>19800 MacArthur Boulevard<br>Suite 1000<br>Irvine, CA 92612<br><br>Ref #:<br>ATTORNEY FOR: 10875 S Orange Park Boulevard, LLC Gary A. Schneider and<br>NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>Frances B. Landen<br>Orange County Superior Court<br>700 CIVIC CENTER DRIVE WEST<br>SANTA ANA, CA 92701<br>Central Justice Center | TELEPHONE NO.: **(949) 263-0004** | Orange County Sheriff's Office<br>Sheriff's Civil Division<br>Suite 2<br>909 N. Main Street<br>Santa Ana, CA 92701<br><br>**(714) 569-3700**<br>Fax: (714) 569-2368<br><br>California Relay Service Number<br>(800) 736-2929 TDD or 711 |
| PLAINTIFF:<br>10875 S Orange Park Boulevard, LLC, a California Limited Lia<br>DEFENDANT:<br>Norman Koshak, et al | | COURT CASE NO.:<br>**30-2012-00568954** |
| **Return on Writ of Possession** | | LEVYING OFFICER FILE NO.:<br>**2013611706** |

I, Sandra Hutchens, Sheriff, County of Orange, State of California, hereby certify that I received the annexed writ on 6/5/2013, and that the herein defendant(s):

Norman Koshak, Helen Koshak

Eviction Address:    10875 S. Orange Park Blvd.
                     Orange, CA 92869

Was/were served with a notice to surrender the premises within five (5) days or I would proceed to enforce said writ.  My proceedings under the writ, and the return there on, are those as indicated below:

Copy of Notice posted at premises on 06/10/2013
Copy of Notice mailed to defendant(s) on 6/10/2013

I served the same by placing the plaintiff in quiet and peaceful possession of the premises on 06/25/2013, I returned said writ satisfied as to plaintiff's possession only and with accrued costs of $125.00.

Executed on: Friday, August 16, 2013

Sandra Hutchens
Sheriff-Coroner

_____
Sheriff's Authorized Agent

EX 19

1   STATE BAR OF CALIFORNIA
    OFFICE OF CHIEF TRIAL COUNSEL
2   JAYNE KIM, No. 174614
    CHIEF TRIAL COUNSEL
3   JOSEPH R. CARLUCCI, No. 172309
    DEPUTY CHIEF TRIAL COUNSEL
4   MIA R. ELLIS, No. 228235
    ACTING ASSISTANT CHIEF TRIAL COUNSEL
5   BROOKE A. SCHAFER, No. 194824
    SUPERVISING SENIOR TRIAL COUNSEL
6   ERIN MCKEOWN JOYCE, No. 149946
    SENIOR TRIAL COUNSEL
7   845 South Figueroa Street
    Los Angeles, California 90017-2515
8   Telephone: (213) 765-1356

9

10                          STATE BAR COURT

11                HEARING DEPARTMENT - LOS ANGELES

12

13   In the Matter of:                )   Case Nos.  15-O-11311
                                       )              15-O-11708
14   LENORE LUANN ALBERT               )              15-O-12260
     No. 210876,                       )
15                                     )   NOTICE OF DISCIPLINARY CHARGES
                                       )
16   A Member of the State Bar         )
                                       )
17                                     )
                                       )
18                   **NOTICE - FAILURE TO RESPOND!**

19       **IF YOU FAIL TO FILE A WRITTEN ANSWER TO THIS NOTICE
         WITHIN 20 DAYS AFTER SERVICE, OR IF YOU FAIL TO APPEAR
20       AT THE STATE BAR COURT TRIAL:**

21       **(1)  YOUR DEFAULT WILL BE ENTERED;**
         **(2)  YOUR STATUS WILL BE CHANGED TO INACTIVE AND YOU
22             WILL NOT BE PERMITTED TO PRACTICE LAW;**
         **(3)  YOU WILL NOT BE PERMITTED TO PARTICIPATE FURTHER
23             IN THESE PROCEEDINGS UNLESS YOU MAKE A TIMELY
               MOTION AND THE DEFAULT IS SET ASIDE, AND;**
24       **(4)  YOU SHALL BE SUBJECT TO ADDITIONAL DISCIPLINE.
               SPECIFICALLY, IF YOU FAIL TO TIMELY MOVE TO SET
25             ASIDE OR VACATE YOUR DEFAULT, THIS COURT WILL
               ENTER AN ORDER RECOMMENDING YOUR DISBARMENT
26             WITHOUT FURTHER HEARING OR PROCEEDING. SEE RULE
               5.80 ET SEQ., RULES OF PROCEDURE OF THE STATE BAR OF
27             CALIFORNIA.**

28

                              -1-        EX 11

The State Bar of California alleges:

## JURISDICTION

1. Respondent Lenore LuAnn Albert was admitted to the practice of law in the State of California on December 5, 2000, was a member at all times pertinent to these charges, and is currently a member of the State Bar of California.

## COUNT ONE

Case No. 15-O-11311
Business and Professions Code, section 6068(i)
[Failure to Cooperate in State Bar Investigation]

2. Respondent failed to cooperate and participate in a disciplinary investigation pending against Respondent by failing to provide a substantive response to the State Bar's letters of July 7, 2015 and July 29, 2015, which Respondent received, that requested Respondent's response to the allegations of misconduct being investigated in State Bar Case No. 15-O-11311, in wilful violation of Business and Professions Code section 6068(i).

## COUNT TWO

Case No. 15-O-11708
Business and Professions Code section 6103
[Failure to Obey a Court Order]

3. Respondent disobeyed or violated an order of the court requiring Respondent to do or forbear an act connected with or in the course of Respondent's profession which Respondent ought in good faith to do or forbear by failing to comply with the three August 31, 2012 discovery orders to pay sanctions of $2,675.50, $1,242.50, and 1,820, respectively, in Orange County Superior Court case no. 30-2012-00568954-CL-UD-CJC entitled *10675 Orange Park Boulevard, LLC v. Koshak* in wilful violation of Business and Professions Code section 6103.

## COUNT THREE

Case No. 15-O-11708
Business and Professions Code section 6103
[Failure to Obey a Court Order]

4. Respondent disobeyed or violated an order of the court requiring Respondent to do or forbear an act connected with or in the course of Respondent's profession which

-2-

1  Respondent ought in good faith to do or forbear by failing to comply with the January 18,

2  2013 discovery order to pay sanctions of $3,015, in Orange County Superior Court case no.

3  30-2011-00501359-CU-OR-CJC entitled *Norman Koshak v. Neil H. Leventhal*, in wilful

4  violation of Business and Professions Code section 6103.

5                                      COUNT FOUR

6                                  Case No. 15-O-12260
                             Business and Professions Code section 6103
7                                  [Failure to Obey a Court Order]

8       5.  Respondent disobeyed or violated an order of the court requiring Respondent to

9  do or forbear an act connected with or in the course of Respondent's profession which

10  Respondent ought in good faith to do or forbear by failing to comply with the January 23,

11  2013 order to pay sanctions of $1,500, in Orange County Superior Court case no. 30-2012-

12  0056502-CU-BT-CJC entitled *Spinosi v. Quality Loan Service Corporation, et al.* in wilful

13  violation of Business and Professions Code section 6103.

14                          **NOTICE - INACTIVE ENROLLMENT!**

15  **YOU ARE HEREBY FURTHER NOTIFIED THAT IF THE STATE
    BAR COURT FINDS, PURSUANT TO BUSINESS AND**
16  **PROFESSIONS CODE SECTION 6007(c), THAT YOUR CONDUCT
    POSES A SUBSTANTIAL THREAT OF HARM TO THE INTERESTS**
17  **OF YOUR CLIENTS OR TO THE PUBLIC, YOU MAY BE
    INVOLUNTARILY ENROLLED AS AN INACTIVE MEMBER OF**
18  **THE STATE BAR.  YOUR INACTIVE ENROLLMENT WOULD BE
    IN ADDITION TO ANY DISCIPLINE RECOMMENDED BY THE**
19  **COURT.**

20                          **NOTICE - COST ASSESSMENT!**

21  **IN THE EVENT THESE PROCEDURES RESULT IN PUBLIC
    DISCIPLINE, YOU MAY BE SUBJECT TO THE PAYMENT OF**
22  **COSTS INCURRED BY THE STATE BAR IN THE INVESTIGATION,
    HEARING AND REVIEW OF THIS MATTER PURSUANT TO**
23  **BUSINESS AND PROFESSIONS CODE SECTION 6086.10.**

24                                   Respectfully submitted,

25                              THE STATE BAR OF CALIFORNIA
26                              OFFICE OF THE CHIEF TRIAL COUNSEL

27  DATED:  December 16, 2015        By: _____
                                          Erin McKeown Joyce
28                                        SENIOR TRIAL COUNSEL

                                        -3-

EX 20

Case 8:18-cv-01065-SJO-DFM Document 19-1 Filed 07/24/18 Page 95 of 103 Page ID #:936
Case 8:18-cv-01065-SJO-DFM Document 1 Filed 10/03/18 Page 95 of 103
Part 2 Page Page 62 of 69

FILED

DEC 1 3 2017

**Jorge** Navarrete Clerk

_____

Deputy

kwiktag® 226 154 732

State Bar Court No. 15-O-11311

S243927

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re LENORE LUANN ALBERT on Discipline.

---

The petition for review and request for stay is denied.

The court orders that Lenore LuAnn Albert, State Bar Number 210876, is suspended from the practice of law in California for one year, execution of that period of suspension is stayed, and she is placed on probation for one year subject to the following conditions:

1.     Lenore LuAnn Albert is suspended from the practice of law for the first 30 days of probation, and she will remain suspended until the following conditions are satisfied:

a.     She pays the following sanctions (or reimburses the Client Security Fund, to the extent of any payment from the Fund to the payees, in accordance with section 6140.5), and furnishes proof to the State Bar Office of Probation in Los Angeles: the $2,675.50, $1,242.50, and $1,820 sanctions awards issued on August 31, 2012, by the Superior Court of Orange County in case no. 30-2012-00568954-CL-UD-CJC, plus 10 percent interest per year from August 31, 2012.

b.     If she remains suspended for two years or more as a result of not satisfying the preceding requirements, she must also provide proof to the State Bar Court of her rehabilitation, fitness to practice, and learning and ability in the general law before her suspension will be terminated.  (Rules Proc. of State Bar, tit. IV, Stds. for Atty. Sanctions for Prof. Misconduct, std. 1.2(c)(1).)

2.     Lenore LuAnn Albert must comply with the other conditions of probation recommended by the Review Department of the State Bar Court in its Opinion filed on June 30, 2017; and

3.     At the expiration of the period of probation, if Lenore LuAnn Albert has complied with all conditions of probation, the period of stayed suspension will be satisfied and that suspension will be terminated.

Lenore LuAnn Albert must also take and pass the Multistate Professional Responsibility Examination within one year after the effective date of this order and provide satisfactory proof of such passage to the State Bar's Office of Probation in Los Angeles within the same period.   Failure to do so may result in suspension.   (Cal. Rules of Court, rule 9.10(b).)

If Lenore LuAnn Albert remains suspended for 90 days or more, she must comply with the requirements of rule 9.20 of the California Rules of Court, and perform the acts specified in subdivisions (a) and (c) of that rule within 120 and 130 days, respectively, after the effective date of this order.   Failure to do so may result in disbarment or

suspension.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment.

I, Jorge Navarrete, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court as shown by the records of my office.

Witness my hand and the seal of the Court this

13 day of December 20 17
          Month

By: _____
              Deputy

CANTIL-SAKAUYE
*Chief Justice*

EX 21

SUPREME COURT
**F I L E D**

JUN 17 2024

**Jorge Navarrete Clerk**

_____

**Deputy**

State Bar Court - No. SBC-22-O-30348

## S284532

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

In re LENORE LUANN ALBERT on Discipline.

The "Motion to Augment the Record or Judicially Notice the Declarations in the Alternative" is denied.

The "Ex Parte Application to Set Aside or Stay the Interim Suspension" is denied.

The petition for review is denied.

The court orders that Lenore LuAnn Albert (Respondent), State Bar Number 210876, is disbarred from the practice of law in California and that Respondent's name is stricken from the roll of attorneys.

Respondent must comply with California Rules of Court, rule 9.20, and perform the acts specified in (a) and (c) of that rule within 30 and 40 calendar days, respectively, after the date this order is filed. (*Athearn v. State Bar* (1982) 32 Cal.3d 38, 45 [the operative date for identification of clients being represented in pending matters and others to be notified is the filing date of this order].)

Respondent must pay monetary sanctions to the State Bar of California Client Security Fund in the amount of $5,000 in accordance with Business and Professions Code section 6086.13 and rule 5.137 of the Rules of Procedure of the State Bar. Monetary sanctions are enforceable as a money judgment and may be collected by the State Bar through any means permitted by law.

Costs are awarded to the State Bar in accordance with Business and Professions Code section 6086.10 and are enforceable both as provided in Business and Professions Code section 6140.7 and as a money judgment, and may be collected by the State Bar through any means permitted by law.

**GUERRERO**
_____
*Chief Justice*

I, Jorge Navarrete, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court as shown by the records of my office.

Witness my hand and the seal of the Court this

_____ day of JUN 2 4 2024 20_____
Month

By: _____
Deputy



Ex 6
120

EX 22

## Supreme Court of the United States
### OFFICE OF THE CLERK
### WASHINGTON, D.C. 20543



# LENORE ALBERT
# OF HUNTINGTON BEACH, CA

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the twenty-first day of May, in the year two thousand and seven, and is now a member of the Bar of this Court in good standing.



In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this nineteenth day of November 2024.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer

EX 23

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  Lenore L. Albert<br>   Debtor<br>_____<br><br><br>LENORE L. ALBERT,<br><br>    Appellant.<br><br> v.<br><br>STATE BAR OF CALIFORNIA, et al.;<br><br>    Appellees. | No. 24-3305<br><br>BAP No.<br>23-1024<br>Bankruptcy Appellate Panel for<br>California Central,<br>Santa Ana<br><br>ORDER |
| In re:  Ms. LENORE L. ALBERT, Attorney<br><br>   Debtor<br>_____<br><br><br>STATE BAR OF CALIFORNIA,<br><br>    Appellant.<br><br> v.<br><br>Ms. LENORE L. ALBERT, Attorney,<br><br>    Appellee. | No. 24-3523<br>BAP No.<br>23-1024<br>Bankruptcy Appellate Panel for<br>California Central,<br>Santa Ana |

The court is of the unanimous opinion that the facts and legal arguments are

adequately presented in the briefs and record and the decisional process would not

be significantly aided by oral argument. This case shall be submitted on the briefs

and record, without oral argument, on May 19, 2025, in Pasadena, California. *See*

Fed. R. App. P. 34(a)(2).


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT