| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>Central Justice Center<br>700 W. Civic Center Drive<br>Santa Ana, CA 92702 ||
|---|---|
| **SHORT TITLE:** 10675 S Orange Park Boulevard, LLC vs. Koshak ||
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>30-2012-00568954-CL-UD-CJC |

I certify that I am not a party to this cause. I certify that a true copy of the above Minute Order dated 08/06/25 has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practice and addressed as indicated below. This certification occurred at Santa Ana, California on 8/6/25. Following standard court practice the mailing will occur at Sacramento, California on 8/7/25.

LENORE L. ALBERT
1968 S COAST HIGHWAY 3960
LAGUNA BEACH, CA 92651

Clerk of the Court, by: _R. Juarez_, Deputy

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 08/06/25, was transmitted electronically by an Orange County Superior Court email server on August 6, 2025, at 8:14:14 AM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

| | |
|---|---|
| LAW OFFICES OF LENORE ALBERT<br>LENALBERT@INTERACTIVECOUNSEL.COM | LENORE L. ALBERT<br>LENALBERT@INTERACTIVECOUNSEL.COM |
| SAMUELS, GREEN & STEEL, LLP<br>JACKIE.NGUYEN@SGSATTORNEYS.COM | SAMUELS, GREEN & STEEL, LLP<br>JENNIFER.NEEDS@SGSATTORNEYS.COM |
| SAMUELS, GREEN & STEEL, LLP<br>JNEEDS@SGSATTORNEYS.COM | SAMUELS, GREEN & STEEL, LLP<br>JNGUYEN@SGSATTORNEYS.COM |
| SAMUELS, GREEN & STEEL, LLP<br>OCABANDAY@SGSATTORNEYS.COM | SAMUELS, GREEN & STEEL, LLP<br>PHILIP.GREEN@SGSATTORNEYS.COM |
| SAMUELS, GREEN & STEEL, LLP<br>SCOTT.ALBRECHT@SGSATTORNEYS.COM | |

Clerk of the Court, by: ____R. Juarez_____, Deputy

---

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 08/06/2025     TIME: 08:09:00 AM     DEPT: C66
JUDICIAL OFFICER PRESIDING: Jason Baez
CLERK: R. Juarez
REPORTER/ERM:
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2012-00568954-CL-UD-CJC**     CASE INIT.DATE: 05/14/2012
CASE TITLE: **10675 S Orange Park Boulevard, LLC vs. Koshak**
CASE CATEGORY: Civil - Limited     CASE TYPE: Unlawful Detainer - Residential

EVENT ID/DOCUMENT ID: 74626845
**EVENT TYPE:** Chambers Work

**APPEARANCES**

There are no appearances by any party.

The Court, having taken the above-entitled matter under submission on 05/16/2025 and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

**The Court has reviewed papers submitted by Lenore Albert, the records and files of the Court and has carefully analyzed each basis for vacating the orders awarding sanctions entered on 08/31/12. It has determined that under Bankruptcy Code 11 U.S.C.A. 524(a)(1) the sanctions orders are void. [See, also,** *Hurley v. Bredehorn* **(1996) 44 Cal.App.4th 1700, 1704 [Bankruptcy Code "clear and unambiguous" order of discharge of personal liability renders orders void]**

**In light of the decision that the Bankruptcy Code compels the Court to order that the sanctions orders are void and must be vacated, the Court does not address other grounds raised and offers no opinion on them.**

Court orders Clerk to give notice.