# RE: Albert v Tyler Technologies - Meet and Confer - Stipulation to Supplement Pleadings

From: Kevin Gilbert (kgilbert@ohhlegal.com)

To: lenalbert@interactivecounsel.com; theresa.marasco@gmail.com; westmorelandlw7@gmail.com; codethree53@gmail.com; larrylytran@gmail.com; jim.ocon@oconcompany.com; chadprattsr@gmail.com; zach.timm@klgates.com

Cc: beth.petronio@klgates.com; suzanne.grandt@calbar.ca.gov; nfine@ohhlegal.com; elabella@ohhlegal.com; jgarcia@ohhlegal.com

Date: Tuesday, July 8, 2025 at 03:20 PM PDT

Also publicly posted here: https://www.scribd.com/doc/312184591/Albert-Decapitated-Letter-and-Transcript-2-22-10

**From:** Kevin Gilbert
**Sent:** Tuesday, July 8, 2025 3:09 PM
**To:** lenore albert <lenalbert@interactivecounsel.com>; Theresa Marasco <theresa.marasco@gmail.com>; Leslie Westmoorland <westmorelandlw7@gmail.com>; R. M. <codethree53@gmail.com>; Larry Tran <larrylytran@gmail.com>; Jim Ocon <jim.ocon@oconcompany.com>; Chad Pratt <chadprattsr@gmail.com>; Timm, Zach T. <zach.timm@klgates.com>
**Cc:** Petronio, Beth W. <beth.petronio@klgates.com>; Suzanne Grandt <suzanne.grandt@calbar.ca.gov>; Nicholas D. Fine <nfine@ohhlegal.com>; Elena LaBella <elabella@ohhlegal.com>; Jennifer Garcia <jgarcia@ohhlegal.com>
**Subject:** RE: Albert v Tyler Technologies - Meet and Confer - Stipulation to Supplement Pleadings

https://voiceofoc.org/wp-content/uploads/2018/03/Lenore-Albert-June-4-2007-letter.pdf

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Thursday, July 3, 2025 2:10 PM
**To:** Theresa Marasco <theresa.marasco@gmail.com>; Leslie Westmoorland <westmorelandlw7@gmail.com>; R. M. <codethree53@gmail.com>; Larry Tran <larrylytran@gmail.com>; Jim Ocon <jim.ocon@oconcompany.com>; Chad Pratt <chadprattsr@gmail.com>; Timm, Zach T. <zach.timm@klgates.com>; Kevin Gilbert <kgilbert@ohhlegal.com>
**Cc:** Petronio, Beth W. <beth.petronio@klgates.com>; Suzanne Grandt <suzanne.grandt@calbar.ca.gov>; Nicholas D. Fine <nfine@ohhlegal.com>; Elena LaBella <elabella@ohhlegal.com>; Jennifer Garcia <jgarcia@ohhlegal.com>
**Subject:** Re: Albert v Tyler Technologies - Meet and Confer - Stipulation to Supplement Pleadings

Case 8:25-cv-00647-JLS-DFM    Document 134-34    Filed 10/28/25    Page 2 of 5    Page ID #:6258

Where did you obtain the Grafton letter from and the 2008 Reporter's transcript, if it was not from the State Bar and how did you learn it was part of a State Bar investigation?

Sincerely,

Lenore Albert

lenorealbert.com/

On Thursday, July 3, 2025 at 02:08:11 PM PDT, Kevin Gilbert <kgilbert@ohhlegal.com> wrote:

Please accept this response on behalf of the State Bar Defendants in the federal litigation. Many of your statements are factually incorrect and appear to reflect a misunderstanding of both the relevant facts and law. To be perfectly clear – both in response to your insinuations below and elsewhere – at no time have we (as legal counsel) or any of the State Bar Defendants ever improperly disclosed any private or protected information related to you. Any and all information attached to our prior Requests for Judicial Notice was obtained from public records and websites, such as from multiple court dockets, the Supreme Court's docket and other publicly available records.

I trust this adequately addresses your prior comments and queries.

Thank you,

Kevin

---

**From:** Petronio, Beth W. <beth.petronio@klgates.com>
**Sent:** Thursday, July 3, 2025 12:53 PM
**To:** lenore albert <lenalbert@interactivecounsel.com>; Theresa Marasco <theresa.marasco@gmail.com>; Leslie Westmoorland <westmorelandlw7@gmail.com>; R. M. <codethree53@gmail.com>; Larry Tran <larrylytran@gmail.com>; Jim Ocon <jim.ocon@oconcompany.com>; Chad Pratt <chadprattsr@gmail.com>; Kevin Gilbert <kgilbert@ohhlegal.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Nicholas D. Fine <nfine@ohhlegal.com>; Elena LaBella <elabella@ohhlegal.com>; Jennifer Garcia <jgarcia@ohhlegal.com>; Suzanne Grandt <suzanne.grandt@calbar.ca.gov>
**Subject:** RE: Albert v Tyler Technologies - Meet and Confer - Stipulation to Supplement Pleadings

Ms. Albert

Tyler disagrees with your suggestion that Tyler has disparaged you to the court or that there has been any invasion of your privacy or other actions occurring since this litigation was first filed that would give rise to any claims against Tyler.

We therefore are not in agreement with your request that we stipulate that you and the other plaintiffs be given an additional two months beyond that already provided to amend your complaint or that we stipulate that you may amend to add new claims unrelated to the originally-filed claims. As far as your concern regarding the related-case recognition, we recognize that the cases are related and believe the court is aware of that as well, so and we take no issue with your recently-filed notice of related case.

Thank you,

Beth

**K&L GATES**

**Beth W. Petronio**
Managing Partner, Dallas
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, Texas 75230
Office: 214.939.5815

Cell: 214.707.5022
Fax: 214.939.5849
beth.petronio@klgates.com

www.klgates.com

---

**From:** lenore albert <lenalbert@interactivecounsel.com>
**Sent:** Tuesday, July 1, 2025 4:30 PM
**To:** Petronio, Beth W. <beth.petronio@klgates.com>; Theresa Marasco <theresa.marasco@gmail.com>; Leslie Westmoorland <westmorelandlw7@gmail.com>; R. M. <codethree53@gmail.com>; Larry Tran <larrylytran@gmail.com>; Jim Ocon <jim.ocon@oconcompany.com>; Chad Pratt <chadprattsr@gmail.com>; Kevin Gilbert <kgilbert@ohhlegal.com>; Timm, Zach T. <Zach.Timm@klgates.com>; Nicholas D. Fine <nfine@ohhlegal.com>; Elena LaBella <elabella@ohhlegal.com>; Jennifer Garcia <jgarcia@ohhlegal.com>; Suzanne Grandt <suzanne.grandt@calbar.ca.gov>
**Subject:** Albert v Tyler Technologies - Meet and Confer - Stipulation to Supplement Pleadings

Dear Counsel and parties,

There are events that have occurred since we first filed this litigation on September 16, 2024. The following events include:

1. Threat of sanctions for pursuing litigation including sanctions under Rule 11 and 128.7.

7/10/25, 10:47 AM
Case 8:25-cv-00647-JLS-DFM   Document 134-34   Filed 10/28/25   Page 4 of 5   Page ID #:6260
Yahoo Mail - RE: Albert v. Tyler Technologies - Meet and Confer / Stipulation to Supplement Pleadings

2. Discovery that the State Bar did not report the contempt sanctions to the Board or California Supreme Court and told the IRS it was a prize or award.

3. Mandate has issued in Albert v Farfan (State Bar) allowing me to seek damages for violation of automatic stay and the State Bar costs as excessive fines under the California Constitution.

4. Representatives of Tyler Technologies and the State Bar disparaging me to the court and my former clients based on a nonlawyer Dan Nardo's representations via email or otherwise without consulting with me first, and possibly invading my right to privacy in the process

5. Invading my right to privacy, further breaching State Bar's mandatory duty under 6086.1 by revealing publicly that I was under State Bar investigation in 2008 when no public disciplinary charges resulted in said investigation.

The State Bar wants 45 days to review my tort claim form and currently the Bankruptcy court has set the status conference for September 2025. The court has not ruled on my application to advance that date. The State Bar costs of 2018 and 2019 are part of the bankruptcy proceeding, but the 2024 Bar costs came after the appeal. Thus, it is premature at this point to determine if the bankruptcy court is going to issue relief as to all Bar costs or just those I previously paid because they are obviously excessive fines in violation of the California Constitution. If the entire Code section is found to be unconstitutional by the bankruptcy court, then that would take care of the 2024 costs issue as well. Furthermore, the stay violation could very well put to bed the illegal disciplinary action based on the state bar unlawful withholding of my license to practice law, which could narrow the first amendment retaliation claims.

As such, I propose the following stipulation:

1. Stipulate to give the plaintiffs until September 21, 2025 to file their Second Amended Complaint;

2. Stipulate that plaintiffs may supplement the complaint with new claims related to new events, transactions and occurrences that occurred since the filing of the action on September 16, 2024.

3. Stipulate that this action is related to the September 16, 2024 action (the court seems to keep missing that point).

Of course, I would need all parties, the defendants and co-plaintiffs to agree so I am sending this email and request a response by July 3, 2025 whether you stipulate or not. Thank you.

Sincerely,

Lenore Albert

lenorealbert.com/

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at beth.petronio@klgates.com.

7/10/25, 10:47 AM                    Yahoo Mail - RE: Albertville/Tyler Technologies - Meet and Confer / Stipulation to Supplement Pleadings

Case 8:25-cv-00647-JLS-DFM    Document 134-34    Filed 10/28/25    Page 5 of 5    Page ID #:6261