WHEN RECORDED MAIL TO:

Samuels, Green & Steel, LLP
19800 MacArthur Blvd, Suite 1000
Irvine, CA 92612
Attn: Philip W. Green, Esq.

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

18.00
*$R0005385429$*
2012000744047 2:28 pm 12/03/12
62 417 D11 A36   2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF TRUST WITH ASSIGNMENT OF RENTS

**This DEED OF TRUST**, made _October 30_, 2012, between 10675 S ORANGE PARK BOULEVARD, LLC, a California limited liability company, herein called TRUSTOR, whose address is C/O Neil Leventhal, 200 Culver Boulevard, Playa del Rey, CA 90293,

FIRST AMERICAN TITLE COMPANY, herein called TRUSTEE,

and SAMUELS, GREEN & STEEL, LLP, a California limited liability partnership, herein called BENEFICIARY,

WITNESSETH: That Trustor grants to Trustee in trust, with power of sale, that property in the County of Orange, State of California, described as:

Parcel 1, in the County of Orange, State of California, as per Map recorded in Book 154, Pages 15 and 16 of Maps, in the Office of the County Recorder of said County.

together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits for the purpose of securing (1) payment of all attorneys' fees and costs incurred by Trustor to Beneficiary with interest thereon according to the terms of a separate written agreement of even date herewith made by Trustor and Beneficiary, and extensions or renewals thereof, (2) the performance of each agreement of Trustor incorporated by reference or contained herein and (3) payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or Trustor's successors or assigns, when evidenced by an instrument reciting it is secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious deed of trust recorded in Orange County August 17, 1964, and in all other counties August 18, 1964, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

5687\001\deed of trust assignment of rents ca short form.doc

1

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | SERIES 5 Book 1964, Page 149774 | | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on pages 3 and 4 hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed the maximum allowed by law.

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

If the Trustor shall sell, convey, encumber or alienate said property, or any part thereof, or any interest therein, or shall be divested of its title or any interest therein in any manner or way, whether voluntarily or involuntarily, without the written consent of the Beneficiary being first had and obtained, Beneficiary shall have the right, at its option, except as prohibited by law, to declare any indebtedness or obligations secured hereby, irrespective of the maturity date specified in any note evidencing the same, immediately due and payable.

On 10/30/12 before me, Matthew Birnbaum Notary Public (here insert name and title of the officer), personally appeared Neil Leventhal who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**NOTARY PUBLIC SIGNATURE**

Signature of Trustor

10675 S Orange Park Boulevard, LLC, a California limited liability company

By: _____
Neil Leventhal, Manager

[SEAL]

MATTHEW BIRNBAUM
Commission # 1961020
Notary Public - California
Los Angeles County
My Comm. Expires Nov 19, 2015

2

5687\001\deed of trust assignment of rents ca short form.doc



THIS IS A CERTIFIED COPY OF THE RECORD IF IT BEARS THE SEAL, AND SIGNATURE OF THE ORANGE COUNTY CLERK-RECORDER.
DATE: 08/22/2014
CERTIFICATION FEE: 3.00

COUNTY CLERK-RECORDER

*Hugh Nguyen*

ORANGE COUNTY
STATE OF CALIFORNIA

*Certified Copy of document number 201200744047*

```
Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder
```
30.00

*$R0006816565$*
2014000269792  4:11 pm 07/08/14
276 417 D11 A36 F14  5
0.00 0.00 0.00 0.00 12.00 0.00 0.00 0.00

WHEN RECORDED MAIL TO:

Samuels, Green & Steel, LLP
19800 MacArthur Blvd, Suite 1000
Irvine, CA 92612
Attn: Philip W. Green, Esq.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DEED OF TRUST WITH ASSIGNMENT OF RENTS

This DEED OF TRUST, made as of June 5, 2014, is between

10675 S ORANGE PARK BOULEVARD, LLC, a California limited liability company, and

LINCOLN TRUST COMPANY TRUSTEE FBO FRANCES B. LANTIERI SEP IRA #XXXXXXXX, and

LINCOLN TRUST COMPANY TRUSTEE FBO GARY A. SCHNEIDER SEP IRA #XXXXXXXX, herein collectively called TRUSTOR, whose addresses are C/O Neil Leventhal, 200 Culver Boulevard, Playa del Rey, CA 90293,

FIRST AMERICAN TITLE COMPANY, herein called TRUSTEE, and

SAMUELS, GREEN & STEEL, LLP, a California limited liability partnership, herein called BENEFICIARY,

WITNESSETH: That Trustor grants to Trustee in trust, with power of sale, that property in the County of Orange, State of California, described as:

Parcel 1, in the County of Orange, State of California, as per Map recorded in Book 154, Pages 15 and 16 of Maps, in the Office of the County Recorder of said County,

1

5687\001\2014 Trust Deed.doc

together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits for the purpose of securing (1) payment of $700,000 according to the terms of a separate written agreement of even date herewith made by Trustor and Beneficiary, and extensions or renewals thereof, (2) the performance of each agreement of Trustor incorporated by reference or contained herein and (3) payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or Trustor's successors or assigns, when evidenced by an instrument reciting it is secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A, and it is mutually agreed that each and all of the terms and provisions set forth in subdivision B of the fictitious deed of trust recorded in Orange County August 17, 1964, and in all other counties August 18, 1964, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | SERIES 5 Book 1964, Page 149774 | | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on pages 3 and 4 hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge therefor does not exceed the maximum allowed by law.

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

If the Trustor shall sell, convey, encumber or alienate said property, or any part thereof, or any interest therein, or shall be divested of its title or any interest therein in any manner or way, whether voluntarily or involuntarily, without the written consent of the Beneficiary being first had and obtained, Beneficiary shall have the right, at its option, except as prohibited by law, to declare any indebtedness or obligations secured hereby, irrespective of the maturity date specified in any agreement evidencing the same, immediately due and payable.

This Deed of Trust may be executed in counterparts, which together shall constitute one and the same instrument.

Signatures of Trustor:

10675 S Orange Park Boulevard, LLC,
a California limited liability company

By: _____
Neil Leventhal, Manager

Lincoln Trust Company, Trustee
FBO Francis B. Lantieri SEP IRA
#XXXXXXXX

By: _____Karen Fischer_____
Name: ~~PENSCO Trust Company~~
Title: By: Karen Fischer
       Its: Authorized Signatory

Lincoln Trust Company, Trustee
FBO Gary A. Schneider SEP IRA
#XXXXXXXX

By: _____Karen Fischer_____
Name: ~~PENSCO Trust Company~~
Title: By: Karen Fischer
       Its: Authorized Signatory

5687\001\2014 Trust Deed.doc

3

STATE OF CALIFORNIA )
) ss.
COUNTY OF Los Angeles

On June 25, 2014, before me, PATRICIA VALLE, Notary Public, personally appeared NEIL LEVENTHAL, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

PATRICIA VALLE
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1999421
LOS ANGELES COUNTY
My Comm. Exp. November 29, 2016

(SEAL)

STATE OF ~~CALIFORNIA~~ Colorado )
                                 ) ss.
COUNTY OF Denver                 )

On 7/7/14, ___, before me, Roseanna Rivera, Notary Public, personally appeared Karen Fischer, Authorized Signer, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/(she) executed the same in his/(her) authorized capacity, and that by his/(her) signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ~~California~~ Colorado that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Roseanna Rivera_
Signature of Notary Public

ROSEANNA RIVERA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20124080312
MY COMMISSION EXPIRES DECEMBER 6, 2016

(SEAL)

C:\Users\pgreen\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\PZTSEZEO\Ack-1.doc

*Certified Copy of document number 2014000269792*

THIS IS A CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL, AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: 8/7/2014

CERTIFICATION FEE: 6.00

COUNTY CLERK-RECORDER

*Hugh Nguyen*

ORANGE COUNTY
STATE OF CALIFORNIA