**Farfan, Maricruz**

| | |
|---|---|
| From: | Farfan, Maricruz |
| Sent: | Tuesday, March 20, 2018 5:39 PM |
| To: | Cleaver, Tamar |
| Cc: | Potter, Cristina |
| Subject: | RE: Leonore Albert #210876 |
| Attachments: | Slacopier1718032014510.pdf |

| Tracking: | Recipient | Delivery |
|---|---|---|
| | Cleaver, Tamar | Delivered: 3/20/2018 5:39 PM |
| | Potter, Cristina | Delivered: 3/20/2018 5:39 PM |

Good evening ladies,

Just FYI – while reviewing the attached Court orders, it shows that only Supreme Court order filed 02/14/18 had all State Bar Court numbers: 15-O-11311, 15-O-11708, 15-O-12260; the other two orders had one case number: 15-O-11311. Not sure if the SB Court would need to do anything, but just wanted to let you know.

Thank you so much!!!

Maricruz Farfan
Probation Case Specialist, Office of Probation
The State Bar of California | 845 S. Figueroa St. | Los Angeles, CA 90017
213.765.1452 | Maricruz.Farfan@calbar.ca.gov | fax: 213.765.1439

**Working to protect the public in support of the mission of the State Bar of California.**
Please consider the environment before printing this email

*This message may contain confidential information. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

---

**From:** Cleaver, Tamar
**Sent:** Monday, March 19, 2018 1:34 PM
**To:** Farfan, Maricruz
**Cc:** Potter, Cristina
**Subject:** RE: Leonore Albert #210876

Yes, it is effective the same date the Supreme Court Order is filed.

Thank you.

Tamar Cleaver
Court Specialist, State Bar Court
The State Bar of California | 845 S. Figueroa St.| Los Angeles, CA 90017
(213) 765-1419 | Tamar.Cleaver@calbar.ca.gov |
www.calbar.ca.gov | www.statebarcourt.ca.gov

*This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose*

LA AP 340 Disclosed 10/27/2021
SB-3030

the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

---

**From:** Farfan, Maricruz
**Sent:** Monday, March 19, 2018 1:06 PM
**To:** Cleaver, Tamar
**Subject:** FW: Leonore Albert #210876

Good afternoon,

Terrie wanted me to get confirmation from State Bar Court the effective date of this order is February 14, 2018. We just wanted to know if the effective date of a Supreme Court order re: rehearing is the actual filed date and not within 30 days from the filed date as other orders. Want to make sure I have the correct date before I update the reminder letter.

Thank you so much!!!

Maricruz Farfan
Probation Case Specialist, Office of Probation
The State Bar of California | 845 S. Figueroa St. | Los Angeles, CA 90017
213.765.1452 | Maricruz.Farfan@calbar.ca.gov | fax: 213.765.1439

**Working to protect the public in support of the mission of the State Bar of California.**
Please consider the environment before printing this email

*This message may contain confidential information. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

---

**From:** Goldade, Terrie
**Sent:** Friday, March 16, 2018 12:43 PM
**To:** Potter, Cristina
**Cc:** Farfan, Maricruz
**Subject:** RE: Leonore Albert #210876

Hi,
In looking at the file, I ==do not see any evidence of proof of payment of sanctions.==

Terrie Goldade
Supervising Attorney, Office of Probation
The State Bar of California | 845 S. Figueroa St. | Los Angeles, CA 90017
213.765.1494 | terrie.goldade@calbar.ca.gov | fax: 213.765.1439

**Working to protect the public in support of the mission of the State Bar of California.**
Please consider the environment before printing this email.

*This message may contain confidential information. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

---

**From:** Potter, Cristina
**Sent:** March 16, 2018 12:03 PM

LA AP 341 Disclosed 10/27/2021
SB-3031

**To:** Goldade, Terrie
**Subject:** RE: Leonore Albert #210876

Hi Terrie,

Maricruz is out today. Can you please tell me if Member satisfied the sanctions.

Cris

```
Admit Date: 12/05/2000   Member#: 210876    Status: Active
Name- Last: Albert           Sufx:          First: Lenore      Mi

Rec           Calc Projected   Actual
Cod Begin Date Days End Date   End Date   Filed Date  Reference#
20  2/14/2018       3/16/2018             2/14/2018   S243927
Discipline w/actual suspension; 1yr susp stayed. 1yr prob w/con
susp & until satisfies sanctions. Rehab, if susp for 2yr or mor
If susp for 90day or more comply w/Rule 9.20. Costs to SB per B
```

This document to which this certificate is attached, is a full, true and correct copy of the original on file and of record in the Office of Probation.

Attest: November 29, 2018

By: _____
Maricruz Farfan, Probation Deputy
State Bar of California, Office of Probation
Los Angeles, California

LA AP 343 Disclosed 10/27/2021

SB-3033