MC-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 210876 | FOR COURT USE ONLY |
|---|---|---|

NAME: Lenore Albert
FIRM NAME: Law Offices of Lenore Albert
STREET ADDRESS: 1968 S Coast Hwy #3960
CITY: Laguna Beach   STATE: CA   ZIP CODE: 92651
TELEPHONE NO.: 424-365-0741   FAX NO.:
E-MAIL ADDRESS: lenalbert@interactivecounsel.com
ATTORNEY FOR (name): Paula Gilbert-Bonnaire

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange
  STREET ADDRESS: 700 Civic Center Drive Wes
  MAILING ADDRESS:
  CITY AND ZIP CODE: Santa Ana, CA 92701
  BRANCH NAME: Central Justice Center

PLAINTIFF: Paula Gilbert-Bonnaire

DEFENDANT: Dana Demerjian; Americana Trust Deed Services

| MEMORANDUM OF COSTS (SUMMARY) | CASE NUMBER:<br>30-2019-01089080-CU-FR-CJC |
|---|---|

**The following costs are requested:**

|  |  |  | **TOTALS** |
|---|---|---|---:|
| 1. | Filing and motion fees | $ | 790.00 |
| 2. | Jury fees | $ | 150.00 |
| 3. | Jury food and lodging | $ | 0 |
| 4. | Deposition costs | $ | 3533.66 |
| 5. | Service of process | $ | 385.75 |
| 6. | Attachment expenses | $ | 0 |
| 7. | Surety bond premiums | $ | 0 |
| 8. | Witness fees | $ | 0 |
| 9. | Court-ordered transcripts | $ | 0 |
| 10. | Attorney fees *(enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required)* | $ | tbd by motion |
| 11. | Court reporter fees as established by statute | $ | 0 |
| 12. | Models, enlargements, and photocopies of exhibits | $ | 2171.53 |
| 13. | Interpreter fees | $ | 0 |
| 14. | Fees for electronic filing or service | $ | 0 |
| 15. | Fees for hosting electronic documents | $ | 0 |
| 16. | Other | $ | 91844.93 |
| | **TOTAL COSTS** | $ | 98,275.87 |

I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

Date: 11/29/2023

Lenore Albert, Esq.
_____
(TYPE OR PRINT NAME)

▶ /s/Lenore Albert
_____
(SIGNATURE OF DECLARANT)

(Proof of service on reverse)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California MC-010
[Rev. September 1, 2017]

**MEMORANDUM OF COSTS (SUMMARY)**

Code of Civil Procedure,
§§ 1032, 1033.5

**MC-010**

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Gilbert-Bonnaire v Demerjian | 30-2019-01089080-CU-FR-CJC |

## PROOF OF [ x ] MAILING [ ] PERSONAL DELIVERY

1. At the time of mailing or personal delivery, I was at least 18 years of age and **not a party** to this legal action.

2. My residence or business address is *(specify)*:
   1968 S Coast Hwy #3960, Laguna Beach, CA 92651

3. I mailed or personally delivered a copy of the *Memorandum of Costs (Summary)* as follows *(complete either a or b)*:

   a. [ x ] **Mail.** I am a resident of or employed in the county where the mailing occurred.

   (1) I enclosed a copy in an envelope AND

   (a) [ ] **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.

   (b) [ x ] **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

   (2) The envelope was addressed and mailed as follows:

   (a) Name of person served:  See attached

   (b) Address on envelope:
       See Attached Email/ Mail List

   (c) Date of mailing: 11/29/2023

   (d) Place of mailing *(city and state)*:  Coldwater, Michigan

   b. [ ] **Personal delivery.** I personally delivered a copy as follows:

   (1) Name of person served:

   (2) Address where delivered:

   (3) Date delivered:

   (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct. Date: 11/29/2023

| Lenore Albert | ▶ | /s/Lenore Albert |
|---|---|---|
| (TYPE OR PRINT NAME) | | (SIGNATURE OF DECLARANT) |

MC-010 [Rev.September 1, 2017]

**MEMORANDUM OF COSTS (SUMMARY)**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years, and not a party to the within action; that I am employed in Orange County, California; my business address is 1968 S Coast Hwy #3960, Laguna Beach, CA 92651.  On November 29, 2023, I served a copy of the following document(s) described as:

**MEMORANDUM OF COSTS**

On the interested parties in this action as follows:
**For Defendant Dana Demerjian, Trustee**
Jacoby Perez, Esq.
GERACI LAW FIRM
90 Discovery
Irvine, CA 92618
Tele.: (949) 379-2600
Fax: (949) 379-2610
E-mail: j.perez@geracillp.com


**For Defendant Americana T.D. Services aka Americana Trust Deed Services**
Douglas Lee Weeks, Esq.
1475 South State College Blvd.
Suite 224
Anaheim CA 92806
(714) 533-6471
Email: MICWKS@AOL.COM


[x] **BY EMAIL –** I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth.  (Per Covid-19 Order)
[ ] **BY MAIL–** I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Huntington Beach, California, to the aforementioned addressee(s).
I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.
Dated: November 29, 2023

    s/Lenore Albert
_____

                    Lenore Albert

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Gilbert-Bonnaire v Demerjian, et al | 30-2019-01089080-CU-FR-CJC |

## MEMORANDUM OF COSTS (WORKSHEET)

**1. Filing and motion fees**

| | Paper filed | | Filing fee |
|---|---|---|---|
| a. | Complaint | $ | 450.00 |
| b. | Motion - Fee Waiver Reimbursement to Court | $ | 60.00 |
| c. | Motion - Fee Waiver Reimbursement to Court | $ | 60.00 |
| d. | Motion - Fee Waiver Reimbursement to Court | $ | 60.00 |
| e. | Motion - Fee Waiver Reimbursement to Court | $ | 60.00 |
| f. | Motion - Fee Waiver Reimbursement to Court | $ | 60.00 |

g. [x] Information about additional filing and motion fees is contained in Attachment 1g.

TOTAL 1. $ 790.00

**2. Jury fees**

| | Date | | Fee & mileage | |
|---|---|---|---|---|
| a. | | $ | 150.00 | |
| b. | | $ | | |
| c. | | $ | | |
| d. | | $ | | |

e. [ ] Information about additional jury fees is contained in Attachment 2e.

TOTAL 2. $ 150.00

**3. Juror food:** $ _____ **and lodging:** $ _____    TOTAL 3. $ 0

**4. Deposition costs**

| | Name of deponent | Taking | | Transcribing | Travel | Videotaping | | Subtotals |
|---|---|---|---|---|---|---|---|---|
| a. | Paula Gilbert-Bonnaire | $ | $ | 1175.59 | $ | $ | $ | 1175.59 |
| b. | Dana Demerjian | $ | $ | 639.64 | $ | $ | $ | 639.64 |
| c. | Sherri Ricker for Americana | $ | $ | 1048.66 | $ | $ | $ | 1048.66 |
| d. | Scott Oots | $ | $ | 669.77 | $ | $ | $ | 669.77 |

e. [ ] Information about additional deposition costs is contained in Attachment 4e.

TOTAL 4. $ 3533.66

(Continued on reverse)

Page 4 of 31

Form Approved for Optional Use
Judicial Council of California MC-011
[Rev. September 1, 2017]
**MEMORANDUM OF COSTS (WORKSHEET)**
Code of Civil Procedure,
§§ 1032, 1033.5

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Gilbert-Bonnaire v Demerjian, et al | 30-2019-01089080-CU-FR-CJC |

5. **Service of process**

| | Name of person served | Public officer | Registered process | Publication | Other *(specify)* |
|---|---|---|---|---|---|
| a. | Dana Demerjian | $ _____ | $ _____ | $ _____ | $ _____ _____ |
| b. | Americana Trust Deed Servic | $ _____ | $ 116.25 | $ _____ | $ _____ 116.25 |
| c. | T Scott Schales | $ _____ | $ 269.50 | $ _____ | $ _____ 269.50 |

d. ☐ Information about additional costs for service of process is contained in Attachment 5d.

TOTAL 5. $ 385.75

6. Attachment expenses *(specify):*        6. $ 0

7. Surety bond premiums *(itemize bonds and amounts):*        7. $ 0

8. a. **Ordinary witness fees**

| | Name of witness | Daily fee | Mileage | Total |
|---|---|---|---|---|
| (1) | _____ | days at ___ $/day | miles at ___ ¢/mile: | $ _____ |
| (2) | _____ | days at ___ $/day | miles at ___ ¢/mile: | $ _____ |
| (3) | _____ | days at ___ $/day | miles at ___ ¢/mile: | $ _____ |
| (4) | _____ | days at ___ $/day | miles at ___ ¢/mile: | $ _____ |
| (5) | _____ | days at ___ $/day | miles at ___ ¢/mile: | $ _____ |

(6) ☐ Information about additional ordinary witness fees is contained in Attachment 8a(6).

SUBTOTAL 8a. $ 0

*(Continued on next page)*

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Gilbert-Bonnaire v Demerjian, et al | 30-2019-01089080-CU-FR-CJC |

8.  b.  **Expert fees** *(per Code of Civil Procedure section 998)*

| | Name of witness | | Fee | | |
|---|---|---|---|---|---|
| (1) | | | hours at $ | /hr | $ |
| (2) | | | hours at $ | /hr | $ |
| (3) | | | hours at $ | /hr | $ |
| (4) | | | hours at $ | /hr | $ |

(5) ☐ Information about additional expert fees is contained in Attachment 8b(5).

SUBTOTAL  8b. $

c.  **Court-ordered expert fees**

| | Name of witness | | Fee | | |
|---|---|---|---|---|---|
| (1) | | | hours at $ | /hr | $ |
| (2) | | | hours at $ | /hr | $ |

(3) ☐ Information about additional court-ordered expert fees is contained in Attachment 8c(3).

SUBTOTAL 8c. $ 0

TOTAL (8a, 8b, & 8c) 8. $ 0

9.  **Court-ordered transcripts** *(specify):*  9. $ 0

10.  **Attorney fees** *(enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required):*  10. $

11.  **Models, enlargements, and photocopies of exhibits** *(specify):*  11. $ 2171.53
Trial Exhibits and binders

12.  **Court reporter fees** *(as established by statute)*

a.  *(Name of reporter):* _____ Fees: $ _____

b.  *(Name of reporter):* _____ Fees: $ _____ TOTAL 12. $ 0

c.  ☐ Information about additional court-reporter fees is contained in Attachment 12c.

13.  **Interpreter fees**

a.  Fees of a certified or registered interpreter for the deposition of a party or witness

*(Name of interpreter):* _____ Fees: $ _____

*(Name of interpreter):* _____ Fees: $ _____

b.  Fees for a qualified court interpreter authorized by the court for an indigent person represented by a qualified legal services project or a pro bono attorney

*(Name of interpreter):* _____ Fees: $ _____

*(Name of interpreter):* _____ Fees: $ _____ TOTAL 13. $ 0

c.  ☐ Information about additional court-reporter fees is contained in Attachment 13c.

14.  **Fees for electronic filing or service of documents through an electronic filing service provider** (enter here if required or ordered by the court):  14. $ 0

15.  **Fees for hosting electronic documents through an electronic filing service provider** (enter here if required or ordered by the court):  15. $ 0

16.  *Other (specify):* See attached  16. $ 918444.93

**TOTAL COSTS**  $ 97825.87

*(Additional information may be supplied on the reverse)*

MC-011

| SHORT TITLE | CASE NUMBER: |
|---|---|
| Gilbert-Bonnaire v Demerjian, et al | 30-2019-01089080-CU-FR-CJC |

1   See Attached.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

**Gilbert-Bonnaire v Demerjian Case**
**Attachment 1g (Category 1 - Filing and Motion Fees)**

**Chronological Order**

| Date | Description | Cost | Category |
|---|---|---|---|
| 7/6/2021 | Stipulation and Order | $20.00 | Filing Fee - Reimbursable to the Court via Fee Waiver |
| 12/13/2022 | Stipulation and Order | $20.00 | Filing Fee - Reimbursable to the Court via Fee Waiver |
| | | | |

**Gilbert-Bonnaire v Demerjian Case**
**Category 16 - Other**

**Chronological Order**

| Date | Description | Cost | Category |
|---|---|---|---|
| 8/3/2019 | Process fees | $90.00 | Card Charge |
| 8/5/2019 | Court fees | $30.00 | Filing Fee |
| 8/9/2019 | Filing Fee plus Electronic Filing Charges through One Legal | $ 11.56 | Filing Fee |
| 8/20/2019 | Electronic filing and service charge | $ 12.20 | Filing Fee |
| 8/23/2019 | Electronic filing and service charge | $ 13.20 | Filing Fee |
| 9/4/2019 | Electronic filing and service charge | $ 12.20 | Filing Fee |
| 9/27/2019 | L&L expert property valuation | $250.00 | Exhibit - Appraisal |
| 11/2/2019 | L&L Credit card process fees | $86.54 | Card Charge |
| 12/26/2019 | One Legal e-filing charge | $ 15.20 | Filing Fee |
| 12/26/2019 | One Legal e-filing charge | $ 15.20 | Filing Fee |
| 1/6/2020 | L&L process fees | $200.00 | Card Charge |
| 1/6/2020 | One Legal e-filing charge | $ 12.95 | Filing Fee |
| 1/24/2020 | L&L process fees | $78.00 | Card Charge |
| 1/30/2020 | One Legal e service charge | $ 3.00 | Filing Fee |
| 2/5/2020 | Crt Parking for Paula | $15.00 | Parking for Court Hearing or Trial |
| 2/18/2020 | Leslies Plane ticket | $289.96 | Travel Expense |
| 2/21/2020 | Paulas lunch with Attorney | $40.00 | Client Meeting |
| 6/6/2020 | L&L processing | $200.00 | Card Charge |
| 3/26/2021 | Jay expert witness | $900.00 | Expert |
| 4/20/2021 | Fed EX | $28.06 | Mail/Postage |
| 4/27/2021 | Willard | $1,750.00 | Expert |
| 5/7/2021 | One Legal filing/eservice | $ 6.18 | Filing Fee |
| 5/10/2021 | OC Recorders Office - Cert Copies of Land Records | $ 37.00 | Recorder Costs |
| 5/14/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 5/18/2021 | Jay expert witness | $1,920.00 | Expert |
| 5/19/2021 | Green Knight Digital Private Investigation Report | $ 200.00 | Investigative Report |
| 5/19/2021 | One Legal filing/eservice - not processed yet so not billed yet | $ - | Filing Fee |

| Date | Description | Amount | Category |
|---|---|---|---|
| 5/25/2021 | Costs to pull files from the Orange County Superior Court Docket | $ 15.00 | Court Copy |
| 6/11/2021 | One Legal filing/eservice | $ 4.12 | Filing Fee |
| 7/1/2021 | Ordered Transcripts | $139.65 | Court Reporter Depo |
| 7/1/2021 | Jay expert witness | $540.00 | Expert |
| 7/1/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 7/5/2021 | Rev Transcription Services | $ 3.09 | Filing Fee |
| 7/5/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 7/10/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 7/16/2021 | Court Call | $ 94.00 | CourtCall |
| 7/30/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 8/14/2021 | Jay expert witness | $285.00 | Expert |
| 12/20/2021 | Ordered Transcripts | $200.00 | Court Reporter Depo |
| 12/21/2021 | Chapter 7 Adversary | $200.00 | Bankruptcy Records to Oppose Motions |
| 5/13/2022 | Attorney/Paula dinner | $50.00 | Client Meeting |
| 6/23/2022 | Digestive Disease Consultant | $15.00 | Expert |
| 6/24/2022 | Digestive Disease Consultant | $20.00 | Expert |
| 7/4/2022 | Jay expert witness | $1,620.00 | Expert |
| 7/8/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 07/07 | $ 7.50 | Food During Trial |
| 7/14/2022 | Online Payment 14807887539 To Jay Hibert 07/14 | $ 2,500.00 | Expert |
| 7/14/2022 | G&M #4 HUNTINGTON BE CA 07/13 | $ 9.16 | Uknown |
| 7/14/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 07/13 | $ 8.55 | Food During Trial |
| 7/15/2022 | BURLINGTON STORES 17 HUNTINGTN BCH CA564864 07/15 | $ 209.94 | Clothing for Trial |
| 7/15/2022 | FEDEX OFFICE 800000836 214-5507000 TX    07/13 | $ 109.55 | Mail/Postage |
| 7/15/2022 | One Legal trial subpoena 18550478 | $ 133.84 | Subpoena |
| 7/18/2022 | Court Apperel | $200.00 | Trial Prep |
| 7/18/2022 | Court Prep | $150.00 | Trial Prep |

| | | | |
|---|---|---|---|
| 7/18/2022 | ORIG CO NAME:DDS LEGAL SUPPOR    ORIG ID:5330903620 DESC DATE:220715 CO ENTRY DESCR:ACH    SEC:WEB TRACE#:091000010848349 EED:220718  IND ID:714-662-5555        IND NAME:LAW OFFICE OF LENORE A TRN: 1990848349TC | $      83.95 | Subpoena |
| 7/18/2022 | DD DOORDASH NEWPORTRI 855-973-1040 CA      07/18 | $      98.95 | Food During Trial |
| 7/18/2022 | HOTELTONIGHTEMBASSY S 8002082949 CA      07/17 | $  1,033.00 | Lodging for Trial |
| 7/18/2022 | MACY'S    300 WESTMINS WESTMINSTER CA      07/15 | $    240.00 | Clothing for Trial |
| 7/18/2022 | OneLegal CCSALE0422022 800-9388815 CA      07/15 | $    133.84 | Subpoena |
| 7/18/2022 | DON JOSE MEXICAN RES HUNTINGTON BE CA 07/16 | $      49.97 | Client Meeting |
| 7/18/2022 | DD DOORDASH THEORIGIN 855-973-1040 CA      07/15 | $      45.70 | Food During Trial |
| 7/18/2022 | FEDEX OFFICE 800000836 214-5507000 TX      07/14 | $  1,532.78 | **Trial Exhibits** |
| 7/18/2022 | One Legal trial subpoena 18550404 | $    133.84 | Subpoena |
| 7/19/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 07/18 | $        7.50 | Food During Trial |
| 7/19/2022 | IC* INSTACART HTTPSINSTACAR CA 07/19 | $    132.70 | Food During Trial |
| 7/19/2022 | DD DOORDASH JACKINTHE 855-973-1040 CA      07/19 | $      35.37 | Food During Trial |
| 7/20/2022 | OneLegal CCSALE0422373 800-9388815 CA      07/18 | $    133.84 | Subpoena |

| | | | | |
|---|---|---|---|---|
| 7/20/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/18 | $ | 60.92 | Mail/Postage |
| 7/21/2022 | DD DOORDASH WIENERSCH 855-973-1040 CA        07/21 | $ | 31.62 | Food During Trial |
| 7/21/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/19 | $ | 17.29 | Mail/Postage |
| 7/21/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/19 | $ | 20.13 | Mail/Postage |
| 7/22/2022 | POS DEBIT        Embassy Suites Santa An  Santa Ana CA | $ | 358.00 | Lodging for Trial |
| 7/22/2022 | POS DEBIT        FEDEX OFFICE 83        PLANO TX | $ | 230.70 | Mail/Postage |
| 7/22/2022 | POS DEBIT        Embassy Suites Santa An  Santa Ana CA | $ | 39.00 | Lodging for Trial |
| 7/22/2022 | POS DEBIT        FEDEX OFFICE 83        PLANO TX | $ | 13.75 | Mail/Postage |
| 7/25/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/21 | $ | 13.75 | Mail/Postage |
| 7/25/2022 | EMBASSY SUITES SANTA AN SANTA ANA CA        07/22 | $ | 555.56 | Lodging for Trial |
| 7/27/2022 | One Legal trial subpoena 18603484 | $ | 133.84 | Subpoena |
| 7/29/2022 | One Legal trial subpoena 18603150 | $ | 133.84 | Subpoena |
| 7/30/2022 | One Legal trial subpoena 18603749 | $ | 133.84 | Subpoena |
| 8/8/2022 | DINOS ITALIAN RESTAURA 999-9999999 CA        08/07 | $ | 25.10 | Client Meeting |
| 8/8/2022 | WENDY'S # 2201 N BELLF LONG BEACH CA        08/07 | $ | 21.88 | Food During Trial |
| 8/9/2022 | MCDONALD'S F1058 HUNTINGTON BE CA 08/08 | $ | 12.35 | Food During Trial |
| 8/9/2022 | DINOS ITALIAN RESTAURA 714-8953303 CA        08/08 | $ | 51.55 | Food During Trial |

| Date | Description | | Amount | Category |
|---|---|---|---|---|
| 8/9/2022 | EXTENDEDSTAY 494 HUNTINGTON BE CA 08/08 | $ | 5.99 | Lodging for Trial |
| 8/9/2022 | HOTELTONIGHTEXTENDED 8002082949 CA          08/08 | $ | 185.00 | Lodging for Trial |
| 8/10/2022 | DD DOORDASH DELTACO 855-973-1040 CA          08/10 | $ | 22.27 | Food During Trial |
| 8/10/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 08/09 | $ | 7.50 | Food During Trial |
| 8/10/2022 | DD DOORDASH HAMNSCRAM 855-973-1040 CA          08/09 | $ | 37.88 | Food During Trial |
| 8/11/2022 | DD DOORDASH MCDONALDS 855-973-1040 CA          08/10 | $ | 24.49 | Food During Trial |
| 8/15/2022 | DD DOORDASH MCDONALDS 8559731040 CA 08/14 | $ | 21.36 | Food During Trial |
| 8/15/2022 | LITTLE CAESARS #5968 800-722-3727 CA          08/12 | $ | 16.15 | Food During Trial |
| 8/16/2022 | Ordered Transcripts | | $361.94 | Court Reporter Depo |
| 8/17/2022 | One Legal trial subpoena 18701502 | $ | 133.84 | Subpoena |
| 8/19/2022 | POS DEBIT HOTELSCOM9161511018763 HOTELS.COM   WA | $ | 776.87 | Lodging for Trial |
| 8/19/2022 | POS DEBIT ORANGE CO SUPERIOR CRT SANTA ANA    CA | $ | 7.50 | Court Document Copy |
| 8/19/2022 | POS DEBIT RESIDENCE INNS TUSTIN O TUSTIN      CA | $ | 290.00 | Lodging for Trial |
| 8/19/2022 | POS DEBIT RESIDENCE INNS TUSTIN O TUSTIN      CA | $ | 770.00 | Lodging for Trial |
| 8/19/2022 | POS DEBIT OneLegal CCSALE04300326 800-9388815   CA | $ | 133.84 | Subpoena |
| 8/22/2022 | DD DOORDASH DELTACO 855-973-1040 CA          08/22 | $ | 21.65 | Food During Trial |

| | | | |
|---|---|---|---|
| 8/22/2022 | DD DOORDASH JACKINTHE 855-973-1040 CA      08/21 | $      39.40 | Food During Trial |
| 8/22/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 08/19 | $        7.50 | Food During Trial |
| 8/23/2022 | RESIDENCE INN MARRIOTT TUSTIN CA          08/16 | $  1,027.40 | Lodging for Trial |
| 8/27/2022 | FedEx | $145.81 | Mail/Postage |
| 8/28/2022 | Staples | $74.30 | Trial Exhibits |
| 9/6/2022 | DD DOORDASH MCDONALDS 855-973-1040 CA        09/05 | $      24.30 | Food During Trial |
| 9/7/2022 | One Legal | $      16.20 | Filing Fee |
| 9/13/2022 | DD DOORDASH SUBWAY 855-973-1040 CA        09/13 | $      29.66 | Food During Trial |
| 9/14/2022 | One Legal | $      16.21 | Filing Fee |
| 9/14/2022 | One Legal | $      16.21 | Filing Fee |
| 9/19/2022 | PRIME CUT CAFE & WINE B ORANGE CA          09/18 | $      86.55 | Client Meeting |
| 9/19/2022 | HOTELTONIGHTCOURTYAR D 8002082949 CA        09/18 | $    194.00 | Lodging for Trial |
| 9/19/2022 | DD DOORDASH JACKINTHE 855-973-1040 CA        09/17 | $      20.07 | Food During Trial |
| 9/21/2022 | FEDEX OFFIC32000003202 ORANGE CA          09/19 | $        8.79 | Mail/Postage |
| 9/21/2022 | FEDEX OFFIC32000003202 ORANGE CA          09/19 | $      30.13 | Mail/Postage |
| 9/21/2022 | FEDEX OFFIC32000003202 ORANGE CA          09/19 | $      13.00 | Mail/Postage |
| 9/21/2022 | Lyft to/from Court | $      39.77 | Travel Expense |
| 9/22/2022 | Veritex | $1,639.10 | Court Reporter Depo |
| 9/22/2022 | Veritex | $898.75 | Court Reporter Depo |
| 9/22/2022 | LA Dr. La Duc | $1,000.00 | Physician Witness at Trial |
| 9/22/2022 | DD DOORDASH MCDONALDS 855-973-1040 CA        09/22 | $      26.61 | Food During Trial |

| | | | | |
|---|---|---|---|---|
| 9/22/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 09/21 | $ | 7.50 | Food During Trial |
| 9/22/2022 | DD DOORDASH SUBWAY 855-973-1040 CA      09/22 | $ | 21.25 | Food During Trial |
| 9/23/2022 | Veritex | | $285.00 | Court Reporter Depo |
| 9/23/2022 | Courthouse parking NavyFed | $ | 9.00 | Parking for Court Hearing or Trial |
| 9/23/2022 | Carlson Courthouse charge | $ | 7.50 | Food During Trial |
| 9/24/2022 | Ayres Hotel | | $792.56 | Lodging for Trial |
| 9/24/2022 | Staples | | $385.39 | Trial Exhibits |
| 9/25/2022 | Attorney/client Ketella Deli | | $163.74 | Client Meeting |
| 9/27/2022 | USA*SALINAS CAFE SANTA ANA CA      09/26 | $ | 4.40 | Food During Trial |
| 9/27/2022 | USA*SALINAS CAFE SANTA ANA CA      09/26 | $ | 2.50 | Food During Trial |
| 9/27/2022 | FedEx copy for court | $ | 147.99 | Mail/Postage |
| 9/28/2022 | Lyft to/from Court | $ | 26.14 | Travel Expense |
| 9/30/2022 | DD DOORDASH ARBYS 855-973-1040 CA      09/30 | $ | 23.97 | Food During Trial |
| 9/30/2022 | SALINAS CAFE SANTA ANA CA      09/28 | $ | 7.10 | Food During Trial |
| 10/3/2022 | AYRES HOTEL FOUNTAIN FOUNTAIN VALL CA 09/29 | $ | 185.04 | Lodging for Trial |
| 10/3/2022 | Black Angus with Client | $ | 92.68 | Client Meeting |
| 10/3/2022 | Lyft to/from Court | $ | 45.76 | Travel Expense |
| 10/5/2022 | Salinas Café | | $14.47 | Food During Trial |
| 10/5/2022 | OC Court Parking | | $20.00 | Parking for Court Hearing or Trial |
| 10/5/2022 | DD DOORDASH DELTACO 855-973-1040 CA      10/05 | $ | 14.78 | Food During Trial |
| 10/5/2022 | One Legal | $ | 175.02 | Subpoena |
| 10/6/2022 | Willard | | $800.00 | Expert |
| 10/6/2022 | Tasty Dish Café | | $36.65 | Food During Trial |
| 10/6/2022 | OC Court Parking | | $20.00 | Parking for Court Hearing or Trial |
| 10/6/2022 | DD DOORDASH ARBYS 855-973-1040 CA      10/06 | $ | 22.03 | Food During Trial |

| 10/9/2022 | Paper from Costco | $ 20.45 | Trial Exhibits |
|---|---|---|---|
| 10/11/2022 | DD DOORDASH MCDONALDS 855-973-1040 CA      10/10 | $ 20.15 | Food During Trial |
| 10/11/2022 | COURTHOUSE SERVICES 626-963-0566 CA      10/07 | $ 43.20 | Court Copy |
| 10/11/2022 | RESIDENCE INN IRVINE IRVINE CA      09/30 | $ 1,472.61 | Lodging for Trial |
| 10/12/2022 | VERITEXT LEGAL SOLUTI 800-227-8440 NJ      10/11 | $ 145.40 | Court Reporter Depo |
| 10/12/2022 | OLIVE GARDEN 00012674 IRVINE CA      10/11 | $ 126.19 | Client Meeting |
| 10/13/2022 | Courthouse Parking for Ed | $ 9.00 | Parking for Court Hearing or Trial |
| 10/13/2022 | FEDEX Kinkos - Copies for Trial | $ 3.71 | Trial Exhibits |
| 10/14/2022 | Subway 26294 Santa Ana CA 10/13 | $ 19.90 | Food During Trial |
| 10/14/2022 | DD DOORDASH DELTACO 855-973-1040 CA      10/13 | $ 18.24 | Food During Trial |
| 10/16/2022 | Jay expert witness | $2,500.00 | Expert |
| 10/17/2022 | Tasty Dish Café | $37.92 | Food During Trial |
| 10/17/2022 | OC Parking | $19.00 | Parking for Court Hearing or Trial |
| 10/17/2022 | SALINAS CAFE SANTA ANA CA      10/14 | $ 12.01 | Food During Trial |
| 10/17/2022 | DD DOORDASH POLLYSPIE 855-973-1040 CA      10/14 | $ 68.70 | Food During Trial |
| 10/17/2022 | RESIDENCE INN IRVINE IRVINE CA      10/06 | $ 1,496.12 | Lodging for Trial |
| 10/17/2022 | Courthouse Parking for Ed | $ 5.00 | Parking for Court Hearing or Trial |
| 10/17/2022 | Courthouse Parking for Ed | $ 5.00 | Parking for Court Hearing or Trial |
| 10/18/2022 | DEL TACO 1172 IRVINE CA 10/17 | $ 10.52 | Food During Trial |
| 10/18/2022 | Courthouse Parking for Ed | $ 5.00 | Parking for Court Hearing or Trial |
| 10/19/2022 | Jack in the Box lunch at trial | $ 20.52 | Food During Trial |
| 10/19/2022 | Dry Cleaning/Laundry | $ 4.00 | Clothing for Trial |
| 10/19/2022 | Dry Cleaning/Laundry | $ 4.00 | Clothing for Trial |

| | | | |
|---|---|---|---|
| 10/20/2022 | RESIDENCE INN IRVINE IRVINE CA          10/06 | $  1,706.48 | Lodging for Trial |
| 10/20/2022 | OC PARKING CIVIC CTR SANTA ANA CA          10/19 | $      14.00 | Parking for Court Hearing or Trial |
| 10/20/2022 | SALINAS CAFE SANTA ANA CA          10/18 | $        5.46 | Food During Trial |
| 10/20/2022 | OC PARKING CIVIC CTR SANTA ANA CA          10/19 | $      14.00 | Parking for Court Hearing or Trial |
| 10/21/2022 | Record Search | $179.00 | Asset Search for Trial |
| 10/21/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/21/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/21/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/21/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/21/2022 | OC PARKING CIVIC CTR SANTA ANA CA          10/20 | $      20.00 | Parking for Court Hearing or Trial |
| 10/21/2022 | BURGER KING #4309  Q07 SANTA ANA CA          10/19 | $      10.04 | Food During Trial |
| 10/21/2022 | OC PARKING CIVIC CTR SANTA ANA CA          10/20 | $      20.00 | Parking for Court Hearing or Trial |
| 10/21/2022 | BURGER KING #4309  Q07 SANTA ANA CA          10/19 | $      10.04 | Food During Trial |
| 10/22/2022 | RESIDENCE INN IRVINE IRVINE CA          10/06 | $     219.31 | Lodging for Trial |
| 10/25/2022 | OC PARKING CIVIC CTR SANTA ANA CA          10/24 | $      15.00 | Parking for Court Hearing or Trial |
| 10/26/2022 | STAPLES 0311 SANTA ANA CA          498050  10/26 | $      92.85 | Trial Exhibits |
| 10/26/2022 | FEDEX 279535480212 MEMPHIS TN          10/25 | $      31.40 | Mail/Postage |
| 10/27/2022 | Veritex (3invoices) | $7,631.40 | Court Reporter Depo |
| 10/27/2022 | OC Parking | $20.00 | Parking for Court Hearing or Trial |
| 10/27/2022 | OC PARKING CIVIC CTR SANTA ANA CA          10/26 | $        6.00 | Parking for Court Hearing or Trial |
| 10/27/2022 | O.C. CLERK RECORDER SANTA ANA CA          10/26 | $     180.35 | Recorder Costs |
| 10/29/2022 | Record Search | $79.95 | Asset Search for Trial |

| Date | Description | Amount | Category |
|---|---|---|---|
| 10/29/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/31/2022 | RESIDENCE INN IRVINE IRVINE CA          10/21 | $ 1,409.78 | Lodging for Trial |
| 11/1/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 10/31 | $      22.50 | Food During Trial |
| 11/1/2022 | OC PARKING CIVIC CTR SANTA ANA CA          10/31 | $       4.00 | Parking for Court Hearing or Trial |
| 11/2/2022 | LYFT   *1 RIDE 10-31 855-865-9553 CA          11/02 | $     171.85 | Travel Expense |
| 11/2/2022 | RESIDENCE INN IRVINE IRVINE CA          10/27 | $ 1,259.00 | Lodging for Trial |
| 11/2/2022 | ESCRIBERS LLC 877-4473938 AZ          11/01 | $       9.25 | Transcription Cost |
| 11/3/2022 | Record Search | $79.95 | Asset Search for Trial |
| 11/3/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 11/02 | $       7.50 | Food During Trial |
| 11/4/2022 | Zelle payment to William Grismer Einstein Invest. JPM999i5z52l | $ 1,000.00 | Asset Search for Trial |
| 11/4/2022 | PROPERTYRADAR HTTPSPROPERTY CA 11/04 | $      59.00 | Asset Search for Trial |
| 11/4/2022 | ASSESSOR/CLERK/RECORD E 951-9556200 IN          11/03 | $       1.76 | Recorder Costs |
| 11/4/2022 | ASSESSOR CLERK RECORDE 951-9556200 CA 11/03 | $      77.00 | Recorder Costs |
| 11/4/2022 | OC CLERK RECORDER 714-834-7694 CA          11/02 | $       4.00 | Recorder Costs |
| 11/7/2022 | Forensic Economic Services | $1,800.00 | Expert |
| 11/7/2022 | STAPLES 0078 SANTA ANA CA          269407  11/07 | $      62.05 | Trial Exhibits |
| 11/7/2022 | PropertyShark.com 805-6992040 CA          11/05 | $       4.95 | Asset Search for Trial |
| 11/7/2022 | CHAMPION CORPORATE.. wgrismerccs@g CA          11/04 | $ 1,875.00 | Asset Search for Trial |
| 11/7/2022 | JACK IN THE BOX 3527 SANTA ANA CA          11/04 | $       7.61 | Food During Trial |

| | | | |
|---|---|---|---|
| 11/7/2022 | AMS*SERVICE FEE 202972 888-9147768 FL        11/04 | $        2.00 | Service Fee |
| 11/7/2022 | SB REC-COUNTY CLERK WE 855-7322575 CA        11/04 | $       47.00 | Recorder Costs |
| 11/7/2022 | OC CLERK RECORDER 714-834-7694 CA        11/03 | $       49.00 | Recorder Costs |
| 11/7/2022 | OC CLERK RECORDER 714-834-7694 CA        11/03 | $       17.00 | Recorder Costs |
| 11/8/2022 | OC PARKING CIVIC CTR SANTA ANA CA        11/07 | $       17.00 | Parking for Court Hearing or Trial |
| 11/8/2022 | FEDEX OFFIC31700003178 SANTA ANA CA        11/07 | $       50.17 | Mail/Postage |
| 11/8/2022 | OC CLERK RECORDER 714-834-7694 CA        11/07 | $        3.00 | Recorder Costs |
| 11/8/2022 | MCDONALD'S F4090 SANTA ANA CA        11/07 | $        5.45 | Food During Trial |
| 11/9/2022 | OneLegal CCSALE0451293 800-9388815 CA        11/08 | $      120.71 | Filing Fee |
| 11/9/2022 | FEDEX OFFICE 800000836 800-4633339 TX        11/06 | $      323.83 | Mail/Postage |
| 11/11/2022 | POS DEBIT          FRESNO CNTY REC COPY WE  559-6003471   CA | $        8.00 | Recorder Costs |
| 11/11/2022 | POS DEBIT AMS*SERVICE FEE 203342 888-9147768   FL | $        2.50 | Recorder Costs |
| 11/18/2022 | Online Court Record Pull | $       22.78 | Court Copy |
| 12/6/2022 | Veritext | $377.00 | Court Reporter Depo |
| 12/6/2022 | Veritext | $187.00 | Court Reporter Depo |
| 12/28/2022 | Discover Processing Fee | $250.00 | Card Charge |
| 1/13/2023 | OC Court Parking | $9.00 | Parking for Court Hearing or Trial |
| 1/15/2023 | Jay expert witness | $420.00 | Expert |
| 2/14/2023 | Jay expert witness | $1,200.00 | Expert |
| 2/14/2023 | OC Court Parking | $20.00 | Parking for Court Hearing or Trial |
| 4/18/2023 | Veritext | $639.87 | Court Reporter Depo |

Case 8:25-cv-00647-JLS-DFM    Document 134-40    Filed 10/28/25    Page 20 of 31
Page ID #:6352

| 4/18/2023 | Barret | $1,368.50 | Court Reporter Depo |
| 5/2/2023 | OC Court file copy | $ 22.50 | Court Copy |
| 5/3/2023 | Veritext | | Court Reporter Depo |
| 5/19/2023 | OC Court file copy | $ 7.50 | Court Copy |
| 6/4/2023 | Veritext | $507.86 | Court Reporter Depo |
| 7/14/2023 | Veritext | $665.00 | Court Reporter Depo |
| 7/14/2023 | Veritext | $240.00 | Court Reporter Depo |
| 11/29/2023 | Loan Interest to T. Scott Schales | $47,894.91 | Interest Charge |

$102,576.28

**Gilbert-Bonnaire v Demerjian Case**
**Category 16 - Other**

**Category Order**

| Date | Description | Cost | Category |
|---|---|---|---|
| 10/21/2022 | Record Search | $179.00 | Asset Search for Trial |
| 10/21/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/21/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/21/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/21/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/29/2022 | Record Search | $79.95 | Asset Search for Trial |
| 10/29/2022 | Record Search | $79.95 | Asset Search for Trial |
| 11/3/2022 | Record Search | $79.95 | Asset Search for Trial |
| 11/4/2022 | Zelle payment to William Grismer Einstein Invest. JPM999i5z52l | $ 1,000.00 | Asset Search for Trial |
| 11/4/2022 | PROPERTYRADAR HTTPSPROPERTY CA 11/04 | $ 59.00 | Asset Search for Trial |
| 11/7/2022 | PropertyShark.com 805-6992040 CA      11/05 | $ 4.95 | Asset Search for Trial |
| 11/7/2022 | CHAMPION CORPORATE.. wgrismerccs@g CA      11/04 | $ 1,875.00 | Asset Search for Trial |
| 12/21/2021 | Chapter 7 Adversary | $200.00 | Bankruptcy Records to Oppose Motions |
| 8/3/2019 | Process fees | $90.00 | Card Charge |
| 11/2/2019 | Credit Card Process Fees Owed to Schales | $86.54 | Card Charge |
| 1/6/2020 | Credit Card Process Fees Owed to Schales | $200.00 | Card Charge |
| 1/24/2020 | Credit Card Process Fees Owed to Schales | $78.00 | Card Charge |

| Date | Description | Amount | Category |
|---|---|---|---|
| 6/6/2020 | Credit Card Process Fees Owed to Schales | $200.00 | Card Charge |
| 12/28/2022 | Discover Processing Fee | $250.00 | Card Charge |
| 2/21/2020 | Paulas lunch with Attorney | $40.00 | Client Meeting |
| 5/13/2022 | Attorney/Paula dinner | $50.00 | Client Meeting |
| 7/18/2022 | DON JOSE MEXICAN RES HUNTINGTON BE CA 07/16 | $ 49.97 | Client Meeting |
| 8/8/2022 | DINOS ITALIAN RESTAURA 999-9999999 CA        08/07 | $ 25.10 | Client Meeting |
| 9/19/2022 | PRIME CUT CAFE & WINE B ORANGE CA        09/18 | $ 86.55 | Client Meeting |
| 9/25/2022 | Attorney/client Ketella Deli | $163.74 | Client Meeting |
| 10/3/2022 | Black Angus with Client | $ 92.68 | Client Meeting |
| 10/12/2022 | OLIVE GARDEN  00012674 IRVINE CA        10/11 | $ 126.19 | Client Meeting |
| 7/15/2022 | BURLINGTON STORES 17 HUNTINGTN BCH CA564864 07/15 | $ 209.94 | Clothing for Trial |
| 7/18/2022 | MACY'S    300 WESTMINS WESTMINSTER CA        07/15 | $ 240.00 | Clothing for Trial |
| 10/19/2022 | Dry Cleaning/Laundry | $ 4.00 | Clothing for Trial |
| 10/19/2022 | Dry Cleaning/Laundry | $ 4.00 | Clothing for Trial |
| 5/25/2021 | Costs to pull files from the Orange County Superior Court Docket | $ 15.00 | Court Copy |
| 10/11/2022 | COURTHOUSE SERVICES 626-963-0566 CA        10/07 | $ 43.20 | Court Copy |
| 11/18/2022 | Online Court Record Pull | $ 22.78 | Court Copy |
| 5/2/2023 | OC Court file copy | $ 22.50 | Court Copy |
| 5/19/2023 | OC Court file copy | $ 7.50 | Court Copy |
| 8/19/2022 | POS DEBIT ORANGE CO SUPERIOR CRT SANTA ANA    CA | $ 7.50 | Court Document Copy |
| 7/1/2021 | Ordered Transcripts | $139.65 | Court Reporter Depo |
| 12/20/2021 | Ordered Transcripts | $200.00 | Court Reporter Depo |
| 8/16/2022 | Ordered Transcripts | $361.94 | Court Reporter Depo |
| 9/22/2022 | Veritex | $1,639.10 | Court Reporter Depo |
| 9/22/2022 | Veritex | $898.75 | Court Reporter Depo |
| 9/23/2022 | Veritex | $285.00 | Court Reporter Depo |
| 10/12/2022 | VERITEXT LEGAL SOLUTI 800-227-8440 NJ        10/11 | $ 145.40 | Court Reporter Depo |
| 10/27/2022 | Veritex (3invoices) | $7,631.40 | Court Reporter Depo |

| | | | |
|---|---|---|---|
| 12/6/2022 | Veritext | $377.00 | Court Reporter Depo |
| 12/6/2022 | Veritext | $187.00 | Court Reporter Depo |
| 4/18/2023 | Veritext | $639.87 | Court Reporter Depo |
| 4/18/2023 | Barret | $1,368.50 | Court Reporter Depo |
| 6/4/2023 | Veritext | $507.86 | Court Reporter Depo |
| 7/14/2023 | Veritext | $665.00 | Court Reporter Depo |
| 7/14/2023 | Veritext | $240.00 | Court Reporter Depo |
| 7/16/2021 | Court Call | $ 94.00 | CourtCall |
| 9/27/2019 | Property Valuation | $250.00 | Exhibit - Property Value |
| 8/5/2019 | Court fees | $30.00 | Filing Fee |
| 8/6/2019 | Filing Fee | $450.00 | Filing Fee |
| 8/9/2019 | Filing Fee plus Electronic Filing Charges through One Legal | $ 11.56 | Filing Fee |
| 8/20/2019 | Electronic filing and service charge | $ 12.20 | Filing Fee |
| 8/23/2019 | Electronic filing and service charge | $ 13.20 | Filing Fee |
| 9/4/2019 | Electronic filing and service charge | $ 12.20 | Filing Fee |
| 12/26/2019 | One Legal e-filing charge | $ 15.20 | Filing Fee |
| 12/26/2019 | One Legal e-filing charge | $ 15.20 | Filing Fee |
| 1/6/2020 | One Legal e-filing charge | $ 12.95 | Filing Fee |
| 1/30/2020 | One Legal e service charge | $ 3.00 | Filing Fee |
| 5/7/2021 | One Legal filing/eservice | $ 6.18 | Filing Fee |
| 5/14/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 5/19/2021 | One Legal filing/eservice - not processed yet so not billed yet | $ - | Filing Fee |
| 6/11/2021 | One Legal filing/eservice | $ 4.12 | Filing Fee |
| 7/1/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 7/5/2021 | Rev Transcription Services | $ 3.09 | Filing Fee |
| 7/5/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 7/10/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 7/30/2021 | One Legal filing/eservice | $ 3.09 | Filing Fee |
| 9/7/2022 | One Legal | $ 16.20 | Filing Fee |
| 9/14/2022 | One Legal | $ 16.21 | Filing Fee |
| 9/14/2022 | One Legal | $ 16.21 | Filing Fee |
| 11/9/2022 | OneLegal CCSALE0451293 800-9388815 CA        11/08 | $ 120.71 | Filing Fee |
| 7/8/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 07/07 | $ 7.50 | Food During Trial |

| | | | | |
|---|---|---|---|---|
| 7/14/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 07/13 | $ | 8.55 | Food During Trial |
| 7/18/2022 | DD DOORDASH NEWPORTRI 855-973-1040 CA        07/18 | $ | 98.95 | Food During Trial |
| 7/18/2022 | DD DOORDASH THEORIGIN 855-973-1040 CA        07/15 | $ | 45.70 | Food During Trial |
| 7/19/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 07/18 | $ | 7.50 | Food During Trial |
| 7/19/2022 | IC* INSTACART HTTPSINSTACAR CA 07/19 | $ | 132.70 | Food During Trial |
| 7/19/2022 | DD DOORDASH JACKINTHE 855-973-1040 CA        07/19 | $ | 35.37 | Food During Trial |
| 7/21/2022 | DD DOORDASH WIENERSCH 855-973-1040 CA        07/21 | $ | 31.62 | Food During Trial |
| 8/8/2022 | WENDY'S # 2201 N BELLF LONG BEACH CA        08/07 | $ | 21.88 | Food During Trial |
| 8/9/2022 | MCDONALD'S F1058 HUNTINGTON BE CA 08/08 | $ | 12.35 | Food During Trial |
| 8/9/2022 | DINOS ITALIAN RESTAURA 714-8953303 CA        08/08 | $ | 51.55 | Food During Trial |
| 8/10/2022 | DD DOORDASH DELTACO 855-973-1040 CA        08/10 | $ | 22.27 | Food During Trial |
| 8/10/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 08/09 | $ | 7.50 | Food During Trial |
| 8/10/2022 | DD DOORDASH HAMNSCRAM 855-973-1040 CA        08/09 | $ | 37.88 | Food During Trial |
| 8/11/2022 | DD DOORDASH MCDONALDS 855-973-1040 CA        08/10 | $ | 24.49 | Food During Trial |
| 8/15/2022 | DD DOORDASH MCDONALDS 8559731040 CA 08/14 | $ | 21.36 | Food During Trial |

| | | | |
|---|---|---|---|
| 8/15/2022 | LITTLE CAESARS #5968 800-722-3727 CA        08/12 | $      16.15 | Food During Trial |
| 8/22/2022 | DD DOORDASH DELTACO 855-973-1040 CA        08/22 | $      21.65 | Food During Trial |
| 8/22/2022 | DD DOORDASH JACKINTHE 855-973-1040 CA        08/21 | $      39.40 | Food During Trial |
| 8/22/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 08/19 | $        7.50 | Food During Trial |
| 9/6/2022 | DD DOORDASH MCDONALDS 855-973-1040 CA        09/05 | $      24.30 | Food During Trial |
| 9/13/2022 | DD DOORDASH SUBWAY 855-973-1040 CA        09/13 | $      29.66 | Food During Trial |
| 9/19/2022 | DD DOORDASH JACKINTHE 855-973-1040 CA        09/17 | $      20.07 | Food During Trial |
| 9/22/2022 | DD DOORDASH MCDONALDS 855-973-1040 CA        09/22 | $      26.61 | Food During Trial |
| 9/22/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 09/21 | $        7.50 | Food During Trial |
| 9/22/2022 | DD DOORDASH SUBWAY 855-973-1040 CA        09/22 | $      21.25 | Food During Trial |
| 9/23/2022 | Carlson Courthouse charge | $        7.50 | Food During Trial |
| 9/27/2022 | USA*SALINAS CAFE SANTA ANA CA        09/26 | $        4.40 | Food During Trial |
| 9/27/2022 | USA*SALINAS CAFE SANTA ANA CA        09/26 | $        2.50 | Food During Trial |
| 9/30/2022 | DD DOORDASH ARBYS 855-973-1040 CA        09/30 | $      23.97 | Food During Trial |
| 9/30/2022 | SALINAS CAFE SANTA ANA CA        09/28 | $        7.10 | Food During Trial |
| 10/5/2022 | Salinas Café | $14.47 | Food During Trial |
| 10/5/2022 | DD DOORDASH DELTACO 855-973-1040 CA        10/05 | $      14.78 | Food During Trial |

| | | | |
|---|---|---|---|
| 10/6/2022 | Tasty Dish Café | $36.65 | Food During Trial |
| 10/6/2022 | DD DOORDASH ARBYS 855-973-1040 CA        10/06 | $    22.03 | Food During Trial |
| 10/11/2022 | DD DOORDASH MCDONALDS 855-973-1040 CA        10/10 | $    20.15 | Food During Trial |
| 10/14/2022 | Subway 26294 Santa Ana CA 10/13 | $    19.90 | Food During Trial |
| 10/14/2022 | DD DOORDASH DELTACO 855-973-1040 CA        10/13 | $    18.24 | Food During Trial |
| 10/17/2022 | Tasty Dish Café | $37.92 | Food During Trial |
| 10/17/2022 | SALINAS CAFE SANTA ANA CA        10/14 | $    12.01 | Food During Trial |
| 10/17/2022 | DD DOORDASH POLLYSPIE 855-973-1040 CA        10/14 | $    68.70 | Food During Trial |
| 10/18/2022 | DEL TACO 1172 IRVINE CA 10/17 | $    10.52 | Food During Trial |
| 10/19/2022 | Jack in the Box lunch at trial | $    20.52 | Food During Trial |
| 10/20/2022 | SALINAS CAFE SANTA ANA CA        10/18 | $     5.46 | Food During Trial |
| 10/21/2022 | BURGER KING #4309  Q07 SANTA ANA CA        10/19 | $    10.04 | Food During Trial |
| 10/21/2022 | BURGER KING #4309  Q07 SANTA ANA CA        10/19 | $    10.04 | Food During Trial |
| 11/1/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 10/31 | $    22.50 | Food During Trial |
| 11/3/2022 | ORANGE CO SUPERIOR C ACARLSON@OCCO CA 11/02 | $     7.50 | Food During Trial |
| 11/7/2022 | JACK IN THE BOX 3527 SANTA ANA CA        11/04 | $     7.61 | Food During Trial |
| 11/8/2022 | MCDONALD'S F4090 SANTA ANA CA        11/07 | $     5.45 | Food During Trial |
| 11/29/2023 | Loan Interest to T. Scott Schales | $47,894.91 | Interest Charge |
| 5/19/2021 | Green Knight Digital Private Investigation Report | $   200.00 | Investigative Report |
| 7/18/2022 | HOTELTONIGHTEMBASSY S 8002082949 CA        07/17 | $ 1,033.00 | Lodging for Trial |

| | | | |
|---|---|---:|---|
| 7/22/2022 | POS DEBIT          Embassy Suites Santa An  Santa Ana CA | $  358.00 | Lodging for Trial |
| 7/22/2022 | POS DEBIT          Embassy Suites Santa An  Santa Ana CA | $  39.00 | Lodging for Trial |
| 7/25/2022 | EMBASSY SUITES SANTA AN SANTA ANA CA        07/22 | $  555.56 | Lodging for Trial |
| 8/9/2022 | EXTENDEDSTAY 494 HUNTINGTON BE CA 08/08 | $  5.99 | Lodging for Trial |
| 8/9/2022 | HOTELTONIGHTEXTENDED 8002082949 CA        08/08 | $  185.00 | Lodging for Trial |
| 8/19/2022 | POS DEBIT HOTELSCOM9161511018763 HOTELS.COM   WA | $  776.87 | Lodging for Trial |
| 8/19/2022 | POS DEBIT RESIDENCE INNS TUSTIN O TUSTIN      CA | $  290.00 | Lodging for Trial |
| 8/19/2022 | POS DEBIT RESIDENCE INNS TUSTIN O TUSTIN      CA | $  770.00 | Lodging for Trial |
| 8/23/2022 | RESIDENCE INN MARRIOTT TUSTIN CA        08/16 | $ 1,027.40 | Lodging for Trial |
| 9/19/2022 | HOTELTONIGHTCOURTYAR D 8002082949 CA        09/18 | $  194.00 | Lodging for Trial |
| 9/24/2022 | Ayres Hotel | $792.56 | Lodging for Trial |
| 10/3/2022 | AYRES HOTEL FOUNTAIN FOUNTAIN VALL CA 09/29 | $  185.04 | Lodging for Trial |
| 10/11/2022 | RESIDENCE INN IRVINE IRVINE CA        09/30 | $ 1,472.61 | Lodging for Trial |
| 10/17/2022 | RESIDENCE INN IRVINE IRVINE CA        10/06 | $ 1,496.12 | Lodging for Trial |
| 10/20/2022 | RESIDENCE INN IRVINE IRVINE CA        10/06 | $ 1,706.48 | Lodging for Trial |
| 10/22/2022 | RESIDENCE INN IRVINE IRVINE CA        10/06 | $  219.31 | Lodging for Trial |
| 10/31/2022 | RESIDENCE INN IRVINE IRVINE CA        10/21 | $ 1,409.78 | Lodging for Trial |
| 11/2/2022 | RESIDENCE INN IRVINE IRVINE CA        10/27 | $ 1,259.00 | Lodging for Trial |

| 4/20/2021 | Fed EX | | $28.06 | Mail/Postage |
|---|---|---|---|---|
| 7/15/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/13 | $ | 109.55 | Mail/Postage |
| 7/20/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/18 | $ | 60.92 | Mail/Postage |
| 7/21/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/19 | $ | 17.29 | Mail/Postage |
| 7/21/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/19 | $ | 20.13 | Mail/Postage |
| 7/22/2022 | POS DEBIT            FEDEX OFFICE 83        PLANO TX | $ | 230.70 | Mail/Postage |
| 7/22/2022 | POS DEBIT            FEDEX OFFICE 83        PLANO TX | $ | 13.75 | Mail/Postage |
| 7/25/2022 | FEDEX OFFICE 800000836 214-5507000 TX        07/21 | $ | 13.75 | Mail/Postage |
| 8/27/2022 | FedEx | | $145.81 | Mail/Postage |
| 9/21/2022 | FEDEX OFFIC32000003202 ORANGE CA          09/19 | $ | 8.79 | Mail/Postage |
| 9/21/2022 | FEDEX OFFIC32000003202 ORANGE CA          09/19 | $ | 30.13 | Mail/Postage |
| 9/21/2022 | FEDEX OFFIC32000003202 ORANGE CA          09/19 | $ | 13.00 | Mail/Postage |
| 9/27/2022 | FedEx copy for court | $ | 147.99 | Mail/Postage |
| 10/26/2022 | FEDEX 279535480212 MEMPHIS TN          10/25 | $ | 31.40 | Mail/Postage |
| 11/8/2022 | FEDEX OFFIC31700003178 SANTA ANA CA        11/07 | $ | 50.17 | Mail/Postage |
| 11/9/2022 | FEDEX OFFICE 800000836 800-4633339 TX      11/06 | $ | 323.83 | Mail/Postage |
| 2/5/2020 | Crt Parking for Paula | | $15.00 | Parking for Court Hearing or Trial |
| 9/23/2022 | Courthouse parking NavyFed | $ | 9.00 | Parking for Court Hearing or Trial |

| | | | |
|---|---|---|---|
| 10/5/2022 | OC Court Parking | $20.00 | Parking for Court Hearing or Trial |
| 10/6/2022 | OC Court Parking | $20.00 | Parking for Court Hearing or Trial |
| 10/13/2022 | Courthouse Parking for Ed | $ 9.00 | Parking for Court Hearing or Trial |
| 10/17/2022 | OC Parking | $19.00 | Parking for Court Hearing or Trial |
| 10/17/2022 | Courthouse Parking for Ed | $ 5.00 | Parking for Court Hearing or Trial |
| 10/17/2022 | Courthouse Parking for Ed | $ 5.00 | Parking for Court Hearing or Trial |
| 10/18/2022 | Courthouse Parking for Ed | $ 5.00 | Parking for Court Hearing or Trial |
| 10/20/2022 | OC PARKING CIVIC CTR SANTA ANA CA     10/19 | $ 14.00 | Parking for Court Hearing or Trial |
| 10/20/2022 | OC PARKING CIVIC CTR SANTA ANA CA     10/19 | $ 14.00 | Parking for Court Hearing or Trial |
| 10/21/2022 | OC PARKING CIVIC CTR SANTA ANA CA     10/20 | $ 20.00 | Parking for Court Hearing or Trial |
| 10/21/2022 | OC PARKING CIVIC CTR SANTA ANA CA     10/20 | $ 20.00 | Parking for Court Hearing or Trial |
| 10/25/2022 | OC PARKING CIVIC CTR SANTA ANA CA     10/24 | $ 15.00 | Parking for Court Hearing or Trial |
| 10/27/2022 | OC Parking | $20.00 | Parking for Court Hearing or Trial |
| 10/27/2022 | OC PARKING CIVIC CTR SANTA ANA CA     10/26 | $ 6.00 | Parking for Court Hearing or Trial |
| 11/1/2022 | OC PARKING CIVIC CTR SANTA ANA CA     10/31 | $ 4.00 | Parking for Court Hearing or Trial |
| 11/8/2022 | OC PARKING CIVIC CTR SANTA ANA CA     11/07 | $ 17.00 | Parking for Court Hearing or Trial |
| 1/13/2023 | OC Court Parking | $9.00 | Parking for Court Hearing or Trial |
| 2/14/2023 | OC Court Parking | $20.00 | Parking for Court Hearing or Trial |
| 9/22/2022 | LA Dr. La Duc | $1,000.00 | Physician Witness at Trial |

| | | | |
|---|---|---|---|
| 5/10/2021 | OC Recorders Office - Cert Copies of Land Records | $ 37.00 | Recorder Costs |
| 10/27/2022 | O.C. CLERK RECORDER SANTA ANA CA    10/26 | $ 180.35 | Recorder Costs |
| 11/4/2022 | ASSESSOR/CLERK/RECORD E 951-9556200 IN    11/03 | $ 1.76 | Recorder Costs |
| 11/4/2022 | ASSESSOR CLERK RECORDE 951-9556200 CA 11/03 | $ 77.00 | Recorder Costs |
| 11/4/2022 | OC CLERK RECORDER 714-834-7694 CA    11/02 | $ 4.00 | Recorder Costs |
| 11/7/2022 | SB REC-COUNTY CLERK WE 855-7322575 CA    11/04 | $ 47.00 | Recorder Costs |
| 11/7/2022 | OC CLERK RECORDER 714-834-7694 CA    11/03 | $ 49.00 | Recorder Costs |
| 11/7/2022 | OC CLERK RECORDER 714-834-7694 CA    11/03 | $ 17.00 | Recorder Costs |
| 11/8/2022 | OC CLERK RECORDER 714-834-7694 CA    11/07 | $ 3.00 | Recorder Costs |
| 11/11/2022 | POS DEBIT    FRESNO CNTY REC COPY WE  559-6003471   CA | $ 8.00 | Recorder Costs |
| 11/11/2022 | POS DEBIT AMS*SERVICE FEE 203342 888-9147768   FL | $ 2.50 | Recorder Costs |
| 11/7/2022 | AMS*SERVICE FEE 202972 888-9147768 FL    11/04 | $ 2.00 | Service Fee |
| 7/15/2022 | One Legal trial subpoena 18550478 | $ 133.84 | Subpoena |

| | | | |
|---|---|---|---|
| 7/18/2022 | ORIG CO NAME:DDS LEGAL SUPPOR     ORIG ID:5330903620 DESC DATE:220715 CO ENTRY DESCR:ACH     SEC:WEB TRACE#:091000010848349 EED:220718  IND ID:714-662-5555         IND NAME:LAW OFFICE OF LENORE A TRN: 1990848349TC | $     83.95 | Subpoena |
| 7/18/2022 | OneLegal CCSALE0422022 800-9388815 CA     07/15 | $   133.84 | Subpoena |
| 7/18/2022 | One Legal trial subpoena 18550404 | $   133.84 | Subpoena |
| 7/20/2022 | OneLegal CCSALE0422373 800-9388815 CA     07/18 | $   133.84 | Subpoena |
| 7/27/2022 | One Legal trial subpoena 18603484 | $   133.84 | Subpoena |
| 7/29/2022 | One Legal trial subpoena 18603150 | $   133.84 | Subpoena |
| 7/30/2022 | One Legal trial subpoena 18603749 | $   133.84 | Subpoena |
| 8/17/2022 | One Legal trial subpoena 18701502 | $   133.84 | Subpoena |
| 8/19/2022 | POS DEBIT OneLegal CCSALE04300326 800-9388815  CA | $   133.84 | Subpoena |
| 10/5/2022 | One Legal | $   175.02 | Subpoena |
| 11/2/2022 | ESCRIBERS LLC 877-4473938 AZ     11/01 | $     9.25 | Transcription Cost |
| 2/18/2020 | Leslies Plane ticket | $289.96 | Travel Expense |
| 9/21/2022 | Lyft to/from Court | $   39.77 | Travel Expense |
| 9/28/2022 | Lyft to/from Court | $   26.14 | Travel Expense |
| 10/3/2022 | Lyft to/from Court | $   45.76 | Travel Expense |
| 11/2/2022 | LYFT   *1 RIDE 10-31 855-865-9553 CA     11/02 | $   171.85 | Travel Expense |
| 7/18/2022 | Court Apperel | $200.00 | Trial Prep |
| 7/18/2022 | Court Prep | $150.00 | Trial Prep |

Check $450.00 No 333 Court Reporter 9/23    **$91,844.93**

**Category 12**

| | | | |
|---|---|---|---|
| 7/18/2022 | FEDEX OFFICE 800000836 214-5507000 TX     07/14 | $ 1,532.78 | **Trial Exhibits** |

| | | | |
|---|---|---|---|
| 8/28/2022 | Staples | $74.30 | Trial Exhibits |
| 9/24/2022 | Staples | $385.39 | Trial Exhibits |
| 10/9/2022 | Paper from Costco | $ 20.45 | Trial Exhibits |
| 10/13/2022 | FEDEX Kinkos - Copies for Trial | $ 3.71 | Trial Exhibits |
| 10/26/2022 | STAPLES 0311 SANTA ANA CA    498050  10/26 | $ 92.85 | Trial Exhibits |
| 11/7/2022 | STAPLES 0078 SANTA ANA CA    269407  11/07 | $ 62.05 | Trial Exhibits |

$  2,171.53

**Expert Fees - Only Allowed under CCP 998**

| | | | | |
|---|---|---|---|---|
| 3/26/2021 | Jay expert witness | $900.00 | Expert | |
| 4/27/2021 | Willard | $1,750.00 | Expert | |
| 5/18/2021 | Jay expert witness | $1,920.00 | Expert | |
| 7/1/2021 | Jay expert witness | $540.00 | Expert | |
| 8/14/2021 | Jay expert witness | $285.00 | Expert | |
| 6/23/2022 | Digestive Disease Consultant | $15.00 | Expert | |
| 6/24/2022 | Digestive Disease Consultant | $20.00 | Expert | |
| 7/4/2022 | Jay expert witness | $1,620.00 | Expert | |
| 7/14/2022 | Online Payment 14807887539 To Jay Hibert 07/14 | $ 2,500.00 | Expert | (plus $2500.00) |
| 10/6/2022 | Willard | $800.00 | Expert | |
| 10/16/2022 | Jay expert witness | $2,500.00 | Expert | |
| 11/7/2022 | Forensic Economic Services | $1,800.00 | Expert | |
| 1/15/2023 | Jay expert witness | $420.00 | Expert | |
| 2/14/2023 | Jay expert witness | $1,200.00 | Expert | |

$16,270.00

**Deposition Costs Total:**

1175.59
639.64
1048.66
669.77
$  3,533.66

Testifying Witness treating physician Dr. LeDuc $1,000.00.