Lenore Albert, Esq. SBN 210876
Email: LenAlbert@InteractiveCounsel.com
Law Office of Lenore Albert
1968 S Coast Hwy #3960
Laguna Beach, CA 92651
Phone: 424-365-0741
Attorney for Plaintiffs, Theresa Marasco, Holly Burns, Antonio Marasco, and Simon Valenzuela

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF LOS ANGELES – WEST DISTRICT - SANTA MONICA COURTHOUSE

| | |
|---|---|
| THERESA MARASCO, et al.,<br>　　　　　Plaintiffs,<br>　　vs.<br>1753 9th STREET LLC., A California Limited Liability Corporation; STERN PROPERTY MANAGEMENT, INC.; POWER PROPERTY MANAGEMENT, INC.; PROSPER PROPERTIES, INC.,<br>　　　　　Defendants. | Case No.: 19SMCV00056<br>**PLAINTIFFS' NOTICE TO ATTEND TRIAL**<br>Judge: Mark A Young, Dept. M<br>Date Action Filed: January 11, 2019<br>Trial Date: April 8, 2024 9:30AM |

**TO ALL OF THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

**NOW COMES** Plaintiffs Theresa Marasco, Antonio Marasco, Holly Burns, and Simon Valenzuela and hereby requests the opposing party (officer, director, or managing agent of the opposing party) attend and appear at the trial in this matter commencing on April 8, 2024 at 9:30AM pursuant to CCP §1987(b).

　　　　Gary Goren, for Defendant 1753 9th Street, LLC

　　　　Gary Goren, for Defendant Prosper Properties, Inc.

　　　　Thomas Khammar, for Defendant Power Property Management, Inc.

　　　　Ophir Stern, for Defendant Stern Property Management, Inc.

Dated: March 6, 2024　　　　Respectfully Submitted,
　　　　　　　　　　　　　　LAW OFFICE OF LENORE ALBERT
　　　　　　　　　　　　　　/s/Lenore Albert_____
　　　　　　　　　　　　　　LENORE ALBERT, ESQ.
　　　　　　　　　　　　　　Attorney for Plaintiffs, THERESA MARASCO, HOLLY BURNS, ANTONIO MARASCO, and SIMON VALENZUELA

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I declare that I am over the age of 18 years; that I am employed in Orange County, California; my business address is 1968 S. Coast Hwy #3960, Laguna Beach, CA 92651

On March 6, 2024, I served a copy of the following document(s) described as:
**PLAINTIFFS' NOTICE TO ATTEND TRIAL**
On the interested parties in this action as follows:

**For Defendant 1753 9th Street, LLC:**
**Defendant Stern Property Management, Inc.**
**Defendant Power Property Management, Inc.**
**Defendant PROSPER PROPERTIES, INC.**
ROBERT T. MACKEY, State Bar No. 210810
*rmackey@veatchfirm.com*
JAMIE SHEPHERD, State Bar No. 313098
*jshepherd@veatchfirm.com*
SCOTT MIZEN
smizen@veatchfirm.com
1055 Wilshire Blvd 11th Floor
Los Angeles, Ca 90017

**[ ] BY OVERNIGHT MAIL** – I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as Express/Priority Mail for next day delivery at Westminster, California, to the aforementioned addressee(s).

**[ x ] BY EMAIL** – I caused such document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above.

**[ ] BY MAIL** – I caused such document(s) to be placed in pre-addressed envelope(s) with postage thereon fully prepaid and sealed, to be deposited as regular US Mail at Santa Ana, California, to the above-mentioned addressee(s).

**[ ] BY PERSONAL DELIVERY** – I caused such document(s) to be placed in an envelope and hand delivered to the partie(s) at the hearing in court on this matter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: March 6, 2024

/s/ Lenore Albert
Lenore Albert