# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LENORE ALBERT et al., | No. SA CV 25-00647-JLS (DFM) |
| Plaintiffs, | ORDER ACCEPTING IN PART REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| TYLER TECHNOLOGIES, INC. et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed.

The Magistrate Judge recommended that the Court grant in part the State Bar Defendants' Motion to Dismiss. Specifically, the R&R found that Plaintiffs' Fifth, Sixth, and Seventh Causes of Action are barred by the Rooker-Feldman doctrine, res judicata, and quasi-judicial immunity. The R&R also recommended that the Court decline to exercise supplemental jurisdiction over the remaining state-law claims and remand them to state court.

The Court accepts the Magistrate Judge's finding in Part V.C that the Rooker-Feldman doctrine deprives this Court of subject matter jurisdiction

over Plaintiffs' Fifth, Sixth, and Seventh Causes of Action because they seek to overturn the California Supreme Court's disbarment orders.

However, the Court disagrees with the R&R's proposed remedy regarding these claims. The Court lacks the authority to adjudicate the substantive defenses of res judicata and quasi-judicial immunity and it is therefore unnecessary to adopt Parts V.A and V.B of the R&R. The proper remedy under 28 U.S.C. § 1447(c) is to remand the claims over which the Court lacks jurisdiction.

Furthermore, the Court agrees with the R&R's recommendation to decline supplemental jurisdiction over the First, Second, Third, and Fourth Causes of Action.

IT IS THEREFORE ORDERED that:

1.      The Report and Recommendation is ACCEPTED IN PART. The Court adopts Part V.C regarding the Rooker-Feldman doctrine and Part V.E regarding the state-law claims. The Court declines to adopt Parts V.A and V.B of the R&R.

2.      The entire action is REMANDED the Superior Court of California, County of Orange.

3.      The Court does not reach the merits of the State Bar Defendants' Motion to Strike or Defendant Tyler Technologies, Inc.'s Motion to Dismiss.


Date: March 17, 2026

_____
JOSEPHINE L. STATON
United States District Judge

2