JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LENORE ALBERT et al., | No. SA CV 25-00647-JLS (DFM) |
| Plaintiffs, | JUDGMENT |
| v. | |
| TYLER TECHNOLOGIES, INC. et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting in Part the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is REMANDED in its entirety to the Superior Court of California, County of Orange.

Date: March 17, 2026

JOSEPHINE L. STATON
United States District Judge